**Form 154A**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

7

In re:　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 22–22005–CMB

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 7

**Lockhart Chemical Company**
**fka Additives International**
25–1231193
　　Debtor(s)

### NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

　Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before .

　Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

　A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System.

　Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.

　There is no fee for filing the proof of claim.

　**Any creditor who has filed a proof of claim already need not file another proof of claim.**

　Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**　　　　　　　　　　　　　Michael R. Rhodes
　U.S. Bankruptcy Court　　　　　　　　　　　　　　　　　　*Clerk, U.S. Bankruptcy Court*
　c/o CLAIMS CLERK
　5414 U.S Steel Tower
　600 Grant Street
　Pittsburgh, PA 15219

Dated: 10/12/22