**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:  Bankruptcy Case No.: 22−22005−CMB

Chapter: 7

**Lockhart Chemical Company
fka Additives International**
25−1231193
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before .

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

    Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

    Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
  U.S. Bankruptcy Court
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 10/12/22

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22005-CMB |
| Lockhart Chemical Company | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 12, 2022 | Form ID: 154A | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lockhart Chemical Company, 8150 Perry Highway, Suite 307, Pittsburgh, PA 15237-5232 |
| 15524179 | | Aemedsa, Calle Los Parales s/n, Valle de Escombreras, 30350 Cartagena, Murcia, Spain |
| 15524180 | | Airgas USA, LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 15524182 | + | American Refining Group, Inc., 77 North Kendall Avenue, Bradford, PA 16701-1726 |
| 15524183 | + | American Sales Corporation, 340 North Street, P.O. Box 235, Mason, MI 48854-0235 |
| 15524184 | + | BHL International Group, 606 7th Street SW, Washington, DC 20024-2402 |
| 15524185 | + | Brenntage Great Lakes, LLC, P.O. Box 444, Butler, WI 53007-0444 |
| 15524186 | + | Brighton Analytical LLC, 2105 Pless Drive, Brighton, MI 48114-9463 |
| 15524187 | | Calumet Penreco, LLC, 2870 Waterfront Parkway East Dr., Suite 200, Indianapolis, IN 46214 |
| 15524189 | | City of Flint Dept. of Public Safety, Water Pollution Control, Michael Brown, Director, G-4652 Beecher Road, Flint, MI 48532 |
| 15524190 | + | City of Flint WPCD, Eric Brubaker, Laboratory Supervisor, 1101 S. Saginaw Street, Flint, MI 48502-1420 |
| 15524191 | | City of Jeanette WPC Manager, Jeanette M. Best, G-4652 Beecher Road, Flint, MI 48532 |
| 15524192 | + | Crystal Mountain, 12500 Crystal Mountain Drive, Thompsonville, MI 49683-9393 |
| 15524195 | + | DT Fowler MFG Co., Inc., 101 N. Maple Leaf Road, P.O. Box 70, Lapeer, MI 48446-0070 |
| 15524193 | + | Dana Container, 11430 Russell Street, Detroit, MI 48211-1072 |
| 15524194 | | Dingess Foster Luciana, Davidson & Chleboski, LLP, PNC Center, 120 Stanwix Street, Third Floor, Pittsburgh, PA 15222 |
| 15524196 | + | Engineered Lubricants Co., 11525 Rock Island Ct., Maryland Heights, MO 63043-3597 |
| 15524197 | + | Environmental Protection Agency, 1200 Pennsylvania Avenue, N.W., Washington, DC 20460-0003 |
| 15524198 | | Eurofins Environ. Testing N. Central, P.O. Box 3178, Carol Stream, IL 60132-3178 |
| 15524199 | + | Flint Warehousing, 2402 N. Dort Highway, Flint, MI 48506-2964 |
| 15524200 | + | Formula & Solutions, LLC, 10064 Balfour Avenue, Allen Park, MI 48101-1226 |
| 15524201 | + | Geotech Environmental Equipment, 3125 Pine Tree Road, Suite 3D, Lansing, MI 48911-4231 |
| 15524202 | + | HP Wax, 44 South Dunton Avenue, Arlington Heights, IL 60005-1465 |
| 15524203 | + | Industrial Container, Inc., 375 Northridge Road, Northridge Center II, Suite 600, Atlanta, GA 30350-3297 |
| 15524206 | + | King Industries, P.O. Box 588, 1 Science Road, Norwalk, CT 06852-0588 |
| 15524207 | | Lanxess Solutions US, Inc., 111 RIDC Park West Drive, Pittsburgh, PA 15275-1112 |
| 15524208 | + | Liquid-Solid Waste Reduction, 3331 Valley Court, Trenton, MI 48183-4539 |
| 15524238 | + | Lockhart Holdings, Inc., 8150 Perry Highway, Suite 307, Pittsburgh, PA 15237-5232 |
| 15524211 | + | Michigan Department of Treasury, Lansing, MI 48922-0001 |
| 15524212 | | Michigan Dept. of Environment, Great, Lakes & Energy (EGLE), 525 West Allegan Street, P.O. Box 30473, Lansing, MI 48909-7973 |
| 15524213 | | Michigan Petroleum Technologies, P.O. Box 610808, Port Huron, MI 48061-0808 |
| 15524214 | + | Michigan Spill Response, LLC, 3458 Sashabaw Road, Waterford, MI 48329-4053 |
| 15524215 | + | Monarch Welding & Engineering, 23635 Mound Road, Warren, MI 48091-5315 |
| 15524216 | + | NTH Consultants, Ltd., 41780 Six Mile Road, Suite 200, Northville, MI 48168-2376 |
| 15524217 | + | Oil Chem, Inc., 711 West 12th Street, Flint, MI 48503-3851 |
| 15524218 | | Pelichem Associates, 928 Warren Avenue, Downers Grove, IL 60515-3631 |
| 15524220 | + | Pilot Chemical Corporation, 606 Shepherd Drive, Cincinnati, OH 45215-2145 |
| 15524221 | + | Profound Freight, Inc., BDJ Freight, Inc., 3 Pointe Drive, Brea, CA 92821-7622 |
| 15524222 | + | Radchem Corporation, 10730 West 143rd Street, Suite #30, Orland Park, IL 60462-1974 |
| 15524223 | + | Reliance Electric Machine Co., Inc., 2601 Leith Street, Flint, MI 48506-2825 |
| 15524224 | | Ruifeng Chemical Companuy, Dazhaoying Township, North of Xinhuo Road, Henan Province, China |
| 15524225 | + | Sea Land Chemical, 821 West Pointe Parkway, Westlake, OH 44145-1501 |
| 15524226 | | Sogno International Co., Ltd., 5F, 1311 YANGJOE - daero, Seoul, South Korea 05408 |
| 15524227 | + | Sonneborn, LLC, 100 Sonneborne Lane, Petrolia, PA 16050-1412 |
| 15524228 | + | State of Michigan, Dept. of Attorney Gen, Polly Synk, P.O. Box 30755, Lansing, MI 48909-8255 |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 154A | Total Noticed: 60 |

| | | |
|---|---|---|
| 15524239 | + | The Lockhart Company, 8150 Perry Highway, Suite 307, Pittsburgh, PA 15237-5232 |
| 15524229 | + | The YGS Group, A/R Media Division, 3650 West Market Street, York, PA 17404-5813 |
| 15524230 |   | U.S Ecology, Inc., Quality Company, P.O. Box 673974, Detroit, MI 48267-3974 |
| 15524231 | + | U.S. Environmental Protection Agency, Luis A. Ovideo, Assoc. Regional Counsel, Office of Regional Counsel, Region 5, 77 W. Jackson Blvd., C-141, Chicago, IL 60604-3511 |
| 15524233 |   | UPMC Health Plan, UPMC Health Network, Box 371842, Pittsburgh, PA 15250-7842 |
| 15524234 | + | US Industrial Technologies, 12000 Globe Street, Livonia, MI 48150-1143 |
| 15524232 | + | Univar Solutions, 30450 Tracy Road, Walbridge, OH 43465-9775 |
| 15524235 | + | Webb Chemical Service Corporation, 2708 Jarman Street, Muskegon, MI 49444-2225 |
| 15524236 |   | Wolverine Fire Protection Co., 8067 N. Dort Highway, P.O. Box 219, Mount Morris, MI 48458-0219 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 13 2022 00:56:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15524181 |   | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 00:58:41 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15524188 |   | Email/Text: Bankruptcies@chrobinson.com | Oct 13 2022 00:55:00 | CH Robinson Company, Inc., P.O. Box 9121, Minneapolis, MN 55480-9121 |
| 15524205 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2022 00:56:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 711B, Pittsburgh, PA 15222-4107 |
| 15524219 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Department of Revenue, Dept. 280946, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15524237 | + | Email/Text: trudy@yeci.us | Oct 13 2022 00:56:00 | Young's Environmental Cleanup, G-5305 North Dort Highway, Flint, MI 48505-1832 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15524204 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15524209 | ##+ | Magnum International, Inc., 1965 Bernice Road, Suite 25E, Lansing, IL 60438-6052 |
| 15524210 | ##+ | Mauser USA, LLC, P.O. Box 350, Mason, OH 45040-0350 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022            Signature:        /s/Gustava Winters

| District/off: 0315-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 12, 2022 | Form ID: 154A | Total Noticed: 60 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul J. Cordaro | on behalf of Debtor Lockhart Chemical Company pjc@camlev.com candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com |

TOTAL: 4