IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-22005-CMB |
| | : | |
| LOCKHART CHEMICAL COMPANY | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No. 16 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE**

AND NOW, this __19th__ day of _____October_____, 20 __22__, upon consideration of the *APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE,* it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. The *Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106* is hereby appointed as *Attorney* for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/ compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

*[signature: Carlota M. Böhm]*

HONORABLE CARLOTA M. BÖHM **dmr**
Judge, United States Bankruptcy Court

FILED
10/19/22 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA