IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **LOCKHART CHEMICAL COMPANY,** | : | Bankruptcy No. 22-22005 CMB |
| | : | |
| Debtor. | : | |
| | : | Chapter 7 |
| **NATALIE LUTZ CARDIELLO, TRUSTEE,** | : | |
| | : | |
| Movant, | : | |
| v. | : | Related to Doc. No. 17 |
| | : | |
| **NO RESPONDENTS.** | : | |

### NOTICE AND ORDER SETTING EXPEDITED HEARING

*AND NOW*, this **19th** day of **October, 2022, NOTICE IS HEREBY GIVEN THAT** an *Expedited Motion for Authority to Operate Debtor's Business Nunc Pro Tunc* ("Motion") has been filed in the above-referenced case by Natalie Lutz Cardiello.

**On October 25, 2022** an **EXPEDITED HEARING** has been scheduled for **10:00 A.M.** via the Zoom Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf

*Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest on or before **October 24, 2022** at **12:00 Noon**.

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

If the Motion includes a request for an extension of time, the time is extended to the date of the hearing and may be extended further pending the outcome of the hearing.

Pursuant to the Undersigned Judge's procedures, in the event that the parties are able to resolve their dispute(s), any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.

Telephonic participation in the hearing may be approved if arrangements are made by calling the courtroom deputy.

***Movant shall serve*** a copy of this completed Scheduling Order and the Motion by Overnight U.S. Mail **and** (1) facsimile **or** (2) email (separate from CM/ECF). In the alternative, service may be made by hand delivery. If hand delivery on any interested party is made, then that alone will be considered sufficient service on that party.

***Service shall be made on*** the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. ***Depending upon the relief requested, service on the entire matrix may be required***.

***Movant shall immediately*** file a certificate of service indicating such service.

*signature*
Carlota M. Böhm        dmr
United States Bankruptcy Judge

cm: Natalie Lutz Cardiello, Esq.

FILED
10/19/22 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2