IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-22005-CMB |
| | : | |
| LOCKHART CHEMICAL COMPANY | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No. 16 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

### ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE

AND NOW, this __19th__ day of _____October_____, 20__22__, upon consideration of the ***APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE***, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. The ***Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106*** is hereby appointed as ***Attorney*** for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/ compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

*[signature: Carlota M. Böhm]*
HONORABLE CARLOTA M. BÖHM **dmr**
Judge, United States Bankruptcy Court

FILED
10/19/22 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22005-CMB |
| Lockhart Chemical Company | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lockhart Chemical Company, 8150 Perry Highway, Suite 307, Pittsburgh, PA 15237-5232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 21, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gwenyth S. Gamble Jarvi | on behalf of Debtor Lockhart Chemical Company ggamblejarvi@camlev.com hpenn@camlev.com;jboyle@camlev.com;kmonahan@camlev.com;tmatiasic@yahoo.com;candl@camlev.com |
| Kathryn L. Harrison | on behalf of Debtor Lockhart Chemical Company klh@camlev.com jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul J. Cordaro
    on behalf of Debtor Lockhart Chemical Company pjc@camlev.com
    candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

TOTAL: 7