**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lockhart Chemical Company** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **22-22005-CMB** |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on  **October 24, 2022** | X **/s/ Rajinder Minhas** |
| | Signature of individual signing on behalf of debtor |
| | **Rajinder Minhas** |
| | Printed name |
| | **President** |
| | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name   **Lockhart Chemical Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **22-22005-CMB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................   $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................   $ **10,182,899.26**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................   $ **10,182,899.26**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ **72,293.11**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ **2,791,855.75**

4.  Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b          $ **2,864,148.86**

**Fill in this information to identify the case:**

Debtor name **Lockhart Chemical Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **22-22005-CMB**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First National Bank** | **Checking Account** | **1499** | **$373,354.51** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$373,354.51**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Condat.  Pre-payment for an item that was backordered.** | **$6,464.50** |
| --- | --- | --- |

| 7.2. | **Dynalux.  Prepaid 50% of $4,655 total order.** | **$2,327.50** |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Lockhart Chemical Company**                                    Case number *(If known)*  **22-22005-CMB**
_____
Name

Description, including name of holder of prepayment

8.1.    **Prepaid City and School Property Tax.**                                                   $55,476.43
_____

8.2.    **Prepaid Insurance Amounts to Insurance Broker Seubert & Associates, Inc.**          $15,126.16
_____

8.3.    **Prepaid Consulting Fees to Grace Matthews, Inc. and Prepaid Legal Fees to David, Brody & Dondershine LLP.**                                                   $34,685.00
_____

8.4.    **Prepaid Accounting Fee to Schneider Downs & Co., Inc.**                                 $22,000.00
_____

9.    **Total of Part 2.**                                                              | $136,079.59 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **2,542,161.55**   -    **0.00**  = ....    **$2,542,161.55**
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    **61,625.41**   -    **0.00**  = ....    **$61,625.41**
                        face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                       | $2,603,786.96 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.    **Raw materials**

Debtor   **Lockhart Chemical Company**

Name

Case number *(If known)* **22-22005-CMB**

| | | | | | |
|---|---|---|---|---|---|
| | **Raw materials to be used in the production of inventory. Please see attached Exhibit B Sections LC016 Type R and LCT14 Type R.** | | $3,435,158.53 | Liquidation | $2,748,126.82 |
| 20. | **Work in progress Partially-completed inventory. Please see attached Exhibit B Sections LC016 type C and LCT14 Type C.** | | $55,525.98 | Liquidation | $44,420.78 |
| 21. | **Finished goods, including goods held for resale Completed product currently being stored. Please see attached Exhibit B Sections LC002 Type F, LC014 Type F, LC015 Type F, LC016 Type F, LCT14 Type F, and LCX16 Type F.** | | $2,216,413.25 | Liquidation | $1,773,130.60 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$4,565,678.20

24.   **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value   27,766.55   Valuation method   **Unknown**   Current Value   0.00

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **Lockhart Chemical Company** | | | Case number *(If known)* **22-22005-CMB** |
|---|---|---|---|---|
| | Name | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Please see attached Exhibit A.**<br>**Values reflect book value.** | **$0.00** | **Liquidation** | **$500.00** |
| 40. | **Office fixtures**<br>**Please see attached Exhibit A.**<br>**Values reflect book value.** | **$0.00** | **Liquidation** | **$250.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Please see attached Exhibit A.**<br>**Values reflect book value.** | **$0.00** | **Liquidation** | **$250.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$1,000.00** |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

<span style="background-color:black;color:white">Part 8:</span>    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Please see attached Exhibit A.**<br>**Values reflect book value.** | **$0.00** | **Liquidation** | **$3,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Lockhart Chemical Company** | | Case number *(If known)* **22-22005-CMB** |
|---|---|---|---|
| | Name | | |

| **Please see attached Exhibit A. Values reflect book value.** | **$330,252.65** | **Liquidation** | **$2,500,000.00** |
|---|---|---|---|

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$2,503,000.00**

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Land and buildings located at 4302 James P. Cole Blvd Flint, MI 48505. Please see attached Exhibit A.  Values reflect book value.** | **Fee simple** | **$424,467.00** | | **Unknown** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

■ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| Debtor | **Lockhart Chemical Company** | | Case number *(If known)* **22-22005-CMB** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **Trade name.** | **$598,000.00** | | **Unknown** |
| 61. **Internet domain names and websites** <br> **www.lockhartchem.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> **Customer and supplier data.** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** <br> **Manufacturing rights and rights and registrations with the United States Environmental Protection Agency and the Chlorinated Paraffin Industry Association required to produce and sell chlorinated paraffin, chlorinated olefins, and chlorinated waxes.** | **$10,000.00** | | **Unknown** |
| 65. **Goodwill** <br> **Customer Relationships and Goodwill.** | **$1,434,000.00** | | **Unknown** |

| 66. **Total of Part 10.** | | **$0.00** |
|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

| Debtor | **Lockhart Chemical Company** | | Case number *(If known)* **22-22005-CMB** |
|---|---|---|---|
| | Name | | |

Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Lockhart Chemical Company v. BHL International et al.**
**22-cv-01018**
**United States District Court for the Eastern District of Virginia**

**Unknown**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$650,000.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Potential claims against Beatrice Companies, Inc. (a Potentially Responsible Party) for Enviromental Clean Up Liability.**

**Unknown**

| Nature of claim | **Contribution** |
|---|---|
| Amount requested | **$0.00** |

**Potential claims against Ingersoll Rand Company, for itself and its former subsidiary Clark Equipment Company (a Potentially Responsible Party) for Enviromental Clean Up Liability.**

**Unknown**

| Nature of claim | **Contribution** |
|---|---|
| Amount requested | **$0.00** |

**Potential claims against Ford Motor Company (a Potentially Responsible Party) for Enviromental Clean Up Liability.**

**Unknown**

| Nature of claim | **Contribution** |
|---|---|
| Amount requested | **$0.00** |

**Potential claims against Dana Companies, LLC, as successor in interest to Dana Corporation (a Potentially Responsible Party) for Enviromental Clean Up Liability.**

**Unknown**

| Nature of claim | **Contribution** |
|---|---|
| Amount requested | **$0.00** |

**Potential claims against Easton Coorporation (a Potentially Responsible Party) for Enviromental Clean Up Liability.**

**Unknown**

| Nature of claim | **Contribution** |
|---|---|
| Amount requested | **$0.00** |

**Potential claims against General Motors Corporation (a Potentially Responsible Party) for Enviromental Clean Up Liability.**

**Unknown**

| Nature of claim | **Contribution** |
|---|---|
| Amount requested | **$0.00** |

Debtor      **Lockhart Chemical Company**                                          Case number *(If known)*  **22-22005-CMB**
_____
Name

**Potential claims against Stellantis N.A. as sucessor in
interest to DaimlerChrysler Corporation (a Potentially
Responsible Party) for Enviromental Clean Up Liability.**                                  **Unknown**
_____
| Nature of claim | Contribution |
|---|---|
| Amount requested | **$0.00** |

---

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.      **Total of Part 11.**                                                    **$0.00**

         Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

         ■ No
         ☐ Yes

| Debtor | **Lockhart Chemical Company** | Case number *(If known)* **22-22005-CMB** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $373,354.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $136,079.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,603,786.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,565,678.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,503,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,182,899.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,182,899.26 |

## EXHIBIT A

Lockhart Chemical Company Depreciation Schedule

25-1231193                                                                                                    10/18/2022
10/01/2021 - 09/30/2022                                                                                        11:14:18AM

Lockhart Chemical Company [25309-24002]
**Depreciation Expense**
Financial
10/01/2021 - 09/30/2022

Sorted: General - tax link

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Depr #1 - Other Depreciation** | | | | | | | | | | | | |
| 1 | | L/H IMPROV. - 8 | 8/1/1989 | SL /N/A | 31.5000 | 43,921.00 | 100.0000 | 0.00 | 0.00 | 43,921.00 | 0.00 | 43,921.00 |
| 2 | | L/H IMPROV. - 8 | 4/30/1987 | SL /N/A | 31.5000 | 16,981.00 | 100.0000 | 0.00 | 0.00 | 16,981.00 | 0.00 | 16,981.00 |
| 3 | | LAND IMPROV. | 8/31/1994 | SL /N/A | 20.0000 | 2,922.00 | 100.0000 | 0.00 | 0.00 | 2,922.00 | 0.00 | 2,922.00 |
| 4 | | BUILDING FLIN | 5/31/1992 | SL /N/A | 10.0000 | 342,425.00 | 100.0000 | 0.00 | 0.00 | 342,425.00 | 0.00 | 342,425.00 |
| 5 | | BUILDING FLIN | 6/1/1989 | SL /N/A | 31.5000 | 404,832.00 | 100.0000 | 0.00 | 0.00 | 404,832.00 | 0.00 | 404,832.00 |
| 6 | | BUILDING FLIN | 9/30/1988 | SL /N/A | 31.5000 | 4,273.00 | 100.0000 | 0.00 | 0.00 | 4,273.00 | 0.00 | 4,273.00 |
| 7 | | BUILDING FLIN | 5/31/1987 | SL /N/A | 31.5000 | 5,604.00 | 100.0000 | 0.00 | 0.00 | 5,604.00 | 0.00 | 5,604.00 |
| 8 | | BUILDING FLIN | 6/30/1986 | SL /N/A | 19.0000 | 207,314.00 | 100.0000 | 0.00 | 0.00 | 207,314.00 | 0.00 | 207,314.00 |
| 9 | | COLORIMETER | 7/31/1995 | SL /N/A | 10.0000 | 3,426.91 | 100.0000 | 0.00 | 0.00 | 3,426.91 | 0.00 | 3,426.91 |
| 10 | | OXIDATE TRAN | 7/31/1995 | SL /N/A | 10.0000 | 9,007.62 | 100.0000 | 0.00 | 0.00 | 9,007.62 | 0.00 | 9,007.62 |
| 11 | | WATER BASE P | 9/30/1997 | SL /N/A | 15.0000 | 60,518.75 | 100.0000 | 0.00 | 0.00 | 60,518.75 | 0.00 | 60,518.75 |
| 12 | | BARIUM/COATI | 9/30/1997 | SL /N/A | 15.0000 | 465,339.44 | 100.0000 | 0.00 | 0.00 | 465,339.44 | 0.00 | 465,339.44 |
| 13 | | LIME SLURRY S | 8/31/1997 | SL /N/A | 10.0000 | 2,660.54 | 100.0000 | 0.00 | 0.00 | 2,660.54 | 0.00 | 2,660.54 |
| 14 | | BUILDING FLIN | 6/30/1980 | SL /N/A | 15.0000 | 155,518.00 | 100.0000 | 0.00 | 0.00 | 155,518.00 | 0.00 | 155,518.00 |
| 15 | | Sulf. Acid Piping | 12/31/1997 | SL /N/A | 10.0000 | 29,023.89 | 100.0000 | 0.00 | 0.00 | 29,023.89 | 0.00 | 29,023.89 |
| 16 | | Oxidate Storage | 11/1/1997 | SL /N/A | 10.0000 | 15,660.00 | 100.0000 | 0.00 | 0.00 | 15,660.00 | 0.00 | 15,660.00 |
| 17 | | R305 Condense | 4/1/1998 | M /HY | 10.0000 | 84,103.45 | 100.0000 | 0.00 | 0.00 | 84,103.45 | 0.00 | 84,103.45 |
| 18 | | Upgrade Reacto | 12/1/1998 | SL /N/A | 10.0000 | 66,684.42 | 100.0000 | 0.00 | 0.00 | 66,684.42 | 0.00 | 66,684.42 |
| 19 | | Hot Melt Blend | 12/1/1998 | SL /N/A | 10.0000 | 48,428.97 | 100.0000 | 0.00 | 0.00 | 48,428.97 | 0.00 | 48,428.97 |
| 20 | | Condensate Ret | 3/1/1999 | SL /N/A | 10.0000 | 54,129.73 | 100.0000 | 0.00 | 0.00 | 54,129.73 | 0.00 | 54,129.73 |
| 21 | | New Coatings L | 6/1/1999 | SL /N/A | 10.0000 | 16,315.58 | 100.0000 | 0.00 | 0.00 | 16,315.58 | 0.00 | 16,315.58 |
| 22 | | Plant Lighting P | 1/1/1999 | SL /N/A | 20.0000 | 3,230.00 | 100.0000 | 0.00 | 0.00 | 3,230.00 | 0.00 | 3,230.00 |
| 23 | | Electric Sub - St | 6/1/1999 | SL /N/A | 10.0000 | 76,115.00 | 100.0000 | 0.00 | 0.00 | 76,115.00 | 0.00 | 76,115.00 |
| 24 | | Land - Flint | 9/30/1986 | No Calc /N/A | 0.0000 | 37,448.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 | | Land - Flint (W/L | 9/30/1986 | No Calc /N/A | 0.0000 | 220,824.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 | | Reactor 304 (98 | 5/1/1999 | SL /N/A | 10.0000 | 288,693.87 | 100.0000 | 0.00 | 0.00 | 288,693.87 | 0.00 | 288,693.87 |
| 27 | | Boiler Replacem | 7/1/1999 | SL /N/A | 10.0000 | 9,800.00 | 100.0000 | 0.00 | 0.00 | 9,800.00 | 0.00 | 9,800.00 |
| 28 | | Concrete Pad ar | 8/1/1999 | SL /N/A | 20.0000 | 59,960.00 | 100.0000 | 0.00 | 0.00 | 59,960.00 | 0.00 | 59,960.00 |
| 29 | | PILOT REACTO | 2/1/2000 | SL /N/A | 10.0000 | 20,742.14 | 100.0000 | 0.00 | 0.00 | 20,742.14 | 0.00 | 20,742.14 |
| 30 | | Overhead Door | 4/1/2000 | SL /N/A | 20.0000 | 1,942.00 | 100.0000 | 0.00 | 0.00 | 1,942.00 | 0.00 | 1,942.00 |
| 31 | | Barium Sulfate I | 6/1/2000 | SL /N/A | 10.0000 | 135,109.68 | 100.0000 | 0.00 | 0.00 | 135,109.68 | 0.00 | 135,109.68 |
| 32 | | Active Blend Ca | 5/1/2000 | SL /N/A | 10.0000 | 11,303.36 | 100.0000 | 0.00 | 0.00 | 11,303.36 | 0.00 | 11,303.36 |
| 33 | | Plant Security S | 5/1/2000 | SL /N/A | 10.0000 | 7,596.20 | 100.0000 | 0.00 | 0.00 | 7,596.20 | 0.00 | 7,596.20 |
| 34 | | Coatings Blend | 8/1/2000 | SL /N/A | 10.0000 | 103,586.44 | 100.0000 | 0.00 | 0.00 | 103,586.44 | 0.00 | 103,586.44 |
| 35 | | Parking Lot/Driv | 7/1/2000 | SL /N/A | 20.0000 | 9,886.92 | 100.0000 | 0.00 | 0.00 | 9,886.92 | 0.00 | 9,886.92 |
| 36 | | Back Flow Preve | 2/1/2001 | SL /N/A | 7.0000 | 3,613.00 | 100.0000 | 0.00 | 0.00 | 3,613.00 | 0.00 | 3,613.00 |
| 37 | | Scale Up Reacto | 1/15/2001 | SL /N/A | 10.0000 | 13,134.93 | 100.0000 | 0.00 | 0.00 | 13,134.93 | 0.00 | 13,134.93 |
| 38 | | 2 - 3000 gal. sta | 10/31/2000 | SL /N/A | 10.0000 | 20,716.69 | 100.0000 | 0.00 | 0.00 | 20,716.69 | 0.00 | 20,716.69 |
| 39 | | Mixer for Reacto | 3/1/2001 | SL /N/A | 10.0000 | 49,209.53 | 100.0000 | 0.00 | 0.00 | 49,209.53 | 0.00 | 49,209.53 |
| 40 | | Scale Up Reacto | 11/1/2001 | SL /N/A | 10.0000 | 3,307.00 | 100.0000 | 0.00 | 0.00 | 3,307.00 | 0.00 | 3,307.00 |
| 41 | | Piping/Insulation | 1/1/2002 | SL /N/A | 10.0000 | 626.68 | 100.0000 | 0.00 | 0.00 | 626.68 | 0.00 | 626.68 |
| 42 | | Phone System v | 12/1/2001 | SL /N/A | 10.0000 | 9,508.20 | 100.0000 | 0.00 | 0.00 | 9,508.20 | 0.00 | 9,508.20 |
| 43 | | Plant Insulation | 9/30/2002 | SL /N/A | 10.0000 | 4,336.70 | 100.0000 | 0.00 | 0.00 | 4,336.70 | 0.00 | 4,336.70 |
| 44 | | Oxidation Mixer | 4/1/2002 | SL /N/A | 10.0000 | 56,575.27 | 100.0000 | 0.00 | 0.00 | 56,575.27 | 0.00 | 56,575.27 |
| 45 | | Boiler | 6/1/2002 | SL /N/A | 10.0000 | 161,746.08 | 100.0000 | 0.00 | 0.00 | 161,746.08 | 0.00 | 161,746.08 |

25-1231193
10/01/2021 - 09/30/2022

Sorted: General - tax link

Locknart Chemical Company [24889-24002]

**Depreciation Expense**

Financial

10/01/2021 - 09/30/2022

10/18/2022
11:14:18AM

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Depr #1 - Other Depreciation |
| 46 | | Mettler Titrator | 6/1/2002 | SL /N/A | 10.0000 | 9,233.05 | 100.0000 | 0.00 | 0.00 | 9,233.05 | 0.00 | 9,233.05 |
| 47 | | Plant Insulation | 10/15/2002 | SL /N/A | 10.0000 | 2,079.15 | 100.0000 | 0.00 | 0.00 | 2,079.15 | 0.00 | 2,079.15 |
| 48 | | Brookfield Visco | 1/1/2004 | SL /N/A | 10.0000 | 1,161.40 | 100.0000 | 0.00 | 0.00 | 1,161.40 | 0.00 | 1,161.40 |
| 49 | | Barium Filter Ca | 1/20/2005 | SL /N/A | 10.0000 | 3,300.00 | 100.0000 | 0.00 | 0.00 | 3,300.00 | 0.00 | 3,300.00 |
| 50 | | Portable Digital | 12/15/2005 | SL /N/A | 10.0000 | 11,910.12 | 100.0000 | 0.00 | 0.00 | 11,910.12 | 0.00 | 11,910.12 |
| 51 | | Parking Lot Cato | 11/10/2006 | SL /N/A | 20.0000 | 4,784.00 | 100.0000 | 0.00 | 0.00 | 3,468.40 | 239.20 | 3,707.60 |
| 52 | | Pump | 12/19/2006 | SL /N/A | 10.0000 | 1,450.00 | 100.0000 | 0.00 | 0.00 | 1,450.00 | 0.00 | 1,450.00 |
| 53 | | Boiler Rebuild | 12/20/2006 | SL /N/A | 10.0000 | 6,230.00 | 100.0000 | 0.00 | 0.00 | 6,230.00 | 0.00 | 6,230.00 |
| 54 | | Forklift Rebuild | 7/31/2007 | SL /N/A | 7.0000 | 7,170.00 | 100.0000 | 0.00 | 0.00 | 7,170.00 | 0.00 | 7,170.00 |
| 55 | | Forklift Rebuild | 11/1/2007 | SL /N/A | 7.0000 | 13,525.50 | 100.0000 | 0.00 | 0.00 | 13,525.50 | 0.00 | 13,525.50 |
| 56 | | Oxidation Comp | 11/15/2007 | SL /N/A | 7.0000 | 76,607.63 | 100.0000 | 0.00 | 0.00 | 76,607.63 | 0.00 | 76,607.63 |
| 57 | | Flame Arrestor | 3/1/2009 | SL /N/A | 7.0000 | 11,728.72 | 100.0000 | 0.00 | 0.00 | 11,728.72 | 0.00 | 11,728.72 |
| 58 | | Sewer Line Rep: | 10/8/2008 | SL /N/A | 7.0000 | 4,850.00 | 100.0000 | 0.00 | 0.00 | 4,850.00 | 0.00 | 4,850.00 |
| 59 | | Cowles Mixer | 1/26/2010 | SL /N/A | 7.0000 | 22,433.98 | 100.0000 | 0.00 | 0.00 | 22,433.98 | 0.00 | 22,433.98 |
| 60 | | Ribbon Mixer-Dr | 1/1/2011 | SL /N/A | 10.0000 | 2,996.00 | 100.0000 | 0.00 | 0.00 | 2,996.00 | 0.00 | 2,996.00 |
| 61 | | Reactor 310 Mix | 3/1/2011 | SL /N/A | 10.0000 | 9,209.00 | 100.0000 | 0.00 | 0.00 | 9,209.00 | 0.00 | 9,209.00 |
| 62 | | Nitrogen Genera | 9/1/2011 | SL /N/A | 10.0000 | 27,636.00 | 100.0000 | 0.00 | 0.00 | 27,636.00 | 0.00 | 27,636.00 |
| 63 | | 3 filing cabinets | 5/1/2011 | SL /N/A | 7.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| 64 | | 3 Desks | 5/1/2011 | SL /N/A | 7.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 65 | | 10 Chairs | 5/1/2011 | SL /N/A | 7.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 66 | | Air Compressor | 2/1/2012 | SL /N/A | 5.0000 | 4,587.86 | 100.0000 | 0.00 | 0.00 | 4,587.86 | 0.00 | 4,587.86 |
| 67 | | Cuprisan Blend | 11/1/2012 | SL /N/A | 10.0000 | 4,587.50 | 100.0000 | 0.00 | 0.00 | 3,899.38 | 458.75 | 4,358.13 |
| 68 | | Rust Prevention | 11/1/2012 | SL /N/A | 10.0000 | 40,034.04 | 100.0000 | 0.00 | 0.00 | 34,028.90 | 4,003.40 | 38,032.30 |
| 69 | | Ingersoll Rand C | 2/28/2013 | SL /N/A | 10.0000 | 8,392.76 | 100.0000 | 0.00 | 0.00 | 7,133.88 | 839.28 | 7,973.16 |
| 70 | | Boiler (Eclipse) 1 | 6/30/2013 | SL /N/A | 10.0000 | 6,975.00 | 100.0000 | 0.00 | 0.00 | 5,928.75 | 697.50 | 6,626.25 |
| 71 | | SMI-3 Capacity | 9/30/2012 | SL /N/A | 10.0000 | 15,013.00 | 100.0000 | 0.00 | 0.00 | 12,761.05 | 1,501.30 | 14,262.35 |
| 72 | | Warehouse Ove | 10/1/2013 | SL /N/A | 10.0000 | 2,691.00 | 100.0000 | 0.00 | 0.00 | 2,152.80 | 269.10 | 2,421.90 |
| 73 | | Roof Repair | 4/21/2014 | SL /N/A | 20.0000 | 31,673.00 | 100.0000 | 0.00 | 0.00 | 11,877.38 | 1,583.65 | 13,461.03 |
| 75 | G | Reactor 304 Pur | 3/1/2015 | SL /N/A | 10.0000 | 19,228.49 | 100.0000 | 0.00 | 0.00 | 13,139.48 | 480.71 | 13,620.19 |
| 76 | | Terresolve Blend | 7/1/2017 | SL /N/A | 10.0000 | 4,175.00 | 100.0000 | 0.00 | 0.00 | 2,748.54 | 417.50 | 3,166.04 |
| 77 | | Reactor 310 Pur | 3/1/2015 | SL /N/A | 10.0000 | 6,639.00 | 100.0000 | 0.00 | 0.00 | 4,370.68 | 663.90 | 5,034.58 |
| 79 | | EP Lubricity Tes | 10/1/2015 | SL /N/A | 5.0000 | 11,030.25 | 100.0000 | 0.00 | 0.00 | 11,030.25 | 0.00 | 11,030.25 |
| 80 | | Catch Basins & | 11/1/2015 | SL /N/A | 15.0000 | 11,600.00 | 100.0000 | 0.00 | 0.00 | 4,575.54 | 773.33 | 5,348.87 |
| 81 | | Lawn Tractor | 6/10/2016 | SL /N/A | 3.0000 | 3,072.94 | 100.0000 | 0.00 | 0.00 | 3,072.94 | 0.00 | 3,072.94 |
| 82 | | New Loading Do | 12/1/2016 | SL /N/A | 15.0000 | 7,982.11 | 100.0000 | 0.00 | 0.00 | 2,394.63 | 532.14 | 2,926.77 |
| 83 | | New Blend Tank | 7/1/2017 | SL /N/A | 7.0000 | 22,269.12 | 100.0000 | 0.00 | 0.00 | 14,315.85 | 3,181.30 | 17,497.15 |
| 84 | | Warehouse Roo | 7/20/2017 | SL /N/A | 20.0000 | 15,792.50 | 100.0000 | 0.00 | 0.00 | 3,553.33 | 789.63 | 4,342.96 |
| 85 | | Toyota Model 8I | 8/1/2017 | SL /N/A | 7.0000 | 14,000.00 | 100.0000 | 0.00 | 0.00 | 9,000.00 | 2,000.00 | 11,000.00 |
| 86 | | Ingersol Rand C | 9/13/2017 | SL /N/A | 7.0000 | 4,091.31 | 100.0000 | 0.00 | 0.00 | 2,630.12 | 584.47 | 3,214.59 |
| 87 | | 2016 Ford Fusic | 9/15/2017 | SL /N/A | 5.0000 | 16,118.00 | 100.0000 | 0.00 | 0.00 | 14,506.20 | 1,611.80 | 16,118.00 |
| 88 | | Repair/Replace | 8/1/2018 | SL /N/A | 15.0000 | 75,686.50 | 100.0000 | 0.00 | 0.00 | 15,978.27 | 5,045.77 | 21,024.04 |
| 89 | | Used Snow Plov | 8/1/2017 | SL /N/A | 5.0000 | 14,000.00 | 100.0000 | 0.00 | 0.00 | 11,200.00 | 2,800.00 | 14,000.00 |
| 90 | | Lean-To Roof fo | 10/1/2017 | SL /N/A | 39.0000 | 30,050.00 | 100.0000 | 0.00 | 0.00 | 3,082.04 | 770.51 | 3,852.55 |
| 91 | | New Methanol F | 2/1/2018 | SL /N/A | 7.0000 | 13,908.72 | 100.0000 | 0.00 | 0.00 | 7,285.52 | 1,986.96 | 9,272.48 |
| 92 | | FIVE (5) NEW AE | 4/10/2019 | SL /N/A | 15.0000 | 174,569.12 | 100.0000 | 0.00 | 0.00 | 29,094.85 | 11,637.94 | 40,732.79 |

| 25-1231193 | | | | | | | | | | | | 10/18/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2021 - 09/30/2022 | | | | | **Depreciation Expense** | | | | | | | 11:14:18AM |
| Sorted: General - tax link | | | | | Lockhart Chemical Company [24509-24002] | | | | | | | |
| | | | | | Financial | | | | | | | |
| | | | | | 10/01/2021 - 09/30/2022 | | | | | | | |

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Depr #1 - Other Depreciation** | | | | | | | | | | | | |
| 93 | | CALCIUM FILTF | 10/12/2018 | SL /N/A | 7.0000 | 16,333.83 | 100.0000 | 0.00 | 0.00 | 5,833.51 | 2,333.40 | 8,166.91 |
| 94 | | BLENDER FOR | 12/4/2018 | SL /N/A | 7.0000 | 15,700.00 | 100.0000 | 0.00 | 0.00 | 5,607.15 | 2,242.86 | 7,850.01 |
| 95 | | BARIUM PUMP | 3/29/2019 | SL /N/A | 7.0000 | 6,742.14 | 100.0000 | 0.00 | 0.00 | 2,407.90 | 963.16 | 3,371.06 |
| 96 | | Tunnel/Sewer/D | 10/1/2019 | SL /N/A | 10.0000 | 53,650.00 | 100.0000 | 0.00 | 0.00 | 8,047.50 | 5,365.00 | 13,412.50 |
| 97 | | XRF Analyzer (N | 2/1/2021 | SL /N/A | 10.0000 | 26,668.00 | 100.0000 | 0.00 | 0.00 | 1,333.40 | 2,666.80 | 4,000.20 |
| 98 | | Fork Truck | 4/30/2021 | SL /N/A | 10.0000 | 28,082.00 | 100.0000 | 0.00 | 0.00 | 936.07 | 2,808.20 | 3,744.27 |
| 99 | | R-304 Vaccuum | 12/31/2021 | SL /N/A | 7.0000 | 10,073.49 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,079.30 | 1,079.30 |
| 100 | | Warehouse Ligh | 1/31/2022 | SL /N/A | 10.0000 | 16,530.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,102.00 | 1,102.00 |
| 101 | | Fire Protection L | 6/15/2022 | SL /N/A | 10.0000 | 91,797.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 3,059.90 | 3,059.90 |
| Subtotal: Other Depr #1 - Other Depreciation | | | | | | 4,396,649.22 | | 0.00 | 0.00 | 3,571,831.71 | 64,488.76 | 3,636,320.47 |
| Less dispositions and exchanges: | | | | | | 19,228.49 | | 0.00 | 0.00 | 13,139.48 | 0.00 | 13,620.19 |
| Net for: Other Depr #1 - Other Depreciation | | | | | | 4,377,420.73 | | 0.00 | 0.00 | 3,558,692.23 | 64,488.76 | 3,622,700.28 |
| | | | | | | | | | | | | |
| Subtotal: | | | | | | 4,396,649.22 | | 0.00 | 0.00 | 3,571,831.71 | 64,488.76 | 3,636,320.47 |
| Less dispositions and exchanges: | | | | | | 19,228.49 | | 0.00 | 0.00 | 13,139.48 | 0.00 | 13,620.19 |
| Grand Totals: | | | | | | 4,377,420.73 | | 0.00 | 0.00 | 3,558,692.23 | 64,488.76 | 3,622,700.28 |

Color Key:

| | |
|---|---|
| Green: | Part 7 - Office Furniture, Fixtures, and Equipment |
| Salmon: | Part 8.47 - Vehicles |
| Yellow: | Part 8.50 - Machinery, Equipment, and Vehicles |
| Blue: | Part 9 - Real Property |

**EXHIBIT B**

Lockhart Chemical Company Inventory

| Site | Item Number | | Type | Quantity | U of M | Unit Cost | Extended Cost |
|------|-------------|--|------|----------|--------|-----------|---------------|
| LC002 | LU420.D | LUBRISTAY 420 | F | 86,436.00000 | LB | $0.773 | $66,815.028 |
| LC002 | LU445.D | LUBRISTAY 445 | F | 68,256 | LB | $0.855 | $58,358.880 |
| LC002 | LU452.D | LUBRISTATY 452 | F | 256,908.00000 | LB | $0.860 | $220,940.880 |
| LC002 | LU453.D | LUBRISTAY 453 | F | 30,336 | LB | $0.685 | $20,780.160 |
| LC002 | LU456.D | LUBRISTAY 456 | F | 46,452.00000 | LB | $0.760 | $35,303.520 |
| LC002 | LU470.BAG | LUBRISTAY 470 | F | 145,200 | LB | $1.361 | $197,617.200 |
| **Inventory Value for Site:** | **LC002** | | | **633,588.00000** | | | **$599,815.668** |
| | | | | | | | |
| LC014 | 8807.D | LOCKGUARD S 8807 | F | 1,600.00000 | LB | $1.507 | $2,411.200 |
| LC014 | 8808. | LOCKGUARD 8808 | F | 31,331.00000 | LB | $1.381 | $43,256.627 |
| **Inventory Value for Site:** | **LC014** | | | **32,931.00000** | | | **$45,667.827** |
| | | | | | | | |
| LC015 | M2426.D | Hot Nose Compound 2426 Drums | F | 840.00000 | LB | $0.564 | $473.760 |
| LC015 | M3241A.D | MPG BI 3241A Drums | F | 1,000.00000 | LB | $1.522 | $1,522.000 |
| LC015 | M342. | Rust Veto 342 | F | 3.00000 | LB | $1.116 | $3.348 |
| LC015 | M342.D | RUST VETO 342 | F | 17,721.00000 | LB | $1.310 | $23,170.158 |
| LC015 | M342.P | Rust Veto 342 Pails | F | 1,944.00000 | LB | $1.458 | $2,834.352 |
| LC015 | N1226.T | NORTHSTAR Rust Guard 1226 | F | 312.00000 | LB | $0.866 | $270.177 |
| **Inventory Value for Site:** | **LC015** | | | **21,820.00000** | | | **$28,273.795** |
| | | | | | | | |
| LC016 | 001. | WATER | R | 55,802.00000 | LB | $0.010 | $558.020 |
| LC016 | 004. | METHYL CARBITOL/GLYCOL ETHER | R | 312.00000 | LB | $1.650 | $514.800 |
| LC016 | 100. | LZ  OPEN HEAD UNLINED GREY TOP | C | 341.00000 | E | $70.350 | $24,418.940 |
| LC016 | 108BSP. | 5 GAL BLACK  UN APPROVED 26 G S | C | 134.00000 | E | $11.890 | $1,593.260 |
| LC016 | 108P | 5-GALLON PLASTIC PAIL | C | 248.00000 | E | $7.493 | $1,858.250 |
| LC016 | 108WP. | 5 GAL WHITE PLASTIC PAIL | C | 245.00000 | E | $7.064 | $1,730.710 |
| LC016 | 147. | SUNRAY 1182-100 - ALKYD RESIN | R | 3,524.00000 | LB | $3.090 | $10,889.160 |
| LC016 | 149. | Vanlube RI-CSN/NaSul 729 | R | 13,620.00000 | LB | $4.849 | $66,046.930 |
| LC016 | 231. | AMADOL 1017 | R | 143.00000 | LB | $2.294 | $328.042 |
| LC016 | 236. | ANDREA AROMATICS DEODORANT 2 | R | 622.00000 | LB | $8.250 | $5,131.500 |
| LC016 | 241. | EC 5459A | R | 208.00000 | LB | $3.890 | $809.120 |
| LC016 | 252. | METHYL ACETATE | R | 1,145.00000 | LB | $0.780 | $893.100 |
| LC016 | 254. | AC 6702 | R | 3,310.58000 | LB | $5.480 | $18,141.978 |
| LC016 | 256. | LUBRHOPHOS LB 400 | R | 684.00000 | LB | $2.980 | $2,038.320 |
| LC016 | 257. | DMEA | R | 516.00000 | LB | $1.620 | $835.920 |
| LC016 | 266.T | OXIDIZED FUEL OIL #2 | F | 3,098.00000 | LB | $1.099 | $3,404.702 |
| LC016 | 268. | EB ACETATE | R | 3,888.00000 | LB | $1.650 | $6,415.200 |
| LC016 | 272. | ALKYD TINT BLACK, 87K1383 | R | 450.00000 | LB | $6.260 | $2,817.000 |
| LC016 | 277. | 2000 OIL | R | 836.00000 | LB | $1.130 | $944.680 |
| LC016 | 278. | ISOOCTYL ALCOHOL | R | 745.00000 | LB | $2.500 | $1,862.500 |
| LC016 | 287. | XYLENE | R | 3,777.00000 | LB | $0.700 | $2,643.900 |
| LC016 | 289. | AROMATIC 100 SOLVENT | R | 248.00000 | LB | $0.853 | $211.544 |
| LC016 | 308. | SOYBEAN OIL | R | 390.00000 | LB | $0.950 | $370.500 |
| LC016 | 336. | BYK A500 | R | 188.00000 | LB | $4.390 | $825.320 |
| LC016 | 337. | YELKIN TS/SOYA LECITHIN | R | 2,032.00000 | LB | $1.280 | $2,600.960 |
| LC016 | 353. | LANOLIN TECHNICAL GRADE | R | 2,099.00000 | LB | $10.500 | $22,039.500 |
| LC016 | 354. | ATPET 200 | R | 330.94800 | LB | $4.836 | $1,600.465 |
| LC016 | 650. | MICROSERE 5799A | R | 11,738.33800 | LB | $1.844 | $21,650.461 |
| LC016 | 7439.D | LOCKGUARD 7439 | F | 5,880.00000 | LB | $1.004 | $5,903.520 |
| LC016 | 8080.CD | LG 8080 | R | 9,584.00000 | LB | $2.659 | $25,480.540 |
| LC016 | 8260. | LOCKGUARD B 8260 | F | 1,969.00000 | LB | $1.012 | $1,992.081 |
| LC016 | A216. | 216 SULFONIC ACID | R | 48,792.00000 | LB | $2.110 | $102,948.780 |
| LC016 | A400. | 100 SUS NAPHTHENIC OIL | R | 55,517.00000 | LB | $0.817 | $45,331.285 |
| LC016 | A401. | HI MELT SCALE WAX - HP770-1 | R | 70,197.00000 | LB | $0.893 | $62,716.035 |
| LC016 | A402. | ARISTONIC 8800 PILOT | R | 190,382.00000 | LB | $1.681 | $319,995.900 |
| LC016 | A403. | AKYPO TEC AM VG | R | 3,752.00000 | LB | $4.207 | $15,786.428 |
| LC016 | A404. | BIOSOFT S-101/ELO TANT LS200 | R | 7,562.00000 | LB | $1.793 | $13,558.666 |
| LC016 | A405. | ADIPIC ACID | R | 2,500.00000 | LB | $1.587 | $3,967.500 |
| LC016 | A406. | LOW MELT SLACK WAX/ HP770-0 | R | 62,632.00000 | LB | $0.862 | $53,964.640 |
| LC016 | A407. | AMINE AX | R | 772.00000 | LB | $0.370 | $285.640 |
| LC016 | A409. | BARIUM HYDROXIDE MONOHYDRIDE | R | 2,756.00000 | LB | $1.820 | $5,015.920 |

**As of:** 10/10/2022

| Site | Item Number | | | Quantity | | | Extended Cost |
|------|-------------|--|--|----------|--|--|---------------|
| LC016 | A413. | ETHOX CO-5 | R | 1,350.00000 | LB | $2.411 | $3,254.850 |
| LC016 | A415. | ETHOX CO-16 | R | 894.00000 | LB | $2.151 | $1,922.994 |
| LC016 | A416. | BORIC ACID | R | 6,215.40000 | LB | $0.750 | $4,661.550 |
| LC016 | A417. | BUSAN 77 | R | 57.00000 | LB | $10.591 | $603.710 |
| LC016 | A418. | KING CA 1122 | R | 480.00000 | LB | $4.940 | $2,371.200 |
| LC016 | A421. | CALCIUM CHLORIDE 35 | R | 14,499.00000 | LB | $0.350 | $5,074.650 |
| LC016 | A423. | 500 NAPHTHENIC OIL | R | 37,728.00000 | LB | $0.834 | $31,477.302 |
| LC016 | A424. | CARBON DIOXIDE | R | 1,000.00000 | LB | $0.313 | $313.000 |
| LC016 | A427. | CITRIC ACID, ANHYDROUS | R | 4,200.00000 | LB | $0.820 | $3,444.000 |
| LC016 | A428. | CELATOM FW14/DiCaperl 476 | R | 8,150.00000 | LB | $0.606 | $4,942.500 |
| LC016 | A429. | CELATOM FW 6/Diaperl 436 | R | 3,000.00000 | LB | $1.020 | $3,060.000 |
| LC016 | A431. | COBRATEC 100/ WINTROL T/TOLYTF | R | 3,320.00000 | LB | $16.010 | $53,152.600 |
| LC016 | A432. | CORFREE M1 / PUREMIX/EMEROX 11 | R | 18,084.00000 | LB | $4.562 | $82,498.592 |
| LC016 | A433. | COPPER CARBONATE | R | 2,150.00000 | LB | $4.550 | $9,782.500 |
| LC016 | A435. | DIETHYLENE GLYCOL | R | 2,159.00000 | LB | $0.960 | $2,072.640 |
| LC016 | A436. | DIACID 1550/PVS COUPLER | R | 570.00000 | LB | $1.985 | $1,131.450 |
| LC016 | A437. | DIMER ACID UNIDYME 22 | R | 15,460.00000 | LB | $2.800 | $43,288.000 |
| LC016 | A438. | Diisopropanol Amine 99 | R | 63,594.77000 | LB | $2.254 | $143,338.036 |
| LC016 | A439. | DIPROPYLENE GLYCOL | R | 5,620.00000 | LB | $2.634 | $14,803.580 |
| LC016 | A441. | STEEL RECONDITIONED  OPEN HEA | C | 435.00000 | E | $45.530 | $19,805.550 |
| LC016 | A442. | UN APPROVED STEEL CLOSED HEAI | C | 77.00000 | E | $65.510 | $5,044.270 |
| LC016 | A445. | EDTA NA 40/VERSENE 100 | R | 4,215.00000 | LB | $0.845 | $3,561.375 |
| LC016 | A446. | ETHFAC 104 | R | 1,614.00000 | LB | $3.620 | $5,842.680 |
| LC016 | A447. | ETHFAC 140 | R | 1,470.00000 | LB | $3.360 | $4,939.200 |
| LC016 | A448. | FOAM BAN 455 | R | 344.00000 | LB | $11.950 | $4,110.800 |
| LC016 | A451. | GLYCERINE 99.5 | R | 2,852.00000 | LB | $1.650 | $4,705.800 |
| LC016 | A452. | GLACIAL ACETIC ACID | R | 4,607.00000 | LB | $1.025 | $4,724.065 |
| LC016 | A453. | GLYCOL ETHER DB | R | 880.00000 | LB | $1.154 | $1,015.650 |
| LC016 | A454. | GLYCOL ETHER DPNB | R | 5,498.00000 | LB | $2.994 | $16,458.894 |
| LC016 | A455. | GLYCOL ETHER EB | R | 2,295.00000 | LB | $1.813 | $4,160.835 |
| LC016 | A457. | GLYCOL ETHER TPNB | R | 1,389.00000 | LB | $2.355 | $3,271.095 |
| LC016 | A458. | HEPTANOIC ACID | R | 435.00000 | LB | $3.243 | $1,410.510 |
| LC016 | A459. | HEXYLENE GLYCOL | R | 4,316.00000 | LB | $1.854 | $8,002.280 |
| LC016 | A460. | HOSTAGLISS 1510/TAS XP-1025B | R | 1,438.00000 | LB | $2.890 | $4,155.820 |
| LC016 | A461. | VERTICAL HYDRATED LIME BAGS | R | 1,104.00000 | LB | $0.382 | $421.728 |
| LC016 | A462. | INFINIUM V385 | R | 4,200.77100 | LB | $4.410 | $18,525.400 |
| LC016 | A465. | ISONONACID | R | 2,870.00000 | LB | $2.961 | $8,496.900 |
| LC016 | A466. | KL9555 | R | 365.00000 | LB | $1.420 | $518.300 |
| LC016 | A467. | POTASSIUM HYDROXIDE 45 | R | 7,360.00000 | LB | $0.585 | $4,305.600 |
| LC016 | A468. | LINSEED OIL SUPREME | R | 1,397.00000 | LB | $1.950 | $2,724.150 |
| LC016 | A469. | Nasul ZS | R | 4,232.00000 | LB | $4.981 | $21,080.000 |
| LC016 | A470. | SODIUM HYDROXIDE 50, RAYON GR/ | R | 4,952.00000 | LB | $0.382 | $1,890.928 |
| LC016 | A471. | MANGANESE CARBOXYLATE 12 | R | 1,677.00000 | LB | $2.090 | $3,504.930 |
| LC016 | A472. | MONOETHANOL AMINE MEA | R | 7,407.00000 | LB | $1.918 | $14,210.010 |
| LC016 | A473. | MERGAL K 10N | R | 308.00000 | LB | $4.170 | $1,284.360 |
| LC016 | A474. | 142 SOLVENT MINERAL SPIRITS | R | 23,056.00000 | LB | $0.841 | $19,387.424 |
| LC016 | A475. | MONOISOPROPANOL AMINE MIPA | R | 3,262.00000 | LB | $2.843 | $9,275.060 |
| LC016 | A476. | METHANOL | R | 20,177.00000 | LB | $0.470 | $8,850.390 |
| LC016 | A477. | N-BUTYL ALCOHOL | R | 12,150.00000 | LB | $1.700 | $20,655.000 |
| LC016 | A478. | NEODECANOIC ACID PRIME | R | 1,443.00000 | LB | $2.498 | $3,604.520 |
| LC016 | A480. | OLEIC ACID | R | 2,284.00000 | LB | $1.708 | $3,901.020 |
| LC016 | A483. | ARISTONATE C 5000 | R | 23,825.00000 | LB | $2.460 | $58,609.500 |
| LC016 | A485. | PEG 400 | R | 857.00000 | LB | $1.770 | $1,516.890 |
| LC016 | A486. | PEG 600 | R | 169.00000 | LB | $1.700 | $287.300 |
| LC016 | A487. | PETROSUL HX-60 SUPER HIGH MW | R | 73,970.00000 | LB | $1.010 | $74,709.700 |
| LC016 | A488. | HMW SODIUM SULFONATE | R | 140,547.80000 | LB | $1.265 | $177,794.740 |
| LC016 | A491. | PHOSPHORIC ACID 75 | R | 680.00000 | LB | $0.690 | $469.200 |
| LC016 | A492. | PINE OIL | R | 37.00000 | LB | $3.249 | $120.216 |
| LC016 | A493. | PLURACOL 17 R2 | R | 1,708.00000 | LB | $4.218 | $7,205.160 |
| LC016 | A494. | PLURONIC L-121 | R | 1,600.00000 | LB | $3.580 | $5,728.000 |
| LC016 | A495. | PROPYLENE GLYCOL | R | 917.00000 | LB | $1.150 | $1,054.550 |

System: 10/19/2022 2:46:53 PM  SUMMARY HISTORICAL STOCK STATUS REPORT  Page: 3
User Date: 10/19/2022  User ID: askillington

Case 22-22005-CMB   Doc 735   Filed 10/24/22   Entered 10/24/22 15:05:0 Desc Main
Document   Page 19 of 69

LOCTITE CHEMICAL 4 AN

Inventory Control

**As of:** 10/10/2022

| Site | Item Number | | | Quantity | | | Extended Cost |
|------|-------------|--|--|----------|--|--|---------------|
| LC016 | A496. | SODA ASH | R | 400.0000 | LB | $0.261 | $104.400 |
| LC016 | A499. | SYNERGEX T | R | 318.0000 | LB | $2.351 | $747.618 |
| LC016 | A500. | TOFA L-1/L-5 | R | 35,920.0000 | LB | $2.050 | $73,636.000 |
| LC016 | A503. | TOLUENE SULFONIC ACID | R | 3,135.0000 | LB | $1.670 | $5,235.450 |
| LC016 | A504. | TOMADOL 400 | R | 762.4200 | LB | $2.760 | $2,104.279 |
| LC016 | A505. | TOMADOL 900 | R | 3,886.0000 | LB | $3.186 | $12,378.900 |
| LC016 | A506. | RECON TOTE 275 GALLONS | C | 8.0000 | E | $95.000 | $760.000 |
| LC016 | A513. | YELKIN TS/SOYA LECITHIN | R | 900.0000 | LB | $1.500 | $1,350.000 |
| LC016 | A514. | SODIUM SULFONATE LMW | R | 166,102.6000 | LB | $1.460 | $242,509.796 |
| LC016 | A515. | TRIETHANOLAMINE 99 TEA 99 | R | 9,796.0000 | LB | $0.900 | $8,816.400 |
| LC016 | A516. | NONYL PHENOL EO4   NP-4 | R | 561.0000 | LB | $2.300 | $1,290.300 |
| LC016 | A518. | KENDEX 0111 | R | 21,242.0000 | LB | $0.850 | $18,055.700 |
| LC016 | A520. | LPA 170 SOLVENT | R | 170.0000 | LB | $0.820 | $139.400 |
| LC016 | A521. | PETRONATE HL SODIUM SULFONAT | R | 228,480.8800 | LB | $1.356 | $309,883.431 |
| LC016 | A524. | DIETHANOL AMINE DEA | R | 1,822.0000 | LB | $1.873 | $3,412.606 |
| LC016 | A526. | TOFA 40 | R | 15,626.0000 | LB | $1.470 | $22,970.220 |
| LC016 | A527. | LOW FLASH MINERAL SPIRITS | R | 34,268.0000 | LB | $1.050 | $35,981.400 |
| LC016 | A532. | ACC DOS-70PG /DOSS GLYCOL | R | 370.0000 | LB | $1.750 | $647.500 |
| LC016 | A533. | TMP TALLATE SYNATIVE 2964 | R | 171.8300 | LB | $3.530 | $606.560 |
| LC016 | A534. | OLEIC IMIDAZOLINE | R | 1,129.0000 | LB | $4.320 | $4,877.280 |
| LC016 | A546. | LUBRISTAY SYN 5000AL | R | 370.0000 | LB | $1.200 | $444.000 |
| LC016 | A549. | SODIUM METHYLATE 25 | R | 3,040.0000 | LB | $1.150 | $3,496.000 |
| LC016 | A550. | WHITE GREASE/LARD | R | 397.0000 | LB | $0.540 | $214.380 |
| LC016 | A552. | GLYCOL ETHER DPM | R | 342.0000 | LB | $1.350 | $461.700 |
| LC016 | A555. | DIGLYCOL AMINE | R | 3,114.0000 | LB | $3.220 | $10,026.090 |
| LC016 | A556. | HEAVY POLYAMINE X | R | 460.0000 | LB | $4.050 | $1,863.000 |
| LC016 | A557. | P-1000 PIBSA | R | 685.0000 | LB | $2.230 | $1,527.550 |
| LC016 | A559. | ZINC CARBONATE | R | 126.0000 | LB | $5.500 | $693.000 |
| LC016 | A560. | POP 155 Paraini Oil | R | 3,828.0000 | LB | $1.000 | $3,828.000 |
| LC016 | A562. | ODORLESS MINERAL SPIRITS | R | 700.0000 | LB | $0.710 | $497.000 |
| LC016 | A564. | TRIISOPROPANOL AMINE 85 | R | 380.0000 | LB | $3.070 | $1,166.600 |
| LC016 | A565. | HYBASE C 402 | R | 288,740.0000 | LB | $2.130 | $615,057.000 |
| LC016 | A567. | Calsol 8120 | R | 8,020.8800 | LB | $1.020 | $8,181.298 |
| LC016 | A618. | COCO FATTY ACID CA1407 | R | 1,146.0000 | LB | $1.720 | $1,971.120 |
| LC016 | A621. | IDAKLOR951 | R | 492.0000 | LB | $1.550 | $762.600 |
| LC016 | A638. | KENDEX 0847 150 BRIGHT STOCK | R | 2,135.0000 | LB | $0.771 | $1,646.085 |
| LC016 | A640. | 35 Gallon Blue Plasti Ke | C | 7.0000 | E | $45.000 | $315.000 |
| LC016 | A641. | Levo-2-Amino-1-butanol L-ab | R | 16,152.0000 | LB | $1.650 | $26,650.800 |
| LC016 | A650. | KIMES MICRO WAX 200 | R | 8,640.0000 | LB | $0.300 | $2,592.000 |
| LC016 | A651. | EPOXIDIZED SOYABEAN OIL ESO | R | 1,340.0000 | LB | $2.576 | $3,452.000 |
| LC016 | BA50. | COUNTER RUST BA50 | F | 6,782.0000 | LB | $1.728 | $11,719.296 |
| LC016 | BA50.D | COUNTER RUST BA50 | F | 6,160.0000 | LB | $1.856 | $11,432.960 |
| LC016 | BA50.T | COUNTER RUST BA50 | F | 2,150.0000 | LB | $1.616 | $3,474.400 |
| LC016 | BA51.D | COUNTER RUST BA51 | F | 1,760.0000 | LB | $1.785 | $3,141.600 |
| LC016 | BA55. | COUNTER RUST BA55 | F | 4,576.0000 | LB | $1.857 | $8,497.632 |
| LC016 | BA55.D | COUNTER RUST BA55 | F | 18,920.0000 | LB | $1.959 | $37,064.280 |
| LC016 | BA70. | COUNTER RUST BA70 | F | 18,304.0000 | LB | $2.342 | $42,867.968 |
| LC016 | BA70.D | COUNTER RUST BA70 | F | 3,360.0000 | LB | $2.267 | $7,615.680 |
| LC016 | BC3100.D | BC3100 CLEAR | F | 5,200.0000 | LB | $1.395 | $7,254.000 |
| LC016 | BC3100BLACK.D | BC3100 BLACK | F | 2,922.0000 | LB | $1.224 | $3,576.528 |
| LC016 | BE80.D | BUTYL ESTER FROM OXIDIZED WAX | F | 420.0000 | LB | $1.353 | $568.320 |
| LC016 | CA300.D | COUNTER RUST CA300 | F | 7,250.0000 | LB | $1.712 | $12,410.000 |
| LC016 | CA400.CD | COUNTER RUST CA400 | F | 3,307.0000 | LB | $1.999 | $6,610.693 |
| LC016 | CA400.CT | CA400 IN TOTES | R | 17,489.0000 | LB | $1.720 | $30,081.080 |
| LC016 | CA400.D | COUNTER RUST CA400 | F | 12,750.0000 | LB | $2.478 | $31,594.500 |
| LC016 | CA400.T | COUNTER RUST CA400 | F | 7,650.0000 | LB | $1.767 | $13,517.550 |
| LC016 | CA407.CD | COUNTER RUST CA 407 | R | 23,731.0000 | LB | $2.790 | $66,216.140 |
| LC016 | CA409.CD | COUNTER RUST CA 409 | R | 30,299.0000 | LB | $2.900 | $87,867.100 |
| LC016 | CA418.D | Counter Rust CA418 | F | 3,880.0000 | LB | $1.704 | $6,611.520 |
| LC016 | CA42. | COUNTER RUST CA42 | F | 13,192.0000 | LB | $1.616 | $21,318.272 |
| LC016 | CA42.D | COUNTER RUST CA42 | F | 850.0000 | LB | $1.804 | $1,533.400 |

Case 22-22005-CMB    Doc 231    Filed 10/24/22    Entered 10/24/22 15:05:09    Desc Main
Document    Page 20 of 69

LOGICAL CHEMICAL COMPANY
Inventory Control

**As of:**   10/10/2022

| Site | Item Number | | | Quantity | | | Extended Cost |
|------|-------------|--|--|----------|--|--|---------------|
| LC016 | CA42.T | COUNTER RUST CA42 | F | 6,450.00000 | LB | $1.708 | $11,016.600 |
| LC016 | CA45.D | COUNTER RUST CA45 | F | 1,275.00000 | LB | $1.315 | $1,676.625 |
| LC016 | CA57. | COUNTER RUST CA57 | F | 4,902.00000 | LB | $1.312 | $6,431.424 |
| LC016 | CA57.D | COUNTER RUST CA57 | F | 4,250.00000 | LB | $1.415 | $6,014.175 |
| LC016 | CA57S.D | COUNTER RUST CA57S | F | 5,100.00000 | LB | $1.589 | $8,103.900 |
| LC016 | CA70.D | COUNTER RUST CA70 | F | 1,700.00000 | LB | $1.415 | $2,405.500 |
| LC016 | CC1310.D | COOLCUT 1310 | F | 2,125.00000 | LB | $1.763 | $3,746.375 |
| LC016 | CITROXYL. | CITROXYL | F | 44.00000 | LB | $0.575 | $25.300 |
| LC016 | CR108.D | COUNTER RUST 108 | F | 1,800.00000 | LB | $1.050 | $1,890.000 |
| LC016 | CR140.D | Counter Rust 140 | F | 495.00000 | LB | $2.884 | $1,427.580 |
| LC016 | CR199.D | COUNTER RUST 199 | F | 4,150.00000 | LB | $1.838 | $7,629.050 |
| LC016 | CR216.D | COUNTER RUST 216 | F | 2,700.00000 | LB | $1.977 | $5,337.900 |
| LC016 | CR267.D | COUNTER RUST 267 | F | 900.00000 | LB | $1.139 | $1,025.100 |
| LC016 | CR268.D | COUNTER RUST 268 | F | 21,000.00000 | LB | $2.835 | $59,526.000 |
| LC016 | CR268.T | CR268 - TOTE | F | 8,406.00000 | LB | $1.466 | $12,323.196 |
| LC016 | CR6000. | COUNTER RUST 6000 | F | 74,057.00000 | LB | $0.994 | $73,612.658 |
| LC016 | CR6000.D | COUNTER RUST 6000 | F | 2,000.00000 | LB | $1.061 | $2,122.000 |
| LC016 | CR6020.D | COUNTER RUST 6020 | F | 1,050.00000 | LB | $1.059 | $1,111.950 |
| LC016 | CR6021.D | COUNTER RUST 6021 | F | 350.00000 | LB | $0.933 | $326.550 |
| LC016 | CR6022. | COUNTER RUST 6022 | F | 3,696.00000 | LB | $0.858 | $3,171.168 |
| LC016 | CR6060. | COUNTER RUST 6060 | F | 11,471.00000 | LB | $1.252 | $14,361.692 |
| LC016 | CR650.D | COUNTER RUST 650 | F | 350.00000 | LB | $1.850 | $647.500 |
| LC016 | CR6654.D | COUNTER RUST 6654 | F | 380.00000 | LB | $1.046 | $397.480 |
| LC016 | CR6654BLACK.D | COUNTER RUST 6654 BLACK | F | 2,280.00000 | LB | $1.058 | $2,412.240 |
| LC016 | CR6655. | COUNTER RUST 6655 | F | 25,506.00000 | LB | $1.105 | $28,184.130 |
| LC016 | CR6655.D | COUNTER RUST 6655 | F | 385.00000 | LB | $1.035 | $398.475 |
| LC016 | CR6655.T | UN1993 FLAMMABLE LIUIDS,N.O.S.C( | F | 11,550.00000 | LB | $1.184 | $13,675.200 |
| LC016 | CR6670.D | COUNTER RUST 6670 | F | 13,475.00000 | LB | $1.275 | $17,180.625 |
| LC016 | CR6675. | COUNTER RUST 6675 | F | 1,940.00000 | LB | $1.189 | $2,306.660 |
| LC016 | CR7000. | COUNTER RUST 7000 | F | 4,100.00000 | LB | $2.113 | $8,662.804 |
| LC016 | CR7008.D | COUNTER RUST 7008 | F | 6,800.00000 | LB | $1.720 | $11,696.000 |
| LC016 | CR7010.D | COUNTER RUST 7010 | F | 8,392.00000 | LB | $1.802 | $15,121.920 |
| LC016 | CR7013.D | COUNTER RUST 7013 | F | 400.00000 | LB | $1.350 | $540.000 |
| LC016 | CR7017.D | COUNTER RUST 7017 | F | 6,000.00000 | LB | $1.414 | $8,484.000 |
| LC016 | CR7020. | Counter Rust 7020 | F | 8,000.00000 | LB | $1.867 | $14,936.000 |
| LC016 | CR7020.D | COUNTER RUST 7020 | F | 400.00000 | LB | $1.469 | $587.600 |
| LC016 | CR7070IND.D | COUNTER RUST 7070 | F | 2,000.00000 | LB | $1.628 | $3,256.000 |
| LC016 | CR7072.D | COUNTER RUST 7072 | F | 8,765.00000 | LB | $1.808 | $15,842.795 |
| LC016 | CR7089.D | Counter Rust 7089 | F | 400.00000 | LB | $1.251 | $500.400 |
| LC016 | CR7100.D | COUNTER RUST 7100 | F | 4,620.00000 | LB | $1.847 | $8,531.985 |
| LC016 | CR7155.D | COUNTER RUST 7155 | F | 3,057.00000 | LB | $4.076 | $12,459.740 |
| LC016 | CR7160.D | COUNTER RUST 7160 | F | 7,600.00000 | LB | $1.515 | $11,293.600 |
| LC016 | CR7165.D | COUNTER RUST 7165 | F | 1,925.00000 | LB | $1.883 | $3,624.775 |
| LC016 | CR7168.D | COUNTER RUST 7168 | F | 400.00000 | LB | $1.589 | $635.600 |
| LC016 | CR7188.D | COUNTER RUST 7188 | F | 2,000.00000 | LB | $1.420 | $2,840.800 |
| LC016 | CR815.D | COUNTER RUST 815 | F | 8,400.00000 | LB | $1.358 | $11,411.200 |
| LC016 | CR855.D | COUNTER RUST 855 | F | 19,600.00000 | LB | $1.723 | $33,770.800 |
| LC016 | CR860.D | COUNTER RUST 860 | F | 2,400.00000 | LB | $1.369 | $3,285.600 |
| LC016 | CR899.D | COUNTER RUST 899 | F | 12,000.00000 | LB | $1.873 | $22,476.000 |
| LC016 | CRDMB.D | COUNTER RUST DMB | F | 900.00000 | LB | $1.315 | $1,183.500 |
| LC016 | CRT17.D | COUNTER RUST T-17 | F | 450.00000 | LB | $0.967 | $435.150 |
| LC016 | CRT18.D | COUNTER RUST T-18 | F | 24,300.00000 | LB | $1.311 | $31,854.900 |
| LC016 | CRT33.D | COUNTER RUST T-33 | F | 4,770.00000 | LB | $1.151 | $5,490.270 |
| LC016 | CRT43.D | COUNTER RUST T-43 | F | 5,950.00000 | LB | $1.642 | $9,769.050 |
| LC016 | CS1213. | COOLSURF 1213 | F | 6,404.00000 | LB | $1.899 | $12,159.612 |
| LC016 | CS2105. | COOLSURF 2105 | F | 800.00000 | LB | $1.994 | $1,595.200 |
| LC016 | CS2105.D | COOLSURF 2105 | F | 6,030.00000 | LB | $2.384 | $14,375.520 |
| LC016 | CS2128. | COOLSURF 2128 | F | 2,205.00000 | LB | $2.340 | $5,159.700 |
| LC016 | CS2175.D | COOLSURF 2175 | F | 425.00000 | LB | $1.733 | $736.525 |
| LC016 | CS405.D | COOLSURF 405 | F | 2,975.00000 | LB | $2.042 | $6,074.950 |
| LC016 | CSDILO11.D | COOLSURF DILO 11 | F | 7,225.00000 | LB | $1.822 | $13,163.950 |

System: 10/19/2022 2:46:53 PM SUMMARY HISTORICAL STOCK STATUS REPORT Page: 5
User Date: 10/19/2022 User ID: askillington

Case 22-22005-CMB Doc 23 Filed 10/24/22 Entered 10/24/22 15:05:... Desc Main
Document Page 21 of 69
LOCTITE CHEMICAL PLANT

Inventory Control

**As of:** 10/10/2022

| Site | Item Number | | | Quantity | | | Extended Cost |
|------|-------------|--|--|----------|--|--|---------------|
| LC016 | CSEB.D | COOLAMIDE EB | F | 425.00000 | LB | $2.042 | $867.850 |
| LC016 | CSRCO70. | COOLSURF RCO70 | F | 396.00000 | LB | $2.171 | $859.716 |
| LC016 | CSRCO70.D | COOLSURF RCO70 | F | 5,083.00000 | LB | $2.199 | $11,177.517 |
| LC016 | CSRCO70.T | COOLSURF RCO70 | F | 3,099.00000 | LB | $2.046 | $6,340.683 |
| LC016 | CUPRISAN.D | CUPRISAN | F | 520.00000 | LB | $1.065 | $553.800 |
| LC016 | CUPRISAN.T | CUPRISAN | F | 491.00000 | LB | $0.845 | $414.895 |
| LC016 | EM1430.D | EZ MULZ 1430 | F | 2,800.00000 | LB | $0.905 | $2,534.000 |
| LC016 | EM1450.D | EZ MULZ 1450 | F | 18,700.00000 | LB | $1.380 | $25,877.400 |
| LC016 | EM1465.D | EZ MULZ 1465 | F | 5,525.00000 | LB | $1.510 | $8,342.750 |
| LC016 | EM1475. | EZ MULZ 1475 | F | 14,094.00000 | LB | $1.295 | $18,251.730 |
| LC016 | EM1475.D | EZ MULZ 1475 | F | 28,050.00000 | LB | $1.629 | $45,693.450 |
| LC016 | EM1475.T | EZ MULZ 1475 | F | 2,150.00000 | LB | $1.461 | $3,141.150 |
| LC016 | EM1475FUCHS.D | EZ MULZ 1475 | F | 12,750.00000 | LB | $1.616 | $20,599.750 |
| LC016 | EM1475RV. | EZ MULZ 1475 RV | F | 1,238.00000 | LB | $1.318 | $1,631.684 |
| LC016 | EM1510.D | 500 MW SODIUM SULFONATE BLEND | F | 850.00000 | LB | $1.303 | $1,107.550 |
| LC016 | EM2000.D | EZ MULZ 2000 | F | 425.00000 | LB | $1.613 | $685.525 |
| LC016 | EM4037.D | EZ MULZ 4037 | F | 850.00000 | LB | $2.128 | $1,808.800 |
| LC016 | EM4037.T | EZ MULZ 4037 | F | 1,044.00000 | LB | $2.048 | $2,138.112 |
| LC016 | EM4409.D | EZ MULZ 4409 | F | 3,825.00000 | LB | $1.523 | $5,825.475 |
| LC016 | EM500.D | EZ MULZ 500 | F | 2,550.00000 | LB | $1.581 | $4,031.550 |
| LC016 | EM5400.D | EZ MULZ 5400 | F | 11,475.00000 | LB | $1.018 | $11,681.550 |
| LC016 | EM5409.T | EZ MULZ 5409 | F | 2,845.00000 | LB | $1.261 | $3,587.545 |
| LC016 | EM5454.D | EZ MULZ 5454 | F | 13,062.00000 | LB | $1.606 | $20,977.572 |
| LC016 | EM5489. | EZ MULZ 5489 | F | 942.00000 | LB | $1.176 | $1,107.792 |
| LC016 | EM5489.T | EZ MULZ 5489P | F | 905.00000 | LB | $1.459 | $1,320.395 |
| LC016 | EM5510.D | EZMULZ 5510 | F | 9,775.00000 | LB | $1.233 | $12,052.575 |
| LC016 | EM5540.D | EZ MULZ 5540 | F | 5,950.00000 | LB | $2.295 | $13,654.400 |
| LC016 | EM5609.D | EZ MULZ 5609 | F | 6,375.00000 | LB | $1.798 | $11,464.800 |
| LC016 | EM5610.D | EZ MULZ 5610 | F | 29,325.00000 | LB | $1.569 | $46,019.000 |
| LC016 | EM5611.D | EZ MULZ 5611 | F | 6,375.00000 | LB | $1.099 | $7,006.125 |
| LC016 | EM5725.CD | EZ MULZ 5725 | F | 1,740.00000 | LB | $2.730 | $4,750.200 |
| LC016 | EM5900.D | EZ MULZ 5900 | F | 425.00000 | LB | $1.898 | $806.650 |
| LC016 | AL1760.D | ALPON 1760 | F | 455.00000 | LB | $1.230 | $559.650 |
| LC016 | LHPRIM.T | Loart Primine UN3267 CORROSIVE | | 276.00000 | LB | $1.756 | $484.656 |
| LC016 | LU235.D | Boron Produt Oil Pase | | 870.00000 | LB | $0.880 | $765.600 |
| LC016 | LU25.CD | LUBRISTAY 25 | R | 17,709.00000 | LB | $2.436 | $43,141.800 |
| LC016 | LU283.D | LUBRISTAY 283 | | 1,100.00000 | LB | $1.701 | $1,871.100 |
| LC016 | LU450AO. | CHLORINATED PARAFFINS | R | 389.00000 | LB | $0.550 | $213.950 |
| LC016 | LU9750.T | Lubristay 9750 Totes | F | 7,974.00000 | LB | $0.000 | $0.000 |
| LC016 | LUSME. | LUBRISTAY SME | R | 2,792.00000 | LB | $1.736 | $4,846.912 |
| LC016 | OXCEDOT.T | OXCEDOT | F | 2,739.00000 | LB | $1.054 | $2,886.906 |
| LC016 | SG110.D | ALPON 110 | F | 1,700.00000 | LB | $1.944 | $3,304.800 |
| LC016 | SG180.D | SULFOGEL 180 | F | 34,800.00000 | LB | $1.827 | $63,563.070 |
| LC016 | SG200A.D | SULFOGEL 200A | F | 10,442.00000 | LB | $1.821 | $19,010.897 |
| LC016 | SG280.D | SULFOGEL 280 | F | 13,200.00000 | LB | $1.844 | $24,340.800 |
| LC016 | SG3000.D | SULFOGEL 3000A | F | 10,400.00000 | LB | $1.239 | $12,885.600 |
| LC016 | SG421.D | SULFOGEL 421 | F | 1,640.00000 | LB | $1.338 | $2,194.730 |
| LC016 | SG700.D | SULFOGEL 700 | F | 3,690.00000 | LB | $1.132 | $4,177.080 |
| LC016 | SG708.D | SULFOGEL 708 | F | 800.00000 | LB | $1.777 | $1,421.600 |
| LC016 | SG756.D | SULFOGEL 756 | F | 12,000.00000 | LB | $1.441 | $17,292.000 |
| LC016 | SG765.D | UN1268, Petroleun Distillates, N.O.S., 3 | F | 455.00000 | LB | $1.590 | $723.450 |

| **Inventory Value for Site:** | **LC016** | | | **2,893,027.21700** | | | **$4,758,419.644** |
|------|-----------|--|--|-----------------|--|--|----------------|

| LCT14 | A506OT. | 330 Gallon ORANGE Totes Houton Sup | C | 1.86207 | E | $0.000 | $0.000 |
| LCT14 | M603. | Syntran 1230 - Arylate Etylene Copolym | R | 1,021.00000 | LB | $0.000 | $0.000 |
| LCT14 | M604. | Ammonium Hydroide 28 | R | 409.00000 | LB | $0.000 | $0.000 |
| LCT14 | M605. | Arosolv PNB | R | 109.00000 | LB | $0.000 | $0.000 |
| LCT14 | M610. | Cempol 810-0091 | R | 641.00000 | LB | $0.000 | $0.000 |
| LCT14 | M619. | Hi Lo #2 Grease | R | 924.00000 | LB | $0.000 | $0.000 |
| LCT14 | M622. | ONCRYL 142 -Liuid Aryli Polymer | R | 200.00000 | LB | $0.000 | $0.000 |
| LCT14 | M623. | Molysulide Te Fine | R | 99.00000 | LB | $0.000 | $0.000 |

System: 10/19/2022 2:46:53 PM SUMMARY HISTORICAL STOCK STATUS REPORT Page: 6
User Date: 10/19/2022 User ID: askillington

Case 22-22005-CMB Doc 251 Filed 10/24/22 Entered 10/24/22 15:05:00 Desc Main
Document Page 22 of 69
LOCHEM CHEMICALS PLANT

Inventory Control

**As of:** 10/10/2022

| Site | Item Number | | | Quantity | | | Extended Cost |
|------|-------------|---|---|---------:|---|--------:|-------------:|
| LCT14 | M624. | Morpoline | R | 387.00000 | LB | $0.000 | $0.000 |
| LCT14 | M626. | Nuoure Calium 6 | R | 61.00000 | LB | $0.000 | $0.000 |
| LCT14 | M629. | GRAPHOKOTE 679 | R | 341.00000 | LB | $0.000 | $0.000 |
| LCT14 | M633. | Sulur Trianle Grade | R | 100.00000 | LB | $0.000 | $0.000 |
| LCT14 | M640. | Mobil Beaon 325 Grease | R | 35.00000 | LB | $0.000 | $0.000 |
| LCT14 | M647. | BK7N167 REITECH | R | 342.00000 | LB | $0.000 | $0.000 |
| LCT14 | M648. | KPI-P10/DOWANOL EPH | R | 617.00000 | LB | $0.000 | $0.000 |
| LCT14 | N001. | GROTAN BIOCIDE - NORTHSTAR | R | 186.00000 | LB | $0.000 | $0.000 |
| LCT14 | T201EASY.CD | EASY FLOW | F | 40,357.31500 | LB | $0.000 | $0.000 |
| LCT14 | T210EP.D | RSC# ELGO100055 ENVIROLOGIC E | F | 13,693.00000 | LB | $0.000 | $0.000 |
| LCT14 | T215C.D | RSC PART# ELGO150055CHV CHEVF | F | 297.00000 | LB | $0.000 | $0.000 |
| LCT14 | T222.P | ENVIROLOGIC 222 | F | 35.00000 | LB | $0.000 | $0.000 |
| LCT14 | T3046VGP.D | RSC# ELHP46055 ENVIROLOGIC 304 | F | 788.00000 | LB | $0.000 | $0.000 |
| LCT14 | T3068VGP.D | RSC# ELHP68055 ENVIROLOGIC 306 | F | 392.00000 | LB | $0.000 | $0.000 |
| LCT14 | T3100DCHV.D | RSC# ELHP100055CVX CHEVRON 10 | F | 394.00000 | LB | $0.000 | $0.000 |
| LCT14 | T401. | VHV12 | R | 71,836.95000 | LB | $0.000 | $0.000 |
| LCT14 | T405. | LUBRIZOL 7719 | R | 1,763.00000 | LB | $0.000 | $0.000 |
| LCT14 | T406. | FOAM BAN 130B ULTRA ADDITIVES | R | 202.00000 | LB | $0.000 | $0.000 |
| LCT14 | T407. | CANOLA OIL RBD | R | 22,706.00000 | LB | $0.000 | $0.000 |
| LCT14 | T410. | LUBRIZOL 7653T | R | 24.00000 | LB | $0.000 | $0.000 |
| LCT14 | T412. | VHVI 8 | R | 1,000.00000 | LB | $0.000 | $0.000 |
| LCT14 | T413. | INDOPOL H 1500/TPC 1285 | R | 811.00000 | LB | $0.000 | $0.000 |
| LCT14 | T414. | SME/METHYL SOYATE/LAMBENT ME | R | 341.00000 | LB | $0.000 | $0.000 |
| LCT14 | T422. | LUBRIZOL 3715 | R | 625.00000 | LB | $0.000 | $0.000 |
| LCT14 | T424. | LUBRIZOL 5048 | R | 4,485.00000 | LB | $0.000 | $0.000 |
| LCT14 | T428. | IRGALUBE 353 | R | 335.00000 | LB | $0.000 | $0.000 |
| LCT14 | T429. | ADDITIN RC3775 | R | 1,077.00000 | LB | $0.000 | $0.000 |
| LCT14 | T430. | PRIOLUBE 1847 | R | 1,116.00000 | LB | $0.000 | $0.000 |
| LCT14 | T435. | LUBRIZOL IG93MA | R | 2,995.00000 | LB | $0.000 | $0.000 |
| LCT14 | T436. | IRGANOX L57 | R | 419.00000 | LB | $0.000 | $0.000 |
| LCT14 | T438. | Funtional PD-590 | R | 9,162.00000 | LB | $0.000 | $0.000 |
| LCT14 | T439. | GREEN RSC DRUMS | C | 108.00000 | E | $0.000 | $0.000 |
| LCT14 | T440. | BLUE RSC DRUMS | C | 77.00000 | DRUM | $0.000 | $0.000 |
| LCT14 | T441P. | BLUE 5 GALLON PAIL CHEVON | C | 201.00000 | E | $0.000 | $0.000 |
| LCT14 | T442. | LUBRIZOL 9999 | R | 1,375.00000 | LB | $0.000 | $0.000 |
| LCT14 | T443. | NOVASPEC EL 34 | R | 32,355.00000 | LB | $0.000 | $0.000 |
| LCT14 | T444. | SUGAR FLOW | R | 18,492.00000 | LB | $0.000 | $0.000 |
| LCT14 | T445. | IRGALUBE 232 | R | 382.00000 | LB | $0.000 | $0.000 |
| LCT14 | T446. | IRGACOR L12 | R | 399.00000 | LB | $0.000 | $0.000 |
| LCT14 | T447. | IRGAMET 39 | R | 1,104.00000 | LB | $0.000 | $0.000 |
| LCT14 | T448. | RMFTHFAO | R | 425.00000 | LB | $0.000 | $0.000 |
| LCT14 | T449. | PRIOLUBE 1973 | R | 256.00000 | LB | $0.000 | $0.000 |
| LCT14 | T451. | PRIOLUBE 1427 | R | 7,896.00000 | LB | $0.000 | $0.000 |

| **Inventory Value for Site:** | **LCT14** | | | **243,398.12707** | | | **$0.000** |
|---|---|---|---|---|---|---|---|

| Site | Item Number | | | Quantity | | | Extended Cost |
|------|-------------|---|---|---------:|---|--------:|-------------:|
| LCX16 | BA50. | COUNTER RUST BA50 | F | 23,900.00000 | LB | $1.762 | $42,111.800 |
| LCX16 | BC3100BLACK.D | BC3100 BLACK | F | 800.00000 | LB | $1.224 | $979.200 |
| LCX16 | CA45. | COUNTER RUST CA45 | F | 37,516.00000 | LB | $1.459 | $54,735.844 |
| LCX16 | CR268.D | COUNTER RUST 268 | F | 5,500.00000 | LB | $1.695 | $9,324.950 |
| LCX16 | CR6065. | COUNTER RUST 6065 | F | 2,047.00000 | LB | $0.937 | $1,918.039 |
| LCX16 | CR6654BLACK.D | COUNTER RUST 6654 BLACK | F | 3,156.00000 | LB | $1.058 | $3,339.048 |
| LCX16 | CR7009.D | COUNTER RUST 7009 | F | 52,069.00000 | LB | $1.440 | $74,966.032 |
| LCX16 | CR7056.D | COUNTER RUST 7056 | F | 18,224.00000 | LB | $1.325 | $24,146.800 |
| LCX16 | CR7168.D | COUNTER RUST 7168 | F | 4,381.00000 | LB | $1.265 | $5,541.965 |
| LCX16 | CR899.D | COUNTER RUST 899 | F | 1,600.00000 | LB | $1.336 | $2,137.600 |
| LCX16 | CR904.D | COUNTER RUST 904 | F | 4,800.00000 | LB | $0.686 | $3,292.800 |
| LCX16 | CRT18.D | COUNTER RUST T-18 | F | 900.00000 | LB | $1.100 | $990.000 |
| LCX16 | CUPRISAN.D | CUPRISAN | F | 4,160.00000 | LB | $0.975 | $4,056.000 |
| LCX16 | M7171.D | Hot Forin Aent 7171 Drums | F | 6,000.00000 | LB | $0.676 | $4,056.000 |
| LCX16 | M7171.T | Hot Forin Aent 7171 Totes | F | 4,100.00000 | LB | $0.585 | $2,398.500 |
| LCX16 | N1226BIO.T | NORTHSTAR Rust Guard 1226 it Bioid | F | 2,422.00000 | LB | $0.956 | $2,315.432 |

System: 10/19/2022 2:46:53 PM
User Date: 10/19/2022

**SUMMARY HISTORICAL STOCK STATUS REPORT**
LOCKHART CHEMICAL COMPANY
Inventory Control

Page: 7
User ID: askillington

Case 22-22005-CMB    Doc 231    Filed 10/24/22    Entered 10/24/22 15:05:09    Desc Main
Document    Page 23 of 69

**As of:** 10/10/2022

| Site | Item Number | | | | Quantity | | | Extended Cost |
|------|-------------|--|--|--|----------|--|--|---------------|
| LCX16 | SG181.D | SULFOGEL 181 | F | | 8,700.00000 | LB | $0.768 | $6,681.600 |
| LCX16 | SG421.D | SULFOGEL 421 | F | | 8,143.00000 | LB | $1.321 | $10,756.903 |
| LCX16 | SG760. | SULFOGEL 760 | F | | 17,331.00000 | LB | $1.222 | $21,172.314 |
| **Inventory Value for Site:** | **LCX16** | | | | **205,749.00000** | | | **$274,920.827** |

| | Quantity | Cost |
|--|----------|------|
| **Totals:** | 4,030,513.34407 | $5,707,097.761 |

**As of:** 10/10/2022    **Use GL Posting Date** No

| Ranges: | From: | To: | | From: | To: |
|---------|-------|-----|--|-------|-----|
| Item Number: | 000. | TSYNLUBE.T | ITEM TYPE | First | Last |
| Site ID: | First | Last | PRODUCT KEY | First | Last |
| Item Desription: | First | Last | COMMODITY KEY | First | Last |
| Generi Desription: | First | Last | CONTAINER KEY | First | Last |
| Item Class: | First | Last | FILL LEVEL | First | Last |
| Aount Number: | From: First | | DENSITY | First | Last |
| | To: Last | | | | |

**Sorted By:** Site ID

**Inlude items it ero uantity on as of date:** No
**Cost for Periodi/Average Cost Items:** Historial Cost

**Fill in this information to identify the case:**

Debtor name **Lockhart Chemical Company**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **22-22005-CMB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Dept of Environment Great Lakes & Energy**<br>Creditor's Name<br><br>**(EGLE)**<br>**525 West Allegan Street**<br>**P.O. Box 30473**<br>**Lansing, MI 48909-7973**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Land and buildings located at 4302 James P. Cole Blvd Flint, MI 48505.**<br><br>Describe the lien<br>**Security Interest for Unpaid Costs**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $72,293.11 | Unknown |

Creditor's email address, if known

**Date debt was incurred**
**October 4, 2022**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$72,293.11**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Lockhart Chemical Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **22-22005-CMB**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$359,890.00** |
|---|---|---|---|
| | **Aemedsa** | | |
| | **Calle Los Parales s/n** | ☐ Contingent | |
| | **Valle de Escombreras** | ☐ Unliquidated | |
| | **30350 Cartagena, Murcia** | ☐ Disputed | |
| | **Spain** | | |
| | | **Basis for the claim:** _Trade_ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,781.90** |
|---|---|---|---|
| | **Airgas USA, LLC** | ☐ Contingent | |
| | **PO Box 734445** | ☐ Unliquidated | |
| | **Chicago, IL 60673-4445** | ☐ Disputed | |
| | | **Basis for the claim:** _Trade_ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,416.51** |
|---|---|---|---|
| | **American Refining Group, Inc.** | ☐ Contingent | |
| | **77 North Kendall Avenue** | ☐ Unliquidated | |
| | **Bradford, PA 16701** | ☐ Disputed | |
| | | **Basis for the claim:** _Trade_ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,827.68** |
|---|---|---|---|
| | **Americhem Sales Corporation** | ☐ Contingent | |
| | **340 North Street** | ☐ Unliquidated | |
| | **P.O. Box 235** | ☐ Disputed | |
| | **Mason, MI 48854** | | |
| | | **Basis for the claim:** _Trade_ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Lockhart Chemical Company** | Case number (if known) | **22-22005-CMB** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Brenntag Great Lakes, LLC**
**P.O. Box 444**
**Butler, WI 53007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$19,420.50**

---

**3.6** | Nonpriority creditor's name and mailing address

**Brighton Analytical, LLC**
**2105 Pless Drive**
**Brighton, MI 48114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,387.50**

---

**3.7** | Nonpriority creditor's name and mailing address

**Calumet Penreco, LLC**
**2870 Waterfront Parkway East Dr.**
**Suite 200**
**Indianapolis, IN 46214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$161,016.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**CH Robinson Company, Inc.**
**P.O. Box 9121**
**Minneapolis, MN 55480-9121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,538.17**

---

**3.9** | Nonpriority creditor's name and mailing address

**City of Flint Dept. of Public Safety**
**Water Pollution Control**
**Michael Brown, Director**
**G-4652 Beecher Road**
**Flint, MI 48532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Enviromental**

Is the claim subject to offset? ■ No ☐ Yes

**$7,607.27**

---

**3.10** | Nonpriority creditor's name and mailing address

**Consumers Energy**
**P.O. Box 740309**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$5,680.38**

---

**3.11** | Nonpriority creditor's name and mailing address

**Crystal Mountain**
**12500 Crystal Mountain Drive**
**Thompsonville, MI 49683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,433.21**

---

| Debtor | Lockhart Chemical Company | | Case number (if known) | **22-22005-CMB** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00** |
|---|---|---|---|
| | Dana Container<br>11430 Russell Street<br>Detroit, MI 48211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,011.65** |
|---|---|---|---|
| | DT Fowler Manufacturing Co., Inc.<br>101 N. Maple Leaf Road<br>P.O. Box 70<br>Lapeer, MI 48446 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|
| | Engineered Lubricants Co.<br>11525 Rock Island Ct.<br>Maryland Heights, MO 63043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Enviromental__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,773.00** |
|---|---|---|---|
| | Eurofins Environ. Testing N. Central<br>P.O. Box 3178<br>Carol Stream, IL 60132-3178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,709.80** |
|---|---|---|---|
| | Flint Warehousing<br>2402 N. Dort Highway<br>Flint, MI 48506 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | Formulas & Solutions, LLC<br>10064 Balfour Avenue<br>Allen Park, MI 48101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Lockhart Chemical Company** | Case number (if known)  **22-22005-CMB** |
|---|---|---|
| | Name | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.88**

**Geotech Environmental Equipment**
**3125 Pine Tree Road**
**Suite 3D**
**Lansing, MI 48911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,821.00**

**Hoyer Global**
**P.O. Box 123635**
**Dept. 3635**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,963.81**

**HP Wax**
**44 South Dunton Avenue**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,307.12**

**Industrial Container, Inc.**
**375 Northridge Road**
**Northridge Center II, Suite 600**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Internal Revenue Service**
**1000 Liberty Avenue, Room 711B**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Joe Tibbetts**
**4302 James P. Cole Blvd**
**Flint, MI 48505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lockhart Chemical Company | Case number (if known) | 22-22005-CMB |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | $1,660.00

**Joseph M. Day, Co.**
**1840 N. Michigan Ave**
**P.O. Box 1372**
**Saginaw, MI 48602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | $13,596.00

**King Industries**
**P.O. Box 588**
**1 Science Road**
**Norwalk, CT 06852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | $556,001.59

**Lanxess Solutions US, Inc.**
**111 RIDC Park West Drive**
**Pittsburgh, PA 15275-1112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | $16,870.20

**Liquid-Solid Waste Reduction**
**3331 Valley Court**
**Trenton, MI 48183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | $129,237.60

**Magnum International, Inc.**
**1965 Bernice Road**
**Suite 25E**
**Lansing, IL 60438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | $99,625.82

**Mauser USA, LLC**
**P.O. Box 350**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | Unknown

**Michigan Department of Treasury**

**Lansing, MI 48922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lockhart Chemical Company | Case number (if known) | 22-22005-CMB |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michigan Dept. of Environment, Great Lakes & Energy (EGLE)**
525 West Allegan Street
P.O. Box 30473
Lansing, MI 48909-7973

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Enviromental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.00**

**Michigan Petroleum Technologies**
P.O. Box 610808
Port Huron, MI 48061-0808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,279.96**

**Michigan Spill Response, LLC**
3458 Sashabaw Road
Waterford, MI 48329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Enviromental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,542.50**

**Monarch Welding & Engineering**
23635 Mound Road
Warren, MI 48091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,690.00**

**MyFreightWorld**
P.O. Box 411213
Kansas City, MO 64141-1213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.38**

**Nortec**
7531 Leesburg Pike
Falls Church, VA 22043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,152.64**

**North Coast Container Corp**
Corporate Offices - Plant 1
8806 Crane Avenue
Cleveland, OH 44105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lockhart Chemical Company** | Case number (if known) | **22-22005-CMB** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,379.32**

**NTH Consultants, Ltd.**
**41780 Six Mile Road**
**Suite 200**
**Northville, MI 48168-3459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Enviromental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,404.60**

**Oil Chem, Inc.**
**711 West 12th Street**
**Flint, MI 48503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Pelichem Associates**
**928 Warren Avenue**
**Downers Grove, IL 60515-3631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pennsylvania Department of Revenue**
**Dept. 280946, Bankruptcy Division**
**P.O. Box 280946**
**Harrisburg, PA 17128-0946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,193.60**

**Pilot Chemical Corporation**
**606 Shepherd Drive**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Profound Freight, Inc.**
**BDJ Freight, Inc.**
**3 Pointe Drive**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,879.79**

**Radchem Corporation**
**10730 West 143rd Street**
**Suite #30**
**Orland Park, IL 60462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lockhart Chemical Company | Case number (if known) | 22-22005-CMB |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**Reliance Electric Machine Co., Inc.**
**2601 Leith Street**
**Flint, MI 48506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$486.00**

---

**3.48** | Nonpriority creditor's name and mailing address

**Ruifeng Chemical Company**
**Dazhaoying Township**
**North of Xinhuo Road**
**Henan Province**
**China**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,290.00**

---

**3.49** | Nonpriority creditor's name and mailing address

**Sea Land Chemical**
**821 West Pointe Parkway**
**Westlake, OH 44145-1545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$97,232.61**

---

**3.50** | Nonpriority creditor's name and mailing address

**Sogno International Co., Ltd.**
**5F, 1311 YANGJOE - daero**
**Seoul, South Korea 05408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,441.60**

---

**3.51** | Nonpriority creditor's name and mailing address

**Sonneborn, LLC**
**100 Sonneborne Lane**
**Petrolia, PA 16050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$170,488.66**

---

**3.52** | Nonpriority creditor's name and mailing address

**The YGS Group**
**A/R Media Division**
**3650 West Market Street**
**York, PA 17404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,026.00**

---

**3.53** | Nonpriority creditor's name and mailing address

**Tyler Watson**
**1108 East Oak Drive**
**Fenton, MI 48430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$443.98**

---

| Debtor | Lockhart Chemical Company | Case number (if known) | 22-22005-CMB |
|---|---|---|---|
| | Name | | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,974.90 |
|---|---|---|

U.S Ecology, Inc.
Quality Company
P.O. Box 673974
Detroit, MI 48267-3974

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

U.S. Environmental Protection Agency
Luis A. Ovideo, Assoc. Regional Counsel
Office of Regional Counsel, Region 5
77 W. Jackson Blvd., C-141
Chicago, IL 60604

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Enviromental__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,110.00 |
|---|---|---|

U.S. Industrial Technologies
12000 Globe Street
Livonia, MI 48150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,829.56 |
|---|---|---|

Univar Solutions
30450 Tracy Road
Walbridge, OH 43465

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.86 |
|---|---|---|

UPMC Health Plan
UPMC Health Network
Box 371842
Pittsburgh, PA 15250-7842

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,114.02 |
|---|---|---|

Waste Management of Michigan
P.O. Box 4648
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,940.28 |
|---|---|---|

Webb Chemical Service Corporation
2708 Jarman Street
Muskegon, MI 49444

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lockhart Chemical Company** | Case number (if known) | **22-22005-CMB** |
|--------|-------------------------------|------------------------|------------------|
|        | Name                          |                        |                  |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,898.50** |

**Wolverine Fire Protection Co.**
**8067 N. Dort Highway**
**P.O. Box 219**
**Mount Morris, MI 48458-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370,585.40** |

**Young's Environmental Cleanup**
**G-5305 North Dort Highway**
**Flint, MI 48505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Enviromental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Michigan Attorney General**<br>**G. Mennen Williams Building**<br>**525 W. Ottawa Street**<br>**P.O. Box 30212**<br>**Lansing, MI 48909** | Line  **3.33**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b.  + | $ | **2,791,855.75** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,791,855.75** |

10/24/22  3:02PM

---

**Fill in this information to identify the case:**

Debtor name    **Lockhart Chemical Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **22-22005-CMB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Nitrogen tank and Carbon Dioxide tank rental.** | |
| State the term remaining | | **Airgas USA, LLC**<br>**PO Box 734445**<br>**Chicago, IL 60673** |
| List the contract number of any government contract | | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Unwritten agreement for the on-going refinement/production of specified materials.** | |
| State the term remaining | | **Archoil, Inc.**<br>**115 Hurley Road**<br>**Building 4A**<br>**Oxford, CT 06478** |
| List the contract number of any government contract | | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Tolling Agreement dated March 29, 2012 (as amended by the First Amendment to Tolling Agreement dated March 30, 2016 and the Second Amendment to Tolling Agreement dated March 30, 2020). Agreement to toll any statutes of limitation/repose related to the property located at 4302 James P. Cole Blvd, Flint, MI 48505.** | |
| State the term remaining | **.**<br>**March 31, 2024** | **Beatrice Companies, Inc.**<br>**McGrath North Mullin & Kratz, PC LLO**<br>**Firth National Tower, Suite 3700**<br>**1601 Dodge Street**<br>**Omaha, NE 68102** |
| List the contract number of any government contract | | |

10/24/22 3:02PM

Debtor 1   **Lockhart Chemical Company**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **22-22005-CMB**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Employee uniform, floor mat, and medicine cabinet rental.** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **PO Box 631025** **Cincinnati, OH 45263** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll and human resource services.** | |
|---|---|---|---|
| | State the term remaining | | **CTR Employee Management Services, Inc.** |
| | List the contract number of any government contract | | **553 Keystone Dr** **Warrendale, PA 15086** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone service provider.** | |
|---|---|---|---|
| | State the term remaining | | **CTS Cloud** |
| | List the contract number of any government contract | | **2065 Franklin Road** **Bloomfield Hills, MI 48302** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Tolling Agreement dated March 29, 2012 (as amended by the First Amendment to Tolling Agreement dated March 30, 2016 and the Second Amendment to Tolling Agreement dated March 30, 2020). Agreement to toll any statutes of limitation/repose related to the property located at 4302 James P. Cole Blvd, Flint, MI 48505.** | |
|---|---|---|---|
| | State the term remaining | **.** **March 31, 2024** | **Dana Companies, LLC, as successor in interest to Dana Corporation** |
| | List the contract number of any government contract | | **Robinson, Curphey & O'Connell, LLC** **Four SeaGate, Ninth Floor** **Toledo, OH 43604** |

| Debtor 1 | **Lockhart Chemical Company** | | | Case number *(if known)* | **22-22005-CMB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Tolling Agreement dated March 29, 2012 (as amended by the First Amendment to Tolling Agreement dated March 30, 2016 and the Second Amendment to Tolling Agreement dated March 30, 2020). Agreement to toll any statutes of limitation/repose related to the property located at 4302 James P. Cole Blvd, Flint, MI 48505. .** | |
|---|---|---|---|
| | State the term remaining | **March 31, 2024** | **Eaton Corporation** |
| | List the contract number of any government contract | | **1111 Superior Avenue** |
| | | | **Lakewood, OH 44107** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease.** | |
|---|---|---|---|
| | State the term remaining | | **Flint Warehousing** |
| | List the contract number of any government contract | | **2402 N. Dort Highway** |
| | | | **Flint, MI 48506** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Tolling Agreement dated March 29, 2012 (as amended by the First Amendment to Tolling Agreement dated March 30, 2016 and the Second Amendment to Tolling Agreement dated March 30, 2020). Agreement to toll any statutes of limitation/repose related to the property located at 4302 James P. Cole Blvd, Flint, MI 48505. .** | |
|---|---|---|---|
| | State the term remaining | **March 31, 2024** | **Ford Motor Company** |
| | List the contract number of any government contract | | **Office of General Counsel** |
| | | | **One American Road** |
| | | | **Room 407-A2** |
| | | | **Dearborn, MI 48126-2564** |

10/24/22 3:02PM

| Debtor 1 | **Lockhart Chemical Company** | | | Case number (*if known*) | **22-22005-CMB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Record storage lease. | |
| | State the term remaining | | Guardian Storage |
| | List the contract number of any government contract | | 4750 William Flinn Highway
Allison Park, PA 15101 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Tolling Agreement dated March 29, 2012 (as amended by the First Amendment to Tolling Agreement dated March 30, 2016 and the Second Amendment to Tolling Agreement dated March 30, 2020). Agreement to toll any statutes of limitation/repose related to the property located at 4302 James P. Cole Blvd, Flint, MI 48505.
. | |
| | State the term remaining | March 31, 2024 | Ingersoll Rand Corporation, for itself & its former subsidiary Clark Equip. Co.
Life Sciences and Innovation Center
46701 Commerce Center Drive
Plymouth, MI 48170 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Unwritten agreement for the on-going refinement/production of specified materials. | |
| | State the term remaining | | MPG Industries, Inc. |
| | List the contract number of any government contract | | 20604 S. Amherst Court
Joliet, IL 60433 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Unwritten agreement for the on-going refinement/production of specified materials. | |
| | State the term remaining | | RSC Bio Solutions |
| | List the contract number of any government contract | | 600 Radiator Road
Indian Trail, NC 28079 |

10/24/22  3:02PM

| Debtor 1 | **Lockhart Chemical Company** | | Case number (*if known*) | **22-22005-CMB** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the on-going refinement/production of specified materials.** | |
| | State the term remaining | | **The Lubrizol Corporation** |
| | List the contract number of any government contract | | **29400 Lakeland Boulevard** |
| | | | **Wickliffe, OH 44092** |

**Fill in this information to identify the case:**

Debtor name  **Lockhart Chemical Company**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **22-22005-CMB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Beatrice Companies, Inc.** | **McGrath North Mullin & Kratz, PC LLO Firth National Tower, Suite 3700 1601 Dodge Street Omaha, NE 68102**<br><br>**and**<br><br>**Beatrice Companies Corporate Offices 55 E. Monroe St., Ste 3800 – #3425 Chicago, IL 60603-6030** | **City of Flint Dept. of Public Safety** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.2 **Beatrice Companies, Inc.** | **McGrath North Mullin & Kratz, PC LLO Firth National Tower, Suite 3700 1601 Dodge Street Omaha, NE 68102**<br><br>**and**<br><br>**Beatrice Companies Corporate Offices 55 E. Monroe St., Ste 3800 – #3425 Chicago, IL 60603-6030** | **Michigan Dept. of Environment, Great** | ☐ D _____<br>■ E/F ___3.33___<br>☐ G _____ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.3 | **Beatrice Companies, Inc.** | **McGrath North Mullin & Kratz, PC LLO Firth National Tower, Suite 3700 1601 Dodge Street Omaha, NE 68102**<br><br>**and**<br><br>**Beatrice Companies Corporate Offices 55 E. Monroe St., Ste 3800 – #3425 Chicago, IL 60603-6030** | **U.S. Environmental Protection Agency** |

☐ D ＿＿＿＿
■ E/F ＿＿3.55＿＿
☐ G ＿＿＿

---

| 2.4 | **Beatrice Companies, Inc.** | **McGrath North Mullin & Kratz, PC LLO Firth National Tower, Suite 3700 1601 Dodge Street Omaha, NE 68102**<br><br>**and**<br><br>**Beatrice Companies Corporate Offices 55 E. Monroe St., Ste 3800 – #3425 Chicago, IL 60603-6030** | **Dept of Environment Great Lakes & Energy** |

■ D ＿＿2.1＿
☐ E/F ＿＿＿
☐ G ＿＿＿

---

| 2.5 | **Clark Equipment Company** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**1000 Bangeojinsunhwan-doro, Dong-gu, Ulsan, 44032, South Korea** | **City of Flint Dept. of Public Safety** |

☐ D ＿＿＿＿
■ E/F ＿＿3.9＿＿
☐ G ＿＿＿

---

| 2.6 | **Clark Equipment Company** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**1000 Bangeojinsunhwan-doro, Dong-gu, Ulsan, 44032, South Korea** | **Michigan Dept. of Environment, Great** |

☐ D ＿＿＿＿
■ E/F ＿＿3.33＿＿
☐ G ＿＿＿

---

10/24/22 3:02PM

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.7 | **Clark Equipment Company** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**1000 Bangeojinsunhwan-doro, Dong-gu, Ulsan, 44032, South Korea** | **U.S. Environmental Protection Agency** | ☐ D _____<br>■ E/F    **3.55**<br>☐ G _____ |
| 2.8 | **Clark Equipment Company** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**1000 Bangeojinsunhwan-doro, Dong-gu, Ulsan, 44032, South Korea** | **Dept of Environment Great Lakes & Energy** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Dana Companies, LLC** | **Robison, Curphey & O'Connell, LLC 433 N Summit Street Four SeaGate, Ninth Floor Toledo, OH 43604**<br><br>**and**<br><br>**P.O. Box 790 900 W. South Boundary Bldg. 8 Suite A Perrysburg, OH 43552**<br><br>**and**<br><br>**Enstar Group 3rd Floor, 22 Queen Street Hamilton, HM 11 Bermuda** | **City of Flint Dept. of Public Safety** | ☐ D _____<br>■ E/F    **3.9**<br>☐ G _____ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |
| --- | --- | --- | --- |

| ███ | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.10 | **Dana Companies, LLC** | **Robison, Curphey & O'Connell, LLC**<br>**433 N Summit Street**<br>**Four SeaGate, Ninth Floor**<br>**Toledo, OH 43604**<br><br>and<br><br>**P.O. Box 790**<br>**900 W. South Boundary**<br>**Bldg. 8 Suite A**<br>**Perrysburg, OH 43552**<br><br>and<br><br>**Enstar Group**<br>**3rd Floor, 22 Queen Street**<br>**Hamilton, HM 11**<br>**Bermuda** | **Michigan Dept. of Environment, Great** | ☐ D _____<br>■ E/F  **3.33**<br>☐ G _____ |

| 2.11 | **Dana Companies, LLC** | **Robison, Curphey & O'Connell, LLC**<br>**433 N Summit Street**<br>**Four SeaGate, Ninth Floor**<br>**Toledo, OH 43604**<br><br>and<br><br>**P.O. Box 790**<br>**900 W. South Boundary**<br>**Bldg. 8 Suite A**<br>**Perrysburg, OH 43552**<br><br>and<br><br>**Enstar Group**<br>**3rd Floor, 22 Queen Street**<br>**Hamilton, HM 11**<br>**Bermuda** | **U.S. Environmental Protection Agency** | ☐ D _____<br>■ E/F  **3.55**<br>☐ G _____ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12 | **Dana Companies, LLC** | **Robison, Curphey & O'Connell, LLC**<br>**433 N Summit Street**<br>**Four SeaGate, Ninth Floor**<br>**Toledo, OH 43604**<br><br>and<br><br>**P.O. Box 790**<br>**900 W. South Boundary**<br>**Bldg. 8 Suite A**<br>**Perrysburg, OH 43552**<br><br>and<br><br>**Enstar Group**<br>**3rd Floor, 22 Queen Street**<br>**Hamilton, HM 11**<br>**Bermuda** | **Dept of Environment Great Lakes & Energy** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Eaton Corporation** | **1111 Superior Avenue**<br>**Lakewood, OH 44107**<br><br>and<br><br>**Eaton House**<br>**30 Pembroke Road**<br>**Dublin 4, Ireland**<br><br>and<br><br>**1000 Eaton Boulevard**<br>**Cleveland, OH 44122 USA** | **City of Flint Dept. of Public Safety** | ☐ D _____<br>■ E/F   **3.9**<br>☐ G _____ |
| 2.14 | **Eaton Corporation** | **1111 Superior Avenue**<br>**Lakewood, OH 44107**<br><br>and<br><br>**Eaton House**<br>**30 Pembroke Road**<br>**Dublin 4, Ireland**<br><br>and<br><br>**1000 Eaton Boulevard**<br>**Cleveland, OH 44122 USA** | **Michigan Dept. of Environment, Great** | ☐ D _____<br>■ E/F   **3.33**<br>☐ G _____ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.15 | **Eaton Corporation** | 1111 Superior Avenue Lakewood, OH 44107 **and** Eaton House 30 Pembroke Road Dublin 4, Ireland **and** 1000 Eaton Boulevard Cleveland, OH 44122 USA | **U.S. Environmental Protection Agency** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.16 | **Eaton Corporation** | 1111 Superior Avenue Lakewood, OH 44107 **and** Eaton House 30 Pembroke Road Dublin 4, Ireland **and** 1000 Eaton Boulevard Cleveland, OH 44122 USA | **Dept of Environment Great Lakes & Energy** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Ford Motor Company** | Office of General Counsel One American Road Room 407-A2 Dearborn, MI 48126-2564 | **City of Flint Dept. of Public Safety** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.18 | **Ford Motor Company** | Office of General Counsel One American Road Room 407-A2 Dearborn, MI 48126-2564 | **Michigan Dept. of Environment, Great** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **Ford Motor Company**<br>Office of General Counsel<br>One American Road<br>Room 407-A2<br>Dearborn, MI 48126-2564 | **U.S. Environmental Protection Agency** | ☐ D _____<br>■ E/F ___3.55___<br>☐ G _____ |
| 2.20 | **Ford Motor Company**<br>Office of General Counsel<br>One American Road<br>Room 407-A2<br>Dearborn, MI 48126-2564 | **Dept of Environment Great Lakes & Energy** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **General Motors Company**<br>300 Renaissance Center<br>Detroit, MI 48243 | **City of Flint Dept. of Public Safety** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.22 | **General Motors Company**<br>300 Renaissance Center<br>Detroit, MI 48243 | **Michigan Dept. of Environment, Great** | ☐ D _____<br>■ E/F ___3.33___<br>☐ G _____ |
| 2.23 | **General Motors Company**<br>300 Renaissance Center<br>Detroit, MI 48243 | **U.S. Environmental Protection Agency** | ☐ D _____<br>■ E/F ___3.55___<br>☐ G _____ |
| 2.24 | **General Motors Company**<br>300 Renaissance Center<br>Detroit, MI 48243 | **Dept of Environment Great Lakes & Energy** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Ingersoll Rand Corporation**<br>Life Sciences and Innovation Center<br>46701 Commerce Center Drive<br>Plymouth, MI 48170<br><br>and<br><br>800 Beaty Street, Building E<br>Davidson, NC 28036 | **City of Flint Dept. of Public Safety** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.26 | **Ingersoll Rand Corporation** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**800 Beaty Street, Building E Davidson, NC 28036** | **Michigan Dept. of Environment, Great** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.27 | **Ingersoll Rand Corporation** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**800 Beaty Street, Building E Davidson, NC 28036** | **U.S. Environmental Protection Agency** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.28 | **Ingersoll Rand Corporation** | **Life Sciences and Innovation Center 46701 Commerce Center Drive Plymouth, MI 48170**<br><br>**and**<br><br>**800 Beaty Street, Building E Davidson, NC 28036** | **Dept of Environment Great Lakes & Energy** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Stellantis N.A. f/d/b/a Chrysler** | **1000 Chrysler Drive CIMS 485-04-03 Auburn Hills, MI 48326** | **City of Flint Dept. of Public Safety** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.30 | **Stellantis N.A. f/d/b/a Chrysler** | **1000 Chrysler Drive CIMS 485-04-03 Auburn Hills, MI 48326** | **Michigan Dept. of Environment, Great** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.31 | **Stellantis N.A. f/d/b/a Chrysler** | **1000 Chrysler Drive CIMS 485-04-03 Auburn Hills, MI 48326** | **U.S. Environmental Protection Agency** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |

---

Official Form 206H | Schedule H: Your Codebtors | Page 8 of 9

Debtor    **Lockhart Chemical Company**

Case number *(if known)*    **22-22005-CMB**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.32 | **Stellantis N.A.**<br>**f/d/b/a Chrysler** | **1000 Chrysler Drive**<br>**CIMS 485-04-03**<br>**Auburn Hills, MI 48326** | **Dept of Environment**<br>**Great Lakes &**<br>**Energy** |

■ D ___2.1___
☐ E/F _____
☐ G _____

---

**Fill in this information to identify the case:**

Debtor name   **Lockhart Chemical Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **22-22005-CMB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **10/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $49,163.44 |
| **For prior year:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other _____ | $23,927,614.66 |
| **For year before that:**<br>From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other _____ | $17,625,455.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| | | | |

10/24/22 3:02PM

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* **22-22005-CMB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Aemedsa**<br>Calle Los Parales s/n<br>Valle de Escombreras<br>30350 Cartagena, Murcia<br>Spain | | $45,922.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | $152,499.14 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **American Refining Group, Inc.**<br>77 North Kendall Avenue<br>Bradford, PA 16701 | | $202,540.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Anthesis, Ltd.**<br>9 Newtec Place, Magdalen Road<br>Oxford<br>England<br>OX4 1RE | | $10,595.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Bass Tech International**<br>400 Kelby Street<br>Fort Lee, NJ 07024 | | $24,074.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Brenntag Great Lakes, LLC**<br>P.O. Box 444<br>Butler, WI 53007 | | $256,374.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Calumet Penreco, LLC**<br>2870 Waterfront Parkway East Dr.<br>Suite 200<br>Indianapolis, IN 46214 | | $143,393.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **CFB Custom Formulating**<br>17716 Commerce Drive<br>Bristol, IN 46507 | | $69,562.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* **22-22005-CMB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **CH Robinson Company, Inc.**<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | | $39,774.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **City of Flint**<br>PO Box 1950<br>Flint, MI 48532 | | $24,973.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.11. **Constellation New Energy - Gas Div, LLC**<br>c/o Bank of America Lockbox Services<br>15246 Collections Center Drive<br>Chicago, IL 60693 | | $50,490.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.12. **Consumer Energy**<br>PO Box 740309<br>Cincinnati, OH 45274 | | $43,484.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.13. **Crane Worldwide**<br>PO Box 844174<br>Dallas, TX 75284 | | $112,605.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **Dana Container**<br>11430 Russell Street<br>Detroit, MI 48211 | | $8,730.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **David, Brody & Dondershine, LLP**<br>2100 Reston Parkway<br>Suite 370<br>Reston, VA 20191 | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |
| 3.16. **Employbridge Holding Company**<br>P.O. Box 116834<br>Atlanta, GA 30368 | | $10,079.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. | **Energy Supliers, Inc.**<br>**2716 Parkwyn Drive**<br>**Kalamazoo, MI 49008** | **$13,213.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Express Services, Inc.**<br>**P.O. Box 945434**<br>**Atlanta, GA 30394** | **$19,894.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | **Flint Warehousing**<br>**2402 N. Dort Highway**<br>**Flint, MI 48506** | **$9,175.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.20. | **FNB Commercial Credit Card**<br>**P.O. Box 6101**<br>**Hermitage, PA 16148** | **$10,795.62** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Formulas & Solutions, LLC**<br>**10064 Balfour Avenue**<br>**Allen Park, MI 48101** | **$16,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Grace Matthews, Inc.**<br>**833 East Michigan Street**<br>**Suite 1420**<br>**Milwaukee, WI 53202** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__**Consultants**__ |
| 3.23. | **Gregory Jorjorian**<br>**918 Michigan Avenue #1**<br>**Evanston, IL 60202** | **$31,272.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__**Sales Consulting**__ |
| 3.24. | **Health Alliance Plan**<br>**Dept. 271101**<br>**P.O. Box 55000**<br>**Detroit, MI 48255** | **$17,674.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* **22-22005-CMB** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **Hoyer Global**<br>P.O. Box 123635<br>Dept. 3635<br>Dallas, TX 75312 | | $29,439.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. **HP Wax**<br>44 South Dunton Avenue<br>Arlington Heights, IL 60005 | | $78,385.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **IMCD US, LLC**<br>2 Equity Way<br>Suite 210<br>Westlake, OH 44145 | | $53,851.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Industrial Container, Inc.**<br>375 Northridge Road<br>Northridge Center II, Suite 600<br>Atlanta, GA 30350 | | $64,872.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **International Group, Inc.**<br>50 Salome Drive<br>Ontario<br>Canada<br>M1S 2A8 | | $57,469.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **King Industries**<br>P.O. Box 588<br>1 Science Road<br>Norwalk, CT 06852 | | $31,840.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **KLJ Organic Limited**<br>KLJ House<br>63 Rama Marg<br>New Delhi<br>110015 | | $30,272.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Lanxess Solutions US, Inc.**<br>111 RIDC Park West Drive<br>Pittsburgh, PA 15275-1112 | | $896,622.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Lockhart Chemical Company** | | | Case number *(if known)* **22-22005-CMB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **Liquid-Solid Waste Reduction**<br>3331 Valley Court<br>Trenton, MI 48183 | | $12,225.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Recycling Services** |
| 3.34. **Magnum International, Inc.**<br>1965 Bernice Road<br>Suite 25E<br>Lansing, IL 60438 | | $76,560.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Mauser USA, LLC**<br>P.O. Box 350<br>Mason, OH 45040 | | $53,506.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Michigan Spill Response, LLC**<br>3458 Sashabaw Road<br>Waterford, MI 48329 | | $200,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Enviromental** |
| 3.37. **MyFreightWorld**<br>P.O. Box 411213<br>Kansas City, MO 64141 | | $69,502.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. **National Chemical & Oil Corp**<br>21251 Meyers<br>Oak Park, MI 48237 | | $21,200.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. **Norman Purvis**<br>2103 Pinetuck CT.<br>Cary, NC 27513 | | $9,637.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Sales Consulting** |
| 3.40. **North Metal & Chemical Company**<br>609 East King Street<br>York, PA 17405 | | $25,501.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41.  **NTH Consultants, Ltd.**<br>**41780 Six Mile Road**<br>**Suite 200**<br>**Northville, MI 48168-3459** | | **$217,054.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Enviromental**<br>**Consulting** |
| 3.42.  **Nu Weight**<br>**104521 Enterprise Drive**<br>**Davisburg, MI 48350** | | **$8,751.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.43.  **Oil Chem, Inc.**<br>**711 West 12th Street**<br>**Flint, MI 48503** | | **$15,169.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.44.  **Pegasus Maritime, Inc.**<br>**250 West 39th Street**<br>**No. 602**<br>**New York, NY 10018** | | **$8,225.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.45.  **Pilot Chemical Corporation**<br>**606 Shepherd Drive**<br>**Cincinnati, OH 45215** | | **$79,672.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.46.  **PVS Nolwood**<br>**10900 Harper Avenue**<br>**P.O. Box 13590**<br>**Detroit, MI 48213** | | **$36,024.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.47.  **Radchem Corporation**<br>**10730 West 143rd Street**<br>**Suite #30**<br>**Orland Park, IL 60462** | | **$55,172.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.48.  **Ruifeng Chemical Companuy**<br>**Dazhaoying Township**<br>**North of Xinhuo Road**<br>**Henan Province**<br>**China** | | **$48,566.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

10/24/22 3:02PM

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49. | **Sonneborn, LLC**<br>**100 Sonneborne Lane**<br>**Petrolia, PA 16050** | | **$625,470.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | **Synergy Additives Company, S.A. de C.V.**<br>**No. 100 Colonia**<br>**CP 50290**<br>**Toluca de Lerdo**<br>**Mexico** | | **$41,860.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. | **Synovelle**<br>**c/o Forest Oak**<br>**Southampton Road**<br>**Landford**<br>**SP5 2BC** | | **$38,568.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. | **City of Flint Treasurer**<br>**1101 S. Saginaw Street**<br>**Flint, MI 48502** | | **$59,734.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Taxes** |
| 3.53. | **Triiso LLC**<br>**2187 Newcastle Avenue**<br>**Suite 101**<br>**Cardiff by the Sea, CA 92007** | | **$7,956.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. | **Univar Solutions**<br>**30450 Tracy Road**<br>**Walbridge, OH 43465** | | **$76,094.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. | **US Ecology, Inc.**<br>**PO Box 307**<br>**Robstown, TX 78380** | | **$11,218.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. | **US Industrial Technologies**<br>**12000 Globe Street**<br>**Livonia, MI 48150** | | **$16,813.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Lockhart Chemical Company**                                    Case number *(if known)* **22-22005-CMB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.57. **Vanderbilt Chemicals, LLC**<br>**30 Winfield Street**<br>**P.O. Box 5150**<br>**Norwalk, CT 06856** | | **$25,443.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58. **Warner, Norcross, & Judd, LLP**<br>**150 Ottawa Avenue N.W.**<br>**Suite 1500**<br>**Grand Rapids, MI 49503** | | **$52,385.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Legal Services** |
| 3.59. **Webb Chemical Service Corporation**<br>**2708 Jarman Street**<br>**Muskegon, MI 49444** | | **$65,056.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **Wolverine Fire Protection Co.**<br>**8067 N. Dort Highway**<br>**P.O. Box 219**<br>**Mount Morris, MI 48458-0219** | | **$45,898.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.61. **Young's Environmental Cleanup**<br>**G-5305 North Dort Highway**<br>**Flint, MI 48505** | | **$951,219.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other **Enviromental** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **The Lockhart Company**<br>**8150 Perry Highway, Suite 307**<br>**Pittsburgh, PA 15237-7000**<br>**Indirect Corporate Parent** | **Various** | **$2,153,554.00** | **Monthly distributions for management services and expenses; distributions to fund the 401(k) and pension plan, transfer of funds inaccurately paid to the Debtor; etc.** |
| 4.2. **Lockhart Holdings, Inc.**<br>**8150 Perry Highway, Suite 307**<br>**Pittsburgh, PA 15237-7000**<br>**Direct Corporate Parent** | **Various** | **$874,204.50** | **Monthly distributions for management services and expenses; distributions to fund the 401(k) and pension plan, transfer of funds inaccurately paid to the Debtor; etc.** |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Lockhart Chemical Company v. BHL International Group, Inc. and Hanlin Yang**<br>**22-cv-01018** | **Breach of Contract** | **U.S. Court Eastern District of Virgina**<br>**Albert V. Bryan U.S. Courthouse**<br>**401 Courthouse Square**<br>**Alexandria, VA 22314** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* **22-22005-CMB** |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Campbell & Levine, LLC<br>310 Grant Street<br>Suite 1700<br>Pittsburgh, PA 15219** | | **7/15/2022<br>10/10/2022** | **$85,000.00** |
| | Email or website address<br>**www.camlev.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* **22-22005-CMB** |
|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Lockhart Company operated a 401(k) and pension plan for the benefit of Lockhart Chemical employees.** | EIN: |

Has the plan been terminated?
- ■ No
- ☐ Yes

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank of Pennsylvania Attn: Legal Dept 3015 Glimcher Blvd Hermitage Hermitage, PA 16148** | **XXXX-3080** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Line of Credit** | **On or about August 8, 2022** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor   **Lockhart Chemical Company**                     Case number *(if known)*  **22-22005-CMB**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Guardian Storage**<br>**4750 William Flinn Hwy**<br>**Unit 22304**<br>**Allison Park, PA 15101** | **Alison Skillington** | **Corporate Records** | ☐ No<br>■ Yes |
| **Flint Warehousing**<br>**2402 N. Dort Highway**<br>**Flint, MI 48506** | **Rajinder Minhas**<br>**Joe Tibbets** | **635,484 pounds of LUBRISTAY product.** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MPG Industries, Inc.**<br>**20604 S. Amherst Court**<br>**Joliet, IL 60433** | **Lockhart Chemical Flint, MI Plant**<br>**4302 James P. Cole Blvd**<br>**Flint, MI 48505** | **See attached Exhibit B Section LCT14 Item Numbers M603-M648 and A506OT.** | Unknown |
| **RSC Bio Solutions**<br>**600 Radiator Road**<br>**Indian Trail, NC 28079** | **Lockhart Chemical Flint, MI Plant**<br>**4302 James P. Cole Blvd**<br>**Flint, MI 48505** | **See attached Exhibit B Section LCT14 Item Numbers T201-T451.** | Unknown |
| **Northstar Chemical Corporation**<br>**c/o Freiborne Industries, Inc.**<br>**15 W. Silverdome Industrial Park**<br>**Pontiac, MI 48342** | **Lockhart Chemical Flint, MI Plant**<br>**4302 James P. Cole Blvd**<br>**Flint, MI 48505** | **See attached Exhibit B Section LCT14 Item Number N001.** | Unknown |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* **22-22005-CMB** |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| In the Matter of:<br>**ABATEMENT OF WATER POLLUTION:**<br>**Lockhart Chemical Company**<br>**4302 James P. Cole Boulevard**<br>**Flint, Michigan 48505**<br>**DFO-WRD22-001** | **Dept of Enviroment,**<br>**Great Lakes & Energy** | **Remediation Order re: June,**<br>**2022 Ocurrance** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Lockhart Chemical Flint, Michigan Plant**<br>**4302 James P. Cole Blvd**<br>**Flint, MI 48505** | **Michigan Dept. of Environment, Great Lakes & Energy (EGLE)**<br>**525 West Allegan Street**<br>**P.O. Box 30473**<br>**Lansing, MI 48909-7973** | **Section 3103 of Part 31, Water Resources Protection, of the Natural Resources and Environmental Protection Act (NREPA), Act 451 of the Public Acts of 1994, as amended, MCL 324.3101 et seq.** | **Violation Notice No. VN-011685 dated September 21, 2021** |
| **Lockhart Chemical Flint, Michigan Plant**<br>**4302 James P. Cole Boulevard**<br>**Flint, MI 48505** | **Michigan Dept. of Environment, Great Lakes & Energy (EGLE)**<br>**525 West Allegan Street**<br>**P.O. Box 30473**<br>**Lansing, MI 48909-7973** | | **Second Violation Notice No. SVN-01224 dated August 16, 2022** |
| **Lockhart Chemical Flint, Michigan Plant**<br>**4302 James P. Cole Blvd**<br>**Flint, MI 48505** | **Michigan Dept. of Environment, Great Lakes & Energy (EGLE)**<br>**525 West Allegan Street**<br>**P.O. Box 30473**<br>**Lansing, MI 48909-7973** | | **Various communications regarding the general enviromental status of the Flint Plant.** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Lockhart Chemical Flint, Michigan Plant**<br>**4302 James P. Cole Blvd**<br>**Flint, MI 48505** | **Michigan Dept. of Environment, Great Lakes & Energy (EGLE)**<br>**525 West Allegan Street**<br>**P.O. Box 30473**<br>**Lansing, MI 48909-7973** | | **Various communications regarding the general enviromental status of the Flint Plant.** |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Schneider Downs & Co. Inc.**<br>**One PPG Place**<br>**Suite 1700**<br>**Pittsburgh, PA 15222-5416** | |
| 26a.2.  **Alison Skillington**<br>**8150 Perry Highway, Suite 307**<br>**Pittsburgh, PA 15237-7000** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Schneider Downs & Co. Inc.**<br>**One PPG Place**<br>**Suite 1700**<br>**Pittsburgh, PA 15222-5416** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Schneider Downs & Co. Inc.**<br>**One PPG Place**<br>**Suite 1700**<br>**Pittsburgh, PA 15222-5416** | |

| Debtor | **Lockhart Chemical Company** | Case number *(if known)* | **22-22005-CMB** |

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.2. | **Alison Skillington**<br>**8150 Perry Highway, Suite 307**<br>**Pittsburgh, PA 15237-7000** |
| 26c.3. | **Wilmington Trust**<br>**1100 N. Market Street**<br>**Suite 1300**<br>**Wilmington, DE 19801** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **Dennis Stuchell c/o Urish Popeck**<br>**Three Gateway Center**<br>**Suite 2400**<br>**Pittsburgh, PA 15222** |
| 26d.2. **Barbara S. Lovejoy c/o Hunter Associates**<br>**436 Seventh Avenue**<br>**27th Floor**<br>**Pittsburgh, PA 15219** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. **Joe Tibbetts and Rajinder Minhas** | **2020** | |
| **Name and address of the person who has possession of inventory records**<br>**Schneider Downs & Co. Inc.**<br>**One PPG Place**<br>**Suite 1700**<br>**Pittsburgh, PA 15222-5416** | | |
| 27.2. **Joe Tibbetts and Rajinder Minhas** | **2021** | |
| **Name and address of the person who has possession of inventory records**<br>**Schneider Downs & Co. Inc.**<br>**One PPG Place**<br>**Suite 1700**<br>**Pittsburgh, PA 15222-5416** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **Lockhart Chemical Company**                                    Case number *(if known)* **22-22005-CMB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas J. Gillespie, Jr.** | **8150 Perry Highway, Suite 307 Pittsburgh, PA 15237-7000** | **Board Member and Chairperson** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas J. Gillespie, V** | **8150 Perry Highway, Suite 307 Pittsburgh, PA 15237-7000** | **Board Member and Vice President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rajinder Minhas** | **8150 Perry Highway, Suite 307 Pittsburgh, PA 15237-7000** | **Board Member and President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alison Skillington** | **8150 Perry Highway, Suite 307 Pittsburgh, PA 15237-7000** | **Board Member and Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Lockhart Company** | **8150 Perry Highway, Suite 307 Pittsburgh, PA 15237-7000** | **Indirect Shareholder** | **100 of Lockhart Holdings, Inc.** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lockhart Holdings, Inc.** | **8150 Perry Highway, Suite 307 Pittsburgh, PA 15237-7000** | **Direct Shareholder** | **100 of Lockhart Chemical Company** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Lockhart Chemical Company**                                   Case number *(if known)*  **22-22005-CMB**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Monthly distributions for management services and expenses; distributions to fund the 401(k) and pension plan, transfer of funds inaccurately paid to the Debtor; etc.** |
| | **The Lockhart Company** **8150 Perry Highway, Suite 307** **Pittsburgh, PA 15237** | **$2,153,554** | **Various** | |
| | Relationship to debtor **Indirect Corporate Parent** | | | |
| 30.2. | | | | **Monthly distributions for management services and expenses; distributions to fund the 401(k) and pension plan, transfer of funds inaccurately paid to the Debtor; etc.** |
| | **Lockhart Holdings, Inc.** **8150 Perry Highway, Suite 307** **Pittsburgh, PA 15237** | **$874,204.50** | **Various** | |
| | Relationship to debtor **Direct Corporate Parent** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **The Lockhart Company** | **EIN:    25-0624650** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
■  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **The Lockhart Company operated a 401(k) and pension plan for the benefit of Lockhart Chemical employees.** | **EIN:** |

Debtor    **Lockhart Chemical Company**                                      Case number *(if known)*  **22-22005-CMB**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 24, 2022**
_____

**/s/ Rajinder Minhas**                                           **Rajinder Minhas**
_____                    _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Lockhart Chemical Company**                              Case No.   **22-22005-CMB**
_____                                    _____
                        Debtor(s)                                  Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................   $          **85,000.00**

    Prior to the filing of this statement I have received .......................   $          **85,000.00**

    Balance Due ....................................................................................   $                **0.00**

2.  $   **338.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Services included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed
        by the Debtor(s).**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Services not included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter
        executed by the Debtor(s).**

    **\* Debtor(s) has/have agreed to pay Campbell & Levine, LLC at the firm's normal hourly rate.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 24, 2022**                                   **/s/ Paul J. Cordaro**
_____                        _____
_Date_                                                 **Paul J. Cordaro**
                                                       _Signature of Attorney_
                                                       **Campbell & Levine, LLC**
                                                       **310 Grant Street, Suite 1700**
                                                       **Pittsburgh, PA 15219**
                                                       **412-261-0310  Fax: 412-261-5066**
                                                       **pcordaro@camlev.com**
                                                       _____
                                                       _Name of law firm_

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Lockhart Chemical Company**                                    Case No.   **22-22005-CMB**

                                                    Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 24, 2022**                      **/s/ Rajinder Minhas**

                                                    **Rajinder Minhas**/**President**
                                                    Signer/Title