# PROCEEDING MEMO

Date: 10/25/2022 10:00 am

In re:   Lockhart Chemical Company

> Bankruptcy No. 22-22005-CMB
> Chapter: 7
> Doc. # 17

Appearances:  Natalie Lutz Cardiello, Paul J. Cordaro

Nature of Proceeding: #17 Expedited Motion for Authority to Operate Debtor's Business Nunc Pro Tunc

OUTCOME:  Hearing Held.  No objections.  Motion granted.  Order to be entered.

Another Expedited Motion to be filed, with a hearing set for November 8, 2022 at 10:00 a.m., with Responses **due on Nov. 7, 2022 at 12:00 Noon.**

> Carlota Böhm
> U.S. Bankruptcy Judge

FILED
10/25/22 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA