IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-22005-CMB |
| | : | |
| LOCKHART CHEMICAL COMPANY | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Related to Doc. No. 17 |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

ORDER OF COURT

AND NOW, to-wit, this  25th  day of  October , 2022, upon consideration of the Trustee's Motion for Authority to Operate the Debtor's Business Nunc Pro Tunc, it appearing to the satisfaction of the Court that such proposed operation is in the best interest of the estate and is consistent with the orderly liquidation of the estate and no adverse interest appearing, it is

ORDERED that Natalie Lutz Cardiello, Interim Trustee, be and hereby is authorized to operate the business of the debtor for a period of not to exceed six (6) months from the date hereof without further Order of Court, and in connection with such operation to incur all reasonable and necessary expenses of such operation, including but not limited to utilities, maintenance and insurance premiums and to do all other things which in the discretion of the Trustee are advisable in the operation of said business.

Carlota M. Böhm  dmr
United States Bankruptcy Judge

FILED
10/25/22 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA