# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Lockhart Chemical Company, f/k/a
Additives International,

Debtor.

Bankruptcy No. 22-22005
Chapter 7

_____/

**CERTIFICATION OF GOVERNMENT ATTORNEY**

Pursuant to the requirements of W.PA.LBR 9010-1(c)(2) for the admittance of Government counsel to represent any State (or any officer or agency thereof), the undersigned counsel hereby certifies the following:

1. My name is Keith D. Underkoffler. I am an Assistant Attorney General for the State of Michigan appearing in this matter to represent the Michigan Department of Environment, Great Lakes, and Energy.

2. I am admitted to practice law in the State of Michigan, the United States District Court for the Eastern District of Michigan, and the United States District Court for the Western District of Michigan.

3. I am in good standing in all jurisdictions to which I have been admitted.

4. I consent to be bound by the Local Bankruptcy Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Respectfully submitted,

/s/ *Keith D. Underkoffler*
Megen E. Miller (P78901)
Keith D. Underkoffler (P84854)

                    Assistant Attorneys General
                    Attorneys for Michigan Department of
                    Environment, Great Lakes, and Energy
                    Environment, Natural Resources,
                    and Agriculture Division
                    P.O. Box 30755
                    Lansing, MI 48909
                    (517) 335-7664
                    millerm59@michigan.gov
                    underkofflerk@michigan.gov

Dated:  October 27, 2022

LF:  Lockhart Chemical Co. (EGLE-RRD, MMD, WRD) BK/AG #2022-0357710-B/Certification of Government Attorney Underkoffler 2022-10-27