**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re: **LOCKHART CHEMICAL COMPANY,**   Bankruptcy No.: 22-22005-CMB

        **Debtor,**

        Chapter 7

**LOCKHART CHEMICAL COMPANY,**

        **Movant,**

   v.

**CHUBB GROUP OF INSURANCE COMPANIES,**

        **Respondent.**

### CERTIFICATE OF SERVICE

I, David L. Fuchs, hereby certify, that on the 27th day of October, 2022, a true and correct copy of the foregoing **ORDER SCHEDULING EXPEDITED HEARING AND EXPEDITED MOTION TO ASSUME EXECUTORY CONTRACT AND TO ENJOIN TERMINATION OF INSURANCE POLICY** was served upon the following (as indicated below):

Saverio Rocca, Assistant General Counsel
Chubb Group of Insurance Company
436 Walnut Street
Philadelphia, PA 19106-3703
(Via Federal Express First Overnight Delivery)

Chubb North American Claims
PO Box 5122
Scranton, PA 18505-0554
chubbclaimsfirstnotice@chubb.com
(Via Email and First Class Mail)

Allen Bunker, Esq.
Bunker & Ray
120 Fifth Avenue, Suite 2201
Pittsburgh, PA 15222
Allen.bunker@bunkerray.com
F: (215) 569-0284
(Via Email, Fax and Federal Express First Overnight Delivery)


David A. Young, Esq.
Bunker & Ray
120 Fifth Avenue, Suite 2201
Pittsburgh, PA 15222
David.young@bunkerray.com
F: (215) 569-0284
(Via Email)

Eric Lillegard, Pittsburgh Branch Manager
Chubb Group of Insurance Companies
120 Fifth Avenue, Suite 2200
Pittsburgh, PA 15222
elillegard@chubb.com
(Via Email and Federal Express First Overnight Delivery)

Cierra Niedererr, AINS
Casualty Underwriter
Chubb Commercial Insurance
436 Walnut St, WA08E, Philadelphia, PA 19106, USA
cierra.niedererr@chubb.com
(Via Email and Federal Express First Overnight Delivery)

Chubb Group of Insurance Companies
Corporate Headquarters
Attn: Legal Department
15 Mountainview Rd.
Warren, NJ 07059
(Via Federal Express First Overnight Delivery)

Erin Beeson
Erin.beeson@chubb.com
(Via Email)

Date: October 27, 2022

*/s/ David L. Fuchs*
David L. Fuchs
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Avenue
First Floor
Carnegie, PA 15106
(412) 223-5404 phone
(412) 223-5406 fax