# **EXHIBIT C**

Non-Renewal Notice for General Liability Policy

ACE PROPERTY & CASUALTY INSURANCE- COMPANY
436 WALNUT STREET
PHILADELPHIA PA 19106

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

THE LOCKHART COMPANY
8150 Perry Highway Suite 307
Pittsburgh, PA 15237

Producer:  267798

SEUBERT & ASSOCIATES INC
225 NORTH SHORE DRIVE SUITE 300
PITTSBURGH, PA 15212

Policy No.:  G71745600 003
Type of Policy:  Other
Date of Expiration: 44835; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.

In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy.

Named Insured

THE LOCKHART COMPANY
8150 Perry Highway Suite 307
Pittsburgh, PA 15237

Date Mailed
June 29, 2022

_____
JOHN LUPICA

FORM# CN9697AK51995
ODEN 3.0.16.02a

Copy for Named Insured

AKCN33NONE APP
03042016MYNN
Page 1 of 1

ACE PROPERTY & CASUALTY INSURANCE- COMPANY
436 WALNUT STREET
PHILADELPHIA PA 19106

# NOTICE OF NONRENEWAL OF INSURANCE

Producer:  267798

SEUBERT & ASSOCIATES INC
225 NORTH SHORE DRIVE SUITE 300
PITTSBURGH, PA 15212

Named Insured & Mailing Address:

THE LOCKHART COMPANY
8150 Perry Highway Suite 307
Pittsburgh, PA 15237

Policy No.:  G71745600 003
Type of Policy:  Other
Date of Expiration: 44835; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.

In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Producer

SEUBERT & ASSOCIATES INC
225 NORTH SHORE DRIVE SUITE 300
PITTSBURGH, PA 15212

Date Mailed
June 29, 2022

_____
JOHN LUPICA

FORM# CN9697AK51995
ODEN 3.0.16.02a
Copy for Producer
AKCN33NONE APP
03042016MYNN
Page 1 of 1