# PROCEEDING MEMO

**Date: 10/28/2022 02:00 pm**

**In re:** Lockhart Chemical Company f/k/a
Additives International

Bankruptcy No. 22-22005-CMB
Chapter: 7
Doc. # 38

**Appearances:** BY ZOOM: Natalie Lutz Cardiello, David L. Fuchs, Paul J. Cordaro, Keith Underkoffler, Catherine B. Heitzenrater

**Nature of Proceeding:** #38 Expedited Motion To Assume Executory Contract And To Enjoin Termination of Insurance Policy

**Additional Pleadings:** #55 Statement in Support of Motion by the Michigan Department of Environment, Great Lakes, and Energy ; #56 Objection by the Chubb Companies

**OUTCOME:** Hearing held. Continued to October 31, 2022 at 2:00 P.M. via Zoom.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
10/28/22 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA