# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: LOCKHART CHEMICAL COMPANY, | Bankruptcy No.: 22-22005-CMB |
| Debtor, | Chapter 7 |
| NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY | Related to Doc. No. 38 |
| Movant, | |
| v. | |
| CHUBB GROUP OF INSURANCE COMPANIES, | |
| Respondent. | |

## SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING MOTION TO ASSUME EXECUTORY CONTRACT AND TO ENJOIN TERMINATION OF INSURANCE POLICY

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Trustee's Motion to Assume Executory Contract and to Enjoin Termination of Insurance Policy.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

X   An agreed stipulation and order is attached to this Certificate of Counsel. is respectfully requested that the attached order be entered by the Court.

Date: October 31, 2022

/s/ David L. Fuchs
David L. Fuchs
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Avenue
First Floor
Carnegie, PA 15106
(412) 223-5404 phone
(412) 223-5406 fax

PAWB Local Form 26 (06/17)