IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: LOCKHART CHEMICAL COMPANY, | Bankruptcy No.: 22-22005-CMB |
| Debtor, | Chapter 7 |
| NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY, | |
| Movant, | |
| v. | |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, | |
| Respondent. | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this ____ day of _____, *2022*, **EXPEDITED MOTION TO ENFORCE THE AUTOMATIC STAY, ASSUME EXECUTORY CONTRACT AND TO ENJOIN TERMINATION OF INSURANCE POLICY** ("Motion") has been filed in the above-referenced case by David L. Fuchs, Counsel for the Trustee.

*On* _____, *2022* at _____ M. a hearing has been scheduled before the Honorable Carlota Böhm, via Zoom as follows: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.

*On or before* _____, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____
United States Bankruptcy Judge