# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: LOCKHART CHEMICAL COMPANY, | Bankruptcy No.: 22-22005-CMB |
| Debtor, | Chapter 7 |
| NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY, | Related to Doc. No. 72 |
| Movant, | |
| v. | |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, | |
| Respondent. | |

## ORDER OF COURT

AND NOW, upon consideration of the Trustee's **EXPEDITED MOTION TO ENFORCE THE AUTOMATIC STAY, ASSUME EXECUTORY CONTRACT AND TO ENJOIN TERMINATION OF INSURANCE POLICY**, and after a hearing, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. It is further ORDERED that the Respondent is enjoined from canceling or otherwise terminating the Policy referenced in the Trustee's Motion and shall renew the Policy. The Trustee is hereby authorized to assume the Insurance Policy and pay any required premiums.

Date: December 2, 2022

Carlota M. Böhm   dmr
United States Bankruptcy Judge

FILED
12/2/22 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA