IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: LOCKHART CHEMICAL COMPANY, | Bankruptcy No.: 22-22005-CMB |
| Debtor, | Chapter 7 |
| NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCHART CHEMICAL COMPANY, | Hearing Date & Time: March 9, 2023 at 1:30 p.m. |
| Movant, v. | |
| NO RESPONDENT. | |

### VERIFICATION STATEMENT PURSUANT TO BANKRUPTCY RULE 2014

1. I am admitted to practice law in the Courts of the State of Michigan. Warner Norcross & Judd LLP maintain offices for the practice of law at 150 Ottawa Ave NW, Ste 1500, Grand Rapids, MI 49503.

2. I have reviewed the creditor list of the Debtor.

3. Other than as disclosed herein, no promises have been received by Warner Norcross & Judd LLP nor any member of the firm as to compensation in connection with this case. There is no agreement with any other entity to share with such entity any compensation received by the law firm in connection with this case.

4. Neither I, nor any other member or associate of the firm, insofar as I have been able to ascertain, represents any interest adverse to the Debtor, its estate or its creditors upon which the law firm is to be engaged. As a result of the foregoing, to the best of my knowledge, Warner Norcross & Judd LLP is a "disinterested person" as that term is defined in 11 U.S.C. §101(14). By reason of the foregoing, I believe that Warner

Norcross & Judd LLP is eligible for employment and retention by the Debtor as Special Counsel, pursuant to 11 U.S.C. §§327 and 328 and the applicable Federal and Local Rules of Bankruptcy Procedure.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: Feb. 3, 2023

Scott M. Watson