**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: **LOCKHART CHEMICAL COMPANY,** | Bankruptcy No.: 22-22005-CMB |
| **Debtor,** | |
| | Chapter 7 |
| **NATALIE LUTZ CARDIELLO,**<br>**CHAPTER 7 TRUSTEE FOR LOCHART**<br>**CHEMICAL COMPANY,** | Hearing Date & Time:<br>March 14, 2023 at 1:30 p.m. |
| **Movant,** | |
| v. | |
| **NO RESPONDENT.** | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF NATALIE LUTZ CARDIELLO TO ENGAGE FUCHS LAW OFFICE, LLC AS SPECIAL COUNSEL**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 23, 2023, *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A **Zoom Video Conference Hearing** will be held on* March 14, 2023, *at 1:30, P.M., before Judge Carlota M. Böhm via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time:* https://www.zoomgov.com/j/16143800191, *or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328. **All attorneys and Parties may only appear by Zoom and must comply with Judge Böhm's Zoom Procedures, which can be found on the Court's website at** * https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. The general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>February 8, 2023</u>

<u>*/s/ David L. Fuchs*</u>
David L. Fuchs
PA I.D. No. 205694
Fuchs Law Office, LLC
554 Washington Avenue, First Floor
Carnegie, PA 15106
P: (412) 223-5404
F: (412) 223-5406
<u>dfuchs@fuchslawoffice.com</u>