UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

LOCKHART CHEMICAL COMPANY,

    Debtor.

_____/

Case No: 22-22005-CMB

Chapter 7

Judge Carlota M. Bohm

**NOTICE REGARDING WITHDRAWAL OF CLAIM**

PLEASE TAKE NOTICE that Stephen B. Grow, on behalf of Warner Norcross + Judd LLP, hereby withdraws Proof of Claim Number 20 that was filed on November 7, 2022.

Dated: February 24, 2023

By: /s/Stephen B. Grow
Stephen B. Grow (P39622)
Warner Norcross + Judd LLP
150 Ottawa Ave NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2158
sgrow@wnj.com
Attorney for Creditor