**PROCEEDING MEMO**

Date: 03/14/2023 01:30 pm

In re:    Lockhart Chemical Company

                                            Bankruptcy No. 22-22005-CMB
                                            Chapter: 7
                                            Doc. # 100

**Appearances:** David Fuchs, Keith D. Underkoffler, Matthew Indrisano

**Nature of Proceeding:** #100 Application for Employment of NTH Consultants, Ltd. as Professional Nunc Pro Tunc

OUTCOME:  Hearing held.  Revised proposed Order to be filed by 3/17/2023.

                                            Carlota Böhm
                                            U.S. Bankruptcy Judge

FILED
3/15/23 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA