# Notice Recipients

| District/Off: 0315-2 | User: auto | Date Created: 3/20/2023 |
|---|---|---|
| Case: 22-22005-CMB | Form ID: pdf900 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Natalie Lutz Cardiello | ncardiello@cardiello-law.com |
| aty | David L. Fuchs | dfuchs@fuchslawoffice.com |
| aty | Natalie Lutz Cardiello | ncardiello@cardiello-law.com |
| aty | Paul J. Cordaro | pjc@camlev.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Lockhart Chemical Company | 8150 Perry Highway, Suite 307 | Pittsburgh, PA 15237-7000 |

TOTAL: 1