# PROCEEDING MEMO

**Date: 05/08/2023 10:30 am**

In re:    Lockhart Chemical Company

           Bankruptcy No. 22-22005-CMB
           Chapter: 7
           Doc. # 123

**Appearances:** Natalie Lutz Cardiello, Keith D. Underkoffler, Matt Indrisano

**Nature of Proceeding:** #123 Second Motion for Authority to Continue to Operate Debtor's Business

**Additional Pleadings:** #126 Statement in Support of Motion by Michigan Department of Environment, Great Lakes and Energy

**OUTCOME:** Hearing Held. Motion granted. Order entered. Trustee to serve order.

           Carlota Böhm
           U.S. Bankruptcy Judge

FILED
5/8/23 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA