IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-22005-CMB |
| LOCKHART CHEMICAL COMPANY | : | Chapter 7 |
| *Debtor* | : | |
| | : | Related to Doc. No. 123 |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| No Respondent(s) | : | |

ORDER OF COURT

AND NOW, to-wit, this __8th__ day of __May__, 2023, upon consideration of the Trustee's Second Motion for Authority to Operate the Debtor's Business, it appearing to the satisfaction of the Court that such proposed operation is in the best interest of the estate and is consistent with the orderly liquidation of the estate and no adverse interest appearing, it is

ORDERED that Natalie Lutz Cardiello, Trustee, be and hereby is authorized to continue to operate the business of the debtor for a period of six (6) months from the date of the filing of the motion and in connection with such operation, to incur and pay all reasonable and necessary expenses of such operation including but not limited to salaries, utilities, maintenance and insurance premiums and to do all other things which in the discretion of the Trustee are advisable in the operation of said business;

FURTHER ORDERED that nothing in this Order shall relieve the Trustee of any obligations under federal, state or local police or regulatory laws or under 28 U.S.C. § 959(b). The

parties reserve all rights, claims and defenses that they have and nothing herein shall be construed as a waiver of any such right, claim or defense;

FURTHER ORDERED that pursuant to 11 U.S.C. § 704(a)(8), the Trustee shall file with the Court and the United States Trustee monthly reports and summaries of the operation of the Debtor's business, including a statement of receipts and disbursements, and such other information as the United States Trustee or the Court may require.

FILED
5/8/23 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22005-CMB |
| Lockhart Chemical Company | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lockhart Chemical Company, 8150 Perry Highway, Suite 307, Pittsburgh, PA 15237-5232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur Osueke | on behalf of Creditor Pension Benefit Guaranty Corporation osueke.arthur@pbgc.gov |
| Catherine Beideman Heitzenrater | on behalf of Creditor CHUBB COMPANIES cheitzenrater@duanemorris.com |
| David L. Fuchs | on behalf of Trustee Natalie Lutz Cardiello dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| Ethan Draper | on behalf of Creditor Pension Benefit Guaranty Corporation draper.ethan@pbgc.gov |
| George W. Fitting | on behalf of Creditor American Refining Group  Inc. gwfitting@duanemorris.com |
| Gwenyth S. Gamble Jarvi | on behalf of Debtor Lockhart Chemical Company ggamblejarvi@camlev.com hpenn@camlev.com;jboyle@camlev.com;kmonahan@camlev.com;tmatiasic@yahoo.com;candl@camlev.com |

Case 22-22005-CMB    Doc 130    Filed 05/10/23    Entered 05/11/23 00:26:25    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Jill Locnikar
    on behalf of Interested Party United States of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joseph N Kuptz
    on behalf of Creditor City of Flint jkuptz@cityofflint.com

Kathryn L. Harrison
    on behalf of Debtor Lockhart Chemical Company klh@camlev.com jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Keith David Underkoffler
    on behalf of Creditor Michigan Department of Environment  Great Lakes, and Energy underkofflerk@michigan.gov, cisselr@michigan.gov

Kenneth M. Argentieri
    on behalf of Creditor CHUBB COMPANIES kmargentieri@duanemorris.com  eeburke@duanemorris.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew Carmen Indrisano
    on behalf of Interested Party United States of America matthew.indrisano@usdoj.gov

Megen E. Miller
    on behalf of Creditor Michigan Department of Environment  Great Lakes, and Energy millerm59@michigan.gov, copelandk2@michigan.gov

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul J. Cordaro
    on behalf of Debtor Lockhart Chemical Company pjc@camlev.com candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Stephen B. Grow
    on behalf of Creditor Warner Norcross + Judd LLP sgrow@wnj.com  hversteeg@wnj.com

William C. Price
    on behalf of Creditor Neyer  Tiseo & Hindo, Ltd. wprice@clarkhill.com, aporter@clarkhill.com

TOTAL: 20