# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

In Re. LOCKHART CHEMICAL COMPANY            §                    Case No.  22-22005

                                                                          §
                                                                          §
_____            §
            Debtor(s)                                   §

☐ Jointly Administered

## Monthly Operating Report                                            Chapter **7**

Reporting Period Ended: 10/31/2022                    Petition Date: 10/10/2022

Months Pending: 1                                        Industry Classification: | 3 | 2 | 5 | 1 |

Reporting Method:            Accrual Basis  ○            Cash Basis  ◉

Debtor's Full-Time Employees (current):            8

Debtor's Full-Time Employees (as of date of order for relief):            8

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Natalie Lutz Cardiello                                    Natalie Lutz Cardiello, Trustee
Signature of Responsible Party                            Printed Name of Responsible Party
05/16/2023
Date

                                                                        107 Huron Drive, Carnegie, PA 15106
                                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                              1

Debtor's Name LOCKHART CHEMICAL COMPANY                                        Case No. 22-22005

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $426,272 | |
| b. | Total receipts (net of transfers between accounts) | $2,195,046 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $1,270,098 | $0 |
| d. | Cash balance end of month (a+b-c) | $1,351,220 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $1,270,098 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $2,028,963 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $160,256 |
| c. | Inventory    (Book ⦿    Market ○    Other ○    (attach explanation)) | $5,267,182 |
| d | Total current assets | $7,737,681 |
| e. | Total assets | $8,503,976 |
| f. | Postpetition payables (excluding taxes) | $118,030 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $118,030 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $118,030 |
| o. | Ending equity/net worth (e-n) | $8,385,946 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $601,895 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $486,436 | |
| c. | Gross profit (a-b) | $115,459 | |
| d. | Selling expenses | $40,723 | |
| e. | General and administrative expenses | $8,355 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $5,374 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $140,312 | $0 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No. 22-22005

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                          3

Debtor's Name LOCKHART CHEMICAL COMPANY                    Case No.  22-22005

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name LOCKHART CHEMICAL COMPANY                                  Case No. 22-22005

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                    Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name LOCKHART CHEMICAL COMPANY                     Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                              Case No. 22-22005

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $4,982 | $4,982 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $14,938 | $14,938 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire – During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ●  N/A ○ | |
| i. | Do you have:        Worker's compensation insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No. 22-22005

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Natalie Lutz Cardiello
_____          Natalie Cardiello
Signature of Responsible Party                    Printed Name of Responsible Party

Chapter 7 Bankruptcy Trustee                      05/16/2023
Title                                              Date

5/3/2023
1:17 PM
LC Balance Sheet

Balance Sheet
LOCKHART CHEMICAL COMPANY
As of 10/31/2022

|  | October Current Month YTD |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 1,351,734 |
| Note Receivable | 0 |
| | |
| Accounts Receivable - Trade | 2,038,268 |
| Allowance for Doubtful Accounts | 9,249 |
| Total Accounts Receivable | 2,047,517 |
| | |
| Lubrizol Inventory | 45,668 |
| Less:  Inventory - Contra LZ | (45,668) |
| Net Lubrizol Inventory | 0 |
| | |
| Lockhart Chemical & Additives Inventory | 4,686,399 |
| Inventory Reserve - Absorption | 104,302 |
| Total Lockhart Chemical & Additives Inventory | 4,790,701 |
| | |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
| Net Inventory | 3,628,048 |
| | |
| Other Current Assets | 174,259 |
| Intercompany Receivable | 536,123 |
| Chemical Due To/From Lubrizol | 0 |
| | |
| **Total Current Assets** | **7,737,681** |
| | |
| **Other Assets** | **10,000** |
| | |
| **Fixed Assets** | |
| Fixed Assets at Cost | 4,377,421 |
| Accumulated Depreciation | (3,621,127) |
| Total | 756,295 |
| Construction in Process | 0 |
| **Total Fixed Assets** | **756,295** |
| | |
| **TOTAL ASSETS** | **8,503,976** |
| | |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable - Trade | 2,611,880 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 56,375 |
| **Total Current Liabilities** | **(36,711,583)** |
| | |
| Loans Payable - L/T Affiliates | |
| Loans Payable - Long Term | |
| **TOTAL LIABILITIES** | **(36,711,583)** |
| | |
| Shareholders Equity | |
| Capital Stock | 148 |
| Retained Earnings | 38,867,926 |
| Paid In Capital | 6,189,451 |
| Current Earnings | 158,033 |
| **TOTAL EQUITY** | **45,215,558** |
| | |
| **TOTAL LIABILITIES & EQUITY** | **8,503,976** |

5/3/2023
1:19 PM
LC Income

Income Statement
LOCKHART CHEMICAL COMPANY
As Of 10/31/2022

|  | **Current Period** |  |  |  |  |
|---|---|---|---|---|---|
|  | October | PCT | Budget | PCT | Change |
| Gross Sales | $601,895 | 95.24% | $0 | 0.00% | $601,895 |
| Lubrizol Tolling Fee Revenue | 19,755 | 3.13% | 0 | 0.00% | 19,755 |
| Other Tolling Fee Revenue | 27,015 | 4.27% | 0 | 0.00% | 27,015 |
| Lubrizol Inventory Usage Fees | 959 | 0.15% | 0 | 0.00% | 959 |
| Freight Sales | 66 | 0.01% | 0 | 0.00% | 66 |
| Freight Out Expense | (17,721) | -2.80% | 0 | 0.00% | (17,721) |
| *Net Sales* | *631,969* | *100.00%* | *0* | *0.00%* | *631,969* |
| Cost of Goods Sold | (486,436) | -76.97% | 0 | 0.00% | (486,436) |
| Net Sales Margin | 145,533 | 23.03% | 0 | 0.00% | 145,533 |
| Net Product Overhead | 49,231 | 7.79% | 0 | 0.00% | 49,231 |
| *Gross Margin* | *194,764* | *30.82%* | *0* | *0.00%* | *194,764* |
| Sales Expense | (40,723) | -6.44% | 0 | 0.00% | (40,723) |
| Total Sales Expense | (40,723) | -6.44% | 0 | 0.00% | (40,723) |
| Technical Expense | (8,355) | -1.32% | 0 | 0.00% | (8,355) |
| Total S G & A Expense | (49,078) | -7.77% | 0 | 0.00% | (49,078) |
| *Operating Income Before Depreciation* | *145,686* | *23.05%* | *0* | *0.00%* | *145,686* |
| Depreciation Expense | (5,374) | -0.85% | 0 | 0.00% | (5,374) |
| *Plant Income* | *140,312* | *22.20%* | *0* | *0.00%* | *140,312* |
| Corporate Income Pre-Tax | 140,312 | 22.20% | 0 | 0.00% | 140,312 |
| *CORPORATE NET INCOME AFTER TAX* | *140,312* | *22.20%* | *0* | *0.00%* | *140,312* |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 10/11/2022 thru 10/31/2022 | ~~7580400~~000455 |

| Days In Statement Period |
|---|
| 21 |

LOCKHART CHEMICAL COMPANY, DEBTOR
NATALIE LUTZ CARDIELLO, TRUSTEE
CASE #22-22005
107 HURON DRIVE
CARNEGIE PA 15106

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $1,123,331.35 | $213.97 | $1,123,117.38 |
| DEPOSIT TOTALS | $0.00 | $1,123,331.35 | $213.97 | $1,123,117.38 |

## Trustee Checking - 7580400000455

| | | Beginning Balance | $0.00 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 10/18 | Wire Transfer Credit | $633,269.51 | |
| | LOCKHART CHEMICAL COMPANY | | |
| | 8150 PERRY HWY STE 212 | | |
| | PITTSBURGH      PA 15237 | | |
| | FIRST NATIONAL BANK OF PENNSYL | | |
| | 4140 EAST STATE STREET | | |
| | HERMITAGE PA 16148 | | |
| | 20221018GMQFMP01006456 | | |
| | 20221018MMQFMP9N000089 | | |
| | 10181128FT03 | | |
| 10/27 | Wire Transfer Credit | $490,061.84 | |
| | LOCKHART CHEMICAL COMPANY | | |
| | 8150 PERRY HWY STE 212 | | |
| | PITTSBURGH      PA 15237 | | |
| | FIRST NATIONAL BANK OF PENNSYL | | |
| | 4140 EAST STATE STREET | | |
| | HERMITAGE PA 16148 | | |
| | 20221027GMQFMP01001765 | | |
| | 20221027MMQFMP9N000070 | | |
| | 10270915FT03 | | |
| | | Ending Balance | $1,123,117.38 |



**axos** BANK

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 10/11/2022 thru 10/31/2022 | 00455 |

| Days In Statement Period |
|---|
| 21 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 70001 | 213.97 | 10/27 | | | | | | |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $538,810.11 | Average Daily Collected | $538,810.11 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



**Score a $100 bonus** when you open a new Axos Invest account.

GET STARTED

Date: 05/03/23                    **DETAILED BANK RECONCILIATION**                          Page: 1

Trustee Name: Natalie Lutz Cardiello, Esquire

Case Number:  **22-22005 CMB**

Case Name: LOCKHART CHEMICAL COMPANY                     For Period Ending: **10/31/22**

Account: ~~020455~~ Checking Account (Non-Interest Earn        Account Code: 01

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| 10/18/22 | | LOCKHART CHEMICAL COMPANY | 633,269.51 | | C | 633,269.51 |
| 10/21/22 | 70001 | JOSEPH TIBBETTS | | 213.97 | C | 633,055.54 |
| 10/27/22 | | LOCKHART CHEMICAL COMPANY | 490,061.84 | | C | 1,123,117.38 |
| 10/31/22 | 70002 | ACE AMERICAN INSURANCE CO | | 16,462.00 | | 1,106,655.38 |

| | | | | | |
|---|---|---|---|---|---|
| CLEARED DEPOSITS | | 1,123,331.35 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - | 213.97 | OUTSTANDING DISBURSEMENTS | - | 16,462.00 |
| | | 1,123,117.38 | | | -16,462.00 |

| | | | | |
|---|---|---|---|---|
| FORM 2 LEDGER BALANCE | | 1,106,655.38 | | |
| OUTSTANDING DEPOSITS | - | 0.00 | | |
| OUTSTANDING DISBURSEMENTS | + | 16,462.00 | | |
| FORM 2 ADJUSTED BALANCE | | 1,123,117.38 | BANK BALANCE | 1,123,117.38 |

C = Cleared

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
NATALIE A CARDIELLO, TRUSTEE
OPERATING ACCOUNT
8150 PERRY HWY STE 212
PITTSBURGH PA 15237-5232

### *Statement Ending 10/31/2022*

*LOCKHART CHEMICAL COMPANY*                Page 1 of 6
*Primary Account Number* 449

## *Managing Your Accounts*

 Online        www.fnb-online.com

 By Phone      1 800-555-5455

By Mail       4140 E. State Street
              Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | 49 | $228,102.73 |

## BUSINESS ANALYSIS CHECKING - 1449

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 10/01/2022 | Balance Last Statement | $62,600.86 | Minimum Balance | $48,677.95 |
| | 44 Credit(s) This Period | $1,628,268.27 | Average Ledger Balance | $342,595.88 |
| | 42 Debit(s) This Period | $1,462,766.40 | Average Available Balance | $318,867.65 |
| 10/31/2022 | Balance This Statement | $228,102.73 | | |

*FNB customers in Ohio, Maryland, North Carolina and South Carolina: Beginning November 3, 2022, you no longer will be able to use non-FNB ATMs on the Allpoint® ATM network free of charge. As always, you continue to have free access to FNB's growing network of more than 900 ATMs. To locate an FNB ATM near you, please visit fnb-online.com/atm-branch-locator.*

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2022 | Balance Last Statement | | | $62,600.86 |
| 10/03/2022 | LOCKBOX DEPOSIT | | $69,132.15 | $131,733.01 |
| 10/03/2022 | CHECK # 82901 | $4,368.73 | | $127,364.28 |
| 10/04/2022 | MPGINDUSTRIE7148 PAYMENTS LOCKHART | | $46,172.65 | $173,536.93 |
| 10/04/2022 | CHECK # 82903 | $1,662.50 | | $171,874.43 |
| 10/05/2022 | AMERICHEM SALES PAYMENTS LOCKHART CHEM | | $11,231.75 | $183,106.18 |
| 10/05/2022 | LOCKBOX DEPOSIT | | $35,024.00 | $218,130.18 |
| 10/05/2022 | AMEX EPAYMENT ACH PMT W0286 | $43,021.00 | | $175,109.18 |
| 10/05/2022 | AMEX EPAYMENT ACH PMT A1462 | $35,154.58 | | $139,954.60 |
| 10/05/2022 | CHECK # 82899 | $4,741.02 | | $135,213.58 |
| 10/05/2022 | LOCKHART CHEMICA PITTSLEY XXXXX1053 | $1,918.66 | | $133,294.92 |
| 10/06/2022 | DEPOSIT | | $2,543.25 | $135,838.17 |
| 10/06/2022 | Incoming Wire 60562167 LUBRICANTES FUCHS DE MEXICO S.A. D | | $3,558.02 | $139,396.19 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

# First National Bank

4140 E. State Street
Hermitage, PA 16148

## BUSINESS ANALYSIS CHECKING - ____449 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/06/2022 | QUAKER HOUGHTON 108233 107207 | | $5,880.00 | $145,276.19 |
| 10/06/2022 | AdvancedChem3866 Vendor ACH XXXXX8092 | | $10,364.00 | $155,640.19 |
| 10/06/2022 | CHECK # 82902 | $285.00 | | $155,355.19 |
| 10/07/2022 | CONDAT CORP CONDATCORP | | $14,220.00 | $169,575.19 |
| 10/07/2022 | UNITED7729GN A/P VENDOR LOC00 | | $20,000.00 | $189,575.19 |
| 10/07/2022 | WHITMORE DISB W 00037903 | | $121,983.50 | $311,558.69 |
| 10/07/2022 | Chubb Insurance Pmt. NB501640161 $175k and NB50164016 $41444.06 | | $216,444.10 | $528,002.79 |
| 10/07/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $27,964.82 | | $500,037.97 |
| 10/07/2022 | LOCKHART CHEMICA OIL CHEM, XXXXX1053 | $17,764.39 | | $482,273.58 |
| 10/07/2022 | CTR EMPLOYEE MAN TAX COL | $13,932.99 | | $468,340.59 |
| 10/07/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $11,409.74 | | $456,930.85 |
| 10/07/2022 | LOCKHART CHEMICA SEUBERT IN XXXXX1053 | $6,367.08 | | $450,563.77 |
| 10/07/2022 | LOCKHART CHEMICA GREG XXXXX1053 | $6,000.00 | | $444,563.77 |
| 10/07/2022 | LOCKHART CHEMICA GODEK-JAME XXXXX1053 | $5,125.00 | | $439,438.77 |
| 10/07/2022 | MID ATLANTIC TR ACH PULLS MAPB0210 | $2,530.81 | | $436,907.96 |
| 10/07/2022 | CHECK # 82898 | $2,241.32 | | $434,666.64 |
| 10/07/2022 | LOCKHART CHEMICA NAJARIAN & XXXXX1053 | $1,837.50 | | $432,829.14 |
| 10/07/2022 | MID ATLANTIC TR ACH PULLS MAPB0210 | $1,490.81 | | $431,338.33 |
| 10/07/2022 | MID ATLANTIC TR ACH PULLS MAPB0210 | $1,439.58 | | $429,898.75 |
| 10/07/2022 | LOCKHART CHEMICA DINGESS, F XXXXX1053 | $1,120.00 | | $428,778.75 |
| 10/07/2022 | LOCKHART CHEMICA GODEK XXXXX1053 | $1,000.00 | | $427,778.75 |
| 10/07/2022 | LOCKHART CHEMICA Joe Tibbet XXXXX1053 | $432.68 | | $427,346.07 |
| 10/07/2022 | LOCKHART CHEMICA EXPRESS EM XXXXX1053 | $409.50 | | $426,936.57 |
| 10/07/2022 | MID ATLANTIC TR ACH PULLS MAPB0210 | $305.74 | | $426,630.83 |
| 10/07/2022 | LOCKHART CHEMICA SCOTT BOUM XXXXX1053 | $179.25 | | $426,451.58 |
| 10/07/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $97.25 | | $426,354.33 |
| 10/07/2022 | LOCKHART CHEMICA SCOTT BOUM XXXXX1053 | $50.00 | | $426,304.33 |
| 10/07/2022 | LOCKHART CHEMICA JAMES CLOU XXXXX1053 | $32.45 | | $426,271.88 |
| 10/11/2022 | MPGINDUSTRIE7148 PAYMENTS LOCKHART | | $871.60 | $427,143.48 |
| 10/11/2022 | LOCKBOX DEPOSIT | | $58,731.20 | $485,874.68 |
| 10/11/2022 | SD Reimbursment for LCC Tax Expense | $33,554.00 | | $452,320.68 |
| 10/11/2022 | AMEX EPAYMENT ACH PMT W4086 | $19,363.37 | | $432,957.31 |
| 10/11/2022 | CHECK # 82897 | $3,306.50 | | $429,650.81 |
| 10/12/2022 | SEA LAND FUNDING LOCKHART | | $50,824.20 | $480,475.01 |
| 10/13/2022 | QUAKER HOUGHTON 108508 107452 | | $14.00 | $480,489.01 |
| 10/14/2022 | WHITMORE DISB WHITMORE D 00038190 | | $138,568.60 | $619,057.61 |
| 10/17/2022 | LOCKBOX DEPOSIT | | $7,627.90 | $626,685.51 |
| 10/18/2022 | Incoming Wire 60811178 TECNIQUIMIA MEXICANA SA DE CV | | $48,677.95 | $675,363.46 |
| 10/18/2022 | ADE INDUSTRIES L CORP PAY | | $2,382.00 | $677,745.46 |
| 10/18/2022 | AdvancedChem3866 Vendor ACH XXXXX8092 | | $4,202.00 | $681,947.46 |
| 10/18/2022 | Outgoing Wire 564725 BANKRUPTCY ESTATE OF LOCKHART CHEMI | $633,269.51 | | $48,677.95 |
| 10/19/2022 | DEPOSIT | | $9,669.60 | $58,347.55 |
| 10/19/2022 | DAUBERT CHEMICAL INV PAYMNT 000000000056921 | | $80,414.00 | $138,761.55 |
| 10/19/2022 | FUCHS LUBRICANTS EDI/EFTPMT 2000264571 | | $112,163.20 | $250,924.75 |
| 10/20/2022 | QUAKER HOUGHTON 108897 107696 | | $13,719.00 | $264,643.75 |
| 10/20/2022 | LOCKBOX DEPOSIT | | $7,789.60 | $272,433.35 |

LOCKHART CHEMICAL COMPANY ▓▓▓ 449          Statement Ending 10/31/2022          Page 4 of 6

## BUSINESS ANALYSIS CHECKING - ▓▓▓449 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/21/2022 | CONDAT CORP CONDATCORP | | $3,600.10 | $276,033.45 |
| 10/21/2022 | FUCHS LUBRICANTS EDI/EFTPMT 2000264751 | | $4,658.00 | $280,691.45 |
| 10/21/2022 | WHITMORE DISB WHITMORE D 00038401 | | $130,908.00 | $411,599.45 |
| 10/21/2022 | LOCKBOX DEPOSIT | | $6,460.40 | $418,059.85 |
| 10/24/2022 | Incoming Wire 60949544 TECNIQUIMIA MEXICANA SA DE CV | | $4,926.00 | $422,985.85 |
| 10/24/2022 | LOCKBOX DEPOSIT | | $67,075.99 | $490,061.84 |
| 10/25/2022 | LOCKBOX DEPOSIT | | $14,336.00 | $504,397.84 |
| 10/26/2022 | ADVANCED URETHAN ACH Pmt XXXXXX9694 | | $4,335.00 | $508,732.84 |
| 10/26/2022 | LOCKBOX DEPOSIT | | $82,418.08 | $591,150.92 |
| 10/27/2022 | U.S. Venture Inc EDI PYMNTS 99-00034381 | | $10,294.40 | $601,445.32 |
| 10/27/2022 | WHITMORE DISB WHITMORE D 00038570 | | $57,992.00 | $659,437.32 |
| 10/27/2022 | Outgoing Wire 569127 BANKRUPTCY ESTATE OF LOCKHART CHEMI | $490,061.84 | | $169,375.48 |
| 10/28/2022 | CHEM ARROW CORP CHEM ARROW LOCKHART | | $6,683.50 | $176,058.98 |
| 10/28/2022 | EDRICH PRODUCTS, ACH Pmt 11001048014 | | $14,310.83 | $190,369.81 |
| 10/28/2022 | QUAKER HOUGHTON 109258 107935 | | $46,180.00 | $236,549.81 |
| 10/28/2022 | LOCKBOX DEPOSIT | | $18,224.00 | $254,773.81 |
| 10/28/2022 | ck#1000383175 was deposited into the wrong account on 10/26 | $77,508.08 | | $177,265.73 |
| 10/28/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,103.72 | | $174,162.01 |
| 10/28/2022 | CTR EMPLOYEE MAN TAX COL | $965.13 | | $173,196.88 |
| 10/28/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $268.00 | | $172,928.88 |
| 10/28/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $90.00 | | $172,838.88 |
| 10/31/2022 | BAML Bill Pay 016ULZWIC2FCIXQ | | $2,307.20 | $175,146.08 |
| 10/31/2022 | BAML Bill Pay 016NHYQLA2FCIY0 | | $5,336.80 | $180,482.88 |
| 10/31/2022 | LOCKBOX DEPOSIT | | $56,013.70 | $236,496.58 |
| 10/31/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $6,168.59 | | $230,327.99 |
| 10/31/2022 | CTR EMPLOYEE MAN TAX COL | $1,914.01 | | $228,413.98 |
| 10/31/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $214.00 | | $228,199.98 |
| 10/31/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $97.25 | | $228,102.73 |
| 10/31/2022 | **Balance This Statement** | | | $228,102.73 |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 82897 | 10/11/2022 | $3,306.50 | 82899 | 10/05/2022 | $4,741.02 | 82902 | 10/06/2022 | $285.00 |
| 82898 | 10/07/2022 | $2,241.32 | 82901* | 10/03/2022 | $4,368.73 | 82903 | 10/04/2022 | $1,662.50 |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/03/2022 | $127,364.28 | 10/13/2022 | $480,489.01 | 10/24/2022 | $490,061.84 |
| 10/04/2022 | $171,874.43 | 10/14/2022 | $619,057.61 | 10/25/2022 | $504,397.84 |
| 10/05/2022 | $133,294.92 | 10/17/2022 | $626,685.51 | 10/26/2022 | $591,150.92 |
| 10/06/2022 | $155,355.19 | 10/18/2022 | $48,677.95 | 10/27/2022 | $169,375.48 |
| 10/07/2022 | $426,271.88 | 10/19/2022 | $250,924.75 | 10/28/2022 | $172,838.88 |
| 10/11/2022 | $429,650.81 | 10/20/2022 | $272,433.35 | 10/31/2022 | $228,102.73 |
| 10/12/2022 | $460,475.01 | 10/21/2022 | $418,059.85 | | |

95021449  1

# First National Bank

4140 E. State Street
Hermitage, PA 16148

## Statement Ending 10/31/2022

LOCKHART CHEMICAL COMPANY                    Page 5 of 6

Primary Account Number: ⬛⬛⬛349



82897   $3,306.50   10/11/2022



82898   $2,241.32   10/7/2022



82899   $4,741.02   10/5/2022



82901   $4,368.73   10/3/2022



82902   $285.00   10/6/2022



82903   $1,662.50   10/4/2022

```
System:     11/2/2022   10:36:24 AM              LOCKHART CHEMICAL COMPANY              Page:    1
User Date:  11/2/2022                        RECONCILIATION POSTING JOURNAL            User ID: askillington
                                                  Bank Reconciliation


Audit Trail Code: CHADJ00000109                                    Bank Statement Ending Balance: $228,102.730
Checkbook ID:     FNB                                              Bank Statement Ending Date:     10/31/2022
Description:      First National Bank Checking                     Cutoff Date:                     10/31/2022


Statement Ending Balance                      $228,102.730
Outstanding Checks (-)                              $0.000
Deposits in Transit (+)                            $0.000
                                          --------------------
Adjusted Bank Balance                         $228,102.730
                                          --------------------
Checkbook Balance as of Cutoff                $228,102.730
Adjustments                                        $0.000
                                          --------------------
Adjusted Book Balance                         $228,102.730
                                          --------------------
Difference                                         $0.000
                                          ====================
```

```
System:     11/2/2022   10:36:26 AM              LOCKHART CHEMICAL COMPANY              Page:   1
User Date:  11/2/2022                         CLEARED TRANSACTIONS JOURNAL             User ID: askillington
                                                  Bank Reconciliation
```

Audit Trail Code:   CMADJ00000109
Checkbook ID:       FNB
Description:        First National Bank Checking
Sorted By:          Type
Sort Order:         Ascending

| Type | Number | Date | Paid To/Rcvd From | Trx Amount | Cleared Amount |
|------|--------|------|-------------------|-----------:|---------------:|
| DEP | 04104 | 10/3/2022 | | $69,131.650 | |
| DEP | 04105 | 10/3/2022 | | $0.500 | |
| DEP | 04106 | 10/5/2022 | | $46,172.650 | |
| DEP | 04107 | 10/5/2022 | | $11,231.750 | |
| DEP | 04108 | 10/5/2022 | | $35,024.000 | |
| DEP | 04109 | 10/6/2022 | | $5,880.000 | |
| DEP | 04110 | 10/6/2022 | | $3,558.020 | |
| DEP | 04111 | 10/6/2022 | | $2,543.250 | |
| DEP | 04112 | 10/6/2022 | | $10,364.000 | |
| DEP | 04113 | 10/7/2022 | | $121,983.500 | |
| DEP | 04114 | 10/7/2022 | | $20,000.000 | |
| DEP | 04115 | 10/7/2022 | | $14,220.000 | |
| DEP | 04116 | 10/11/2022 | | $871.600 | |
| DEP | 04117 | 10/11/2022 | | $58,731.200 | |
| DEP | 04118 | 10/12/2022 | | $50,824.200 | |
| DEP | 04119 | 10/14/2022 | | $138,568.600 | |
| DEP | 04120 | 10/18/2022 | | $14.000 | |
| DEP | 04121 | 10/18/2022 | | $7,627.900 | |
| DEP | 04122 | 10/18/2022 | | $2,382.000 | |
| DEP | 04123 | 10/18/2022 | | $4,202.000 | |
| DEP | 04124 | 10/18/2022 | | $48,677.950 | |
| DEP | 04125 | 10/19/2022 | | $112,163.200 | |
| DEP | 04126 | 10/19/2022 | | $80,414.000 | |
| DEP | 04127 | 10/19/2022 | | $13,719.000 | |
| DEP | 04128 | 10/19/2022 | | $7,789.600 | |
| DEP | 04129 | 10/21/2022 | | $130,908.000 | |
| DEP | 04130 | 10/21/2022 | | $4,658.000 | |
| DEP | 04131 | 10/21/2022 | | $3,600.100 | |
| DEP | 04132 | 10/21/2022 | | $6,460.400 | |
| DEP | 04133 | 10/24/2022 | | $4,926.000 | |
| DEP | 04134 | 10/24/2022 | | $67,075.990 | |
| DEP | 04135 | 10/25/2022 | | $14,336.000 | |
| DEP | 04136 | 10/19/2022 | | $9,669.600 | |
| DEP | 04137 | 10/26/2022 | | $4,335.000 | |
| DEP | 04138 | 10/27/2022 | | $4,910.000 | |
| DEP | 04139 | 10/27/2022 | | $57,992.000 | |
| DEP | 04140 | 10/27/2022 | | $10,294.400 | |
| DEP | 04141 | 10/28/2022 | | $18,224.000 | |
| DEP | 04142 | 10/28/2022 | | $14,310.830 | |
| DEP | 04143 | 10/28/2022 | | $46,180.000 | |
| DEP | 04144 | 10/28/2022 | | $6,683.500 | |
| DEP | 04145 | 10/31/2022 | | $2,307.200 | |
| DEP | 04146 | 10/31/2022 | | $5,336.800 | |
| DEP | 04147 | 10/31/2022 | | $56,013.700 | |
| CHK | 082897 | 9/22/2022 | MICHIGAN PIPE INSPECTION | ($3,306.500) | |
| CHK | 082898 | 9/29/2022 | HOME DEPOT CREDIT SERVICES | ($2,241.320) | |
| CHK | 082899 | 9/29/2022 | HEALTH ALLIANCE PLAN | ($4,741.020) | |
| CHK | 082901 | 9/29/2022 | FNB COMMERCIAL CREDIT CARD | ($4,368.730) | |
| CHK | 082902 | 9/29/2022 | LOCAL UNION # 332 | ($285.000) | |
| CHK | 082903 | 9/29/2022 | NAJARIAN & NAJARIAN | ($1,662.500) | |
| CHK | AMEX ACH OCT4 | 9/30/2022 | AMERICAN EXPRESS | ($43,021.000) | |
| CHK | AMEX 10.5.22 | 10/5/2022 | AMERICAN EXPRESS | ($35,154.580) | |
| CHK | AMEX 2ND AUTO OCT11 | 10/11/2022 | AMERICAN EXPRESS | ($19,363.370) | |
| CHK | AMEX SPEC AUTO OCT5 | 10/5/2022 | AMERICAN EXPRESS | ($35,154.580) | |
| CHK | AMEX SPEC AUTO OCT5 | 10/5/2022 | AMERICAN EXPRESS | $35,154.580 | |
| CHK | CLOUSE 10722 | 10/7/2022 | JAMES R CLOUSE | ($32.450) | |
| CHK | DING 1072022 | 10/7/2022 | DINGESS, FOSTER, LUCIANA | ($1,120.000) | |
| CHK | EXPRESS EMP 10722 | 10/7/2022 | EXPRESS SERVICES, INC | ($409.500) | |
| CHK | GJORJ 1072022 | 10/7/2022 | GREGORY JORJORIAN | ($6,000.000) | |

```
System:     11/2/2022   10:36:26 AM              LOCKHART CHEMICAL COMPANY                        Page:     2
User Date:  11/2/2022                          CLEARED TRANSACTIONS JOURNAL                     User ID: askillington
                                                    Bank Reconciliation

CHK   GODEK 10722A       10/7/2022      JAMES GODEK                         ($1,000.000)
CHK   GODEK 10722B       10/7/2022      JAMES GODEK                         ($5,125.000)
CHK   NAJ&NAJ 10722      10/7/2022      NAJARIAN & NAJARIAN                 ($1,837.500)
CHK   OILCHEM 10722      10/7/2022      OIL CHEM INC                      ($17,764.390)
CHK   PITTSLEY OCT 4     10/4/2022      WILLIAM PITTSLEY                   ($1,918.660)
CHK   SBOUM 10722        10/7/2022      SCOTT BOUMAN                        ($179.250)
CHK   SBOUM 10722B       10/7/2022      SCOTT BOUMAN                         ($50.000)
CHK   SEUBERT INS 10722  10/7/2022      SEUBERT & ASSOCIATES INC          ($6,367.080)
CHK   TIBB 10722         10/7/2022      JOE TIBBETTS                        ($432.680)
IAJ   IAJ000002886       10/7/2022      HOLDINGS                        $216,444.100
IAJ   IAJ000002899       10/31/2022     CORR                                  $0.100
DAJ   DAJ000002878       10/7/2022      MID ATLANTIC                      ($1,439.580)
DAJ   DAJ000002879       10/7/2022      MID ATLANTIC                      ($1,490.910)
DAJ   DAJ000002880       10/7/2022      MID ATLANTIC                      ($2,530.810)
DAJ   DAJ000002881       10/7/2022      PR                                  ($305.740)
DAJ   DAJ000002882       10/7/2022      PR                               ($13,932.990)
DAJ   DAJ000002883       10/7/2022      PR                               ($27,964.820)
DAJ   DAJ000002884       10/7/2022      PR                                   ($97.250)
DAJ   DAJ000002885       10/7/2022      PR                               ($11,409.740)
DAJ   DAJ000002887       10/11/2022     TLC                              ($33,554.000)
DAJ   DAJ000002888       10/18/2022     TRUSTEE ACCOUNT                  ($63,269.510)
DAJ   DAJ000002889       10/27/2022     TRUSTEE                         ($490,061.840)
DAJ   DAJ000002890       10/28/2022     PR                                   ($90.000)
DAJ   DAJ000002091       10/28/2022     PR                                  ($268.000)
DAJ   DAJ000002892       10/28/2022     PR                                  ($965.130)
DAJ   DAJ000002893       10/28/2022     PR                                ($3,103.720)
DAJ   DAJ000002894       10/31/2022     PR                                   ($97.250)
DAJ   DAJ000002895       10/31/2022     PR                                  ($214.000)
DAJ   DAJ000002896       10/31/2022     PR                                ($1,914.010)
DAJ   DAJ000002897       10/31/2022     PR                                ($6,168.590)

        89 Transaction(s)


        Totals:
        Number of Payments                      43
        Amount of Payments       $1,385,258.420
        Number of Deposits                      46
        Amount of Deposits       $1,550,760.290
```