# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

In Re. LOCKHART CHEMICAL COMPANY § § § §

Case No.  22-22005

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022

Petition Date: 10/10/2022

Months Pending: 2

Industry Classification: | 3 | 2 | 5 | 1 |

Reporting Method:          Accrual Basis ☐          Cash Basis ☒

Debtor's Full-Time Employees (current):          8

Debtor's Full-Time Employees (as of date of order for relief):          8

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Natalie Lutz Cardiello

Signature of Responsible Party

05/16/2023

Date

Natalie Lutz Cardiello, Trustee

Printed Name of Responsible Party

107 Huron Drive, Carnegie, PA 15106

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No. 22-22005

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,351,221 | |
| b.  Total receipts (net of transfers between accounts) | $1,183,405 | $3,935,004 |
| c.  Total disbursements (net of transfers between accounts) | $148,574 | $1,611,554 |
| d.  Cash balance end of month (a+b-c) | $2,386,052 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $148,574 | $1,611,554 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $1,264,707 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $728,442 |
| c.  Inventory    (Book ⦿  Market ◯  Other ◯  (attach explanation)) | $4,854,019 |
| d   Total current assets | $7,609,605 |
| e.  Total assets | $8,370,252 |
| f.  Postpetition payables (excluding taxes) | $168,462 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $168,462 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $168,462 |
| o.  Ending equity/net worth (e-n) | $8,201,790 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $466,650 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $417,186 | |
| c.  Gross profit (a-b) | $49,464 | |
| d.  Selling expenses | $2,558 | |
| e.  General and administrative expenses | $309 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $5,374 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $184,248 | $-43,936 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No. 22-22005

## Part 5:  Professional Fees and Expenses

|   |   | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | | |
|   |   | Firm Name | Role | | | | |
|   | i | | | | | | |
|   | ii | | | | | | |
|   | iii | | | | | | |
|   | iv | | | | | | |
|   | v | | | | | | |
|   | vi | | | | | | |
|   | vii | | | | | | |
|   | viii | | | | | | |
|   | ix | | | | | | |
|   | x | | | | | | |
|   | xi | | | | | | |
|   | xii | | | | | | |
|   | xiii | | | | | | |
|   | xiv | | | | | | |
|   | xv | | | | | | |
|   | xvi | | | | | | |
|   | xvii | | | | | | |
|   | xviii | | | | | | |
|   | xix | | | | | | |
|   | xx | | | | | | |
|   | xxi | | | | | | |
|   | xxii | | | | | | |
|   | xxiii | | | | | | |
|   | xxiv | | | | | | |
|   | xxv | | | | | | |
|   | xxvi | | | | | | |
|   | xxvii | | | | | | |
|   | xxviii | | | | | | |
|   | xxix | | | | | | |
|   | xxx | | | | | | |
|   | xxxi | | | | | | |
|   | xxxii | | | | | | |
|   | xxxiii | | | | | | |
|   | xxxiv | | | | | | |
|   | xxxv | | | | | | |
|   | xxxvi | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                              Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                    Case No. 22-22005

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                    Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                        Case No.  22-22005

|   | xcix |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|   | c |  |  |  |  |  |  |
| c. | All professional fees and expenses (debtor & committees) |  |  |  |  |  |  |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $4,982 | $9,964 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $6,926 | $21,864 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ●

c.  Were any payments made to or on behalf of insiders?   Yes ○  No ●

d.  Are you current on postpetition tax return filings?   Yes ●  No ○

e.  Are you current on postpetition estimated tax payments?   Yes ●  No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ●  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ●  N/A ○

i.  Do you have:        Worker's compensation insurance?   Yes ●  No ○

     If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

     Casualty/property insurance?   Yes ●  No ○

     If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

     General liability insurance?   Yes ●  No ○

     If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○  No ●

k.  Has a disclosure statement been filed with the court?   Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●  No ○

Debtor's Name LOCKHART CHEMICAL COMPANY                                Case No. 22-22005

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


| /s/Natalie Lutz Cardiello | Natalie Lutz Cardiello |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 7 Trustee | 05/16/2023 |
| Title | Date |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 11/01/2022 thru 11/30/2022 | 0455 |

| Days In Statement Period |
|---|
| 30 |

LOCKHART CHEMICAL COMPANY, DEBTOR
NATALIE LUTZ CARDIELLO, TRUSTEE
CASE #22-22005
107 HURON DRIVE
CARNEGIE PA 15106

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $1,123,117.38 | $15,500.40 | $25,821.23 | $1,112,796.55 |
| DEPOSIT TOTALS | $1,123,117.38 | $15,500.40 | $25,821.23 | $1,112,796.55 |

## Trustee Checking - 7580400000455

| | | Beginning Balance | $1,123,117.38 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 11/01 | Bank Service Fee | | $403.00 |
| 11/29 | MyDeposit | $4,836.40 | |
| 11/29 | MyDeposit | $10,664.00 | |
| | | Ending Balance | $1,112,796.55 |

## CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 70002 | 16,462.00 | 11/04 | 70003 | 8,488.38 | 11/15 | 70004 | 467.85 | 11/14 |

*Indicates Skip In Check Number Sequence

## Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $1,104,139.68 | Average Daily Collected | $1,103,623.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question,or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake,you will not have to pay the amount in question or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER
FDIC    EQUAL HOUSING LENDER



| Statement Period | Account # |
|---|---|
| 11/01/2022 thru 11/30/2022 | 7████████0455 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

30



| Image Number 834409111018830 | Amount 0000016462.00 | Image Number 834409111018830 | Amount 0000016462.00 |
|---|---|---|---|
| Date 11-04-2022 | Serial 70002 | Date 11-04-2022 | Serial 70002 |



| Image Number 835409111007070 | Amount 0000000467.85 | Image Number 835409111007070 | Amount 0000000467.85 |
|---|---|---|---|
| Date 11-14-2022 | Serial 70004 | Date 11-14-2022 | Serial 70004 |



| Image Number 835509111077720 | Amount 0000008488.38 | Image Number 835509111077720 | Amount 0000008488.38 |
|---|---|---|---|
| Date 11-15-2022 | Serial 70003 | Date 11-15-2022 | Serial 70003 |

Date: 05/03/23

## DETAILED BANK RECONCILIATION

Trustee Name:   Natalie Lutz Cardiello, Esquire
Case Number:   **22-22005 CMB**
Case Name:   LOCKHART CHEMICAL COMPANY

For Period Ending:   **11/30/22**

Account:   ████████455  Checking Account (Non-Interest Earn

Account Code:   01

| Date | Check # | Description | Credits | Debits | C | Balance |
|------|---------|-------------|---------|--------|---|---------|
| 10/18/22 | | LOCKHART CHEMICAL COMPANY | 633,269.51 | | C | 633,269.51 |
| 10/21/22 | 70001 | JOSEPH TIBBETTS | | 213.97 | C | 633,055.54 |
| 10/27/22 | | LOCKHART CHEMICAL COMPANY | 490,061.84 | | C | 1,123,117.38 |
| 10/31/22 | 70002 | ACE AMERICAN INSURANCE CO | | 16,462.00 | C | 1,106,655.38 |
| 11/01/22 | | BANK SERVICE FEE | | 403.00 | C | 1,106,252.38 |
| 11/03/22 | 70003 | FLINT WAREHOUSING, INC. | | 8,488.38 | C | 1,097,764.00 |
| 11/03/22 | 70004 | SEUBERT & ASSOCIATES, INC. | | 467.85 | C | 1,097,296.15 |
| 11/29/22 | 1 | IDEAS, INC. | 4,836.40 | | C | 1,102,132.55 |
| 11/29/22 | 2 | IDEAS, INC. | 10,664.00 | | C | 1,112,796.55 |

| | | | | | |
|---|---|---|---|---|---|
| CLEARED DEPOSITS | 1,138,831.75 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - 26,035.20 | OUTSTANDING DISBURSEMENTS | - | 0.00 |
| | 1,112,796.55 | | | 0.00 |

| | | |
|---|---|---|
| FORM 2 LEDGER BALANCE | 1,112,796.55 | |
| OUTSTANDING DEPOSITS | - 0.00 | |
| OUTSTANDING DISBURSEMENTS | + 0.00 | |
| FORM 2 ADJUSTED BALANCE | 1,112,796.55 | BANK BALANCE    1,112,796.55 |

C = Cleared

Printed: 05/03/23 01:45 PM   Ver: 22.07g

# First National Bank

**Statement Ending 11/30/2022**

4140 E. State Street
Hermitage, PA 16148

*LOCKHART CHEMICAL COMPANY*                                    *Page 1 of 4*
*Primary Account Number:* ██████

**ADDRESS SERVICE REQUESTED**

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
NATALIE A CARDIELLO, TRUSTEE
OPERATING ACCOUNT
8150 PERRY HWY STE 212
PITTSBURGH PA 15237-5232

## Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street<br>Hermitage, PA  16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | ████1449 | $1,273,254.15 |

# BUSINESS ANALYSIS CHECKING - ████1449

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/01/2022 | Balance Last Statement | $228,102.73 | Minimum Balance | $145,138.35 |
| | 37 Credit(s) This Period | $1,167,904.29 | Average Ledger Balance | $722,774.85 |
| | 19 Debit(s) This Period | $122,752.87 | Average Available Balance | $711,612.73 |
| 11/30/2022 | Balance This Statement | $1,273,254.15 | | |

*FNB customers in Ohio, Maryland, North Carolina and South Carolina: Beginning November 3, 2022, you no longer will be able to use non-FNB ATMs on the Allpoint® ATM network free of charge. As always, you continue to have free access to FNB's growing network of more than 900 ATMs. To locate an FNB ATM near you, please visit fnb-online.com/atm-branch-locator.*

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2022 | Balance Last Statement | | | **$228,102.73** |
| 11/01/2022 | SEUBERT AND ASSO PAYMENTS 10171149 | $81,954.54 | | $146,148.19 |
| 11/01/2022 | MID ATLANTIC TR ACH PULLS MAPB0210 | $870.44 | | $145,277.75 |
| 11/01/2022 | MID ATLANTIC TR ACH PULLS MAPB0210 | $139.40 | | $145,138.35 |
| 11/02/2022 | DEPOSIT | | $10,844.00 | $155,982.35 |
| 11/02/2022 | MIDDLE STATES OI CORP PAY | | $2,194.40 | $158,176.75 |
| 11/03/2022 | Brenntag Canada Inc. Brenntag Canad Brenntag C XXXXXX2176 | | $3,651.44 | $161,828.19 |
| 11/03/2022 | Engineered Lubri vendors 906 | | $14,934.00 | $176,762.19 |
| 11/03/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,590.41 | | $174,171.78 |
| 11/03/2022 | CTR EMPLOYEE MAN TAX COL | $698.75 | | $173,473.03 |
| 11/04/2022 | CONDAT CORP CONDATCORP | | $7,224.50 | $180,697.53 |
| 11/04/2022 | WHITMORE DISB WHITMORE D 00038649 | | $51,518.40 | $232,215.93 |
| 11/04/2022 | LOCKBOX DEPOSIT | | $15,611.40 | $247,827.33 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**(1)** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**(2)** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**(3)** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**(4)** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**(5)** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**(6)** ENTER "Current Statement Balance" from the front of this statement.                                      $ _____

**(7)** ADD deposits made after "Period Ending Date" of this statement.                                          (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

**(8)** SUBTRACT checks and withdrawals outstanding.        (-)  $ _____

Your checkbook should show this balance. ................. $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 11/30/2022*    *Page 3 of 4*

LOCKHART CHEMICAL COMPANY
Primary Account Number ●●●●●●●

## BUSINESS ANALYSIS CHECKING ━━1449 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/07/2022 | MPGINDUSTRIE7148 PAYMENTS LOCKHART | | $26,198.90 | $274,026.23 |
| 11/07/2022 | FUCHS LUBRICANTS EDI/EFTPMT 2000265332 | | $194,616.00 | $468,642.23 |
| 11/07/2022 | LOCKBOX DEPOSIT | | $3,742.50 | $472,384.73 |
| 11/08/2022 | Incoming Wire 61318491 1/ADDITIV-CHEMIE LUERS GMBH . CO. K | | $77,019.00 | $549,403.73 |
| 11/08/2022 | LOCKBOX DEPOSIT | | $476.17 | $549,879.90 |
| 11/09/2022 | LOCKBOX DEPOSIT | | $16,256.00 | $566,135.90 |
| 11/09/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,529.90 | | $563,606.00 |
| 11/09/2022 | CTR EMPLOYEE MAN TAX COL | $707.36 | | $562,898.64 |
| 11/10/2022 | CONDAT CORP CONDATCORP | | $8,936.00 | $571,834.64 |
| 11/10/2022 | UNITED7729GN A/P VENDOR LOC00 | | $30,073.30 | $601,907.94 |
| 11/10/2022 | WHITMORE DISB WHITMORE D 00038852 | | $54,621.00 | $656,528.94 |
| 11/14/2022 | Incoming Wire 61426293 1/MITSUMOTOSHOKAI CO.,INC. | | $28,555.00 | $685,083.94 |
| 11/14/2022 | U.S. Venture Inc EDI PYMNTS 99-00036019 | | $877.50 | $685,961.44 |
| 11/14/2022 | AMERICHEM SALES PAYMENTS LOCKHART CHEM | | $17,938.30 | $703,899.74 |
| 11/14/2022 | LOCKBOX DEPOSIT | | $56,721.00 | $760,620.74 |
| 11/14/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $5,686.65 | | $754,934.09 |
| 11/14/2022 | CTR EMPLOYEE MAN TAX COL | $1,808.77 | | $753,125.32 |
| 11/15/2022 | DEPOSIT | | $60,968.00 | $814,093.32 |
| 11/15/2022 | AdvancedChem3866 Vendor ACH XXXXX8092 | | $31,670.80 | $845,764.12 |
| 11/16/2022 | BRINER VENDOR LOCKH1116 LOCKHART | | $2,763.20 | $848,527.32 |
| 11/17/2022 | CADILLAC OIL LLC PAYMENTS ADDITIVES INTL | | $6,603.20 | $855,130.52 |
| 11/17/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,570.50 | | $852,560.02 |
| 11/17/2022 | CTR EMPLOYEE MAN TAX COL | $710.47 | | $851,849.55 |
| 11/21/2022 | DEPOSIT | | $2,568.90 | $854,418.45 |
| 11/21/2022 | CADILLAC OIL LLC PAYMENTS ADDITIVES INTL | | $25,547.80 | $879,966.25 |
| 11/21/2022 | LOCKBOX DEPOSIT | | $5,840.00 | $885,806.25 |
| 11/22/2022 | DEPOSIT | | $42,012.00 | $927,818.25 |
| 11/22/2022 | ADVANCED URETHAN ACH Pmt 11002530049 | | $4,335.00 | $932,153.25 |
| 11/22/2022 | CONNELL BROS ACCOUNTS P XXXXXX9610 | | $69,112.28 | $1,001,265.53 |
| 11/22/2022 | LOCKBOX DEPOSIT | | $6,556.00 | $1,007,821.53 |
| 11/23/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,042.74 | | $1,005,778.79 |
| 11/23/2022 | CTR EMPLOYEE MAN TAX COL | $553.38 | | $1,005,225.41 |
| 11/23/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $360.00 | | $1,004,865.41 |
| 11/23/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $160.00 | | $1,004,705.41 |
| 11/25/2022 | LOCKBOX DEPOSIT | | $1,255.00 | $1,005,960.41 |
| 11/29/2022 | DEPOSIT | | $48,618.80 | $1,054,579.21 |
| 11/29/2022 | CONNELL BROS ACCOUNTS P XXXXXX9657 | | $161,537.50 | $1,216,116.71 |
| 11/29/2022 | HAP AGNT PMT 495398942 | $8,296.20 | | $1,207,820.51 |
| 11/29/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $8,279.51 | | $1,199,541.00 |
| 11/29/2022 | CTR EMPLOYEE MAN TAX COL | $2,579.85 | | $1,196,961.15 |
| 11/29/2022 | LOCKHART CHEMICA Payroll LOCKHART-1 | $214.00 | | $1,196,747.15 |
| 11/30/2022 | Incoming Wire 61816060 PURE ASPHALT COMPANY | | $64,080.00 | $1,260,827.15 |
| 11/30/2022 | AdvancedChem3866 Vendor ACH XXXXX8092 | | $5,310.00 | $1,266,137.15 |
| 11/30/2022 | CADILLAC OIL LLC PAYMENTS ADDITIVES INTL | | $7,117.00 | $1,273,254.15 |
| **11/30/2022** | **Balance This Statement** | | | **$1,273,254.15** |

## BUSINESS ANALYSIS CHECKING ▓▓▓▓1449 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 11/01/2022 | $145,138.35 | 11/09/2022 | $562,898.64 | 11/21/2022 | $885,806.25 |
| 11/02/2022 | $158,176.75 | 11/10/2022 | $656,528.94 | 11/22/2022 | $1,007,821.53 |
| 11/03/2022 | $173,473.03 | 11/14/2022 | $753,125.32 | 11/23/2022 | $1,004,705.41 |
| 11/04/2022 | $247,827.33 | 11/15/2022 | $845,764.12 | 11/25/2022 | $1,005,960.41 |
| 11/07/2022 | $472,384.73 | 11/16/2022 | $848,527.32 | 11/29/2022 | $1,196,747.15 |
| 11/08/2022 | $549,879.90 | 11/17/2022 | $851,849.55 | 11/30/2022 | $1,273,254.15 |

```
System:      12/6/2022   10:37:36 AM              LOCKHART CHEMICAL COMPANY                Page:   1
User Date:   12/6/2022                          RECONCILIATION POSTING JOURNAL            User ID: askillington
                                                     Bank Reconciliation


Audit Trail Code: CMADJ00000110                          Bank Statement Ending Balance: $1,273,254.150
Checkbook ID:     FNB                                    Bank Statement Ending Date:        11/30/2022
Description:      First National Bank Checking           Cutoff Date:                       11/30/2022


Statement Ending Balance                     $1,273,254.150
Outstanding Checks (-)                           $3,280.970
Deposits in Transit (+)                              $0.000
                                          ------------------------
Adjusted Bank Balance                        $1,269,973.180
                                          ------------------------
Checkbook Balance as of Cutoff               $1,269,973.180
Adjustments                                          $0.000
                                          ------------------------
Adjusted Book Balance                        $1,269,973.180
                                          ------------------------
Difference                                           $0.000
                                          ========================
```

```
System:    12/6/2022   10:37:38 AM          LOCKHART CHEMICAL COMPANY           Page:    1
User Date: 12/6/2022                       CLEARED TRANSACTIONS JOURNAL        User ID: askillington
                                              Bank Reconciliation
```

```
Audit Trail Code:  CMADJ00000110
Checkbook ID:      FNB
Description:       First National Bank Checking
Sorted By:         Type
Sort Order:        Ascending
```

| Type | Number | Date | Paid To/Rcvd From | Trx Amount | Cleared Amount |
|------|--------|------|-------------------|-----------:|---------------:|
| DEP | 04148 | 11/2/2022 | | $2,194.400 | |
| DEP | 04149 | 11/2/2022 | | $10,844.000 | |
| DEP | 04150 | 11/3/2022 | | $14,934.000 | |
| DEP | 04151 | 11/3/2022 | | $3,651.440 | |
| DEP | 04152 | 11/4/2022 | | $7,224.500 | |
| DEP | 04153 | 11/4/2022 | | $51,518.400 | |
| DEP | 04154 | 11/4/2022 | | $15,611.400 | |
| DEP | 04155 | 11/7/2022 | | $26,198.900 | |
| DEP | 04156 | 11/7/2022 | | $194,616.000 | |
| DEP | 04157 | 11/8/2022 | | $3,742.500 | |
| DEP | 04158 | 11/8/2022 | | $77,019.000 | |
| DEP | 04159 | 11/8/2022 | | $476.170 | |
| DEP | 04160 | 11/9/2022 | | $16,256.000 | |
| DEP | 04161 | 11/10/2022 | | $8,936.000 | |
| DEP | 04162 | 11/10/2022 | | $54,621.000 | |
| DEP | 04163 | 11/10/2022 | | $30,073.300 | |
| DEP | 04164 | 11/14/2022 | | $17,938.300 | |
| DEP | 04165 | 11/14/2022 | | $877.500 | |
| DEP | 04166 | 11/14/2022 | | $28,555.000 | |
| DEP | 04167 | 11/14/2022 | | $56,721.000 | |
| DEP | 04168 | 11/15/2022 | | $60,968.000 | |
| DEP | 04169 | 11/15/2022 | | $31,670.800 | |
| DEP | 04170 | 11/16/2022 | | $2,763.200 | |
| DEP | 04171 | 11/17/2022 | | $6,603.200 | |
| DEP | 04172 | 11/21/2022 | | $2,568.900 | |
| DEP | 04173 | 11/21/2022 | | $5,840.000 | |
| DEP | 04174 | 11/21/2022 | | $25,547.800 | |
| DEP | 04175 | 11/22/2022 | | $6,556.000 | |
| DEP | 04176 | 11/22/2022 | | | |
| DEP | 04177 | 11/17/2022 | | $12,025.800 | |
| DEP | 04178 | 11/22/2022 | | $42,012.000 | |
| DEP | 04179 | 11/22/2022 | | $69,112.280 | |
| DEP | 04180 | 11/22/2022 | | $4,335.000 | |
| DEP | 04181 | 11/25/2022 | | $1,255.000 | |
| DEP | 04182 | 11/17/2022 | | ($12,025.800) | |
| DEP | 04183 | 11/29/2022 | | $161,537.500 | |
| DEP | 04184 | 11/29/2022 | | $2,174.000 | |
| DEP | 04185 | 11/29/2022 | | $42,366.800 | |
| DEP | 04186 | 11/29/2022 | | $4,078.000 | |
| DEP | 04187 | 11/30/2022 | | $7,117.000 | |
| DEP | 04188 | 11/30/2022 | | $64,080.000 | |
| DEP | 04189 | 11/30/2022 | | $5,310.000 | |
| CHK | TELECHECK HAP | 11/29/2022 | HEALTH ALLIANCE PLAN | ($8,296.200) | |
| DAJ | DAJ000002900 | 11/1/2022 | MID ATLANTIC | ($139.400) | |
| DAJ | DAJ000002901 | 11/1/2022 | MID ATLANTIC | ($870.440) | |
| DAJ | DAJ000002902 | 11/1/2022 | SEUBERT | ($81,954.540) | |
| DAJ | DAJ000002903 | 11/3/2022 | PR | ($698.750) | |
| DAJ | DAJ000002904 | 11/3/2022 | PR | ($2,590.410) | |
| DAJ | DAJ000002905 | 11/9/2022 | PR | ($2,529.900) | |
| DAJ | DAJ000002906 | 11/9/2022 | PR | ($707.360) | |
| DAJ | DAJ000002907 | 11/14/2022 | PR | ($1,808.770) | |
| DAJ | DAJ000002908 | 11/14/2022 | PR | ($5,686.650) | |
| DAJ | DAJ000002909 | 11/17/2022 | PR | ($710.470) | |
| DAJ | DAJ000002910 | 11/17/2022 | PR | ($2,570.500) | |
| DAJ | DAJ000002913 | 11/23/2022 | PR | ($160.000) | |
| DAJ | DAJ000002914 | 11/23/2022 | PR | ($360.000) | |
| DAJ | DAJ000002915 | 11/23/2022 | PR | ($553.380) | |
| DAJ | DAJ000002916 | 11/23/2022 | PR | ($2,042.740) | |
| DAJ | DAJ000002917 | 11/29/2022 | PR | ($214.000) | |

LOCKHART CHEMICAL COMPANY
CLEARED TRANSACTIONS JOURNAL
Bank Reconciliation

| | | | | |
|---|---|---|---|---|
| DAJ | DAJ000002918 | 11/29/2022 | PR | ($2,579.850) |
| DAJ | DAJ000002919 | 11/29/2022 | PR | ($8,279.510) |

61 Transaction(s)

Totals:
Number of Payments                        19
Amount of Payments      $122,752.870
Number of Deposits                        42
Amount of Deposits    $1,167,904.290

```
System:     12/6/2022   10:37:39 AM          LOCKHART CHEMICAL COMPANY              Page:    1
User Date:  12/6/2022                       OUTSTANDING TRANSACTIONS REPORT         User ID: askillington
                                                   Bank Reconciliation
```

Audit Trail Code: CMADJ00000110
Checkbook ID:      FNB
Description:       First National Bank Checking
Sorted By:         Type
Sort Order:        Ascending

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|------|--------|------|-------------------|-----------|
| DAJ | DAJ000002911 | 11/17/2022 | PR | ($710.470) |
| DAJ | DAJ000002912 | 11/17/2022 | PR | ($2,570.500) |

2 Transaction(s)

```
Totals:
Number of Payments            2
Amount of Payments   $3,280.970
Number of Deposits            0
Amount of Deposits       $0.000
```