

# INVOICE

Invoice # 476
Date: 05/16/2023
Due On: 05/31/2023

554 Washington Avenue, First Floor
Carnegie, PA 15106
Phone: (412) 223-5404
Email: dfuchs@fuchslawoffice.com

Natalie Cardiello
107 Huron Drive
Carnegie, PA 15106

## 00301-Cardiello

## The Lockhart Company

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/25/2022 | Research and prepare Motion to Assume Insurance Contract | 2.10 | $300.00 | $630.00 |
| Service | 10/26/2022 | RE: Lockhart | 0.20 | $300.00 | $60.00 |
| Service | 10/26/2022 | Call with Trustee regarding Insurance | 0.30 | $300.00 | $90.00 |
| Service | 10/26/2022 | Email: Subject: Updated Lockhart Motion | 0.10 | $300.00 | $30.00 |
| Service | 10/26/2022 | Update Lockhart Motion, research injunctive relief | 1.20 | $300.00 | $360.00 |
| Service | 10/27/2022 | RE: Updated Lockhart Motion | 0.20 | $300.00 | $60.00 |
| Service | 10/27/2022 | Research addresses for service of expedited motion prepare and file Cos | 0.80 | $300.00 | $240.00 |
| Expense | 10/27/2022 | Federal Express Overnight: Overnight service of expedited motion | 5.00 | $25.94 | $129.70 |
| Service | 10/27/2022 | Call with Eric Lillegard | 0.20 | $300.00 | $60.00 |
| Service | 10/27/2022 | File notice of appearance | 0.20 | $300.00 | $60.00 |
| Service | 10/28/2022 | Email: Subject: In re: Lockhart Chemical Company (Bankr. W.D Pa., Case No. 22-22005) | 0.10 | $300.00 | $30.00 |
| Service | 10/28/2022 | Document: Response of Michigan to Expedited Motion.pdf | 0.20 | $300.00 | $60.00 |
| Service | 10/28/2022 | FW: In re: Lockhart Chemical Company (Bankr. W.D Pa., Case No. 22-22005) | 0.10 | $300.00 | $30.00 |
| Service | 10/28/2022 | Prepare for hearing, calls with counsel and review of responses filed | 2.50 | $300.00 | $750.00 |
| Service | 10/29/2022 | Email: Subject: Lockhart - Chubb extension | 0.10 | $300.00 | $30.00 |



EXHIBIT
B

Invoice # 476 - 05/16/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/29/2022 | FW: Lockhart - Chubb extension | 0.30 | $300.00 | $90.00 |
| Service | 10/29/2022 | RE: Lockhart - Chubb extension | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2022 | RE: Lockhart - Chubb extension | 0.20 | $300.00 | $60.00 |
| Service | 10/31/2022 | Email: Subject: RE: Lockhart - Chubb extension | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2022 | Prepare stipulation and certification of counsel and submit to Chubb Insurance Counsel, finalize and edit stipulation, calls with Trustee and counsel, file stipulation and inform Court of resolution of the issues | 1.50 | $300.00 | $450.00 |
| Service | 10/31/2022 | Call with Natalie and call with Chubb counsel regarding stipulation | 0.30 | $300.00 | $90.00 |
| Service | 10/31/2022 | Re: Ch-7 22-22005-CMB Lockhart Chemical Certification of Counsel Regarding | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2022 | RE: Ch-7 22-22005-CMB Lockhart Chemical Certification of Counsel Regarding | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2022 | Email: Subject: RE: Ch-7 22-22005-CMB Lockhart Chemical Certification of Counsel Regarding | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2022 | Email: Subject: Payment instructions | 0.10 | $300.00 | $30.00 |
| Service | 11/02/2022 | Return Call to TJ Craven of Michigan Spill response | 0.10 | $300.00 | $30.00 |
| Service | 11/11/2022 | Call with Natalie regarding sale inquiry | 0.10 | $300.00 | $30.00 |
| Service | 11/17/2022 | Call with Natalie regarding case issues | 0.20 | $300.00 | $60.00 |
| Service | 11/17/2022 | Inquiry re: Lockhart Chemical Bankruptcy | 0.10 | $300.00 | $30.00 |
| Service | 11/17/2022 | FW: ARG - Lockhart - Reclamation Demand | 0.10 | $300.00 | $30.00 |
| Service | 11/17/2022 | RE: Inquiry re: Lockhart Chemical Bankruptcy | 0.10 | $300.00 | $30.00 |
| Service | 11/17/2022 | Research on Critical Vendor Issue | 0.40 | $300.00 | $120.00 |
| Service | 11/17/2022 | 22-22005 - LOCKHART CHEMICAL COMPANY | 0.30 | $300.00 | $90.00 |
| Service | 11/17/2022 | Call with George Fitting regarding reclamation claim | 0.10 | $300.00 | $30.00 |
| Service | 11/18/2022 | FW: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 11/21/2022 | FW: The Lockhart Company-Property Policy NOC | 0.20 | $300.00 | $60.00 |
| Service | 11/21/2022 | Research cancellation of insurance policy due to Chapter 7 | 0.50 | $300.00 | $150.00 |
| Service | 11/22/2022 | Finalize research on stay issue with insurance policies and draft Motion to Enforce Stay, Assume Executory Contract | 2.20 | $300.00 | $660.00 |
| Service | 11/22/2022 | Call with Natalie regarding Motion and edit Motion regarding Property Insurance | 0.50 | $300.00 | $150.00 |

Invoice # 476 - 05/16/2023

| Type | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Service | 11/25/2022 | Call with Natalie regarding case issues | 0.50 | $300.00 | $150.00 |
| Service | 11/25/2022 | Conference call with trustee and EPA | 1.20 | $300.00 | $360.00 |
| Service | 11/28/2022 | Review EPA proposed order in anticipation of conference call | 0.30 | $300.00 | $90.00 |
| Service | 11/28/2022 | Call with Natalie then conference call with EPA regarding compliance of facility for sale of product by Trustee | 1.40 | $300.00 | $420.00 |
| Service | 11/28/2022 | Zoom meeting and John Byl | 0.50 | $300.00 | $150.00 |
| Service | 11/28/2022 | Document: ENV_ENFORCEMENT-#3103839-v1-Lockhart_draft311c_order_11_22_22.DOCX | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2022 | RE: [EXTERNAL] Email:Minn. Pollution Control Agency v. Gouveia (In re Globe ... | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2022 | Conference call to discuss environmental order with Matt Indrisano, Emily Lane, Nicole Wood, Natalie Cardiello and John Bile | 0.40 | $300.00 | $120.00 |
| Service | 11/29/2022 | Call with Natalie regarding EPA issues and automatic stay | 0.20 | $300.00 | $60.00 |
| Service | 11/29/2022 | Draft letter to EPA | 0.30 | $300.00 | $90.00 |
| Service | 11/29/2022 | RE: [EXTERNAL] ENV_ENFORCEMENT-#3103839-v1-Lockhart_draft311c_order_11_22_22.pdf | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2022 | Revise Expedited Motion concerning Markel International with additional information | 0.40 | $300.00 | $120.00 |
| Service | 11/29/2022 | The Lockhart Company, Bankruptcy Case number 22-22005-CMB | 0.20 | $300.00 | $60.00 |
| Service | 11/30/2022 | ARG - Lockhart - Reclamation | 0.10 | $300.00 | $30.00 |
| Service | 12/01/2022 | Finalize and file Motion to Assume Executory Contract and Enforce Automatic Stay, serve motion and expedited order | 1.20 | $300.00 | $360.00 |
| Service | 12/01/2022 | Call with Paul Cordaro regarding insurance motion and environmental issues | 0.20 | $300.00 | $60.00 |
| Expense | 12/01/2022 | Federal Express Overnight: Service of Expedited Motion | 3.00 | $25.94 | $77.82 |
| Service | 12/01/2022 | FW: Lockhart Chemical; Environmental Liabilities | 0.10 | $300.00 | $30.00 |
| Service | 12/01/2022 | Lockhart Chemical Company-Bankruptcy No. 22-22005-CMB | 0.10 | $300.00 | $30.00 |
| Service | 12/02/2022 | Prepare and attend Expedited Hearing regarding property insurance | 2.00 | $300.00 | $600.00 |
| Service | 12/02/2022 | Call with Natalie regarding EPA ORder | 0.20 | $300.00 | $60.00 |
| Service | 12/02/2022 | Ch-7 22-22005-CMB Lockhart Chemical Response | 0.10 | $300.00 | $30.00 |
| Service | 12/02/2022 | RE: Lockhart Chemical Company-Bankruptcy No. | 0.10 | $300.00 | $30.00 |

Invoice # 476 - 05/16/2023

|  |  | 22-22005-CMB |  |  |  |
|---|---|---|---|---|---|
| Service | 12/05/2022 | FW: [EXTERNAL] RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 12/05/2022 | RE: Police Power | 0.10 | $300.00 | $30.00 |
| Service | 12/06/2022 | RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 12/06/2022 | Call with Natalie regarding case status, next steps, EPA Order and rejection of executory contracts | 0.60 | $300.00 | $180.00 |
| Service | 12/07/2022 | Research rejection of executory contracts in Chapter 7 | 0.70 | $300.00 | $210.00 |
| Service | 12/09/2022 | Re: [EXTERNAL] RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 12/09/2022 | RE: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 12/09/2022 | RE: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 12/12/2022 | Call with Natalie to discuss issues regarding environmental orders, stay issues and payment of admin expenses | 0.50 | $300.00 | $150.00 |
| Service | 12/12/2022 | FW: USEPA/EGLE/Flint/LCC 3:00 p.m. meeting agenda | 0.10 | $300.00 | $30.00 |
| Service | 12/12/2022 | Call with Natalie to discuss conference call with environmental agencies | 0.10 | $300.00 | $30.00 |
| Service | 12/13/2022 | FW: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.20 | $300.00 | $60.00 |
| Service | 12/14/2022 | Call with Natalie regarding case issues and insurance | 0.30 | $300.00 | $90.00 |
| Service | 12/14/2022 | FW: Hiring of NTH Consultants | 0.10 | $300.00 | $30.00 |
| Service | 12/14/2022 | Update Call with Counsel for Chubb Insurance regarding extension of time | 0.10 | $300.00 | $30.00 |
| Service | 12/15/2022 | Email from George Fitting and reply regarding ARG Reclamation demand | 0.10 | $300.00 | $30.00 |
| Service | 12/16/2022 | call with Natalie regarding insurance and contact with interested party | 0.20 | $300.00 | $60.00 |
| Service | 12/20/2022 | Call with Chubb counsel | 0.20 | $300.00 | $60.00 |
| Service | 12/21/2022 | Call with Natalie regarding insurance | 0.10 | $300.00 | $30.00 |
| Service | 12/21/2022 | Call with Tim Fennell regarding insurance | 0.30 | $300.00 | $90.00 |
| Service | 12/22/2022 | Call with Tim regarding replacement of Chubb policies | 0.40 | $300.00 | $120.00 |
| Service | 12/22/2022 | Call with Natalie regarding environmental issues and insurance | 0.10 | $300.00 | $30.00 |
| Service | 12/23/2022 | Call with Natalie regarding energy contract and insurance info, follow up with insurance broker | 0.20 | $300.00 | $60.00 |
| Service | 12/27/2022 | Email: Subject: FW: Auto insurance | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/27/2022 | Cals with Tim Fennell regarding insurance coverage and requests for information | 0.30 | $300.00 | $90.00 |
| Service | 12/27/2022 | Call with Natalie regarding insurance | 0.10 | $300.00 | $30.00 |
| Service | 12/28/2022 | Call with Tim Fennell regarding insurance issues | 0.20 | $300.00 | $60.00 |
| Service | 12/29/2022 | Call with Tim Fennell | 0.20 | $300.00 | $60.00 |
| Service | 12/29/2022 | Call with Natalie regarding Insurance | 0.10 | $300.00 | $30.00 |
| Service | 12/29/2022 | Email: Subject: Lockhart Chemical | 0.10 | $300.00 | $30.00 |
| Service | 12/30/2022 | call with Natalie and Tim regarding insurance and related information | 1.00 | $300.00 | $300.00 |
| Service | 12/30/2022 | Email: Subject: Supplemental Applications | 0.10 | $300.00 | $30.00 |
| Service | 12/30/2022 | Email: Subject: FW: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 12/30/2022 | Email: Subject: FW: Lockhart Company, Inc. - Policy # PMUH0847249A, APCG71745594003, & XOOG71745600003 (12/30/2022 Expiration) | 0.10 | $300.00 | $30.00 |
| Service | 12/30/2022 | Email: Subject: RE: Jordan Tax Service - Quantum Source Insurance Group LLC Local EIT due | 0.10 | $300.00 | $30.00 |
| Service | 12/30/2022 | Email: Subject: FW: Lockhart Company, Inc. - Policy # PMUH0847249A, APCG71745594003, & XOOG71745600003 (12/30/2022 Expiration) | 0.10 | $300.00 | $30.00 |
| Service | 01/02/2023 | Call with 'Tim Fennell' regarding insurance coverage | 0.20 | $300.00 | $60.00 |
| Service | 01/03/2023 | Prepare 3 Application to Engage for DLF, John Byl and NTH Consulting | 1.70 | $300.00 | $510.00 |
| Service | 01/03/2023 | Calls with Tim regarding insurance | 0.20 | $300.00 | $60.00 |
| Service | 01/04/2023 | Call with Natalie regarding employment of professionals | 0.10 | $300.00 | $30.00 |
| Service | 01/06/2023 | Case Administration: Revise applications to Employ | 0.60 | $300.00 | $180.00 |
| Service | 01/09/2023 | Email: Subject: RE: Applications to Engage | 0.10 | $300.00 | $30.00 |
| Service | 01/10/2023 | Email: Subject: RE: Lockhart Company, Inc. - Policy # PMUH0847249A, APCG71745594003, & XOOG71745600003 (12/30/2022 Expiration) | 0.10 | $300.00 | $30.00 |
| Service | 01/11/2023 | Call Katie Harrison about interest from german buyer | 0.10 | $300.00 | $30.00 |
| Service | 01/11/2023 | Call with Tim regarding insurance | 0.20 | $300.00 | $60.00 |
| Service | 01/11/2023 | Email: Subject: RE: Applications to Engage | 0.20 | $300.00 | $60.00 |
| Service | 01/12/2023 | Email: Subject: 22-22005 LOCKHART CHEMICAL COMPANY vs CREDIT AGRICOLE LEASING & FACTORING - 2211180191 | 0.10 | $300.00 | $30.00 |

Invoice # 476 - 05/16/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/13/2023 | Call with Natalie regarding case matters | 0.30 | $300.00 | $90.00 |
| Service | 01/16/2023 | Email: Subject: RE: Lockhart Chemical 22-22055 | 0.10 | $300.00 | $30.00 |
| Service | 01/18/2023 | Call with Tim Fennell regarding insurance | 0.30 | $300.00 | $90.00 |
| Service | 01/20/2023 | Email: Subject: FW: Contact re. Lockhart | 0.10 | $300.00 | $30.00 |
| Service | 01/30/2023 | Email: Subject: Lockhart Chemical Company; 22-22005-CMB: Call from Rudi Mueller | 0.10 | $300.00 | $30.00 |
| Service | 02/01/2023 | call with Natalie regarding case issues | 0.20 | $300.00 | $60.00 |
| Service | 02/01/2023 | Call with Natalie regarding critical vendor status | 0.10 | $300.00 | $30.00 |
| Service | 02/03/2023 | Email: Subject: Lockhart | 0.10 | $300.00 | $30.00 |
| Service | 02/03/2023 | Finalize and file 2 Applications to Engage | 0.70 | $300.00 | $210.00 |
| Service | 02/03/2023 | Email: Subject: RE: Wills/POAs/Guardianship Introduction | 0.10 | $300.00 | $30.00 |
| Service | 02/06/2023 | Call with Natalie regarding applications | 0.10 | $300.00 | $30.00 |
| Service | 02/07/2023 | research trustee ability to be sued in foreign jurisdictions | 1.00 | $300.00 | $300.00 |
| Service | 02/07/2023 | Email: Subject: Lockhart - NTH | 0.10 | $300.00 | $30.00 |
| Service | 02/08/2023 | Finalize and file NTH Application | 0.30 | $300.00 | $90.00 |
| Service | 02/08/2023 | Service of applications | 0.20 | $300.00 | $60.00 |
| Service | 02/08/2023 | Email: Subject: Applications and Service | 0.10 | $300.00 | $30.00 |
| Service | 02/09/2023 | Case update call with Natalie | 0.40 | $300.00 | $120.00 |
| Service | 02/09/2023 | File COS for 3 applications to engage | 0.20 | $300.00 | $60.00 |
| Service | 02/10/2023 | Call with Ruediger Mueller | 0.20 | $300.00 | $60.00 |
| Service | 02/10/2023 | Email: Subject: RE: Urgent | 0.10 | $300.00 | $30.00 |
| Service | 02/10/2023 | Call with Natalie regarding environmental orders and consideration of abandonment of property, and discussion with potential German group buyer | 0.20 | $300.00 | $60.00 |
| Service | 02/15/2023 | Email: Subject: Lockhart Chemical | 0.10 | $300.00 | $30.00 |
| Service | 02/16/2023 | Email: Subject: Lockhart | 0.10 | $300.00 | $30.00 |
| Service | 02/22/2023 | Call to Scott Freedman returning inquiry regarding Lockhart Bankruptcy | 0.10 | $300.00 | $30.00 |
| Service | 02/23/2023 | Email: Subject: RE: 2:22-bk-22005 | Lockhart Chemical Company - Offer For All Assets - Liquidity Services | 0.10 | $300.00 | $30.00 |
| Service | 02/23/2023 | Email: Subject: Proof of Claim Ch-7 22-22005-CMB Lockhart Chemical | 0.10 | $300.00 | $30.00 |
| Service | 02/27/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical | 0.30 | $300.00 | $90.00 |

|  |  | Response to Application to Employ Professional |  |  |  |
|---|---|---|---|---|---|
| Service | 03/01/2023 | Email: Subject: Lockhart | 0.20 | $300.00 | $60.00 |
| Service | 03/02/2023 | Email: Subject: RE: PPL Group | 0.10 | $300.00 | $30.00 |
| Service | 03/03/2023 | Review docket and file 2 CNO's to Applications to Engage | 0.40 | $300.00 | $120.00 |
| Service | 03/08/2023 | Call with Natalie regarding case issues | 0.20 | $300.00 | $60.00 |
| Service | 03/14/2023 | Prepare and attend Application to Engage NTH, speak with EGLE counsel | 1.80 | $300.00 | $540.00 |
| Service | 03/14/2023 | Call with Natalie and redraft of Order employing NTH | 0.20 | $300.00 | $60.00 |
| Service | 03/14/2023 | Email: Subject: Lockhart NTH Order | 0.20 | $300.00 | $60.00 |
| Service | 03/15/2023 | Email: Subject: RE: Lockhart NTH Order | 0.10 | $300.00 | $30.00 |
| Service | 03/16/2023 | Call with Natalie regarding case status and issues, outline discussion points should determination be made to cease operations of facility | 0.30 | $300.00 | $90.00 |
| Service | 03/17/2023 | Prepare and submit revised NTH Order | 0.20 | $300.00 | $60.00 |
| Service | 03/20/2023 | Call with Natalie regarding potential sale opportunities | 0.20 | $300.00 | $60.00 |
| Service | 03/20/2023 | Call with Tim regarding purchase of assets | 0.40 | $300.00 | $120.00 |
| Service | 03/21/2023 | Email: Subject: Lockhart - Purchase offer by Zeller & Gmelin | 0.10 | $300.00 | $30.00 |
| Service | 03/21/2023 | Email: Subject: RE: Lockhart NTH Order | 0.10 | $300.00 | $30.00 |
| Service | 03/23/2023 | Call with Natalie regarding update on the case | 0.20 | $300.00 | $60.00 |
| Service | 03/23/2023 | Call with Natalie regarding meeting with various parties | 0.20 | $300.00 | $60.00 |
| Service | 03/23/2023 | Video Conference with various agencies regarding Lockhart | 0.50 | $300.00 | $150.00 |
| Service | 03/23/2023 | Conference regarding Z Tech offer | 0.80 | $300.00 | $240.00 |
| Service | 03/24/2023 | Call with Natalie regarding conference call with various parties | 0.20 | $300.00 | $60.00 |
| Service | 03/24/2023 | Email: Subject: Lockhart Chemical | 0.10 | $300.00 | $30.00 |
| Service | 03/29/2023 | Email: Subject: RE: Lockhart NTH Order | 0.10 | $300.00 | $30.00 |
| Service | 03/29/2023 | Call with Z-Tech regarding potential interest in purchase of Lockhart | 0.70 | $300.00 | $210.00 |
| Service | 03/29/2023 | Email: Subject: Lockhart Documents | 0.20 | $300.00 | $60.00 |
| Service | 03/29/2023 | Call with Natalie regarding call with interested purchaser | 0.20 | $300.00 | $60.00 |
| Service | 03/30/2023 | Attend weekly Video Call with environmental agencies, et al. | 0.70 | $300.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/31/2023 | Email: Subject: LCC Bankruptcy Technical Assistance | 0.10 | $300.00 | $30.00 |
| Service | 04/07/2023 | Email: Subject: Re: Lockhart Documents | 0.20 | $300.00 | $60.00 |
| Service | 04/10/2023 | Review Michigan DEP and US Coast Guard Proofs of Claim | 0.40 | $300.00 | $120.00 |
| Service | 04/11/2023 | Call with Natalie regarding sale | 0.20 | $300.00 | $60.00 |
| Service | 04/11/2023 | Email: Subject: RE: Lockhart Documents | 0.10 | $300.00 | $30.00 |
| Service | 04/11/2023 | Prepare and attend Teams Meeting with Z-Tech on Lockhart proposal | 0.80 | $300.00 | $240.00 |
| Service | 04/13/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.10 | $300.00 | $30.00 |
| Service | 04/13/2023 | Call with Natalie regarding potential sales | 0.50 | $300.00 | $150.00 |
| Service | 04/13/2023 | Email: Subject: FW: LCC Bankruptcy Technical Assistance | 0.10 | $300.00 | $30.00 |
| Service | 04/17/2023 | Email: Subject: RE: 22-22005 LOCKHART CHEMICAL COMPANY vs CREDIT AGRICOLE LEASING & FACTORING 2211180191 | 0.10 | $300.00 | $30.00 |
| Service | 04/18/2023 | Call with Carey Robinson regarding Lockhart purchase | 0.30 | $300.00 | $90.00 |
| Service | 04/20/2023 | Email: Subject: RE: LCC Bankruptcy Technical Assistance | 0.10 | $300.00 | $30.00 |
| Service | 04/21/2023 | Email: Subject: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 04/25/2023 | Call with Jodi Hause | 0.10 | $300.00 | $30.00 |
| Service | 04/25/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Motion | 0.10 | $300.00 | $30.00 |
| Service | 04/25/2023 | Call with Natalie on Lockhart sale and administrative issue | 0.30 | $300.00 | $90.00 |
| Service | 04/25/2023 | Email: Subject: FW: Letter of Intent and Company BIO's | 0.20 | $300.00 | $60.00 |
| Service | 04/26/2023 | draft NDA for sale information concerning Lockhart | 0.70 | $300.00 | $210.00 |
| Service | 04/26/2023 | Call with Carey Robinson regarding potential LOI | 0.20 | $300.00 | $60.00 |
| Service | 04/27/2023 | Call with counsel for potential purchaser | 0.10 | $300.00 | $30.00 |
| Service | 05/03/2023 | Email: Subject: Lockhart - Motion for Authority to Operate | 0.10 | $300.00 | $30.00 |
| Service | 05/03/2023 | Call with Jason regarding Progressive CNS chemical formulation | 0.20 | $300.00 | $60.00 |
| Service | 05/04/2023 | Call with Natalie Cardiello regarding various issues including sale, operations and proposed language to order | 0.30 | $300.00 | $90.00 |
| Service | 05/04/2023 | Email: Subject: FW: Lockhart - Motion for Authority to Operate | 0.20 | $300.00 | $60.00 |

Invoice # 476 - 05/16/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/04/2023 | Email: Subject: RE: Lockhart - Motion for Authority to Operate | 0.10 | $300.00 | $30.00 |
| Service | 05/04/2023 | Email: Subject: RE: Lockhart - Motion for Authority to Operate | 0.10 | $300.00 | $30.00 |
| Service | 05/05/2023 | Call with Natalie Cardiello regarding formula sales | 0.20 | $300.00 | $60.00 |
| Service | 05/05/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.10 | $300.00 | $30.00 |
| Service | 05/05/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Proposed Order | 0.10 | $300.00 | $30.00 |
| Service | 05/05/2023 | Call with Carey Robinson | 0.10 | $300.00 | $30.00 |
| Service | 05/05/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Response | 0.20 | $300.00 | $60.00 |
| Service | 05/08/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order | 0.10 | $300.00 | $30.00 |
| Service | 05/08/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 05/09/2023 | Email: Subject: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 05/12/2023 | Call with Natalie Cardiello regarding case status and proposals | 0.30 | $300.00 | $90.00 |
| Service | 05/12/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 05/12/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 05/12/2023 | Call with Carie Robinson regarding sale | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 05/15/2023 | Email: Subject: FW: Z Tech update | 0.20 | $300.00 | $60.00 |
| Service | 05/15/2023 | Email: Subject: FW: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter | 0.10 | $300.00 | $30.00 |
| Service | 05/15/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |

**Total    $17,997.52**

## Detailed Statement of Account

**Current Invoice**

Invoice # 476 - 05/16/2023

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 476 | 05/31/2023 | $17,997.52 | $0.00 | $17,997.52 |
| | | | **Outstanding Balance** | **$17,997.52** |
| | | | **Total Amount Outstanding** | **$17,997.52** |

Please make all amounts payable to: Fuchs Law Office, LLC

Please pay within 15 days.

Invoice # 476 - 05/16/2023

## Remittance Advice

**Checking Information**

**Remit checks to:** Fuchs Law Office, LLC
554 Washington Avenue, First Floor
Carnegie, PA 15106

Please include the invoice number 476 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.