**WARNER NORCROSS + JUDD LLP**
Attorneys At Law
Federal ID No: 38-1422647

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE
BANKRUPTCY TRUSTEE
107 HURON DR
CARNEGIE PA 15106

Please mail remittance to:
150 Ottawa Ave, N.W.
Suite 1500
Grand Rapids, MI 49503

**INVOICE FOR LEGAL SERVICES**

Remittance Summary --- Please return this page with your payment

| | | |
|---|---|---|
| Invoice Date: | May 17, 2023 | **Invoice Summary** |
| Invoice Number: | 2338691 | |
| Billing Attorney: | S. M. Watson | Professional Services  $ 35,432.50 |
| Client/Matter Num: | 208787.208787 | Costs and Charges  0.00 |
| Client Name: | CARDIELLO, NATALIE LUTZ | Total Invoice  $35,432.50 |
| Matter Name: | LOCKHART CHEMICAL COMPANY | |

**Make checks payable and remit to:**
Warner Norcross + Judd LLP
150 Ottawa Ave, N.W.
Suite 1500
Grand Rapids, Michigan 49503

Accounting Contact:
(616) 752-2050
Email: accountsreceivable@wnj.com
Remittance Advice: achremittance@wnj.com

**Wire Payments (U.S. Dollars Only):**
Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, Ohio 45202
ABA: 042000314
SWIFT Address: FTBCUS3CXXX
Account Number: 2079071
Beneficiary Account: Warner Norcross + Judd LLP

**ACH Payments (U.S. Dollars Only):**
Fifth Third Bank
ABA: 072400052
Account Number: 2079071



EXHIBIT B

**WARNER NORCROSS + JUDD LLP**
Attorneys At Law
150 Ottawa Ave, N.W.
Suite 1500
Grand Rapids, Michigan 49503

## INVOICE FOR LEGAL SERVICES

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE
BANKRUPTCY TRUSTEE
107 HURON DR
CARNEGIE PA 15106

| | | | |
|---|---|---|---|
| Invoice Date: | May 17, 2023 | **Invoice Summary** | |
| Invoice Number: | 2338691 | | |
| Billing Attorney: | S. M. Watson | Professional Services | $ 35,432.50 |
| Client/Matter Num: | 208787.208787 | Costs and Charges | 0.00 |
| Client Name: | CARDIELLO, NATALIE LUTZ | Total Invoice | $35,432.50 |
| Matter Name: | LOCKHART CHEMICAL COMPANY | | |

Fees for professional services through April 30, 2023

| Date | Name | Hours | Rate ($) | Fee ($) |
|---|---|---|---|---|
| 10/08/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Emails to and from R. Burns regarding discharge to City and related issues | | | |
| 10/10/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Review and respond to email from EGLE relating to waste characterization issues | | | |
| 10/10/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Emails to and from S. Watson | | | |
| 10/10/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Review correspondence from P. Cordaro regarding impact of bankruptcy filing | | | |
| 10/11/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Emails to and from S. Watson regarding same | | | |
| 10/11/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Review correspondence from Attorney General's office | | | |
| 11/11/22 | B. P. Lennon | 0.30 | 575.00 | 172.50 |
| | Telephone conferences with J. Byl regarding bankruptcy and potential impact on investigation | | | |
| 11/28/22 | J. V. Byl | 0.50 | 640.00 | 320.00 |
| | Review draft EPA order | | | |
| 11/28/22 | S. M. Watson | 0.50 | 520.00 | 260.00 |
| | Review draft EPA order | | | |

WARNER NORCROSS + JUDD LLP
Federal ID No: 38-1422647

WARNER NORCROSS + JUDD LLP                                                                                Page 2
Invoice Date:      May 17, 2023
Invoice Number:    2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/28/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Telephone conference with N. Cardiello after meeting with attorneys | | | |
| 11/28/22 | J. V. Byl | 0.40 | 640.00 | 256.00 |
| | Video conference with client, D. Fuchs, and EPA attorneys and DOJ regarding draft order | | | |
| 11/28/22 | J. V. Byl | 0.50 | 640.00 | 320.00 |
| | Video conference with N. Cardiello and D. Fuchs regarding strategy on negotiations with EPA | | | |
| 11/28/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Several emails to and from client and R. Burns regarding issues under draft order | | | |
| 11/28/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Telephone conference with M. Indrisano of DOJ's office regarding possible video conference to discuss draft order | | | |
| 11/28/22 | J. V. Byl | 0.50 | 640.00 | 320.00 |
| | Telephone conference with N. Cardiello regarding same and next steps | | | |
| 11/28/22 | J. V. Byl | 1.00 | 640.00 | 640.00 |
| | Video conference with client, consultant, EPA, Department of Justice, and Attorney General's office regarding status on environmental issues at facility and draft order | | | |
| 11/28/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Several emails regarding same | | | |
| 11/28/22 | S. M. Watson | 0.20 | 520.00 | 104.00 |
| | Correspondence regarding same | | | |
| 11/28/22 | S. M. Watson | 0.20 | 520.00 | 104.00 |
| | Analyze potential strategy options related to interplay of bankruptcy court stay authority and legal effect of EPA orders under the Clean Water Act | | | |
| 11/29/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Review and revise letter to DOJ/EPA | | | |
| 11/29/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Review order | | | |
| 11/30/22 | J. V. Byl | 0.10 | 640.00 | 64.00 |
| | Review and respond to emails from R. Burns | | | |
| 12/02/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Review correspondence from EPA regarding Order | | | |
| 12/03/22 | J. V. Byl | 0.30 | 640.00 | 192.00 |
| | Emails regarding order and related issues | | | |

WARNER NORCROSS + JUDD LLP
Federal ID No: 38-1422647

WARNER NORCROSS + JUDD LLP                                                                                          Page 3
Invoice Date:      May 17, 2023
Invoice Number:    2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/12/22 | J. V. Byl<br>Review EPA order | 0.30 | 640.00 | 192.00 |
| 12/12/22 | J. V. Byl<br>Telephone conference with N. Cardiello, D. Fuchs, and R. Burns regarding strategy on EPA order | 0.90 | 640.00 | 576.00 |
| 12/14/22 | P. H. Beach<br>Analyze pre-enforcement review and related obstacles to challenging EPA order | 4.20 | 355.00 | 1,491.00 |
| 12/14/22 | J. V. Byl<br>Telephone conference with N. Cardiello regarding status and strategy on negotiations with EGLE and EPA | 0.40 | 640.00 | 256.00 |
| 12/14/22 | P. H. Beach<br>Telephone conference with S. Watson regarding EPA enforcement action and preliminary strategy | 0.50 | 355.00 | 177.50 |
| 12/15/22 | P. H. Beach<br>Review pre-enforcement review case law | 0.50 | 355.00 | 177.50 |
| 12/15/22 | P. H. Beach<br>Email correspondence with S. Watson related to challenge to EPA order | 0.30 | 355.00 | 106.50 |
| 12/22/22 | J. V. Byl<br>Emails regarding same to and from S. Watson | 0.10 | 640.00 | 64.00 |
| 12/22/22 | J. V. Byl<br>Review documents from Michigan Attorney General's office | 0.10 | 640.00 | 64.00 |
| 12/22/22 | S. M. Watson<br>Correspondence regarding same | 0.10 | 520.00 | 52.00 |
| 12/22/22 | J. V. Byl<br>Telephone conference with N. Cardiello regarding status of issues with EGLE and EPA | 0.10 | 640.00 | 64.00 |
| 12/22/22 | S. M. Watson<br>Review EGLE violation notices | 0.30 | 520.00 | 156.00 |
| 12/23/22 | J. V. Byl<br>Review correspondence and other documents from EGLE | 0.10 | 640.00 | 64.00 |
| 12/23/22 | S. M. Watson<br>Review response to EGLE order | 0.60 | 520.00 | 312.00 |
| 12/23/22 | J. V. Byl<br>Telephone conference with S. Watson regarding Violation Notices and next steps | 0.40 | 640.00 | 256.00 |
| 12/23/22 | J. V. Byl<br>Email to N. Cardiello regarding next steps | 0.10 | 640.00 | 64.00 |

WARNER NORCROSS + JUDD LLP                                                                                     Page 4
Invoice Date:      May 17, 2023
Invoice Number:    2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/23/22 | S. M. Watson | 0.40 | 520.00 | 208.00 |
| | Telephone conference regarding violation notices and preliminary strategy options for responding to same | | | |
| 12/26/22 | S. M. Watson | 0.20 | 520.00 | 104.00 |
| | Correspondence regarding violation notices | | | |
| 12/27/22 | J. V. Byl | 0.50 | 640.00 | 320.00 |
| | Telephone conference with N. Cardiello, J. Tibbetts, and S. Watson regarding strategy on environmental issues and next steps | | | |
| 12/27/22 | S. M. Watson | 0.50 | 520.00 | 260.00 |
| | Review violation notices and related materials | | | |
| 12/27/22 | J. V. Byl | 0.50 | 640.00 | 320.00 |
| | Review Violation Notices | | | |
| 12/27/22 | S. M. Watson | 0.50 | 520.00 | 260.00 |
| | Prepare for and participate in telephone conference regarding response to violation notice | | | |
| 12/29/22 | S. M. Watson | 0.50 | 520.00 | 260.00 |
| | Correspondence regarding same | | | |
| 12/29/22 | J. V. Byl | 0.20 | 640.00 | 128.00 |
| | Emails to and from S. Watson regarding communication with Attorney General's office and next steps | | | |
| 12/29/22 | S. M. Watson | 1.00 | 520.00 | 520.00 |
| | Telephone conference with M. Miller regarding response to violation notice | | | |
| 01/04/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Correspondence regarding media inquiry and EGLE request | | | |
| 01/05/23 | J. V. Byl | 0.10 | 670.00 | 67.00 |
| | Review and respond to email from S. Watson | | | |
| 01/06/23 | J. V. Byl | 0.20 | 670.00 | 134.00 |
| | Telephone conference with S. Watson regarding communication with Attorney General's office and next steps | | | |
| 01/06/23 | J. V. Byl | 0.10 | 670.00 | 67.00 |
| | Review email from Attorney General's office | | | |
| 01/09/23 | J. V. Byl | 0.10 | 670.00 | 67.00 |
| | Emails to and from M. Indrisano regarding response to requests | | | |
| 01/09/23 | J. V. Byl | 0.10 | 670.00 | 67.00 |
| | Review forms from Attorney General's office | | | |

WARNER NORCROSS + JUDD LLP
Federal ID No: 38-1422647

WARNER NORCROSS + JUDD LLP                                                                                      Page 5
Invoice Date:      May 17, 2023
Invoice Number:    2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/11/23 | S. M. Watson<br>Prepare for and participate in check-in call with EGLE and EPA | 1.00 | 550.00 | 550.00 |
| 01/11/23 | S. M. Watson<br>Correspondence summarizing same | 0.50 | 550.00 | 275.00 |
| 01/13/23 | S. M. Watson<br>Debrief regarding same | 0.20 | 550.00 | 110.00 |
| 01/13/23 | S. M. Watson<br>Prepare for and participate in check-in call with EGLE and EPA | 0.80 | 550.00 | 440.00 |
| 01/18/23 | S. M. Watson<br>Telephone conference regarding insurance requirements | 0.30 | 550.00 | 165.00 |
| 01/18/23 | S. M. Watson<br>Correspondence regarding same | 0.20 | 550.00 | 110.00 |
| 01/18/23 | S. M. Watson<br>Analyze potential pollution liability insurance requirements applicable to Lockhart operations | 0.50 | 550.00 | 275.00 |
| 01/19/23 | S. M. Watson<br>Review and prepare comments to draft work plan | 0.30 | 550.00 | 165.00 |
| 01/19/23 | S. M. Watson<br>Prepare for and participate in weekly call with EPA and EGLE | 0.80 | 550.00 | 440.00 |
| 01/20/23 | S. M. Watson<br>Review and prepare comments to draft work plan | 0.60 | 550.00 | 330.00 |
| 01/20/23 | S. M. Watson<br>Telephone conferences regarding same | 0.40 | 550.00 | 220.00 |
| 01/26/23 | S. M. Watson<br>Prepare for and participate in weekly call with EGLE and EPA | 1.00 | 550.00 | 550.00 |
| 02/02/23 | S. M. Watson<br>Prepare for and participate in weekly call with EGLE and EPA | 1.50 | 550.00 | 825.00 |
| 02/07/23 | S. M. Watson<br>Telephone conference regarding EPA and EGLE comments to draft work plan | 0.90 | 550.00 | 495.00 |
| 02/07/23 | S. M. Watson<br>Correspondence regarding same | 0.30 | 550.00 | 165.00 |
| 02/09/23 | S. M. Watson<br>Review and prepare substantial revisions to draft work plan | 5.30 | 550.00 | 2,915.00 |

WARNER NORCROSS + JUDD LLP  Page 6
Invoice Date:     May 17, 2023
Invoice Number:   2338691

| Date | Timekeeper / Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/10/23 | S. M. Watson<br>Revise draft work plan | 3.00 | 550.00 | 1,650.00 |
| 02/13/23 | J. V. Byl<br>Review revisions to work plan | 0.10 | 670.00 | 67.00 |
| 02/13/23 | J. V. Byl<br>Telephone conference with S. Watson regarding same and strategy on next steps | 0.10 | 670.00 | 67.00 |
| 02/16/23 | S. M. Watson<br>Prepare for and participate in weekly call with EPA and EGLE | 0.70 | 550.00 | 385.00 |
| 02/20/23 | S. M. Watson<br>Review draft health and safety plan and materials from EGLE related to annual MAERS reporting | 0.50 | 550.00 | 275.00 |
| 02/22/23 | S. M. Watson<br>Telephone conference with Trustee regarding ongoing EGLE enforcement efforts and status of EPA health and safety plan | 0.20 | 550.00 | 110.00 |
| 02/23/23 | S. M. Watson<br>Weekly call with EGLE and EPA | 0.80 | 550.00 | 440.00 |
| 02/28/23 | J. E. Collins<br>Email S. Watson to discuss creating compliance table for client | 0.10 | 295.00 | 29.50 |
| 03/01/23 | S. M. Watson<br>Conference with J. Collins providing background for preparation of table tracking implementation of obligations under various environmental compliance orders | 0.60 | 550.00 | 330.00 |
| 03/01/23 | J. E. Collins<br>Conference with S. Watson to discuss drafting a compliance table for the EPA 311 order and EGLE director letter | 0.90 | 295.00 | 265.50 |
| 03/02/23 | J. V. Byl<br>Review EPA correspondence and revisions to work plan | 0.10 | 670.00 | 67.00 |
| 03/02/23 | J. V. Byl<br>Telephone conference with S. Watson regarding EPA correspondence and revisions to work plan and access agreement with EPA | 0.10 | 670.00 | 67.00 |
| 03/02/23 | J. E. Collins<br>Review 311 order and letter from EGLE director forwarded by S. Watson and review client consent for EPA Access to Property and Work Plan | 1.10 | 295.00 | 324.50 |
| 03/02/23 | S. M. Watson<br>Attend weekly call with EPA and EGLE | 0.60 | 550.00 | 330.00 |

WARNER NORCROSS + JUDD LLP                                                                                          Page 7
Invoice Date:        May 17, 2023
Invoice Number:      2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/02/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Telephone conference with M. Indrisano regarding work plan and related issues | | | |
| 03/02/23 | S. M. Watson | 0.30 | 550.00 | 165.00 |
| | Prepare correspondence summarizing weekly call and related status items | | | |
| 03/03/23 | J. E. Collins | 0.80 | 295.00 | 236.00 |
| | Review 311 order issued by EPA and prepare for meeting with S. Watson | | | |
| 03/03/23 | J. E. Collins | 0.30 | 295.00 | 88.50 |
| | Attend meeting with S. Watson to discuss client consent for EPA access to property | | | |
| 03/07/23 | J. E. Collins | 3.40 | 295.00 | 1,003.00 |
| | Draft compliance table | | | |
| 03/08/23 | J. E. Collins | 5.00 | 295.00 | 1,475.00 |
| | Draft compliance table | | | |
| 03/08/23 | S. M. Watson | 0.60 | 550.00 | 330.00 |
| | Correspondence regarding EPA approval of work plan and next steps | | | |
| 03/09/23 | J. E. Collins | 1.10 | 295.00 | 324.50 |
| | Attend weekly status-update meeting with EPA and EGLE | | | |
| 03/09/23 | J. E. Collins | 0.50 | 295.00 | 147.50 |
| | Debrief with S. Watson regarding weekly EPA/EGLE phone conference meeting | | | |
| 03/09/23 | S. M. Watson | 0.30 | 550.00 | 165.00 |
| | Telephone conference with Trustee in preparation for call with EPA and EGLE | | | |
| 03/16/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Correspondence with M. Miller and M. Indrisano regarding coordination of compliance efforts under EPA and EGLE orders | | | |
| 03/16/23 | J. E. Collins | 1.50 | 295.00 | 442.50 |
| | Analyze final work plan and draft compliance table to determine feasibility of distilling them into a compliance-tracking checklist | | | |
| 03/16/23 | J. E. Collins | 1.10 | 295.00 | 324.50 |
| | Attend weekly status-update meeting with EPA and EGLE | | | |
| 03/16/23 | J. E. Collins | 1.00 | 295.00 | 295.00 |
| | Debrief with S. Watson regarding the weekly status update meeting with EPA and EGLE | | | |
| 03/17/23 | J. E. Collins | 0.70 | 295.00 | 206.50 |
| | Research potential availability of consolidated order on consent to supersede outstanding orders and violation notices | | | |

WARNER NORCROSS + JUDD LLP                                                                                          Page 8
Invoice Date:     May 17, 2023
Invoice Number:   2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/21/23 | J. E. Collins | 1.10 | 295.00 | 324.50 |
| | Research authority of EPA to issue administrative orders on consent under Section 311 of the Clean Water Act | | | |
| 03/23/23 | S. M. Watson | 0.50 | 550.00 | 275.00 |
| | Participate in weekly call with EPA and EGLE | | | |
| 03/23/23 | S. M. Watson | 0.30 | 550.00 | 165.00 |
| | Telephone conference with M. Indrisano regarding potential order on consent or other options to consolidate compliance obligations | | | |
| 03/23/23 | S. M. Watson | 1.50 | 550.00 | 825.00 |
| | Participate in telephone conference with Z-Technologies, EPA, and EGLE | | | |
| 03/30/23 | J. E. Collins | 0.80 | 295.00 | 236.00 |
| | Attend weekly EPA/EGLE compliance meeting | | | |
| 03/30/23 | J. E. Collins | 0.60 | 295.00 | 177.00 |
| | Conference with S. Watson to debrief weekly EPA/EGLE meeting and discuss next steps | | | |
| 03/30/23 | S. M. Watson | 0.50 | 550.00 | 275.00 |
| | Telephone conference regarding potential air impacts and other issues related to proposed use of oxidizer | | | |
| 04/03/23 | J. E. Collins | 0.70 | 295.00 | 206.50 |
| | Follow up on weekly call concerns regarding Flint Watershed Coalition comments | | | |
| 04/04/23 | J. E. Collins | 0.40 | 295.00 | 118.00 |
| | Follow up on EGLE requests based on meetings with "Flint Crisis Committee" | | | |
| 04/05/23 | J. E. Collins | 1.10 | 295.00 | 324.50 |
| | Compile research on Flint Watershed Coalition and "Flint Crisis Committee" | | | |
| 04/06/23 | J. E. Collins | 0.40 | 295.00 | 118.00 |
| | Discuss upcoming EGLE/EPA meeting with S. Watson | | | |
| 04/06/23 | J. E. Collins | 1.10 | 295.00 | 324.50 |
| | Attend weekly compliance meeting with EPA/EGLE | | | |
| 04/06/23 | J. E. Collins | 0.20 | 295.00 | 59.00 |
| | Conference with S. Watson regarding content of weekly EPA/EGLE Compliance meeting | | | |
| 04/11/23 | K. A. Kissling | 0.50 | 570.00 | 285.00 |
| | Conference with S. Watson regarding air compliance considerations for EPA and EGLE | | | |
| 04/11/23 | S. M. Watson | 1.10 | 550.00 | 605.00 |
| | Review 114 response and related correspondence from NTH in preparation for telephone conference regarding proposed restart of oxidation unit | | | |

WARNER NORCROSS + JUDD LLP                                                                                              Page 9
Invoice Date:        May 17, 2023
Invoice Number:      2338691

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/11/23 | S. M. Watson | 1.00 | 550.00 | 550.00 |
| | Telephone conference regarding strategy and potential obstacles and path forward to restart of oxidation unit | | | |
| 04/13/23 | J. E. Collins | 0.90 | 295.00 | 265.50 |
| | Attend weekly EPA/EGLE compliance meeting | | | |
| 04/13/23 | J. E. Collins | 0.30 | 295.00 | 88.50 |
| | Conference with S. Watson to debrief weekly compliance meeting | | | |
| 04/20/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Telephone conference with K. Okonta regarding air monitoring requirements for potential use of oxidizer | | | |
| 04/20/23 | J. E. Collins | 0.70 | 295.00 | 206.50 |
| | Attend weekly EPA/EGLE compliance meeting | | | |
| 04/20/23 | J. E. Collins | 0.30 | 295.00 | 88.50 |
| | Conference with S. Watson to debrief weekly compliance meeting | | | |
| 04/20/23 | K. A. Kissling | 0.50 | 570.00 | 285.00 |
| | Analysis of NTH memo regarding operations and air compliance | | | |
| 04/20/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Correspondence to N. Cardiello regarding NTH proposal and recommendation | | | |
| 04/20/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Telephone conference with K. Kissling regarding NTH proposal for air monitoring associated with potential use of oxidizer | | | |
| 04/20/23 | S. M. Watson | 0.10 | 550.00 | 55.00 |
| | Correspondence to N. Cardiello regarding compliance chart and compliance items associated with potential use of oxidizer | | | |
| 04/20/23 | S. M. Watson | 0.30 | 550.00 | 165.00 |
| | Review and revise chart tracking compliance with EPA and EGLE orders | | | |
| 04/20/23 | S. M. Watson | 0.20 | 550.00 | 110.00 |
| | Prepare for weekly call with EPA and EGLE | | | |
| 04/27/23 | J. E. Collins | 0.60 | 295.00 | 177.00 |
| | Attend weekly compliance meeting with EGLE/EPA | | | |

**Total Fees for Professional Services**                                                                           $35,432.50

WARNER NORCROSS + JUDD LLP  Page 10
Invoice Date:      May 17, 2023
Invoice Number:    2338691

**Total Invoice**                                                    $35,432.50

Costs and disbursements posted to your account after the date of this invoice will appear on a future invoice or will be separately invoiced.

Invoices payable upon receipt in U.S. dollars. Please include remittance advice.

**Make checks payable and remit to:**
Warner Norcross + Judd LLP
150 Ottawa Ave, N.W.
Suite 1500
Grand Rapids, Michigan 49503

Accounting Contact:
(616) 752-2050
Email: accountsreceivable@wnj.com
Remittance Advice: achremittance@wnj.com

**Wire Payments (U.S. Dollars Only):**
Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, Ohio 45202
ABA: 042000314
SWIFT Address: FTBCUS3CXXX
Account Number: 2079071
Beneficiary Account: Warner Norcross + Judd LLP

**ACH Payments (U.S. Dollars Only):**
Fifth Third Bank
ABA: 072400052
Account Number: 2079071

WARNER NORCROSS + JUDD LLP
Federal ID No: 38-1422647