# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In Re. LOCKHART CHEMICAL COMPANY  §
§
§
§

Case No. 22-22005

Debtor(s)

☐ Jointly Administered

## Monthly Operating Report

Chapter **7**

Reporting Period Ended: 03/31/2023

Petition Date: 10/10/2022

Months Pending: 6

Industry Classification: | 3 | 2 | 5 | 1 |

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                          7

Debtor's Full-Time Employees (as of date of order for relief):   8

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Natalie Lutz Cardiello

Signature of Responsible Party

05/19/2023

Date

Natalie Lutz Cardiello, Trustee

Printed Name of Responsible Party

107 Huron Drive, Carnegie, PA 15106

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

Debtor's Name LOCKHART CHEMICAL COMPANY                                   Case No. 22-22005

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,866,644 | |
| b. Total receipts (net of transfers between accounts) | $53,517 | $4,530,260 |
| c. Total disbursements (net of transfers between accounts) | $104,806 | $2,141,177 |
| d. Cash balance end of month (a+b-c) | $2,815,355 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $104,806 | $2,141,177 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $622,963 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $594,771 |
| c. Inventory    (Book ● Market ○ Other ○ (attach explanation)) | $4,170,253 |
| d. Total current assets | $6,941,022 |
| e. Total assets | $7,680,446 |
| f. Postpetition payables (excluding taxes) | $162,443 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $162,443 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $162,443 |
| o. Ending equity/net worth (e-n) | $7,518,003 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $71,369 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $106,667 | |
| c. Gross profit (a-b) | $-35,298 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $5,374 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-249,225 | $-656,956 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name LOCKHART CHEMICAL COMPANY                    Case No. 22-22005

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name LOCKHART CHEMICAL COMPANY                               Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY

Case No. 22-22005

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name LOCKHART CHEMICAL COMPANY                    Case No. 22-22005

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No. 22-22005

|   | xcix | | | | | | |
|---|------|---|---|---|---|---|---|
|   | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $4,982 | $29,892 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $7,080 | $55,538 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7:  Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ●  N/A ○ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                              Case No. 22-22005

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Natalie Lutz Cardiello                                   Natalie Lutz Cardiello
Signature of Responsible Party                              Printed Name of Responsible Party

Chapter 7 Trustee                                           05/19/2023
Title                                                       Date

5/4/2023
2:57 PM
LC Balance Sheet

Balance Sheet
LOCKHART CHEMICAL COMPANY
As of 3/31/2023

|  | March Current Month YTD |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 2,826,324 |
| Note Receivable | 0 |
| | |
| Accounts Receivable - Trade | 652,384 |
| Allowance for Doubtful Accounts | 10,076 |
| Total Accounts Receivable | 662,460 |
| | |
| Lubrizol Inventory | 2,411 |
| Less: Inventory - Contra LZ | (2,411) |
| Net Lubizol Inventory | 0 |
| | |
| Lockhart Chemical & Additives Inventory | 3,830,572 |
| Inventory Reserve - Absorption | 104,302 |
| Total Lockhart Chemical & Additives Inventory | 3,934,874 |
| | |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
| Net Inventory | 2,772,222 |
| | |
| Other Current Assets | 143,893 |
| Intercompany Receivable | 536,123 |
| Chemical Due To/From Lubrizol | 0 |
| | |
| **Total Current Assets** | 6,941,022 |
| | |
| **Other Assets** | 10,000 |
| | |
| **Fixed Assets** | |
| Fixed Assets at Cost | 4,377,421 |
| Accumulated Depreciation | (3,647,997) |
| Total | 729,424 |
| Construction in Process | 0 |
| **Total Fixed Assets** | 729,424 |
| | |
| *TOTAL ASSETS* | 7,680,446 |
| | |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable - Trade | 2,662,030 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 54,139 |
| **Total Current Liabilities** | (36,663,669) |
| | |
| Loans Payable - L/T Affiliates | |
| Loans Payable - Long Term | |
| *TOTAL LIABILITIES* | (76,663,669) |
| | |
| Shareholders Equity | |
| Capital Stock | 148 |
| Retained Earnings | 38,867,926 |
| Paid in Capital | 6,189,451 |
| Current Earnings | (713,410) |
| *TOTAL EQUITY* | 44,344,115 |
| | |
| *TOTAL LIABILITIES & EQUITY* | 7,680,446 |

5/4/2023
3:11 PM
LC Income

Income Statement
LOCKHART CHEMICAL COMPANY
As Of 3/31/2023

| | Current Period | | | | |
|---|---|---|---|---|---|
| | March | PCT | Budget | PCT | Change |
| Gross Sales | $71,369 | 100.00% | $0 | 0.00% | $71,369 |
| Lubrizol Tolling Fee Revenue | 0 | 0.00% | 0 | 0.00% | 0 |
| Other Tolling Fee Revenue | 0 | 0.00% | 0 | 0.00% | 0 |
| Bank Charges | 0 | 0.00% | 0 | 0.00% | 0 |
| Freight Sales | 0 | 0.00% | 0 | 0.00% | 0 |
| Freight Out Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| *Net Sales* | *71,369* | *100.00%* | *0* | *0.00%* | *71,369* |
| Cost of Goods Sold | (106,667) | -149.46% | 0 | 0.00% | (106,667) |
| Environmental Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| Net Sales Margin | (35,298) | -49.46% | 0 | 0.00% | (35,298) |
| Net Product Overhead | (205,384) | -287.78% | 0 | 0.00% | (205,384) |
| *Gross Margin* | *(240,681)* | *-337.23%* | *0* | *0.00%* | *(240,681)* |
| Sales Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| Total Sales Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| Technical Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| Total S G & A Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| *Operating Income Before Depreciation* | *(240,681)* | *-337.23%* | *0* | *0.00%* | *(240,681)* |
| Depreciation Expense | (5,374) | -7.53% | 0 | 0.00% | (5,374) |
| *Plant Income* | *(246,055)* | *-344.76%* | *0* | *0.00%* | *(246,055)* |
| Corporate Income Pre-Tax | (246,055) | -344.76% | 0 | 0.00% | (246,055) |
| Tax Provision | (3,170) | -4.44% | 0 | 0.00% | (3,170) |
| *CORPORATE NET INCOME AFTER TAX* | *(249,225)* | *-349.21%* | *0* | *0.00%* | *(249,225)* |



P.O. Box 911039
San Diego, CA 92191
844-889-0896



| Statement Period | Account # |
|---|---|
| 03/01/2023 thru 04/02/2023 | 0455 |

| Days In Statement Period |
|---|
| 33 |

LOCKHART CHEMICAL COMPANY, DEBTOR
NATALIE LUTZ CARDIELLO, TRUSTEE
CASE #22-22005
107 HURON DRIVE
CARNEGIE PA 15106

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $1,112,491.88 | $0.00 | $1,109.44 | $1,111,382.44 |
| DEPOSIT TOTALS | $1,112,491.88 | $0.00 | $1,109.44 | $1,111,382.44 |

## Trustee Checking - 7580400000455

| | | Beginning Balance | $1,112,491.88 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 03/01 | Bank Service Fee | | $1,109.44 |
| | | Ending Balance | $1,111,382.44 |

## Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $1,111,382.44 | Average Daily Collected | $1,111,382.44 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Date: 05/16/23

# DETAILED BANK RECONCILIATION

Trustee Name:   Natalie Lutz Cardiello, Esquire
Case Number:   **22-22005 CMB**
Case Name:   LOCKHART CHEMICAL COMPANY

For Period Ending:   **03/31/23**

Account:   ⬛⬛⬛⬛⬛0455  **Checking Account (Non-Interest Earn**

Account Code:   **01**

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| 10/18/22 | | LOCKHART CHEMICAL COMPANY | 633,269.51 | | C | 633,269.51 |
| 10/21/22 | 70001 | JOSEPH TIBBETTS | | 213.97 | C | 633,055.54 |
| 10/27/22 | | LOCKHART CHEMICAL COMPANY | 490,061.84 | | C | 1,123,117.38 |
| 10/31/22 | 70002 | ACE AMERICAN INSURANCE CO | | 16,462.00 | C | 1,106,655.38 |
| 11/01/22 | | BANK SERVICE FEE | | 403.00 | C | 1,106,252.38 |
| 11/03/22 | 70003 | FLINT WAREHOUSING, INC. | | 8,488.38 | C | 1,097,764.00 |
| 11/03/22 | 70004 | SEUBERT & ASSOCIATES, INC. | | 467.85 | C | 1,097,296.15 |
| 11/29/22 | 1 | IDEAS, INC. | 4,836.40 | | C | 1,102,132.55 |
| 11/29/22 | 2 | IDEAS, INC. | 10,664.00 | | C | 1,112,796.55 |
| 12/01/22 | | BANK SERVICE FEE | | 1,179.77 | C | 1,111,616.78 |
| 12/08/22 | 70005 | INTERNATIONAL SURETIES, LTD | | 4,000.00 | C | 1,107,616.78 |
| 12/30/22 | 70006 | JOSEPH TIBBETTS | | 500.00 | C | 1,107,116.78 |
| 12/30/22 | 3 | IDEAS, INC. | 1,358.60 | | C | 1,108,475.38 |
| 12/30/22 | 4 | IDEAS, INC. | 7,261.60 | | C | 1,115,736.98 |
| 01/03/23 | | BANK SERVICE FEE | | 1,227.40 | C | 1,114,509.58 |
| 01/04/23 | 70007 | JOSEPH TIBBETTS | | 500.00 | C | 1,114,009.58 |
| 01/04/23 | | Reverses Check # 70006 | | -500.00 | C | 1,114,509.58 |
| 01/12/23 | 70008 | JOSEPH TIBBETTS | | 500.00 | C | 1,114,009.58 |
| 01/20/23 | 70009 | INTERNATIONAL SURETIES, LTD | | 286.98 | C | 1,113,722.60 |
| 02/01/23 | | BANK SERVICE FEE | | 1,230.72 | C | 1,112,491.88 |
| 03/01/23 | | BANK SERVICE FEE | | 1,109.44 | C | 1,111,382.44 |
| 03/28/23 | 70010 | JOSEPH TIBBETTS | | 1,000.00 | | 1,110,382.44 |

| | | | | | |
|---|---|---|---|---|---|
| CLEARED DEPOSITS | 1,147,451.95 | OUTSTANDING DEPOSITS | | 0.00 |
| CLEARED DISBURSEMENTS | - 36,069.51 | OUTSTANDING DISBURSEMENTS | - | 1,000.00 |
| | 1,111,382.44 | | | -1,000.00 |

| | | | |
|---|---|---|---|
| FORM 2 LEDGER BALANCE | 1,110,382.44 | | |
| OUTSTANDING DEPOSITS | - 0.00 | | |
| OUTSTANDING DISBURSEMENTS | + 1,000.00 | | |
| FORM 2 ADJUSTED BALANCE | 1,111,382.44 | BANK BALANCE | 1,111,382.44 |

C = Cleared

RECONRPT

Printed: 05/16/23 01:23 PM   Ver: 22.07g

## First National Bank

| | |
|---|---|
| 4140 E. State Street<br>Hermitage, PA 16148 | **Statement Ending 03/31/2023** |
| | *LOCKHART CHEMICAL COMPANY*   *Page 1 of 4*<br>*Primary Account Number* 5621449 |

**ADDRESS SERVICE REQUESTED**

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
NATALIE A CARDIELLO, TRUSTEE
OPERATING ACCOUNT
8150 PERRY HWY STE 212
PITTSBURGH PA 15237-5232

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street<br>Hermitage, PA  16148 |

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | 5621449 | $1,703,972.96 |

## BUSINESS ANALYSIS CHECKING - 1449

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 03/01/2023 | Balance Last Statement | $1,754,152.44 | Minimum Balance | $1,690,481.22 |
| | 3 Credit(s) This Period | $53,516.94 | Average Ledger Balance | $1,728,281.36 |
| | 31 Debit(s) This Period | $103,696.42 | Average Available Balance | $1,726,860.10 |
| 03/31/2023 | Balance This Statement | $1,703,972.96 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2023 | **Balance Last Statement** | | | **$1,754,152.44** |
| 03/02/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,028.52 | | $1,752,123.92 |
| 03/02/2023 | CTR EMPLOYEE MAN TAX COL | $613.38 | | $1,751,510.54 |
| 03/03/2023 | CHECK # 82943 | $2,693.45 | | $1,748,817.09 |
| 03/07/2023 | PARCHEM TRAD1267 PAYMENTS Lockhart | | $12,277.44 | $1,761,094.53 |
| 03/08/2023 | CHECK # 82942 | $304.38 | | $1,760,790.15 |
| 03/09/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,753.84 | | $1,759,036.31 |
| 03/09/2023 | CTR EMPLOYEE MAN TAX COL | $475.60 | | $1,758,560.71 |
| 03/14/2023 | A E FLEMING CO PAYMENTS LOCKHART | | $7,607.60 | $1,766,168.31 |
| 03/14/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4,617.95 | | $1,761,550.36 |
| 03/14/2023 | CTR EMPLOYEE MAN TAX COL | $1,526.30 | | $1,760,024.06 |
| 03/16/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,066.19 | | $1,757,957.87 |
| 03/16/2023 | CTR EMPLOYEE MAN TAX COL | $640.07 | | $1,757,317.80 |
| 03/17/2023 | CONSUMERS ENERGY ENERGYBILL 103046007052 | $36,956.02 | | $1,720,361.78 |
| 03/17/2023 | CONSUMERS ENERGY ENERGYBILL 103046007052 | $12,417.88 | | $1,707,943.90 |
| 03/17/2023 | LOCKHART CHEMICA YOUNGS ENV XXXXX1053 | $9,060.75 | | $1,698,883.15 |
| 03/17/2023 | WASTE MANAGEMENT INTERNET 043000091573562 | $3,195.15 | | $1,695,688.00 |
| 03/17/2023 | LOCKHART CHEMICA FIBERTEC XXXXX1053 | $702.00 | | $1,694,986.00 |
| 03/17/2023 | LOCKHART CHEMICA MAUSER USA XXXXX1053 | $450.00 | | $1,694,536.00 |
| 03/20/2023 | CHECK # 82946 | $65.13 | | $1,694,470.87 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

LOCKHART CHEMICAL COMPANY                                Statement Ending 03/31/2023                        Page 2 of 4

## RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1.** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2.** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3.** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4.** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5.** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6.** ENTER "Current Statement Balance" from the front of this statement.     $ _____

**7.** ADD deposits made after "Period Ending Date" of this statement.     (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

**8.** SUBTRACT checks and withdrawals outstanding.     (-)  $ _____

Your checkbook should show this balance. ................     $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 03/31/2023**

LOCKHART CHEMICAL COMPANY                     Page 3 of 4
Primary Account Number: ▇▇▇▇▇▇

## BUSINESS ANALYSIS CHECKING - ▇▇1449 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/23/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,634.21 | | $1,691,836.66 |
| 03/23/2023 | CTR EMPLOYEE MAN TAX COL | $950.52 | | $1,690,886.14 |
| 03/24/2023 | CHECK # 82947 | $60.00 | | $1,690,826.14 |
| 03/27/2023 | CHECK # 82945 | $192.00 | | $1,690,634.14 |
| 03/27/2023 | CHECK # 82944 | $152.92 | | $1,690,481.22 |
| 03/28/2023 | DEPOSIT | | $33,631.90 | $1,724,113.12 |
| 03/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $6,030.57 | | $1,718,082.55 |
| 03/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,383.15 | | $1,714,699.40 |
| 03/30/2023 | CTR EMPLOYEE MAN TAX COL | $2,125.18 | | $1,712,574.22 |
| 03/30/2023 | CTR EMPLOYEE MAN TAX COL | $1,150.78 | | $1,711,423.44 |
| 03/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $450.00 | | $1,710,973.44 |
| 03/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $170.30 | | $1,710,803.14 |
| 03/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $131.99 | | $1,710,671.15 |
| 03/31/2023 | PNP BILLPAYMENT 032923EK 132444994-6621 | $6,636.21 | | $1,704,034.94 |
| 03/31/2023 | PNP BILLPAYMENT 032923EK 132445469-6621 | $61.98 | | $1,703,972.96 |
| **03/31/2023** | **Balance This Statement** | | | **$1,703,972.96** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 82942 | 03/08/2023 | $304.38 | 82944 | 03/27/2023 | $152.92 | 82946 | 03/20/2023 | $65.13 |
| 82943 | 03/03/2023 | $2,693.45 | 82945 | 03/27/2023 | $192.00 | 82947 | 03/24/2023 | $60.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02/2023 | $1,751,510.54 | 03/14/2023 | $1,760,024.06 | 03/24/2023 | $1,690,826.14 |
| 03/03/2023 | $1,748,817.09 | 03/16/2023 | $1,757,317.80 | 03/27/2023 | $1,690,481.22 |
| 03/07/2023 | $1,761,094.53 | 03/17/2023 | $1,694,536.00 | 03/28/2023 | $1,724,113.12 |
| 03/08/2023 | $1,760,790.15 | 03/20/2023 | $1,694,470.87 | 03/30/2023 | $1,710,671.15 |
| 03/09/2023 | $1,758,560.71 | 03/23/2023 | $1,690,886.14 | 03/31/2023 | $1,703,972.96 |



82942    $304.38    3/8/2023



82943    $2,693.45    3/3/2023



82944    $152.92    3/27/2023



82945    $192.00    3/27/2023



82946    $65.13    3/20/2023



82947    $60.00    3/24/2023

```
System:      4/3/2023    12:54:38 PM              LOCKHART CHEMICAL COMPANY                    Page:    1
User Date:   4/3/2023                          RECONCILIATION POSTING JOURNAL                  User ID: askillington
                                                    Bank Reconciliation
```

Audit Trail Code: CMADJ00000114                        Bank Statement Ending Balance: $1,703,972.960
Checkbook ID:     FNB                                  Bank Statement Ending Date:     3/31/2023
Description:      First National Bank Checking         Cutoff Date:                    3/31/2023


Statement Ending Balance                      $1,703,972.960
Outstanding Checks (-)                           $1,280.000
Deposits in Transit (+)                              $0.000
                                              ----------------------
Adjusted Bank Balance                         $1,702,692.960
                                              ----------------------
Checkbook Balance as of Cutoff                $1,702,692.960
Adjustments                                          $0.000
                                              ----------------------
Adjusted Book Balance                         $1,702,692.960
                                              ----------------------
Difference                                           $0.000
                                              ======================

```
System:     4/3/2023    12:54:41 PM            LOCKHART CHEMICAL COMPANY              Page:   1
User Date:  4/3/2023                          CLEARED TRANSACTIONS JOURNAL           User ID: askillington
                                                 Bank Reconciliation
```

```
Audit Trail Code:  CMADJ00000114
Checkbook ID:      FNB
Description:        First National Bank Checking
Sorted By:          Type
Sort Order:         Ascending
```

| Type | Number | Date | Paid To/Rcvd From | Trx Amount | Cleared Amount |
|------|--------|------|-------------------|-----------:|---------------:|
| DEP | 04221 | 3/7/2023 | | $12,277.440 | |
| DEP | 04222 | 3/14/2023 | | $7,607.600 | |
| DEP | 04223 | 3/28/2023 | | $33,631.900 | |
| CHK | 082942 | 2/23/2023 | GUARDIAN | ($304.380) | |
| CHK | 082943 | 2/23/2023 | HEALTH ALLIANCE PLAN | ($2,693.450) | |
| CHK | 082944 | 3/16/2023 | CTS-COMPANIES, INC. | ($152.920) | |
| CHK | 082945 | 3/16/2023 | LOCAL UNION # 332 | ($192.000) | |
| CHK | 082946 | 3/16/2023 | MACOMB GROUP - FLINT | ($65.130) | |
| CHK | 082947 | 3/16/2023 | STATE OF MICHIGAN | ($60.000) | |
| CHK | BEREN 23IHQ162 | 3/16/2023 | MAUSER USA LLC | ($450.000) | |
| CHK | CITY FEB | 3/16/2023 | CITY OF FLINT | ($6,636.210) | |
| CHK | CON FEB | 3/16/2023 | CONSTELLATION NEW ENERGY-GAS D | ($36,956.020) | |
| CHK | CON MARCH | 3/16/2023 | CONSTELLATION NEW ENERGY-GAS D | ($12,417.880) | |
| CHK | FEB CITY | 3/16/2023 | CITY OF FLINT | ($61.980) | |
| CHK | FIBERTEC A13770-01 | 3/16/2023 | FIBERTEC ENVIRONMENTAL SERVICE | ($702.000) | |
| CHK | WM MARCH | 3/16/2023 | WASTE MANAGEMENT OF MICHIGAN | ($3,195.150) | |
| CHK | YOUNG 284167 | 3/16/2023 | YOUNG'S ENVIRONMENTAL CLEANUP | ($7,051.250) | |
| CHK | YOUNG 284168 | 3/16/2023 | YOUNG'S ENVIRONMENTAL CLEANUP | ($2,009.500) | |
| DAJ | DAJ000002983 | 3/2/2023 | PR | ($613.380) | |
| DAJ | DAJ000002984 | 3/2/2023 | PR | ($2,028.520) | |
| DAJ | DAJ000002985 | 3/9/2023 | PR | ($475.600) | |
| DAJ | DAJ000002986 | 3/9/2023 | PR | ($1,753.840) | |
| DAJ | DAJ000002987 | 3/14/2023 | PR | ($1,526.300) | |
| DAJ | DAJ000002988 | 3/14/2023 | PR | ($4,617.950) | |
| DAJ | DAJ000002989 | 3/16/2023 | PR | ($640.070) | |
| DAJ | DAJ000002990 | 3/16/2023 | PR | ($2,066.190) | |
| DAJ | DAJ000002991 | 3/23/2023 | PR | ($950.520) | |
| DAJ | DAJ000002992 | 3/23/2023 | PR | ($2,634.210) | |
| DAJ | DAJ000002994 | 3/30/2023 | PR | ($131.990) | |
| DAJ | DAJ000002995 | 3/30/2023 | PR | ($170.300) | |
| DAJ | DAJ000002996 | 3/30/2023 | PR | ($450.000) | |
| DAJ | DAJ000002997 | 3/30/2023 | PR | ($1,150.780) | |
| DAJ | DAJ000002998 | 3/30/2023 | PR | ($2,125.180) | |
| DAJ | DAJ000002999 | 3/30/2023 | PR | ($3,383.150) | |
| DAJ | DAJ000003000 | 3/30/2023 | PR | ($6,030.570) | |

```
     35 Transaction(s)
```

```
     Totals:
     Number of Payments                  32
     Amount of Payments        $103,696.420
     Number of Deposits                   3
     Amount of Deposits         $53,516.940
```

```
System:      4/3/2023     12:54:43 PM              LOCKHART CHEMICAL COMPANY                        Page:    1
User Date:  4/3/2023                            OUTSTANDING TRANSACTIONS REPORT                     User ID: askillington
                                                      Bank Reconciliation

Audit Trail Code: CMADJ00000114
Checkbook ID:     FNB
Description:      First National Bank Checking
Sorted By:       Type
Sort Order:      Ascending

Type  Number              Date              Paid To/Rcvd From                              Trx Amount
------------------------------------------------------------------------------------------------------------
CHK   082941             2/23/2023          2427157 ONTARIO-PETER NWAJEI                   ($1,280.000)

          1 Transaction(s)


      Totals:
      Number of Payments             1
      Amount of Payments      $1,280.000
      Number of Deposits             0
      Amount of Deposits        $0.000
```