IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOCKHART CHEMICAL COMPANY,

           Debtors,

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,

           Movant,

v.

NO RESPONDENT.

Bankruptcy No.:22-22005-CMB

Chapter 7

Hearing date and time:
June 26, 2023 at 1:30 p.m.

### APPLICATION OF NTH CONSULTANTS, LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ENVIRONMENTAL CONSULTANT FOR THE TRUSTEE FOR THE PERIOD OF OCTOBER 10, 2022 THROUGH MAY 12, 2023

1. The Applicant is NTH Consultants, LTD., counsel for the Trustee.

2. The within case was commenced via voluntary Petition on October 10, 2022.

3. An Order of Court approving NTH Consultants, LTD., as a Professional to provide environmental consulting services for the Trustee Nunc Pro Tunc was entered on March 20, 2023. The Order is attached hereto as **Exhibit A.**

4. No compensation has previously been paid to the Applicant.

5. The Applicant is now requesting approval of its First Interim Fee Application for Professional environmental consulting services rendered on behalf of the Trustee for the time period of October 10, 2022, through May 12, 2023, in the total amount of $41,661.25.

6. The following individuals may have contributed to the total billing hours:

    a. Rhiana C. Dornbos  Engineer           $205.00/hour

| | | | |
|---|---|---|---|
| b. | Eric Marko | Project Professional | $170.00/hour |
| c. | Jeffrey P. Jaros | Senior Officer | $275.00/hour |
| d. | Richard L. Burns | Senior Officer | $275.00/hour |
| e. | Joel Schanne | Sr. Project Professional | $185.00/hour |
| f. | Karen Okonta | Sr. Project Professional | $185.00/hour |
| g. | Steven Innes | Sr. Project Professional | $130.00/hour |
| h. | Tristan Licht | Staff Professional | $130.00/hour |
| i. | Dawn E. Comerford | Staff Professional | $85.00/hour |
| j. | Michelle Kitzinger | Staff Professional | $85.00/hour |

7. The Applicant has also incurred expenses in the amount of $136.22.

8. Attached as **Exhibit B** is an invoice by individual for services that individual performed in chronological Order, in this Chapter 7 Case, for the time period of October 10, 2022 through May 12, 2023.

WHEREFORE, the Applicant respectfully requests that this Honorable Court enter an Order approving fees and expenses to the Applicant in the total amount of $41,797.47 for the time period of October 10, 2022, through May 12, 2023.

RESPECTFULLY SUBMITTED:

Date: May 19, 2023

/s/ David L. Fuchs
DAVID L. FUCHS
PA I.D. #205694
TERESA K. FUCHS
PA I.D. #205696
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)