IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOCKHART CHEMICAL COMPANY,

        Debtors,

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,

        Movant,

v.

NO RESPONDENT.

Bankruptcy No.:22-22005-CMB

Chapter 7

Hearing date and time:
June 26, 2023 at 1:30 p.m.

## SUMMARY COVER SHEET
## FEES AND EXPENSES-FIRST INTERIM FEE APPLCIATION
## FOR THE PERIOD OF OCTOBER 10, 2022 THROUGH MAY 12, 2023

1. NTH Consultants, LTD. was appointed as Special Counsel Nunc Pro Tunc for the Trustee pursuant to an Order of Court entered on March 20, 2023 (Doc. No. 121). A copy of the Order is attached to the Application as **Exhibit A**.

2. NTH Consultants, LTD., is a Professional retained by Natalie Lutz Cardiello.

3. The total amount of interim compensation is $41,661.25.

4. The compensation requested herein is interim.

5. This is the first request for compensation.

6. No previous compensation has been approved.

7. The application seeks reimbursement of expenses in the amount of $136.22.

8. No amount of expenses has been previously approved.

9. Other factors bearing on fee application: None.

Date: <u>May 19, 2023</u>              /s/ *David L. Fuchs*
                                                      DAVID L. FUCHS
                                                      PA I.D. #205694
                                                      TERESA K. FUCHS
                                                      PA I.D. #205696
                                                      Fuchs Law Office, LLC
                                                      554 Washington Ave, First Floor
                                                      Carnegie, PA  15106
                                                      (412) 223-5404 (phone)
                                                      (412) 223-5406 (facsimile)