# NTH Consultants, Ltd.
Infrastructure Engineering
and Environmental Services

**Attention:** Natalie Cardiello
**Natalie Cardiello**
**107 Huron Drive**
**Carnegie, PA 15106**
**US**

**Invoice:** 632831
**Invoice Date:** 5/18/2023
**Project:** 22000693
**Project Name:** LCC Bankruptcy Technical Assistance
**Bill Term:** 01

**For Professional Services Rendered Through 5/12/2023**

**Contract:** CC
**Contract Name:** Client Contract

Authorization per Bankruptcy No: 22-22005-CMB

Bankruptcy Technical Assistance

| | Current Billings |
|---|---:|
| 01 - Bankruptcy Technical Assistance | 41,797.47 |
|    *Rate Labor*    41,661.25 | |
|    *Unit Rate Expense*    136.22 | |
| **Current Billings** | 41,797.47 |
| **Amount Due This Bill** | 41,797.47 |

| | |
|---|---:|
| **Total Fee:** | 50,000.00 |
| **To Date Billings:** | 41,797.47 |
| **Total Remaining:** | 8,202.53 |

# EXHIBIT
## B

Project: 22000693 - LCC Bankruptcy Technical Assistance                                                                          Invoice: 632831

**01 - Bankruptcy Technical Assistance**
**LABOR REVENUE TYPE CODE**
**Rate Labor**
*Class / Employee*

| | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Principal Engineer** | | | | |
| Rhiana C. Dornbos | 3/27/2023 | 0.25 | 205.000 | 51.25 |
| Oxidizer 216 air requirements review | | | | |
| | 3/30/2023 | 1.25 | 205.000 | 256.25 |
| Review of Oxidation 216 reqs/risk | | | | |
| | 4/10/2023 | 0.25 | 205.000 | 51.25 |
| prep for Tues discussion | | | | |
| | 4/11/2023 | 1.00 | 205.000 | 205.00 |
| Call on restart Oxidation 216 | | | | |
| | 4/12/2023 | 0.50 | 205.000 | 102.50 |
| Draft response/follow-up on MAERS letter | | | | |
| | 4/13/2023 | 0.25 | 205.000 | 51.25 |
| call w Karen | | | | |
| | 4/20/2023 | 3.50 | 205.000 | 717.50 |
| LCC Memo on CAA compliance; call with Dan McGeen and follow up | | | | |
| | 4/21/2023 | 1.00 | 205.000 | 205.00 |
| Summary of insp. reports | | | | |
| | 5/1/2023 | 0.25 | 205.000 | 51.25 |
| project status/followup | | | | |
| **Total Rhiana C. Dornbos** | | 8.25 | | 1,691.25 |
| **Total Principal Engineer** | | 8.25 | | 1,691.25 |
| **Project Professional** | | | | |
| Eric Marko | 2/27/2023 | 0.75 | 170.000 | 127.50 |
| review MAERS for info needed | | | | |
| | 2/28/2023 | 0.75 | 170.000 | 127.50 |
| discuss MAERS with Tyler & Joe at Lockhar | | | | |
| | 3/7/2023 | 0.50 | 170.000 | 85.00 |
| MAERS & memo | | | | |
| | 3/8/2023 | 0.50 | 170.000 | 85.00 |
| MAERS & memo | | | | |
| | 3/9/2023 | 5.00 | 170.000 | 850.00 |
| MAERS & memo | | | | |
| | 3/10/2023 | 0.50 | 170.000 | 85.00 |
| MAERS & memo | | | | |
| | 3/30/2023 | 0.25 | 170.000 | 42.50 |
| Questions on restart EUOX216 (discussion/review w/ RD) | | | | |
| | 4/25/2023 | 1.50 | 170.000 | 255.00 |
| discussion with JPJ, KWO | | | | |
| **Total Eric Marko** | | 9.75 | | 1,657.50 |
| **Total Project Professional** | | 9.75 | | 1,657.50 |
| **Senior Officer** | | | | |
| Jeffrey P. Jaros | 4/20/2023 | 1.00 | 275.000 | 275.00 |
| Assistance with oxidizer issue | | | | |
| | 4/25/2023 | 1.00 | 275.000 | 275.00 |
| Regulatory issues with potential use of oxidizer | | | | |
| **Total Jeffrey P. Jaros** | | 2.00 | | 550.00 |
| Richard L. Burns | 10/10/2022 | 3.00 | 275.000 | 825.00 |
| Bankruptcy calls, correspondence, and coordination. | | | | |
| | 10/11/2022 | 2.50 | 275.000 | 687.50 |
| Bankruptcy calls, correspondence, and coordination. | | | | |
| | 10/12/2022 | 1.00 | 275.000 | 275.00 |

Page: 1

Project: 22000693 - LCC Bankruptcy Technical Assistance                                                                                               Invoice: 632831

**01 - Bankruptcy Technical Assistance**
**Rate Labor**
*Class / Employee*

| | Date | Hours | Rate | Amount |
|---|---|---|---|---|

**Senior Officer**

Bankruptcy calls, correspondence, and coordination.
| | 10/13/2022 | 1.00 | 275.000 | 275.00 |

Bankruptcy trustee support and YECI coordination/correspondnenc.
| | 10/14/2022 | 1.00 | 275.000 | 275.00 |

Follow-up with Paul Cordaro and Natalie C. (Trustee)
| | 10/18/2022 | 0.50 | 275.000 | 137.50 |

Follow-up with Natalie (Bankruptcy Trustee).
| | 10/20/2022 | 1.00 | 275.000 | 275.00 |

Correspondence and coordination with YECI, NTH and Natalie Cordiello regarding bankruptcy status, necessary engineering improvements, and associated strategy for long-term environmental protection at the lease possible cost.
| | 10/21/2022 | 2.00 | 275.000 | 550.00 |

Correspondence and coordination with YECI and Natalie Cordiello regarding bankruptcy status, necessary engineering improvements, and associated strategy for long-term environmental protection at the lease possible cost.
| | 10/24/2022 | 2.50 | 275.000 | 687.50 |

Bankruptcy hearing preparation with YECI, staff, and Natalie Cardiello
| | 10/25/2022 | 2.50 | 275.000 | 687.50 |

Bankruptcy hearing follow-up with YECI, Cardiello, and NTH.
| | 10/26/2022 | 1.00 | 275.000 | 275.00 |

Conversation/planning with Natalie Cardiello.\
| | 11/7/2022 | 3.50 | 275.000 | 962.50 |

Site visit with EGLE/LCC staff to review site conditions prior to boiler start-up (including follow-up call with Natalie Cardilleo)
| | 11/11/2022 | 0.50 | 275.000 | 137.50 |

Status call with Natalie Cardilleo.
| | 11/14/2022 | 2.00 | 275.000 | 550.00 |

EGLE/USEPA/Lockhart meetings and correspondence
| | 11/15/2022 | 3.00 | 275.000 | 825.00 |

EGLE/USEPA/Lockhart meetings and correspondence
| | 11/16/2022 | 1.00 | 275.000 | 275.00 |

Lockhart calls and related correspondence.
| | 11/18/2022 | 1.50 | 275.000 | 412.50 |

Correspondence and staff follow-up regarding boiler start-up and related operational issues with Natalie Cardilleo and Tyler
| | 11/21/2022 | 1.00 | 275.000 | 275.00 |

Tyler, Natalie, and staff updates regarding "Calcium Building" water line break, flooding, and LCC's EGLE response.
| | 11/22/2022 | 1.00 | 275.000 | 275.00 |

EGLE/Flint corrrespondence.
| | 11/23/2022 | 1.00 | 275.000 | 275.00 |

Staff and client coordination/correspondence related to boiler start-up, drainage, and Flint discharge.
| | 11/28/2022 | 2.00 | 275.000 | 550.00 |

Calls and correspondence with Natalie Cardilleo and staff regarding updated (new) USEPA/EGLE order. Also, conference call with USEPA, Natalie, John Byl, and David Fuchs regarding the agencies proposed administrative order.
| | 11/29/2022 | 1.00 | 275.000 | 275.00 |

Review David Fuchs letter to USEPA and Flint/EGLE discharge plan coordination.
| | 11/30/2022 | 1.00 | 275.000 | 275.00 |

EGLE/USEPA/AG/DOJ/Flint correspondence and coordination.
| | 12/1/2022 | 1.00 | 275.000 | 275.00 |

EGLE/USEPA/AG/DOJ/Flint correspondence and coordination.

Project:  22000693 - LCC Bankruptcy Technical Assistance                                                                    Invoice:  632831

**01 - Bankruptcy Technical Assistance**
**Rate Labor**
*Class / Employee* | Date | Hours | Rate | Amount

**Senior Officer**

| | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| | 12/2/2022 | 0.50 | 275.000 | 137.50 |
| EGLE/USEPA/AG/DOJ/Flint correspondence and coordination.. | | | | |
| | 12/5/2022 | 2.00 | 275.000 | 550.00 |
| USEPA/EGLE/FLINT/DOJ/MI-AG/ and LCC calls and discussions regarding boiler start-up, Flint discharge, and product removal plans. | | | | |
| | 12/7/2022 | 2.00 | 275.000 | 550.00 |
| USEPA/EGLE/FLINT/DOJ/MI-AG/ and LCC calls and discussions regarding boiler start-up, Flint discharge, and product removal plans. | | | | |
| | 12/9/2022 | 0.50 | 275.000 | 137.50 |
| Update with Natalie Cardilleo | | | | |
| | 12/12/2022 | 2.00 | 275.000 | 550.00 |
| Conference calls and related correspondence to/from USEPA, DOJ, EGLE, MI-AG, LCC, and others regarding boiler start-up, water discharge, and contingency work plan revisions. | | | | |
| | 12/13/2022 | 1.00 | 275.000 | 275.00 |
| Internal meeting to discuss USEPA's workplan revisions. | | | | |
| **Total Richard L. Burns** | | 45.50 | | 12,512.50 |
| **Total Senior Officer** | | 47.50 | | 13,062.50 |

**Sr Proj Professional**

Joel Schanne

| | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| | 12/5/2022 | 1.00 | 185.000 | 185.00 |
| EGLE and EPA meeting | | | | |
| | 12/6/2022 | 0.50 | 185.000 | 92.50 |
| response and map updates for EGLE and EPA meeting | | | | |
| | 12/7/2022 | 0.50 | 185.000 | 92.50 |
| response and map updates for EGLE and EPA meeting | | | | |
| | 12/8/2022 | 1.00 | 185.000 | 185.00 |
| EGLE and EPA meeting | | | | |
| **Total Joel Schanne** | | 3.00 | | 555.00 |

Karen Okonta

| | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| | 10/11/2022 | 4.00 | 185.000 | 740.00 |
| bankruptcy support, call with trustee | | | | |
| | 10/24/2022 | 4.00 | 185.000 | 740.00 |
| cost estimate for Trustee | | | | |
| | 11/18/2022 | 1.00 | 185.000 | 185.00 |
| call with attorneys | | | | |
| | 11/21/2022 | 2.00 | 185.000 | 370.00 |
| call with trustee, EGLE, and City of Flint to discuss discharge, review of data from YECI | | | | |
| | 11/22/2022 | 2.00 | 185.000 | 370.00 |
| communication with site/egle/cof - information to cof for sanitary discharge renewal | | | | |
| | 11/29/2022 | 3.00 | 185.000 | 555.00 |
| call with Tyler and Joe - developed and put together information for the workplan to send to EPA | | | | |
| | 11/30/2022 | 1.50 | 185.000 | 277.50 |
| discussion and revisions to provide clarification to flow diagram for COF | | | | |
| | 12/2/2022 | 0.50 | 185.000 | 92.50 |
| coordination with EGLE for meeting information | | | | |
| | 12/5/2022 | 1.00 | 185.000 | 185.00 |
| meeting with EGLE, USEPA, AG, COF to discuss resumption of discharge to COF | | | | |
| | 12/7/2022 | 3.00 | 185.000 | 555.00 |
| internal meeting, discussion to discuss discharge, revisions to site drawing, look up information and response to Cheri's comments, coordinate meeting and call to Jeanette and Eric | | | | |
| | 12/8/2022 | 1.50 | 185.000 | 277.50 |
| coordinate meeting. follow up requests from Cheri, and call with COF, EGLE, AG, and EPA regarding drainage at the site and discharge to COF | | | | |
| | 12/12/2022 | 4.00 | 185.000 | 740.00 |

Project: 22000693 - LCC Bankruptcy Technical Assistance                                                                  Invoice: 632831

**01 - Bankruptcy Technical Assistance**
**Rate Labor**
*Class / Employee*

| | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Sr Proj Professional** | | | | | |
| | meeting with EPA, follow up communication with EGLE and initiate work plan | | | | |
| | | 12/13/2022 | 2.50 | 185.000 | 462.50 |
| | call with EGLE to revise site flow diagrams, follow-up with communication with LCC personnel, information to COF, work plan | | | | |
| | | 12/14/2022 | 5.50 | 185.000 | 1,017.50 |
| | Call with EGLE and follow-up with Lockhart personnel, continue with workplan | | | | |
| | | 12/15/2022 | 4.00 | 185.000 | 740.00 |
| | development of draft work plan | | | | |
| | | 12/22/2022 | 1.00 | 185.000 | 185.00 |
| | Regulatory assistance | | | | |
| | | 1/7/2023 | 2.00 | 185.000 | 370.00 |
| | initiate revisions to work plan per US EPA comments | | | | |
| | | 1/8/2023 | 1.00 | 185.000 | 185.00 |
| | revisions to work plan per US EPA comments, coordinate with Tyler | | | | |
| | | 1/9/2023 | 3.00 | 185.000 | 555.00 |
| | Teams meeting with Joe and Tyler to go over edits to the plan, follow-up call with Natalie | | | | |
| | | 1/11/2023 | 2.00 | 185.000 | 370.00 |
| | call with EPA about work plan and follow-up call with WNJ, EGLE, and EPA | | | | |
| | | 1/12/2023 | 2.00 | 185.000 | 370.00 |
| | Call with EPA's Sean Kane, Tricia Edwards, Jeffrey Kimble regarding Work Plan and Health & Safety Plan | | | | |
| | | 1/13/2023 | 2.00 | 185.000 | 370.00 |
| | call with EPA WNJ, EGLE, and EPA | | | | |
| | | 1/16/2023 | 1.50 | 185.000 | 277.50 |
| | revisions to work plan, compile information from Lockhart | | | | |
| | | 1/17/2023 | 2.50 | 185.000 | 462.50 |
| | review lockhart's documents and edit to address EGLE and EPA requests | | | | |
| | | 1/18/2023 | 2.00 | 185.000 | 370.00 |
| | review, edit documentation from Lockhart and HASP | | | | |
| | | 1/19/2023 | 2.00 | 185.000 | 370.00 |
| | call with EGLE and EPA and finalize HASP | | | | |
| | | 1/24/2023 | 1.00 | 185.000 | 185.00 |
| | call with Trustee and Clark Hill to discuss terms of service | | | | |
| | | 1/26/2023 | 1.00 | 185.000 | 185.00 |
| | call with EPA and EGLE, follow-up documents and work plan to EPA as reequested | | | | |
| | | 1/27/2023 | 0.50 | 185.000 | 92.50 |
| | download files and separate attachments to send to EPA | | | | |
| | | 2/2/2023 | 1.50 | 185.000 | 277.50 |
| | Weekly update meeting | | | | |
| | | 2/3/2023 | 0.50 | 185.000 | 92.50 |
| | communication with Clark Hill and Trustee | | | | |
| | | 2/6/2023 | 2.00 | 185.000 | 370.00 |
| | Revisions to work plan | | | | |
| | | 2/7/2023 | 4.00 | 185.000 | 740.00 |
| | call with Scott Watson, Trustee and Lockhart, call with Tyler and Joe to go over work plan | | | | |
| | | 2/8/2023 | 4.00 | 185.000 | 740.00 |
| | Call with Tyler and Joe, revisions to work plan | | | | |
| | | 2/9/2023 | 1.00 | 185.000 | 185.00 |
| | call with Natalie to go over comments and revised work plna | | | | |
| | | 2/10/2023 | 1.25 | 185.000 | 231.25 |
| | review and revisions to plan re-write, communication with Trustee and WNJ | | | | |
| | | 2/16/2023 | 1.00 | 185.000 | 185.00 |

Project:  22000693 - LCC Bankruptcy Technical Assistance                                                                          Invoice:  632831

**01 - Bankruptcy Technical Assistance**
**Rate Labor**
*Class / Employee* | | *Date* | *Hours* | *Rate* | *Amount*
---|---|---|---|---|---
**Sr Proj Professional** | | | | |
| | Call with EGLE and USEPA, follow up | | | |
| | 2/22/2023 | 0.25 | 185.000 | 46.25
| | discussion with Natalie and review of air quality documents and | | | |
| | 2/23/2023 | 1.00 | 185.000 | 185.00
| | weekly project update call and internal discussion about MAERS | | | |
| | 2/28/2023 | 1.00 | 185.000 | 185.00
| | discussion with Eric about MAERS and information request, call with Joe and Tyler about MAERS information needed, go over spreadsheet to identify data needs | | | |
| | 3/2/2023 | 1.00 | 185.000 | 185.00
| | weekly call with DOF, EPA, EGLE, etc.; review EPA comments on work plan | | | |
| | 3/7/2023 | 1.50 | 185.000 | 277.50
| | Call with Joe to go over edits to work plan and revisions to the work plan and site map, discuss MAERS missing data with Joe, follow-up with information to Joe for MAERS | | | |
| | 3/8/2023 | 1.00 | 185.000 | 185.00
| | plan revisions and finalize for submittal to EPA | | | |
| | 3/9/2023 | 2.00 | 185.000 | 370.00
| | Weekly call and follow up with Don, questions about MAERS | | | |
| | 3/10/2023 | 2.75 | 185.000 | 508.75
| | follow-up call with Scott and Natalie regarding weekly call discussion and steps to move forward. Call with Sean and Danielle to discuss the work plan and discussion about MAERS report. | | | |
| | 3/13/2023 | 1.00 | 185.000 | 185.00
| | weekly project update with Youngs and Lockhart site personnel, MAERS discussion with project personnel | | | |
| | 3/15/2023 | 1.50 | 185.000 | 277.50
| | Call with Natalie and Rhiana to discuss MAERS upload, MAERS memo, and finalize review | | | |
| | 3/16/2023 | 1.00 | 185.000 | 185.00
| | Weekly call with EGLE and EPA | | | |
| | 3/20/2023 | 1.00 | 185.000 | 185.00
| | Weekly call with Tyler and Joe, edits to drawing as requested by Tyler for internal use | | | |
| | 3/21/2023 | 1.00 | 185.000 | 185.00
| | Call with city of flint about map and initiate revisions | | | |
| | 3/22/2023 | 0.75 | 185.000 | 138.75
| | revisions to drawing for Tyler and City of Fllint | | | |
| | 3/23/2023 | 1.50 | 185.000 | 277.50
| | call with EGLE and EPA | | | |
| | 3/30/2023 | 2.00 | 185.000 | 370.00
| | Oxidizer discussion, call with Natalie, follow-up with Scott, weekly meeting, and documents to Tyler and Jo | | | |
| | 3/31/2023 | 1.00 | 185.000 | 185.00
| | review lab data for COF discharge, send information to Tyler for manhole observations, evaluate options for use of oxidizer | | | |
| | 4/5/2023 | 1.00 | 185.000 | 185.00
| | review data from Lockhart, oxidizer evaluation, communication with LCC | | | |
| | 4/6/2023 | 0.50 | 185.000 | 92.50
| | Communication with LCC | | | |
| | 4/7/2023 | 1.00 | 185.000 | 185.00
| | call with Trustee to discuss oxidizer, follow up with Joe, coordinate with Air Quality personnel | | | |
| | 4/10/2023 | 1.00 | 185.000 | 185.00
| | Call with LCC and Youngs, discuss next steps, discuss options for oxidizer use; internal discussion for oxidizer | | | |
| | 4/11/2023 | 1.00 | 185.000 | 185.00
| | call with WNJ, NTH, LCC, and Trustee to discuss potential use of Oxidation unit and related compliance items | | | |

Page:  5

**01 - Bankruptcy Technical Assistance**
**Rate Labor**
*Class / Employee*

| | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Sr Proj Professional** | | | | |
| | 4/17/2023 | 1.00 | 185.000 | 185.00 |
| call with lab to discuss COF sampling requirements, compliance with permit; call with COF; follow up with LCC | | | | |
| | 4/20/2023 | 3.50 | 185.000 | 647.50 |
| oxidizer/air permit discussion, Air quality memo, call with Scott, call with Rhiana, call with Natalie, EGLE and EPA weekly meeting | | | | |
| | 4/21/2023 | 1.25 | 185.000 | 231.25 |
| oxidizer questions with Joe, follow up on potential work plan | | | | |
| | 4/24/2023 | 0.75 | 185.000 | 138.75 |
| call with Tyler to go over COF discharge questions; call with Don, Joe, and Tyler to discuss status of site | | | | |
| | 4/25/2023 | 0.50 | 185.000 | 92.50 |
| call with Jeff and Eric to discuss oxidizer and air permitting issues | | | | |
| | 4/27/2023 | 0.50 | 185.000 | 92.50 |
| weekly call | | | | |
| | 5/1/2023 | 0.50 | 185.000 | 92.50 |
| review information for pH neutralization and tank closure | | | | |
| | 5/3/2023 | 0.50 | 185.000 | 92.50 |
| discussion with Trustee regarding air permit and oxidizer | | | | |
| | 5/4/2023 | 1.00 | 185.000 | 185.00 |
| Weekly call and follow up with Scott Watson about neutralization | | | | |
| | 5/10/2023 | 1.00 | 185.000 | 185.00 |
| review of tank closure for waste neutralization | | | | |
| | 5/11/2023 | 1.00 | 185.000 | 185.00 |
| call with EPA, EGLE, and Trustee/follow up call with Tyler about pH neutralization | | | | |
| **Total Karen Okonta** | | 115.50 | | 21,367.50 |
| Rhiana C. Dornbos | | | | |
| | 2/27/2023 | 0.50 | 185.000 | 92.50 |
| MAERS coordination | | | | |
| | 3/10/2023 | 0.50 | 185.000 | 92.50 |
| Lockhart MAERS | | | | |
| | 3/13/2023 | 1.25 | 185.000 | 231.25 |
| MAERS | | | | |
| | 3/14/2023 | 1.00 | 185.000 | 185.00 |
| MAERS | | | | |
| | 3/15/2023 | 5.00 | 185.000 | 925.00 |
| MAERS and SCT submittal | | | | |
| **Total Rhiana C. Dornbos** | | 8.25 | | 1,526.25 |
| Steven Innes | | | | |
| | 11/3/2022 | 2.00 | 185.000 | 370.00 |
| Regulatory assistance | | | | |
| | 11/4/2022 | 1.00 | 185.000 | 185.00 |
| Regulatory assistance | | | | |
| | 11/18/2022 | 1.00 | 185.000 | 185.00 |
| Conference call with bankruptcy trustee | | | | |
| | 12/7/2022 | 0.50 | 185.000 | 92.50 |
| Review of EGLE lab chromatograms for manhole vs outfall samples | | | | |
| | 4/25/2023 | 0.50 | 185.000 | 92.50 |
| review of information from EGLE for neutralization | | | | |
| | 4/28/2023 | 0.50 | 185.000 | 92.50 |
| Regulatory pathway for neutralization | | | | |
| | 5/3/2023 | 0.50 | 185.000 | 92.50 |
| Review volumes for neutralization | | | | |

Project: 22000693 - LCC Bankruptcy Technical Assistance                                                                Invoice: 632831

## 01 - Bankruptcy Technical Assistance
### Rate Labor

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Sr Proj Professional** | | | | |
| Total Steven Innes | | 6.00 | | 1,110.00 |
| **Total Sr Proj Professional** | | 132.75 | | 24,558.75 |
| **Staff Professional** | | | | |
| Tristan Licht | 5/1/2023 | 0.50 | 130.000 | 65.00 |
| update summary of oxidation 216 spreadsheet | | | | |
| | 5/4/2023 | 2.50 | 130.000 | 325.00 |
| Update Lockhart Inspection spreadsheet and review inspection forms | | | | |
| | 5/5/2023 | 1.50 | 130.000 | 195.00 |
| Entry for Lockhart inspections | | | | |
| **Total Tristan Licht** | | 4.50 | | 585.00 |
| **Total Staff Professional** | | 4.50 | | 585.00 |
| **Word Processor** | | | | |
| Dawn E. Comerford | 1/20/2023 | 0.25 | 85.000 | 21.25 |
| Create a folder in Egnyte to upload documents for KO, Jeff approved the 99 time charge | | | | |
| | 3/8/2023 | 0.75 | 85.000 | 63.75 |
| Finalize Work Plan for KO and upload to Egnyte | | | | |
| **Total Dawn E. Comerford** | | 1.00 | | 85.00 |
| Michelle Kitzinger | 3/15/2023 | 0.25 | 85.000 | 21.25 |
| Memo | | | | |
| **Total Word Processor** | | 1.25 | | 106.25 |
| | **Total Rate Labor** | | | **41,661.25** |
| **Total LABOR REVENUE TYPE CODE** | | | | **41,661.25** |

### EXPENSE REVENUE TYPE CODE
### Unit Rate Expenses

| Account / Unit / Equipment / Vendor | Doc Number | Date | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **Mileage** | | | | | |
| **REIMBURSED MILEAGE** | | | | | |
| Richard L. Burns | PRR001510 | 11/7/2022 | 99.00 MILE(S) | 0.688 | 68.11 |
| EGLE Boiler Start-up meeting per Natalie Cardilleo | | | | | |
| | PRR001510 | 11/15/2022 | 99.00 MILE(S) | 0.688 | 68.11 |
| USEPA/EGLE site meeting regarding boiler start-up and i"immenent" concernss | | | | | |
| **Total REIMBURSED MILEAGE** | | | 198.00 | | 136.22 |
| **Total Mileage** | | | | | 136.22 |
| | **Total Unit Rate Expenses** | | | | **136.22** |
| **Total EXPENSE REVENUE TYPE CODE** | | | | | **136.22** |
| **Total Bill Task: 01 - Bankruptcy Technical Assistance** | | | | | **41,797.47** |

**Total Project: 22000693 - LCC Bankruptcy Technical Assistance**                                                                41,797.47