IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOCKHART CHEMICAL COMPANY,

Debtors,

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,

Movant,

v.

NO RESPONDENT.

Bankruptcy No.:22-22005-CMB

Chapter 7

Hearing date and time:
June 26, 2023 at 1:30 p.m.

## ORDER OF COURT

Upon consideration of the foregoing Interim Fee Application of NTH Consultants, LTD., for Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period of October 10, 2022, through May 12, 2023, it is hereby ORDERED, ADJUDGED and DECREED that the Applicant, NTH Consultants, LTD., be, and hereby is, granted fees and expenses in the amount of $41,797.47 for the time period of October 10, 2022, through May 12, 2023.

Date: _____

_____
The Honorable Carlota M. Bohm
United States Bankruptcy Judge