IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOCKHART CHEMICAL COMPANY,

Debtors,

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,

Movant,

v.

NO RESPONDENT.

Bankruptcy No.:22-22005-CMB

Chapter 7

Hearing date and time:
June 26, 2023 at 1:30 p.m.

Related to Doc. No. 136

**ENTERED BY DEFAULT**

## ORDER OF COURT

Upon consideration of the foregoing Interim Fee Application of Fuchs Law Office, LLC for Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period of October 25, 2022, through May 15, 2023, it is hereby ORDERED, ADJUDGED and DECREED that the Applicant, Fuchs Law Office, LLC, be, and hereby is, granted fees and expenses in the amount of $17,997.52 for the period of October 25, 2022, through May 15, 2023.

Date: June 8, 2023

_____
The Honorable Carlota M. Bohm    dmr
United States Bankruptcy Judge

FILED
6/8/23 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA