IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**LOCKHART CHEMICAL COMPANY,**

Debtors,

**NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,**

Movant,

v.

**NO RESPONDENT.**

Bankruptcy No.:22-22005-CMB

Chapter 7

Hearing date and time:
June 26, 2023 at 1:30 p.m.

Related to Doc. No. 138

**ENTERED BY DEFAULT**

## ORDER OF COURT

Upon consideration of the foregoing Interim Fee Application of Warner Norcross & Judd, LLP, for Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period of October 10, 2022, through April 27, 2023, it is hereby ORDERED, ADJUDGED and DECREED that the Applicant, Warner Norcross & Judd, LLP, be, and hereby is, granted fees and expenses in the amount of $35,432.50 for the period of October 10, 2022, through April 27, 2023.

Date: June 8, 2023

*[signature]*
The Honorable Carlota M. Bohm **dmr**
United States Bankruptcy Judge

FILED
6/8/23 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA