**NTH Consultants, Ltd.**
Infrastructure Engineering
and Environmental Services

| | |
|---|---|
| **Attention:** Natalie Cardiello | **Invoice :** 633683 |
| Natalie Cardiello | **Invoice Date :** 8/28/2023 |
| 107 Huron Drive | **Project :** 22000693 |
| Carnegie, PA 15106 | **Project Name :** LCC Bankruptcy Technical Assistance |
| US | **Bill Term :** 01 |

**For Professional Services Rendered Through 8/25/2023**

**Contract :** CC
**Contract Name :** Client Contract

Authorization per Bankruptcy No: 22-22005-CMB

Bankruptcy Technical Assistance

| | Current Billings |
|---|---:|
| 01 - Bankruptcy Technical Assistance | 39,578.81 |
|    *Rate Labor*       39,222.50 | |
|    *Unit Rate Expense*    356.31 | |
| | |
| **Current Billings** | 39,578.81 |
| **Amount Due This Bill** | 39,578.81 |

| | |
|---|---:|
| **Total Fee :** | 81,376.28 |
| **To Date Billings :** | 81,376.28 |
| **Total Remaining :** | 0.00 |

**Project:** 22000693 - LCC Bankruptcy Technical Assistance                                      **Invoice:** 633683

**01 - Bankruptcy Technical Assistance**

**LABOR REVENUE TYPE CODE**

**Rate Labor**

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Principal Engineer** | | | | |
| Rhiana C. Dornbos | 6/27/2023 | 0.25 | 205.000 | 51.25 |
| | closure plan comments | | | |
| **Project Professional** | | | | |
| Laura Forquer | 6/26/2023 | 2.75 | 170.000 | 467.50 |
| | Review lockhart memo for Steve regarding acid tank treatment | | | |
| | 6/27/2023 | 3.00 | 170.000 | 510.00 |
| | Review lockhart memo for Steve regarding acid tank treatment | | | |
| | 6/29/2023 | 1.00 | 170.000 | 170.00 |
| | Discuss comments with Steve | | | |
| **Total Laura Forquer** | | 6.75 | | 1,147.50 |
| **Total Project Professional** | | 6.75 | | 1,147.50 |
| **Sr Proj Professional** | | | | |
| Karen Okonta | 5/18/2023 | 2.50 | 185.000 | 462.50 |
| | Internal discussion about waste neutralizations; weekly meeting call, discussion with Natalie about next steps on oxidizer | | | |
| | 5/19/2023 | 2.50 | 185.000 | 462.50 |
| | discussion with Tyler about the inventory spreadsheet requested by EGLE and additional information from SDS; review lab data and discussion with Fibertec regarding City of Flint sampling comments2 | | | |
| | 5/22/2023 | 1.00 | 185.000 | 185.00 |
| | communications with EGLE Re: neutralization, coordinate, meeting request; call to COF regarding sampling procedures | | | |
| | 5/23/2023 | 3.00 | 185.000 | 555.00 |
| | Call with COF about sample results and required procedures; call with EGLE's Bryan G. about closure plan for neutralization; call with Tyler about inventory spreadsheet; follow up call with Stacy at Fibertec | | | |
| | 5/24/2023 | 1.00 | 185.000 | 185.00 |
| | closure plan discussion | | | |
| | 5/25/2023 | 2.00 | 185.000 | 370.00 |
| | call with EGLE and EPA, closure plan discussion | | | |
| | 5/26/2023 | 1.00 | 185.000 | 185.00 |
| | work with LCC team on tank closure plan questions | | | |
| | 5/30/2023 | 2.00 | 185.000 | 370.00 |
| | information for tank closure plan | | | |
| | 5/31/2023 | 2.00 | 185.000 | 370.00 |
| | information for materials management, discussion about sampling for the City of Flint | | | |
| | 6/1/2023 | 2.00 | 185.000 | 370.00 |
| | weekly meeting and tank closure plan information | | | |
| | 6/5/2023 | 1.00 | 185.000 | 185.00 |
| | call with Don, Tyler, Joe, Scott at LCC and Steve for closure tank plan questions | | | |
| | 6/8/2023 | 1.50 | 185.000 | 277.50 |
| | closure plan information, weekly call, | | | |
| | 6/9/2023 | 0.50 | 185.000 | 92.50 |
| | communication with LCC on items needed for closure plan | | | |
| | 6/12/2023 | 4.00 | 185.000 | 740.00 |
| | communication/coordination with LCC and Youngs, review of draft tank closure plan, submittal to EGLE | | | |
| | 6/13/2023 | 1.00 | 185.000 | 185.00 |
| | communication with Fibertec, Joe, Tiffany regarding cancellation of sampling event, follow-up coordination for next sampling event | | | |
| | 6/15/2023 | 3.00 | 185.000 | 555.00 |

**Project:** 22000693 - LCC Bankruptcy Technical Assistance    **Invoice:** 633683

**01 - Bankruptcy Technical Assistance**

**Rate Labor**

| Class / Employee | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Sr Proj Professional** | | | | | |
| | Weekly call with EPA and EGLE, follow-up call with Natalie, call with Tyler to discuss sampling of Manhole 17, follow-up with Scott Watson | | | | |
| | | 6/16/2023 | 0.50 | 185.000 | 92.50 |
| | call with Joe, Tyler, and Don to discuss sampling procedures for Manhole 17 | | | | |
| | | 6/19/2023 | 1.00 | 185.000 | 185.00 |
| | coordination with LCC and discussion about MH-17 | | | | |
| | | 6/20/2023 | 0.75 | 185.000 | 138.75 |
| | Call to Tyler about sampling of MH-17 | | | | |
| | | 6/21/2023 | 1.50 | 185.000 | 277.50 |
| | coordination with LCC about 17 | | | | |
| | | 6/22/2023 | 2.00 | 185.000 | 370.00 |
| | discussion with Tyler about manhole 17, call from Dan regarding characterization results, weekly call | | | | |
| | | 6/29/2023 | 2.00 | 185.000 | 370.00 |
| | Tank 321 questions, call with EPA/EGLE | | | | |
| | | 7/5/2023 | 8.00 | 185.000 | 1,480.00 |
| | Travel to site for manhole inspection with EPA and EGLE, discussion with Lockhart personnel about BMPs and tank closure plan | | | | |
| | | 7/6/2023 | 3.00 | 185.000 | 555.00 |
| | Closure plan EGLE comments discussion with Steve/follow up with Lockhart / Weekly call with EPA and EGLE / follow-up with Lockhart on closure plan | | | | |
| | | 7/11/2023 | 0.50 | 185.000 | 92.50 |
| | information from Lockhart for proposed manhole activities | | | | |
| | | 7/12/2023 | 2.25 | 185.000 | 416.25 |
| | review plan edits, response to EGLE, call with Bryan, final draft | | | | |
| | | 7/13/2023 | 1.25 | 185.000 | 231.25 |
| | final draft plan submittal and Weekly meeting | | | | |
| | | 7/19/2023 | 0.75 | 185.000 | 138.75 |
| | call with Steve to discuss EGLE response letter and communication with Dan for waste neutralization schedule | | | | |
| | | 7/20/2023 | 1.50 | 185.000 | 277.50 |
| | Call with Natalie and Scott, weekly meeting with EPA and EGLE, follow up on closure plan for EGLE | | | | |
| | | 7/27/2023 | 2.00 | 185.000 | 370.00 |
| | Discuss closure plan oversight with field personnel, discussion with Don Long about changes to plan, weekly call with EPA, EGLE, | | | | |
| | | 8/2/2023 | 2.00 | 185.000 | 370.00 |
| | tank closure personnel coordination, discussion about pH meter, | | | | |
| | | 8/3/2023 | 2.00 | 185.000 | 370.00 |
| | Weekly EPA and EGLE call, field information discussion and review | | | | |
| | | 8/7/2023 | 1.00 | 185.000 | 185.00 |
| | coordinate with Mike and Don, call to Natalie to discuss schedule | | | | |
| | | 8/9/2023 | 1.00 | 185.000 | 185.00 |
| | tank neutralization, coordination and follow-up | | | | |
| | | 8/10/2023 | 2.00 | 185.000 | 370.00 |
| | Weekly call and coordination for tanks neutralization, discussion about other activities on-sote | | | | |
| | | 8/17/2023 | 2.00 | 185.000 | 370.00 |
| | communication with site, EGLE, and EPA personnel regarding deviation to tank closure plan, weekly call | | | | |
| | | 8/18/2023 | 0.50 | 185.000 | 92.50 |
| | Follow-up communication with project personnel and discussion with Trustee | | | | |
| | | 8/21/2023 | 1.00 | 185.000 | 185.00 |
| | call with Natalie, Youngs, and Tyler to discuss project needs | | | | |
| | | 8/22/2023 | 0.50 | 185.000 | 92.50 |

**Page:** 2

**Project:** 22000693 - LCC Bankruptcy Technical Assistance  **Invoice:** 633683
**01 - Bankruptcy Technical Assistance**

**Rate Labor**

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Sr Proj Professional** | | | | |
| | Call with Tyler to discuss site's next steps | | | |
| | 8/24/2023 | 1.00 | 185.000 | 185.00 |
| | call with Don Long regarding upcoming schedule for completing neutralization, weekly update call with agencies. | | | |
| **Total Karen Okonta** | | 70.00 | | 12,950.00 |
| Steven Innes | 5/17/2023 | 1.00 | 185.000 | 185.00 |
| | tank closure plan | | | |
| | 5/18/2023 | 1.00 | 185.000 | 185.00 |
| | tank closure plan | | | |
| | 5/22/2023 | 1.00 | 185.000 | 185.00 |
| | Call wiwth EGLE abut neutralization tank closure | | | |
| | 5/23/2023 | 2.50 | 185.000 | 462.50 |
| | tank closure plan | | | |
| | 5/24/2023 | 1.00 | 185.000 | 185.00 |
| | tank closure plan | | | |
| | 5/25/2023 | 3.00 | 185.000 | 555.00 |
| | tank closure plan | | | |
| | 5/26/2023 | 2.00 | 185.000 | 370.00 |
| | tank closure plan | | | |
| | 5/31/2023 | 3.00 | 185.000 | 555.00 |
| | tank closure plan | | | |
| | 6/1/2023 | 2.00 | 185.000 | 370.00 |
| | Neutralization tank closure plan | | | |
| | 6/2/2023 | 2.00 | 185.000 | 370.00 |
| | Neutralization tank closure plan | | | |
| | 6/5/2023 | 2.00 | 185.000 | 370.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/8/2023 | 6.00 | 185.000 | 1,110.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/9/2023 | 7.00 | 185.000 | 1,295.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/12/2023 | 3.00 | 185.000 | 555.00 |
| | tank closure plan | | | |
| | 6/13/2023 | 4.50 | 185.000 | 832.50 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/14/2023 | 2.00 | 185.000 | 370.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/21/2023 | 0.50 | 185.000 | 92.50 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/23/2023 | 1.00 | 185.000 | 185.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/26/2023 | 4.00 | 185.000 | 740.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/27/2023 | 2.00 | 185.000 | 370.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/28/2023 | 2.00 | 185.000 | 370.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/29/2023 | 1.00 | 185.000 | 185.00 |
| | Tank closure plan for on-site neutralization | | | |
| | 6/30/2023 | 2.00 | 185.000 | 370.00 |
| | Tank closure plan for on-site neutralization | | | |

**Project:** 22000693 - LCC Bankruptcy Technical Assistance  **Invoice:** 633683

**01 - Bankruptcy Technical Assistance**

**Rate Labor**

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Sr Proj Professional** | | | | |
| | 7/6/2023 | 4.00 | 185.000 | 740.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/7/2023 | 4.00 | 185.000 | 740.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/10/2023 | 2.50 | 185.000 | 462.50 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/11/2023 | 4.00 | 185.000 | 740.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/12/2023 | 4.00 | 185.000 | 740.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/14/2023 | 1.50 | 185.000 | 277.50 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/17/2023 | 2.00 | 185.000 | 370.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/19/2023 | 0.50 | 185.000 | 92.50 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/20/2023 | 2.00 | 185.000 | 370.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/24/2023 | 0.50 | 185.000 | 92.50 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/27/2023 | 2.00 | 185.000 | 370.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 7/31/2023 | 1.00 | 185.000 | 185.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 8/1/2023 | 2.00 | 185.000 | 370.00 |
| Tank closure plan for on-site neutralization | | | | |
| | 8/2/2023 | 4.00 | 185.000 | 740.00 |
| tank closure plan | | | | |
| | 8/3/2023 | 1.00 | 185.000 | 185.00 |
| Tank closure plan | | | | |
| | 8/4/2023 | 1.00 | 185.000 | 185.00 |
| tank closure plan | | | | |
| | 8/7/2023 | 1.00 | 185.000 | 185.00 |
| Tank Closure Plan | | | | |
| | 8/8/2023 | 1.00 | 185.000 | 185.00 |
| Tank Closure plan and communication with staff | | | | |
| | 8/9/2023 | 1.00 | 185.000 | 185.00 |
| Tank Closure plan and communication with staff | | | | |
| | 8/17/2023 | 1.50 | 185.000 | 277.50 |
| Tank Closure plan and communication with staff | | | | |
| | 8/18/2023 | 0.50 | 185.000 | 92.50 |
| Tank Closure plan and communication with staff | | | | |
| | 8/21/2023 | 0.50 | 185.000 | 92.50 |
| Tank closure plan | | | | |
| | 8/22/2023 | 0.50 | 185.000 | 92.50 |
| Tank clsoure plan | | | | |
| **Total Steven Innes** | | 97.50 | | 18,037.50 |
| **Total Sr Proj Professional** | | 167.50 | | 30,987.50 |
| **Staff Professional** | | | | |
| Michael Myers | 7/31/2023 | 1.50 | 130.000 | 195.00 |
| Lockhart tank closure plan discussion and review | | | | |

**Project:** 22000693 - LCC Bankruptcy Technical Assistance  **Invoice:** 633683

**01 - Bankruptcy Technical Assistance**

**Rate Labor**

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Staff Professional** | | | | |
| | 8/2/2023 | 11.00 | 130.000 | 1,430.00 |
| Lockhart tank closure field observation | | | | |
| | 8/3/2023 | 6.75 | 130.000 | 877.50 |
| Lockhart tank closure DFR | | | | |
| | 8/8/2023 | 9.00 | 130.000 | 1,170.00 |
| Lockhart tank closure field observation | | | | |
| | 8/9/2023 | 6.50 | 130.000 | 845.00 |
| Lockhart tank closure field observation | | | | |
| | 8/10/2023 | 4.50 | 130.000 | 585.00 |
| Lockhart tank closure field observation reports | | | | |
| | 8/17/2023 | 8.50 | 130.000 | 1,105.00 |
| Lockhart storage tank closure field observation | | | | |
| | 8/18/2023 | 0.25 | 130.000 | 32.50 |
| Lockhart storage tank closure DFR | | | | |
| **Total Michael Myers** | | 48.00 | | 6,240.00 |
| Tristan Licht | 6/9/2023 | 3.00 | 130.000 | 390.00 |
| Pump research for Steve for tank closure plan | | | | |
| | 6/13/2023 | 1.00 | 130.000 | 130.00 |
| Notes for pump manual | | | | |
| **Total Tristan Licht** | | 4.00 | | 520.00 |
| **Total Staff Professional** | | 52.00 | | 6,760.00 |
| **Word Processor** | | | | |
| Marguerite A. McKiever | 6/12/2023 | 1.00 | 85.000 | 85.00 |
| draft closure plan | | | | |
| | 8/2/2023 | 2.25 | 85.000 | 191.25 |
| revisions to plan | | | | |
| **Total Marguerite A. McKiever** | | 3.25 | | 276.25 |
| **Total Word Processor** | | 3.25 | | 276.25 |
| | **Total Rate Labor** | | | **39,222.50** |

**Total LABOR REVENUE TYPE CODE**                                                                                                         **39,222.50**

**EXPENSE REVENUE TYPE CODE**

**Unit Rate Expenses**

| Account / Unit / Equipment / Vendor | Doc Number | Date | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **Mileage** | | | | | |
| **REIMBURSED MILEAGE** | | | | | |
| Karen Okonta | ER004375 | 7/5/2023 | 130.00 MILE(S) | 0.721 | 93.73 |
| Manhole inspection with EGLE and EPA | | | | | |
| Michael Myers | ER004494 | 8/2/2023 | 90.60 MILE(S) | 0.721 | 65.32 |
| Lockhart tank closure field observation | | | | | |
| | ER004548 | 8/8/2023 | 91.00 MILE(S) | 0.721 | 65.61 |
| Lockhart tank closure field observataion | | | | | |
| | ER004548 | 8/9/2023 | 91.00 MILE(S) | 0.721 | 65.61 |
| Lockhart tank closure field observataion | | | | | |
| | ER004553 | 8/17/2023 | 91.60 MILE(S) | 0.721 | 66.04 |
| Lockhart Storage Tank Closure | | | | | |
| **Total REIMBURSED MILEAGE** | | | 494.20 | | 356.31 |
| **Total Mileage** | | | | | 356.31 |
| | **Total Unit Rate Expenses** | | | | **356.31** |

**Total EXPENSE REVENUE TYPE CODE**                                                                                                      **356.31**

**Total Bill Task: 01 - Bankruptcy Technical Assistance**                                                                                 **39,578.81**

| Project: 22000693 - LCC Bankruptcy Technical Assistance | Invoice: 633683 |
|---|---|
| **Total Project:  22000693 - LCC Bankruptcy Technical Assistance** | **39,578.81** |

# NTH Consultants, Ltd.
Infrastructure Engineering and Environmental Services

**Attention:** Natalie Cardiello  
**Natalie Cardiello**  
**107 Huron Drive**  
**Carnegie, PA 15106**  
**US**

**Invoice :** 634099  
**Invoice Date :** 10/16/2023  
**Project :** 22000693  
**Project Name :** 86055.  
**Bill Term :** 01

**For Professional Services Rendered Through 10/13/2023**

**Contract :** CC  
**Contract Name :** Client Contract

Authorization per Bankruptcy No: 22-22005-CMB

Bankruptcy Technical Assistance

| | | Current Billings |
|---|---|---:|
| 01 - Bankruptcy Technical Assistance | | 4,633.23 |
|    Rate Labor | 4,440.00 | |
|    Unit Rate Expense | 193.23 | |
| | **Current Billings** | 4,633.23 |
| | **Amount Due This Bill** | 4,633.23 |

| | |
|---|---:|
| **Total Fee :** | 86,055.76 |
| **To Date Billings :** | 86,009.51 |
| **Total Remaining :** | 46.25 |

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---:|---:|
| | 633683 | 8/28/2023 | 39,578.81 | 39,578.81 |
| | | | | 39,578.81 |

Remit to: 41780 6 Mile Rd, Suite 200 | Northville, MI 48168-3459 | US  
Phone: 248-553-6300

Project: 22000693 - 86055.           Invoice: 634099

## 01 - Bankruptcy Technical Assistance

**LABOR REVENUE TYPE CODE**
**Rate Labor**

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Sr Proj Professional** | | | | |
| Karen Okonta | 8/28/2023 | 1.25 | 185.000 | 231.25 |
| | discussion with Tyler about activities on-site and laboratory results for COF, review new set of compiled invoices as requested by Trustee | | | |
| | 8/31/2023 | 0.75 | 185.000 | 138.75 |
| | weekly call, tank closure DFR review | | | |
| | 9/7/2023 | 1.50 | 185.000 | 277.50 |
| | weekly call, follow up with Tyler and Scott Watson | | | |
| | 9/14/2023 | 7.00 | 185.000 | 1,295.00 |
| | drive to site and attend meeting with potential buyers and regulatory agencies, follow-up discussion | | | |
| | 9/15/2023 | 0.50 | 185.000 | 92.50 |
| | call with Trustee to discuss site visit meeting | | | |
| | 9/19/2023 | 5.00 | 185.000 | 925.00 |
| | public meeting in Flint | | | |
| | 9/21/2023 | 1.00 | 185.000 | 185.00 |
| | weekly call | | | |
| | 9/22/2023 | 1.50 | 185.000 | 277.50 |
| | Update call with Trustee/call with site personnel about outfall sample/follow up from site personnel | | | |
| | 9/28/2023 | 0.75 | 185.000 | 138.75 |
| | Weekly meetings | | | |
| | 9/29/2023 | 0.75 | 185.000 | 138.75 |
| | call with Don and Tyler about MH-20 and 21. Follow up with Trustee | | | |
| | 10/2/2023 | 0.50 | 185.000 | 92.50 |
| | call with Youngs and Trustee to discuss MH-20 and MH-21 | | | |
| | 10/5/2023 | 0.50 | 185.000 | 92.50 |
| | weekly calls | | | |
| | 10/12/2023 | 2.50 | 185.000 | 462.50 |
| | communication with site personnel, weekly call, follow up call with Trustee, invoicing and billing summary information for Trustee | | | |
| **Total Karen Okonta** | | 23.50 | | 4,347.50 |
| Steven Innes | 8/28/2023 | 0.50 | 185.000 | 92.50 |
| | Tank closure | | | |
| **Total Sr Proj Professional** | | 24.00 | | 4,440.00 |
| **Total Rate Labor** | | | | **4,440.00** |

**Total LABOR REVENUE TYPE CODE**      4,440.00

**EXPENSE REVENUE TYPE CODE**
**Unit Rate Expenses**

| Account / Unit / Equipment / Vendor | Doc Number | Date | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **Mileage** | | | | | |
| **REIMBURSED MILEAGE** | | | | | |
| Karen Okonta | ER004724 | 9/14/2023 | 133.00 MILE(S) | 0.721 | 95.89 |
| | Mileage - site visit with regulators | | | | |
| | ER004750 | 9/19/2023 | 135.00 MILE(S) | 0.721 | 97.34 |
| | mileage to public meeting | | | | |
| **Total REIMBURSED MILEAGE** | | | 268.00 | | 193.23 |
| **Total Mileage** | | | | | 193.23 |
| **Total Unit Rate Expenses** | | | | | **193.23** |

**Total EXPENSE REVENUE TYPE CODE**      193.23

**Total Bill Task: 01 - Bankruptcy Technical Assistance**      **4,633.23**

Project: **22000693 - 86055.** Invoice: **634099**

**Total Project:  22000693 - 86055.** 4,633.23

**NTH Consultants, Ltd.**
Infrastructure Engineering
and Environmental Services

| | |
|---|---|
| **Attention:** Natalie Cardiello | **Invoice :** 634992 |
| Natalie Cardiello | **Invoice Date :** 1/24/2024 |
| 107 Huron Drive | **Project :** 22000693 |
| Carnegie, PA 15106 | **Project Name :** LCC Bankruptcy Technical Assistance |
| US | **Bill Term :** 01 |

**For Professional Services Rendered Through 1/12/2024**

**Contract :** CC
**Contract Name :** Client Contract

Authorization per Bankruptcy No: 22-22005-CMB

Bankruptcy Technical Assistance

| | Current Billings |
|---|---:|
| 01 - Bankruptcy Technical Assistance | 6,558.72 |
|     *Rate Labor*  6,397.50 | |
|     *Unit Rate Expense*  161.22 | |
| **Current Billings** | 6,558.72 |
| **Amount Due This Bill** | 6,558.72 |

| | |
|---|---:|
| **Total Fee :** | 91,920.16 |
| **To Date Billings :** | 92,568.23 |
| **Total Remaining :** | -648.07 |

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---:|---:|
| | 633683 | 8/28/2023 | 39,578.81 | 39,578.81 |
| | 634099 | 10/16/2023 | 4,633.23 | 4,633.23 |
| | | | | 44,212.04 |

**EXHIBIT C**

Remit to: 41780 6 Mile Rd, Suite 200 | Northville, MI 48168-3459 | US
Phone: 248-553-6300

**Project:** 22000693 - LCC Bankruptcy Technical Assistance  **Invoice:** 634992

**01 - Bankruptcy Technical Assistance**

**LABOR REVENUE TYPE CODE**
**Rate Labor**

| Class / Employee | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Principal Engineer** | | | | |
| Rhiana C. Dornbos | 11/16/2023 | 1.25 | 205.000 | 256.25 |
| Call with EGLE on trial Oxidizer; review exemptions; Weekly update call | | | | |
| | 11/20/2023 | 0.50 | 205.000 | 102.50 |
| Call w Dan McGeen on Oxidizer restart | | | | |
| | 11/22/2023 | 0.25 | 205.000 | 51.25 |
| oxidizer notes to shared | | | | |
| **Total Rhiana C. Dornbos** | | 2.00 | | 410.00 |
| **Total Principal Engineer** | | 2.00 | | 410.00 |
| **Project Professional** | | | | |
| Eric Marko | 11/30/2023 | 0.50 | 170.000 | 85.00 |
| weekly call Lockhart for AQD feedback | | | | |
| | 12/1/2023 | 0.75 | 170.000 | 127.50 |
| discuss MAP requirement | | | | |
| **Total Eric Marko** | | 1.25 | | 212.50 |
| **Total Project Professional** | | 1.25 | | 212.50 |
| **Sr Proj Professional** | | | | |
| Karen Okonta | 10/16/2023 | 1.00 | 185.000 | 185.00 |
| invoicing and billing summary as requested by Trustee | | | | |
| | 10/26/2023 | 0.75 | 185.000 | 138.75 |
| weekly call | | | | |
| | 10/27/2023 | 0.50 | 185.000 | 92.50 |
| closure plan follow-up | | | | |
| | 11/1/2023 | 1.50 | 185.000 | 277.50 |
| call with Don Long, call to Trustee, follow-up with Youngs for waste removal | | | | |
| | 11/2/2023 | 0.75 | 185.000 | 138.75 |
| weekly meeting | | | | |
| | 11/8/2023 | 1.00 | 185.000 | 185.00 |
| call from Tyler to discuss oxidizer, reach-out to Natalie to discuss, question about MAERS | | | | |
| | 11/9/2023 | 0.75 | 185.000 | 138.75 |
| weekly meeting | | | | |
| | 11/10/2023 | 0.75 | 185.000 | 138.75 |
| call/email to AQD and follow-up on oxidizer, previous compliance and MAERS | | | | |
| | 11/14/2023 | 0.50 | 185.000 | 92.50 |
| coordination with EGLE AQD and NTH, discussion with John about permit, and follow-up with Madison | | | | |
| | 11/15/2023 | 0.75 | 185.000 | 138.75 |
| call with Joe and Tyler to discuss oxidizer | | | | |
| | 11/16/2023 | 1.75 | 185.000 | 323.75 |
| discussion with internal AQ group call with Dan to discuss testing of the oxidizer | | | | |
| | 11/17/2023 | 0.50 | 185.000 | 92.50 |
| follow-up call with Trustee about oxidizer and AQD meeting | | | | |
| | 11/20/2023 | 1.00 | 185.000 | 185.00 |
| call with AQD to discuss oxidizer and follow-up | | | | |
| | 11/29/2023 | 0.50 | 185.000 | 92.50 |
| discussion with Tyler about oxidizer and water discharge to City | | | | |
| | 11/30/2023 | 1.50 | 185.000 | 277.50 |
| storm water data review and communication with AQD, weekly meeting | | | | |
| | 12/5/2023 | 0.50 | 185.000 | 92.50 |
| communication with Trustee about oxidizer and next steps | | | | |
| | 12/7/2023 | 1.00 | 185.000 | 185.00 |

**Project:** 22000693 - LCC Bankruptcy Technical Assistance  **Invoice:** 634992

**01 - Bankruptcy Technical Assistance**

**Rate Labor**

| Class / Employee | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Sr Proj Professional** | | | | | |
| | weekly call and update with site personnel | | | | |
| | | 12/14/2023 | 1.50 | 185.000 | 277.50 |
| | weekly meeting/follow-up call with Tyler, look for and send air permit to Tyler | | | | |
| | | 12/15/2023 | 0.50 | 185.000 | 92.50 |
| | call with Don Long, coordinate call as requested by Trustee, call from Tyler about COF | | | | |
| | | 12/19/2023 | 0.50 | 185.000 | 92.50 |
| | Communication with Trustee about follow-up action items | | | | |
| | | 1/4/2024 | 1.50 | 185.000 | 277.50 |
| | Discussion with Trustee about | | | | |
| | | 1/11/2024 | 2.00 | 185.000 | 370.00 |
| | email to Trustee, communication with site personnel, weekly meeting | | | | |
| **Total Karen Okonta** | | | 21.00 | | 3,885.00 |
| Steven Innes | | 11/16/2023 | 1.00 | 185.000 | 185.00 |
| | DFR Review | | | | |
| | | 11/27/2023 | 0.50 | 185.000 | 92.50 |
| | DFR Review | | | | |
| **Total Steven Innes** | | | 1.50 | | 277.50 |
| **Total Sr Proj Professional** | | | 22.50 | | 4,162.50 |
| **Sr Staff Professional** | | | | | |
| Michael Myers | | 11/3/2023 | 4.50 | 150.000 | 675.00 |
| | Lockhart tank transfer oversite | | | | |
| | | 11/16/2023 | 0.50 | 150.000 | 75.00 |
| | DFR amendments after QA/QC review | | | | |
| | | 11/17/2023 | 5.75 | 150.000 | 862.50 |
| | Lockhart site visit, tank neutralization | | | | |
| **Total Michael Myers** | | | 10.75 | | 1,612.50 |
| **Total Sr Staff Professional** | | | 10.75 | | 1,612.50 |
| | ***Total Rate Labor*** | | | | ***6,397.50*** |

**Total LABOR REVENUE TYPE CODE**                                                                 **6,397.50**

**EXPENSE REVENUE TYPE CODE**

**Unit Rate Expenses**

| Account / Unit / Equipment / Vendor | Doc Number | Date | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **Mileage** | | | | | |
| **REIMBURSED MILEAGE** | | | | | |
| Michael Myers | ER004979 | 11/3/2023 | 111.80 MILE(S) | 0.721 | 80.61 |
| Lockhart site visit, tank neutralization | | | | | |
| | ER005050 | 11/17/2023 | 111.80 MILE(S) | 0.721 | 80.61 |
| Lockhart site visit, tank neutralization | | | | | |
| **Total REIMBURSED MILEAGE** | | | 223.60 | | 161.22 |
| **Total Mileage** | | | | | 161.22 |
| | ***Total Unit Rate Expenses*** | | | | ***161.22*** |

**Total EXPENSE REVENUE TYPE CODE**                                                               **161.22**

**Total Bill Task: 01 - Bankruptcy Technical Assistance**                                         **6,558.72**

**Total Project:   22000693 - LCC Bankruptcy Technical Assistance**                               **6,558.72**