IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LOCKHART CHEMICAL COMPANY,

    Debtors,

NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,

    Movant,

v.

NO RESPONDENT.

Bankruptcy No.:22-22005-CMB

Chapter 7

Hearing date and time:
February 29, 2024 at 1:30 p.m.

## SUMMARY COVER SHEET
## FEES AND EXPENSES-SECOND INTERIM FEE APPLCIATION
## FOR THE PERIOD OF MAY 17, 2023 THROUGH DECEMBER 31, 2023

1. Fuchs Law Office, LLC was appointed as Special Counsel Nunc Pro Tunc for the Trustee pursuant to an Order of Court entered on March 6, 2023 (Doc. No. 115). A copy of the Order is attached to the Application as **Exhibit A**.

2. Fuchs Law Offices, LLC represents the Trustee, Natalie Lutz Cardiello.

3. The total amount of interim compensation is $27,951.55.

4. The compensation requested herein is interim.

5. This is the second request for compensation.

6. Previous Compensation in the amount of $17,997.52 was requested and awarded by the Court..

7. The application seeks reimbursement of expenses in the amount of $825.55.

8. Expenses were previously approved by the Court in the amount of $51.88.

9. The blended hourly rate for this application is $300.00.

10. Other factors bearing on fee application: None.

Date: January 31, 2024

/s/ David L. Fuchs
DAVID L. FUCHS
PA I.D. #205694
TERESA K. FUCHS
PA I.D. #205696
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)