

# INVOICE

Invoice # 579
Date: 01/16/2024
Due On: 01/31/2024

554 Washington Avenue, First Floor
Carnegie, PA 15106
Phone: (412) 223-5404
Email: dfuchs@fuchslawoffice.com

Natalie Cardiello
107 Huron Drive
Carnegie, PA 15106

## 00301-Cardiello

## The Lockhart Company

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 05/17/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report | 0.30 | $300.00 | $90.00 |
| Service | 05/18/2023 | Call with Natalie regarding sales, fee applications and other issues | 0.30 | $300.00 | $90.00 |
| Service | 05/18/2023 | Email: Subject: Lockhart | 0.20 | $300.00 | $60.00 |
| Service | 05/18/2023 | Email: Subject: FW: NTH Consultants, Ltd. Invoice 632831 (22000693-01) | 0.10 | $300.00 | $30.00 |
| Service | 05/18/2023 | Email: Subject: FW: Invoice 2338691 | 0.10 | $300.00 | $30.00 |
| Service | 05/18/2023 | Prepare Applications for Compensation for NTH and Warner Norcross Judd | 1.60 | $300.00 | $480.00 |
| Service | 05/18/2023 | Email: Subject: FW: [EXTERNAL] RE: Lockhart / WNJ invoices | 0.20 | $300.00 | $60.00 |
| Service | 05/18/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 05/19/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report | 0.20 | $300.00 | $60.00 |
| Service | 05/19/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report | 0.10 | $300.00 | $30.00 |
| Service | 05/19/2023 | Review changes provided by NTH and Warner Norcross to Fee Applications, make changes to applications, file, serve and file COS | 1.80 | $300.00 | $540.00 |
| Service | 05/23/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Expense | 05/24/2023 | Reimbursable expenses: Service of 3 Applications for | 1.00 | $825.55 | $825.55 |

EXHIBIT C

| | | approval of fees on matrix | | | |
|---|---|---|---|---|---|
| Service | 05/24/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 05/26/2023 | Email: Subject: RE: NTH Consultants, Ltd. Invoice 632831 (22000693-01) | 0.10 | $300.00 | $30.00 |
| Service | 05/26/2023 | Email: Subject: RE: NTH Consultants, Ltd. Invoice 632831 (22000693-01) | 0.20 | $300.00 | $60.00 |
| Service | 05/26/2023 | Call with Natalie regarding case updates | 0.20 | $300.00 | $60.00 |
| Service | 05/29/2023 | Email: Subject: Lockhart Agenda | 0.60 | $300.00 | $180.00 |
| Service | 05/30/2023 | Email: Subject: RE: Lockhart Agenda | 0.10 | $300.00 | $30.00 |
| Service | 05/31/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 05/31/2023 | Email: Subject: FW: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter | 0.10 | $300.00 | $30.00 |
| Service | 06/01/2023 | Call with Natalie regarding case issues, proposals and interested purchasers, review potential terms offered on sales | 2.50 | $300.00 | $750.00 |
| Service | 06/01/2023 | Email: Subject: RE: Letter of Intent and Company BIO's | 0.40 | $300.00 | $120.00 |
| Service | 06/01/2023 | Email: Subject: RE: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter | 0.20 | $300.00 | $60.00 |
| Service | 06/01/2023 | Email: Subject: FW: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter | 0.70 | $300.00 | $210.00 |
| Service | 06/01/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 06/01/2023 | Email: Subject: RE: Letter of Intent and Company BIO's | 0.60 | $300.00 | $180.00 |
| Service | 06/02/2023 | Email: Subject: Lockhart Chemical Company/Conway E&S | 0.20 | $300.00 | $60.00 |
| Service | 06/05/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.50 | $300.00 | $150.00 |
| Service | 06/06/2023 | Review docket and file CNO's for professionals | 0.60 | $300.00 | $180.00 |
| Service | 06/07/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 06/07/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 06/07/2023 | Email: Subject: RE: EZ Mulz 5455 Formulation Offer for Purchase | 0.70 | $300.00 | $210.00 |
| Service | 06/08/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order on Application for Compensation | 0.20 | $300.00 | $60.00 |

| Service | 06/08/2023 | Call with Natalie Cardiello | 0.10 | $300.00 | $30.00 |
|---|---|---|---|---|---|
| Service | 06/08/2023 | Message from Natalie regarding various items. | 0.20 | $300.00 | $60.00 |
| Service | 06/09/2023 | Email: Subject: FW: Lockhart Bankruptcy | 0.10 | $300.00 | $30.00 |
| Service | 06/09/2023 | Call with Frank (potential purchasers), review potential options moving forward | 0.40 | $300.00 | $120.00 |
| Service | 06/09/2023 | Email: Subject: Lockhart Bankruptcy | 0.20 | $300.00 | $60.00 |
| Service | 06/12/2023 | Call with Natalie regarding sale and avoidable transfer claims | 0.30 | $300.00 | $90.00 |
| Service | 06/13/2023 | Call to Rich Lieber regarding formula | 0.40 | $300.00 | $120.00 |
| Service | 06/14/2023 | Call with Rich Lieber regarding purchase of formula | 0.50 | $300.00 | $150.00 |
| Service | 06/14/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 06/14/2023 | Email: Subject: From Frank J. Ressa | 0.12 | $300.00 | $36.00 |
| Service | 06/15/2023 | Review schedules for potential actions that require further information | 1.50 | $300.00 | $450.00 |
| Service | 06/15/2023 | Call with Natalie regarding Z-Tech, review Z-Tech matters | 0.60 | $300.00 | $180.00 |
| Service | 06/15/2023 | Email: Subject: Updated Inventory | 0.70 | $300.00 | $210.00 |
| Service | 06/15/2023 | Email: Subject: RE: From Frank J. Ressa | 0.20 | $300.00 | $60.00 |
| Service | 06/16/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2023 | Email: Subject: Inventory List | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2023 | Document: Letter to Conway E&amp;S-6-1-23.docx | 0.50 | $300.00 | $150.00 |
| Service | 06/17/2023 | Document: Standard Mutual NDA - (Lockhart).docx | 0.70 | $300.00 | $210.00 |
| Service | 06/19/2023 | Email: Subject: 22-22005-CMB Operating Report | 0.20 | $300.00 | $60.00 |
| Service | 06/19/2023 | Email: Subject: FW: NTH Consultants, Ltd. Invoice 633059 (22000693-01) | 0.30 | $300.00 | $90.00 |
| Service | 06/20/2023 | Email: Subject: 22-22005-CMB Notice of Change of Address | 0.10 | $300.00 | $30.00 |
| Service | 06/20/2023 | Call with potential purchaser regarding inventory and site visit | 0.20 | $300.00 | $60.00 |
| Service | 06/21/2023 | Call with Natalie regarding various estate matters | 0.70 | $300.00 | $210.00 |
| Service | 06/21/2023 | Email: Subject: Message | 0.10 | $300.00 | $30.00 |
| Service | 06/21/2023 | Call with Frank Ressa regarding inventory and due | 0.30 | $300.00 | $90.00 |

Invoice # 579 - 01/16/2024

| | | diligence lists | | | |
|---|---|---|---|---|---|
| Service | 06/21/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 06/21/2023 | Email: Subject: RE: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 06/22/2023 | Email: Subject: FW: Ztech Statement of Account 11.30.22 | 0.20 | $300.00 | $60.00 |
| Service | 06/22/2023 | Email: Email regarding case issues and interest in formulas | 0.10 | $300.00 | $30.00 |
| Service | 06/22/2023 | Email: Subject: FW: Formula Calculations | 0.10 | $300.00 | $30.00 |
| Service | 06/22/2023 | Email: Subject: RE: From Frank J. Ressa | 0.20 | $300.00 | $60.00 |
| Service | 06/23/2023 | Email: Subject: FW: Formula Calculations | 0.20 | $300.00 | $60.00 |
| Service | 06/23/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 06/26/2023 | Email: Email regarding receivables | 0.30 | $300.00 | $90.00 |
| Service | 06/26/2023 | Email: Subject: RE: Formula Calculations | 0.30 | $300.00 | $90.00 |
| Service | 06/26/2023 | Email: Subject: FW: Lockhart Chemical Inventory Status (Up to Date - 6.22.2023) | 0.40 | $300.00 | $120.00 |
| Service | 06/26/2023 | Email: Subject: FW: LCC AR 6.22.23 | 0.40 | $300.00 | $120.00 |
| Service | 06/26/2023 | Email: Subject: RE: | 0.10 | $300.00 | $30.00 |
| Service | 06/26/2023 | Call with Natalie | 0.10 | $300.00 | $30.00 |
| Service | 06/27/2023 | Email: Subject: FW: LCC AR 6.22.23 | 0.10 | $300.00 | $30.00 |
| Service | 06/27/2023 | Email: Subject: RE: LCC AR 6.22.23 | 0.20 | $300.00 | $60.00 |
| Service | 06/27/2023 | Email: Subject: RE: LCC AR 6.22.23 | 0.10 | $300.00 | $30.00 |
| Service | 06/27/2023 | Email: Subject: FW: LCC AR 6.22.23 | 0.10 | $300.00 | $30.00 |
| Service | 06/28/2023 | Email: Additional A/R | 0.20 | $300.00 | $60.00 |
| Service | 06/28/2023 | Email: Subject: RE: | 0.10 | $300.00 | $30.00 |
| Service | 06/28/2023 | Call with Alison Skillington regarding A/R | 0.20 | $300.00 | $60.00 |
| Service | 06/28/2023 | Call with Jason McMahon sale of formula | 0.40 | $300.00 | $120.00 |
| Service | 06/29/2023 | Email: Subject: AR Collections | 0.30 | $300.00 | $90.00 |
| Service | 06/30/2023 | Email: Subject: RE: From Frank J. Ressa | 0.10 | $300.00 | $30.00 |
| Service | 06/30/2023 | Call with Frank Reesa regarding site visit, follow up with Debtor regarding potential site visit | 0.40 | $300.00 | $120.00 |
| Service | 06/30/2023 | Email: Subject: FW: PRIVILEDGED AND | 0.10 | $300.00 | $30.00 |

|  |  | CONFIDENTIAL: Apex Missing Equipment and Information Update - 6-29-23 |  |  |  |
|---|---|---|---|---|---|
| Service | 06/30/2023 | Email: Subject: FW: From Frank J. Ressa | 0.20 | $300.00 | $60.00 |
| Service | 07/04/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.60 | $300.00 | $180.00 |
| Service | 07/07/2023 | Call with Natalie with case updates | 0.20 | $300.00 | $60.00 |
| Service | 07/08/2023 | Email: Subject: Lockhart - Ch. 7 | 0.10 | $300.00 | $30.00 |
| Service | 07/08/2023 | Email: Subject: FW: Lockhart - Ch. 7 | 0.10 | $300.00 | $30.00 |
| Service | 07/10/2023 | Email: Subject: Re: Lockhart - Ch. 7 | 0.20 | $300.00 | $60.00 |
| Service | 07/10/2023 | Email: Subject: RE: Lockhart - Ch. 7 | 0.20 | $300.00 | $60.00 |
| Service | 07/10/2023 | Email: Subject: RE: From Frank J. Ressa | 0.10 | $300.00 | $30.00 |
| Service | 07/11/2023 | Telephone Call: Call with Natalie regarding site visit | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Call with Natalie Cardiello | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: Proof of Claim 22-22005-CMB | 0.30 | $300.00 | $90.00 |
| Service | 07/12/2023 | Email: Subject: RE: From Frank J. Ressa | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: From Frank J. Ressa | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Conference Call with Integra regarding potential sale | 0.30 | $300.00 | $90.00 |
| Service | 07/12/2023 | Email: Subject: Re: Lockhart - Ch. 7 | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Email: Subject: Sale Update | 0.30 | $300.00 | $90.00 |
| Service | 07/12/2023 | Email: Subject: RE: Lockhart - Ch. 7 (Inventory) | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 1.60 | $300.00 | $480.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 07/13/2023 | Review outstanding A/R and prepare and send multiple demand letters | 4.70 | $300.00 | $1,410.00 |
| Service | 07/13/2023 | Email: Subject: Collection Letters | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: FW: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: FW: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: Lockhart Chemical/Kimes | 0.30 | $300.00 | $90.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: Sale of formula | 0.20 | $300.00 | $60.00 |
| Service | 07/14/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 07/14/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.10 | $300.00 | $30.00 |
| Service | 07/14/2023 | Email: Subject: FW: Lockhart Chemical Hearing | 0.20 | $300.00 | $60.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Chemical | 0.20 | $300.00 | $60.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Bankruptcy | 0.20 | $300.00 | $60.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.10 | $300.00 | $30.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.20 | $300.00 | $60.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical Company | 0.20 | $300.00 | $60.00 |
| Service | 07/18/2023 | Email: Subject: FW: Sale of formula | 0.40 | $300.00 | $120.00 |
| Service | 07/18/2023 | Email: Subject: RE: Updated Inventory | 0.40 | $300.00 | $120.00 |
| Service | 07/18/2023 | Email: Subject: Lockhart Chemical Company - Synovelle's claims against invoices | 2.80 | $300.00 | $840.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.20 | $300.00 | $60.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical | 0.10 | $300.00 | $30.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical | 0.10 | $300.00 | $30.00 |
| Service | 07/19/2023 | Email: Subject: RE: Lockhart Chemical | 0.20 | $300.00 | $60.00 |
| Service | 07/19/2023 | Email: Subject: RE: Updated Inventory | 0.20 | $300.00 | $60.00 |
| Service | 07/19/2023 | Email: Subject: Lockhart Chemical Co. | 0.10 | $300.00 | $30.00 |
| Service | 07/19/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report | 0.20 | $300.00 | $60.00 |
| Service | 07/20/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.20 | $300.00 | $60.00 |

Invoice # 579 - 01/16/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/21/2023 | Email: Subject: Receivables | 0.20 | $300.00 | $60.00 |
| Service | 07/21/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.10 | $300.00 | $30.00 |
| Service | 07/21/2023 | Email: Subject: Lockhart Chemical Company, Bkr Case No. 22-22005-CMB | 0.20 | $300.00 | $60.00 |
| Service | 07/24/2023 | Email: Subject: Re: Lockhart - Ch. 7 (Inventory) | 0.20 | $300.00 | $60.00 |
| Service | 07/24/2023 | Call with Natalie regarding potential buyers | 0.20 | $300.00 | $60.00 |
| Service | 07/24/2023 | Email: Subject: FW: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 07/24/2023 | Email: Subject: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Email: Subject: Re: Lockhart - Ch. 7 (Inventory) | 0.20 | $300.00 | $60.00 |
| Service | 07/25/2023 | Email: Subject: RE: Lockhart - Ch. 7 (Inventory) | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Email: Subject: RE: EZ Mulz 5455 Formulation Offer for Purchase | 0.30 | $300.00 | $90.00 |
| Service | 07/25/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Email: Subject: RE: Lockhart - Ch. 7 (Inventory) | 0.20 | $300.00 | $60.00 |
| Service | 07/25/2023 | Email: Subject: RE: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Call with Natalie Cardiello regarding sales of formula, facility, case issues and receivables | 0.30 | $300.00 | $90.00 |
| Service | 07/25/2023 | Review offers and requirements on potential formula sales | 1.60 | $300.00 | $480.00 |
| Service | 07/26/2023 | Call with Jason McMahon and follow up regarding formula | 1.10 | $300.00 | $330.00 |
| Service | 07/26/2023 | Email: Subject: EZ Mulz 5455 | 0.20 | $300.00 | $60.00 |
| Service | 07/26/2023 | Call with Natalie regarding sale of formula | 0.10 | $300.00 | $30.00 |
| Service | 07/26/2023 | Email: Subject: RE: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 07/27/2023 | Email: Subject: Synovelle Letter | 1.80 | $300.00 | $540.00 |
| Service | 07/28/2023 | Email: Subject: AR WE 7.28.23 | 0.20 | $300.00 | $60.00 |
| Service | 07/28/2023 | Email: Subject: Proof of Claim Ch-7 22-22005-CMB Lockhart Chemical | 0.30 | $300.00 | $90.00 |
| Service | 07/29/2023 | Email: Subject: RE: AR WE 7.28.23 | 0.10 | $300.00 | $30.00 |
| Service | 07/29/2023 | Email: Subject: FW: Tecniquimia Mexicana | 0.70 | $300.00 | $210.00 |

Invoice # 579 - 01/16/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/29/2023 | Email: Subject: FW: Invoice Synovelle E22227 and others | 0.60 | $300.00 | $180.00 |
| Service | 07/31/2023 | Email: Subject: RE: AR WE 7.28.23 | 0.10 | $300.00 | $30.00 |
| Service | 07/31/2023 | Call with Frank regarding C of A's | 0.20 | $300.00 | $60.00 |
| Service | 07/31/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 07/31/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 08/03/2023 | Call with Natalie regarding viewing | 0.20 | $300.00 | $60.00 |
| Service | 08/09/2023 | Email: Subject: FW: Lockhart Chemical/Kimes | 0.10 | $300.00 | $30.00 |
| Service | 08/09/2023 | Email: Subject: RE: Updated Inventory | 0.10 | $300.00 | $30.00 |
| Service | 08/09/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 08/09/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |
| Service | 08/09/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 08/10/2023 | Call with Richard Lieber regarding DurAlt formula, review potential issues regarding trademarks | 1.70 | $300.00 | $510.00 |
| Service | 08/11/2023 | Email: Subject: AR Update | 0.10 | $300.00 | $30.00 |
| Service | 08/11/2023 | Email: Subject: Update | 0.10 | $300.00 | $30.00 |
| Service | 08/12/2023 | Email: Subject: RE: Updated Inventory | 0.20 | $300.00 | $60.00 |
| Service | 08/15/2023 | Call with Natalie Cardiello regarding Notice of Remand | 0.30 | $300.00 | $90.00 |
| Service | 08/15/2023 | Email: Subject: From frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/15/2023 | Email: Subject: RE: Updated Inventory | 0.20 | $300.00 | $60.00 |
| Service | 08/15/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.20 | $300.00 | $60.00 |
| Service | 08/16/2023 | Call with Natalie regarding Idea's offer | 0.20 | $300.00 | $60.00 |
| Service | 08/16/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report | 0.10 | $300.00 | $30.00 |
| Service | 08/18/2023 | Email: Subject: FW: Lockhart Chemical Inventory List Up To Date (8.18.2023) | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/21/2023 | Call with Frank Reesa | 0.20 | $300.00 | $60.00 |
| Service | 08/22/2023 | Call with Natalie regarding case status | 0.30 | $300.00 | $90.00 |
| Service | 08/23/2023 | Email: Subject: From Frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/24/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/24/2023 | review inquiries regarding potential Sale of additional materials. | 1.20 | $300.00 | $360.00 |
| Service | 08/24/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.10 | $300.00 | $30.00 |
| Service | 08/24/2023 | Email: Subject: LCC Bankruptcy Support Invoices | 0.60 | $300.00 | $180.00 |
| Service | 08/25/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. | 0.50 | $300.00 | $150.00 |
| Service | 08/28/2023 | Email: Subject: LCC Bankruptcy Support Invoice | 0.40 | $300.00 | $120.00 |
| Service | 08/28/2023 | Call from Frank Ressa, follow up on information relayed | 0.70 | $300.00 | $210.00 |
| Service | 08/29/2023 | Email: Subject: RE: AP | 1.50 | $300.00 | $450.00 |
| Service | 09/06/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 09/06/2023 | Email: Subject: FW: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 09/09/2023 | Email: Subject: FW: Lockhart Chemical/Kimes | 1.90 | $300.00 | $570.00 |
| Service | 09/11/2023 | Email: Subject: RE: Lockhart Chemical/Kimes | 0.20 | $300.00 | $60.00 |
| Service | 09/12/2023 | Email: Subject: RE: Lockhart Chemical/Kimes | 1.10 | $300.00 | $330.00 |
| Service | 09/14/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 09/14/2023 | Email: Kimes issues with invoices | 0.40 | $300.00 | $120.00 |
| Service | 09/18/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 09/19/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 09/20/2023 | Email: Subject: FW: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |
| Service | 09/29/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 10/02/2023 | Call with Natalie regarding potential sales, status of case and collections, review information on outstanding A/R | 1.00 | $300.00 | $300.00 |
| Service | 10/02/2023 | Email: Subject: RE: Submission of NVR and North Strabane Twp. pursuant to ¶2 of the Court's 9/5/23 Order (Doc. 624)/Confidential Mediation and Settlement | 0.10 | $300.00 | $30.00 |

| | | Communication | | | |
|---|---|---|---|---|---|
| Service | 10/04/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.80 | $300.00 | $240.00 |
| Service | 10/06/2023 | Call with JNR Company regarding receivables, review proposals | 1.60 | $300.00 | $480.00 |
| Service | 10/06/2023 | Email: Subject: LOCKHART CHEMICAL COMPANY 22-22005 | 0.30 | $300.00 | $90.00 |
| Service | 10/09/2023 | Email: Subject: Lockhart Bankruptcy | 0.20 | $300.00 | $60.00 |
| Service | 10/09/2023 | Call to Natalie regarding sales and receivbles | 0.10 | $300.00 | $30.00 |
| Service | 10/09/2023 | Email: Subject: RE: Lockhart Bankruptcy | 0.10 | $300.00 | $30.00 |
| Service | 10/09/2023 | Email: Subject: RE: Lockhart Bankruptcy | 0.10 | $300.00 | $30.00 |
| Service | 10/10/2023 | Call with Rich Lieber, review of sale proposal and call to Natalie | 0.40 | $300.00 | $120.00 |
| Service | 10/10/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.20 | $300.00 | $60.00 |
| Service | 10/11/2023 | Email: Subject: FW: LOCKHART CHEMICAL COMPANY 22-22005 | 0.10 | $300.00 | $30.00 |
| Service | 10/11/2023 | Call with Natalie regarding sales and receivables | 0.40 | $300.00 | $120.00 |
| Service | 10/12/2023 | Email: Subject: RE: LOCKHART CHEMICAL COMPANY 22-22005 | 1.40 | $300.00 | $420.00 |
| Service | 10/12/2023 | Call with Natalie regarding sales and formulas, review proposals to ensure accuracy of amounts offered | 0.30 | $300.00 | $90.00 |
| Service | 10/12/2023 | Email: Subject: RE: Lockhart Bankruptcy | 0.30 | $300.00 | $90.00 |
| Service | 10/12/2023 | Email: Subject: FW: Lockhart Bankruptcy | 0.40 | $300.00 | $120.00 |
| Service | 10/12/2023 | Email: Subject: RE: LOCKHART CHEMICAL COMPANY 22-22005 | 0.10 | $300.00 | $30.00 |
| Service | 10/12/2023 | Call with Natalie Cardiello regarding sales | 0.30 | $300.00 | $90.00 |
| Service | 10/13/2023 | Email: Subject: RE: Lockhart Bankruptcy- Interest in Equipment | 0.10 | $300.00 | $30.00 |
| Service | 10/13/2023 | Call with Natalie Cardiello regarding Lockhart Case | 0.10 | $300.00 | $30.00 |
| Service | 10/13/2023 | Call with Mark regarding Huntington National Bank | 0.20 | $300.00 | $60.00 |
| Service | 10/13/2023 | Email: Subject: FW: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 10/13/2023 | Call with E.J. Schnellbacher regarding unpaid claim, review claim filed | 1.00 | $300.00 | $300.00 |
| Service | 10/14/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |

| Service | 10/16/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |
|---------|------------|---------|------|---------|--------|
| Service | 10/16/2023 | Email: Subject: FW: Current invoice for 22000693 - LLC Bankruptcy Technical Assistance | 0.10 | $300.00 | $30.00 |
| Service | 10/16/2023 | Email: Subject: LCC - Billing Summary | 0.20 | $300.00 | $60.00 |
| Service | 10/17/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.10 | $300.00 | $30.00 |
| Service | 10/20/2023 | Email: Subject: Sale of Formulas | 0.10 | $300.00 | $30.00 |
| Service | 10/20/2023 | Call from interested party on formula purchase | 0.10 | $300.00 | $30.00 |
| Service | 10/20/2023 | Email: Subject: RE: LOCKHART CHEMICAL COMPANY 22-22005 | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2023 | Email: Subject: FW: LOCKHART CHEMICAL COMPANY 22-22005 | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2023 | Call with Natalie regarding update of case issues and potential purchaser | 0.20 | $300.00 | $60.00 |
| Service | 11/01/2023 | Email: Subject: Lockhart - Motion to Operate | 0.10 | $300.00 | $30.00 |
| Service | 11/01/2023 | Email: Subject: RE: Lockhart - Motion to Operate | 0.20 | $300.00 | $60.00 |
| Service | 11/01/2023 | Call with Natalie regarding fee applications, expedited motion and case issues | 0.70 | $300.00 | $210.00 |
| Service | 11/01/2023 | Review expedited Motion to continue operations | 0.30 | $300.00 | $90.00 |
| Service | 11/01/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order Scheduling Hearing | 0.10 | $300.00 | $30.00 |
| Service | 11/02/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Response | 0.20 | $300.00 | $60.00 |
| Service | 11/03/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order | 0.10 | $300.00 | $30.00 |
| Service | 11/03/2023 | Call with Natalie regarding DurAlt and sale | 0.30 | $300.00 | $90.00 |
| Service | 11/06/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.10 | $300.00 | $30.00 |
| Service | 11/06/2023 | Email: Subject: RE: Lockhart Chemical Hearing | 0.10 | $300.00 | $30.00 |
| Service | 11/06/2023 | Email: Subject: Re: Lockhart Chemical Hearing | 0.10 | $300.00 | $30.00 |
| Service | 11/08/2023 | Email: Subject: RE: Lockhart Question re Insurance | 0.20 | $300.00 | $60.00 |
| Service | 11/08/2023 | Email: Subject: RE: Lockhart Question re Insurance | 0.10 | $300.00 | $30.00 |
| Service | 11/08/2023 | Call with JND regarding receivables | 0.10 | $300.00 | $30.00 |
| Service | 11/09/2023 | Call with Natalie regarding potential Lockhart sale and claims | 0.40 | $300.00 | $120.00 |

| Service | 11/10/2023 | Email: Subject: NDA | 0.10 | $300.00 | $30.00 |
|---------|-----------|---------------------|------|---------|--------|
| Service | 11/10/2023 | Email: Subject: RE: NDA | 0.10 | $300.00 | $30.00 |
| Service | 11/10/2023 | Email: Subject: RE: Lockhart Question re Insurance | 0.10 | $300.00 | $30.00 |
| Service | 11/17/2023 | Email: Subject: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 11/20/2023 | Call with 'Tim Fennell' regarding insurance | 0.10 | $300.00 | $30.00 |
| Service | 11/21/2023 | Email: Subject: The Lockhart Company | 0.10 | $300.00 | $30.00 |
| Service | 11/21/2023 | Call with Natalie regarding weekly meetings | 0.20 | $300.00 | $60.00 |
| Service | 11/21/2023 | Email: Subject: 22-22005 - LOCKHART CHEMICAL COMPANY | 0.10 | $300.00 | $30.00 |
| Service | 11/27/2023 | Email: Subject: FW: LCC - Billing Summary | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2023 | Email: Subject: RE: LCC - Billing Summary | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2023 | Email: Subject: October Month End AR | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2023 | Call with Natalie regarding sale and insurance | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2023 | Email: Subject: Lockhart | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2023 | Call with potential purchaser | 0.20 | $300.00 | $60.00 |
| Service | 11/29/2023 | Call with Natalie Cardiello regarding Lockhart and potential sale, environmental requirements | 0.20 | $300.00 | $60.00 |
| Service | 11/29/2023 | Call with Tim Fennell | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2023 | Email: Subject: RE: Weekly Lockhart Meeting | 0.10 | $300.00 | $30.00 |
| Service | 11/30/2023 | Join weekly call regarding status of bankruptcy and environmental issues | 0.70 | $300.00 | $210.00 |
| Service | 11/30/2023 | Email: Subject: Lockhart Chemical Co 22-22005 | 0.10 | $300.00 | $30.00 |
| Service | 12/05/2023 | Email: Subject: Lockhart Bankruptcy Support | 0.10 | $300.00 | $30.00 |
| Service | 12/06/2023 | Email: Subject: RE: Weekly Lockhart Meetings - 12/7/23 | 0.10 | $300.00 | $30.00 |
| Service | 12/07/2023 | Email: Subject: RE: Lockhart Bankruptcy Support | 0.10 | $300.00 | $30.00 |
| Service | 12/07/2023 | Email: Subject: Lockhart - Potential Purchaser Priority List | 0.50 | $300.00 | $150.00 |
| Service | 12/13/2023 | Email: Subject: RE: Weekly Lockhart Meetings - 12/14/2023 | 0.10 | $300.00 | $30.00 |
| Service | 12/20/2023 | Email: Subject: RE: Weekly Lockhart Meetings - 12/21/2023 | 0.10 | $300.00 | $30.00 |

Invoice # 579 - 01/16/2024

|  |  |
|---|---|
| **Total** | **$27,951.55** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 579 | 01/31/2024 | $27,951.55 | $0.00 | $27,951.55 |
|  |  |  | **Outstanding Balance** | **$27,951.55** |
|  |  |  | **Total Amount Outstanding** | **$27,951.55** |

Please make all amounts payable to: Fuchs Law Office, LLC

Please pay within 15 days.

## Remittance Advice

| Checking Information |
| --- |

**Remit checks to:**    Fuchs Law Office, LLC
554 Washington Avenue, First Floor
Carnegie, PA 15106

Please include the invoice number 579 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.

554 Washington Avenue, First Floor
Carnegie, PA 15106
Phone: (412) 223-5404
Email: dfuchs@fuchslawoffice.com

# INVOICE

Invoice # 579
Date: 01/16/2024
Due On: 01/31/2024



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.