**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LOCKHART CHEMICAL COMPANY,<br><br>　　　　　Debtors,<br><br>NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,<br><br>　　　　　Movant,<br>　v.<br><br>NO RESPONDENT. | Bankruptcy No.:22-22005-CMB<br><br>Chapter 7<br><br>Hearing date and time:<br>March 19, 2024 at 1:30 p.m.<br><br>Related to Doc. No. 175 |

**SUPPLEMENT TO SECOND APPLICATION OF FUCHS LW OFFICE, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD OF MAY 17, 2023 THROUGH DECEMBER 31, 2023**

AND NOW, comes Natalie Lutz Cardiello, Trustee, and submits the within **SUPPLEMENT TO SECOND APPLICATION OF FUCHS LW OFFICE, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD OF MAY 17, 2023 THROUGH DECEMBER 31, 2023**, and in support thereof, states as follows:

　　　　1.　　On January 31, 2024, the Movant filed the Second Application Fuchs Law Office, LLC for Compensation and Reimbursement of Expenses as Special Counsel for the Trustee for the Period of May 17, 2023 Through December 31, 2023 (the "Fee Application").

　　　　2.　　The Movant now files a supplemental **Exhibit C** to the Fee Application.

　　WHEREFORE, it is respectfully requested that the Court approve the Fees and Expenses of NTH Consultants, LTD.

                                                                  RESPECTFULLY SUBMITTED:

Date: <u>March 1, 2024</u>                        /s/ *David L. Fuchs*
                                                              DAVID L. FUCHS
                                                              PA I.D. #205694
                                                              TERESA K. FUCHS
                                                              PA I.D. #205696
                                                              Fuchs Law Office, LLC
                                                              554 Washington Ave, First Floor
                                                              Carnegie, PA  15106
                                                              (412) 223-5404 (phone)
                                                              (412) 223-5406 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> **LOCKHART CHEMICAL COMPANY,** <br> <br> Debtors, <br> <br> **NATALIE LUTZ CARDIELLO, CHAPTER 7 TRUSTEE FOR LOCKHART CHEMICAL COMPANY,** <br> <br> Movant, <br> v. <br> <br> **NO RESPONDENT.** | Bankruptcy No.:22-22005-CMB <br> <br> Chapter 7 <br> <br> <br> <br> Hearing date and time: <br> March 19, 2024 at 1:30 p.m. <br> <br> Related to Doc. No. 175 |

### CERTIFICATE OF SERVICE

I, David L. Fuchs, hereby certify, that on the 1st Day of March, 2024, a true and correct copy of the foregoing **SUPPLEMENT TO SECOND APPLICATION OF FUCHS LW OFFICE, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD OF MAY 17, 2023 THROUGH DECEMBER 31, 2023** was served upon the following (via electronic service):

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Date: March 1, 2024

*/s/ David L. Fuchs*
David L. Fuchs
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Avenue
First Floor
Carnegie, PA 15106
(412) 223-5404 phone
(412) 223-5406 fax