# EXHIBIT A

 **INVOICE**

Invoice # 595
Date: 03/01/2024
Due On: 03/15/2024

554 Washington Avenue, First Floor
Carnegie, PA 15106
Phone: (412) 223-5404
Email: dfuchs@fuchslawoffice.com

Natalie Cardiello
107 Huron Drive
Carnegie, PA 15106

## 00301-Cardiello

## The Lockhart Company

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/17/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report (Review October and November, 2022 Operating Reports | 0.30 | $300.00 | $90.00 |
| Service | 05/18/2023 | Call with Natalie regarding sales, fee applications and other issues | 0.30 | $300.00 | $90.00 |
| Service | 05/18/2023 | Email: Subject: Lockhart (email from Natalie regarding production and prospective purchaser) | 0.20 | $300.00 | $60.00 |
| Service | 05/18/2023 | Email: Subject: FW: NTH Consultants, Ltd. Invoice 632831 (22000693-01)(review invoice provided by NTH and provide copy to Natalie) | 0.10 | $300.00 | $30.00 |
| Service | 05/18/2023 | Email: Subject: FW: Invoice 2338691 (Email from Natalie regarding Warner Norcross invoice and filing of fee application) | 0.10 | $300.00 | $30.00 |
| Service | 05/18/2023 | Prepare Applications for Compensation for NTH and Warner Norcross Judd | 1.60 | $300.00 | $480.00 |
| Service | 05/18/2023 | Email: Subject: FW: [EXTERNAL] RE: Lockhart / WNJ invoices (Review of email from Warner Norcross and Judd regarding invoice for fees and review of attached invoice) | 0.20 | $300.00 | $60.00 |
| Service | 05/18/2023 | Email: Subject: RE: Lockhart Chemical Company (Review email from Brian O'Keefe regarding interest in purchasing materials or facility | 0.20 | $300.00 | $60.00 |
| Service | 05/19/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report (Review November 2022 report) | 0.20 | $300.00 | $60.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/19/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report (review of April 2022 report) | 0.10 | $300.00 | $30.00 |
| Service | 05/19/2023 | Review changes provided by NTH and Warner Norcross to Fee Applications, make changes to applications, file, serve and file COS | 1.80 | $300.00 | $540.00 |
| Service | 05/23/2023 | Email: Subject: RE: Lockhart Chemical Company (emails with Carey Robinson regarding interest of Breskmans as potential purchasers) | 0.20 | $300.00 | $60.00 |
| Expense | 05/24/2023 | Reimbursable expenses: Service of 3 Applications for approval of fees on complete matrix | 1.00 | $825.55 | $825.55 |
| Service | 05/24/2023 | Email: Subject: RE: Lockhart Chemical Company (Emails with Carey Robinson regarding purchase of assets) | 0.10 | $300.00 | $30.00 |
| Service | 05/26/2023 | Email: Subject: RE: NTH Consultants, Ltd. Invoice 632831 (22000693-01)(Follow up emails to NTH regarding invoicing, payment process, work being performed by NTH and issues with regulatory bodies) | 0.10 | $300.00 | $30.00 |
| Service | 05/26/2023 | Email: Subject: RE: NTH Consultants, Ltd. Invoice 632831 (22000693-01)(Email to NTH regarding invoice and application for compensation process, regulatory body environmental issues) | 0.20 | $300.00 | $60.00 |
| Service | 05/26/2023 | Call with Natalie regarding case updates and necessary steps forward with the case and environmental issues | 0.20 | $300.00 | $60.00 |
| Service | 05/29/2023 | Email: Subject: Lockhart Agenda (email regarding weekly meeting agenda with various agendas) | 0.60 | $300.00 | $180.00 |
| Service | 05/30/2023 | Email: Subject: RE: Lockhart Agenda (follow up email to group regarding weekly agenda for call with regulatory agencies) | 0.10 | $300.00 | $30.00 |
| Service | 05/31/2023 | Email: Subject: RE: Lockhart Chemical Company (email from Natalie regarding Insurance and inspection) | 0.20 | $300.00 | $60.00 |
| Service | 05/31/2023 | Email: Subject: FW: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter (email with letter regarding changes to facility for insurance purposes) | 0.10 | $300.00 | $30.00 |
| Service | 06/01/2023 | Call with Natalie regarding case issues, proposals and interested purchasers, review potential terms offered on sales and review of terms offered | 2.50 | $300.00 | $750.00 |
| Service | 06/01/2023 | Email: Subject: RE: Letter of Intent and Company BIO's (review proposed letter of intent from purchaser) | 0.40 | $300.00 | $120.00 |
| Service | 06/01/2023 | Email: Subject: RE: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter from insurance carrier | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/01/2023 | Email: Subject: FW: The Lockhart Company Policy #NMB-ETU2012112 Inspection Recommendation Letter (review and communications with Natalie regarding next steps and proposed recommendations by carrier) | 0.70 | $300.00 | $210.00 |
| Service | 06/01/2023 | Email: Subject: RE: Lockhart Chemical Company (Email with Carey Robinson regarding site visits) | 0.10 | $300.00 | $30.00 |
| Service | 06/01/2023 | Email: Subject: RE: Letter of Intent and Company BIO's (review information provided by interested purchaser) | 0.60 | $300.00 | $180.00 |
| Service | 06/02/2023 | Email: Subject: Lockhart Chemical Company/Conway E&S (draft and email letter to Conway E&S regarding proposed modificaitons and violation of stay) | 0.20 | $300.00 | $60.00 |
| Service | 06/05/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] (review offer for formula) | 0.50 | $300.00 | $150.00 |
| Service | 06/06/2023 | Review docket and file CNO's for professional fee applications | 0.60 | $300.00 | $180.00 |
| Service | 06/07/2023 | Email: Subject: RE: Lockhart Chemical Company (email to Natalie regarding formula purchase proposal) | 0.10 | $300.00 | $30.00 |
| Service | 06/07/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase (email to potential purchaser regarding purchase of formula) | 0.20 | $300.00 | $60.00 |
| Service | 06/07/2023 | Email: Subject: RE: EZ Mulz 5455 Formulation Offer for Purchase (review of email with potential terms of purchasing specific formula) | 0.70 | $300.00 | $210.00 |
| Service | 06/08/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order on Application for Compensation (review of Orders) | 0.20 | $300.00 | $60.00 |
| Service | 06/08/2023 | Call with Natalie Cardiello regarding case issues, potential offers and payment of professionals | 0.10 | $300.00 | $30.00 |
| Service | 06/08/2023 | Call from Natalie regarding various items including Lockhart continued operations | 0.20 | $300.00 | $60.00 |
| Service | 06/09/2023 | Email: Subject: FW: Lockhart Bankruptcy (email with Natalie regarding Trademark) | 0.10 | $300.00 | $30.00 |
| Service | 06/09/2023 | Call with Frank (potential purchasers), review potential options moving forward | 0.40 | $300.00 | $120.00 |
| Service | 06/09/2023 | Email: Subject: Lockhart Bankruptcy (follow up email with Natalie regarding tradmarks) | 0.20 | $300.00 | $60.00 |
| Service | 06/12/2023 | Call with Natalie regarding sale and avoidable transfer claims | 0.30 | $300.00 | $90.00 |
| Service | 06/13/2023 | Call to Rich Lieber regarding formula availability | 0.40 | $300.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/14/2023 | Call with Rich Lieber regarding purchase of formula | 0.50 | $300.00 | $150.00 |
| Service | 06/14/2023 | Email: Subject: RE: Lockhart Chemical Company (communications with CArey Robinson regarding individuals with information regarding purchase) | 0.20 | $300.00 | $60.00 |
| Service | 06/14/2023 | Email: Subject: From Frank J. Ressa (Email from potential purchaser for specific formula) | 0.12 | $300.00 | $36.00 |
| Service | 06/15/2023 | Review schedules for potential actions that require further information | 1.50 | $300.00 | $450.00 |
| Service | 06/15/2023 | Call with Natalie regarding Z-Tech, review Z-Tech matters | 0.60 | $300.00 | $180.00 |
| Service | 06/15/2023 | Email: Subject: Updated Inventory (review and provide information regarding purchase of inventory from Debtor) | 0.70 | $300.00 | $210.00 |
| Service | 06/15/2023 | Email: Subject: RE: From Frank J. Ressa (email from Frank Ressa regarding purchase of formula) | 0.20 | $300.00 | $60.00 |
| Service | 06/16/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase (email regarding potential purchase of formula) | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2023 | Email: Subject: RE: Lockhart Chemical Company (emails with Carey Robinson regarding client interest in facility or aspects of facility) | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2023 | Email: Subject: Inventory List (preliminary email regarding inventory to provide to third party expressing interest in purchasing some of existing inventory) | 0.20 | $300.00 | $60.00 |
| Service | 06/17/2023 | Document: Letter to Conway E&amp;S-6-1-23.docx (additional letter to Conway E&S regarding recommendations) | 0.50 | $300.00 | $150.00 |
| Service | 06/17/2023 | Document: Standard Mutual NDA - (Lockhart).docx (draft Non Disclsoure Agreement to enable sharing of information with interested party) | 0.70 | $300.00 | $210.00 |
| Service | 06/19/2023 | Email: Subject: 22-22005-CMB Operating Report (review operating report filed with Court) | 0.20 | $300.00 | $60.00 |
| Service | 06/19/2023 | Email: Subject: FW: NTH Consultants, Ltd. Invoice 633059 (22000693-01) (review invoice from NTH regarding work being performed for Lockhart) | 0.30 | $300.00 | $90.00 |
| Service | 06/20/2023 | Email: Subject: 22-22005-CMB Notice of Change of Address (review notice and update service) | 0.10 | $300.00 | $30.00 |
| Service | 06/20/2023 | Call with potential purchaser regarding inventory and site visit | 0.20 | $300.00 | $60.00 |
| Service | 06/21/2023 | Call with Natalie regarding various estate matters and steps forward with chemical plant | 0.70 | $300.00 | $210.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/21/2023 | Email: Subject: Message from interested purchaser of formula coordinating discussion | 0.10 | $300.00 | $30.00 |
| Service | 06/21/2023 | Call with Frank Ressa regarding inventory and due diligence lists | 0.30 | $300.00 | $90.00 |
| Service | 06/21/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase (emails with potential purchaser for formula and process to purchase) | 0.20 | $300.00 | $60.00 |
| Service | 06/21/2023 | Email: Subject: RE: EZ Mulz 5455 Formulation Offer for Purchase (review proposal) | 0.20 | $300.00 | $60.00 |
| Service | 06/22/2023 | Email: Subject: FW: Ztech Statement of Account 11.30.22 (review information regarding amounts owed to Lockhart) | 0.20 | $300.00 | $60.00 |
| Service | 06/22/2023 | Email: Email regarding case issues and interest in formulas | 0.10 | $300.00 | $30.00 |
| Service | 06/22/2023 | Email: Subject: FW: Formula Calculations (email regarding valuation of formulas) | 0.10 | $300.00 | $30.00 |
| Service | 06/22/2023 | Email: Subject: RE: From Frank J. Ressa (email from Frank regarding moving forward with PUrchase) | 0.20 | $300.00 | $60.00 |
| Service | 06/23/2023 | Email: Subject: FW: Formula Calculations (email regarding valuation of additional formulas) | 0.20 | $300.00 | $60.00 |
| Service | 06/23/2023 | Email: Subject: RE: Lockhart Chemical Company (email to Carey Robinson regarding clients offer to purchase while owing amounts to Debtor) | 0.10 | $300.00 | $30.00 |
| Service | 06/26/2023 | Email: Email regarding receivables and collection activities | 0.30 | $300.00 | $90.00 |
| Service | 06/26/2023 | Email: Subject: RE: Formula Calculations (email communications regarding amounts earned from formulas) | 0.30 | $300.00 | $90.00 |
| Service | 06/26/2023 | Email: Subject: FW: Lockhart Chemical Inventory Status (Up to Date - 6.22.2023)(updated inventory list for interested parties) | 0.40 | $300.00 | $120.00 |
| Service | 06/26/2023 | Email: Subject: FW: LCC AR 6.22.23 (review current AR) | 0.40 | $300.00 | $120.00 |
| Service | 06/26/2023 | Email: Subject: RE: (review and provide fee orders to Natalie) | 0.10 | $300.00 | $30.00 |
| Service | 06/26/2023 | Call with Natalie regarding formula sale offers | 0.10 | $300.00 | $30.00 |
| Service | 06/27/2023 | Email: Subject: FW: LCC AR 6.22.23 (email communication with Natalie regarding various AR) | 0.10 | $300.00 | $30.00 |
| Service | 06/27/2023 | Email: Subject: RE: LCC AR 6.22.23 (email with Natalie regarding specific action on AR) | 0.20 | $300.00 | $60.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/27/2023 | Email: Subject: RE: LCC AR 6.22.23 (Email with Natalie regarding AR owed to Company) | 0.10 | $300.00 | $30.00 |
| Service | 06/27/2023 | Email: Subject: FW: LCC AR 6.22.23 (emails with Natalie regarding AR) | 0.10 | $300.00 | $30.00 |
| Service | 06/28/2023 | Email: Additional A/R (email with updated owed A/R) | 0.20 | $300.00 | $60.00 |
| Service | 06/28/2023 | Email: Subject: RE: (email from Natalie directing communication between my office and Alison Skillington) | 0.10 | $300.00 | $30.00 |
| Service | 06/28/2023 | Call with Alison Skillington regarding A/R and updating after payments received | 0.20 | $300.00 | $60.00 |
| Service | 06/28/2023 | Call with Jason McMahon regarding sale of formula | 0.40 | $300.00 | $120.00 |
| Service | 06/29/2023 | Email: Subject: AR Collections (email discussing collection efforts) | 0.30 | $300.00 | $90.00 |
| Service | 06/30/2023 | Email: Subject: RE: From Frank J. Ressa (email regarding inventory) | 0.10 | $300.00 | $30.00 |
| Service | 06/30/2023 | Call with Frank Reesa regarding site visit, follow up with Debtor regarding potential site visit | 0.40 | $300.00 | $120.00 |
| Service | 06/30/2023 | Email: Subject: FW: PRIVILEDGED AND CONFIDENTIAL: equipment and Information Update - 6-29-23 | 0.10 | $300.00 | $30.00 |
| Service | 06/30/2023 | Email: Subject: FW: From Frank J. Ressa (email regarding potential of site visit) | 0.20 | $300.00 | $60.00 |
| Service | 07/04/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] for specific formula) | 0.60 | $300.00 | $180.00 |
| Service | 07/07/2023 | Call with Natalie with case updates | 0.20 | $300.00 | $60.00 |
| Service | 07/08/2023 | Email: Subject: Lockhart - Ch. 7 (email coordinating Call to discuss ongoing issues at facility) | 0.10 | $300.00 | $30.00 |
| Service | 07/08/2023 | Email: Subject: FW: Lockhart - Ch. 7 (email from Linda Budz regarding brokering assets) | 0.10 | $300.00 | $30.00 |
| Service | 07/10/2023 | Email: Subject: Re: Lockhart - Ch. 7 (email scheduling and providing information related to bankruptcy) | 0.20 | $300.00 | $60.00 |
| Service | 07/10/2023 | Email: Subject: RE: Lockhart - Ch. 7 (email regarding asset sale) | 0.20 | $300.00 | $60.00 |
| Service | 07/10/2023 | Email: Subject: RE: From Frank J. Ressa (email regarding Lockhart Assets) | 0.10 | $300.00 | $30.00 |
| Service | 07/11/2023 | Telephone Call: Call with Natalie regarding site visit | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Call with Natalie Cardiello regarding site visit by prospective purchaser | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory (Email from Allison Skillington with requested inventory update after sales) | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: Proof of Claim 22-22005-CMB (review claim filed) | 0.30 | $300.00 | $90.00 |
| Service | 07/12/2023 | Email: Subject: RE: From Frank J. Ressa (request for inventory information) | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory (provide updated inventory information) | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: From Frank J. Ressa (asset purchase discussion and information necessary) | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory (email from Frank Ressa regarding inventory provided) | 0.10 | $300.00 | $30.00 |
| Service | 07/12/2023 | Email: Subject: RE: Updated Inventory (review provided inventory informaiton) | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Conference Call with Integra regarding potential sale | 0.30 | $300.00 | $90.00 |
| Service | 07/12/2023 | Email: Subject: Re: Lockhart - Ch. 7 (follow up email regarding sale with Linda Budz) | 0.20 | $300.00 | $60.00 |
| Service | 07/12/2023 | Email: Subject: Sale Update (email regarding potential sale opportunities) | 0.30 | $300.00 | $90.00 |
| Service | 07/12/2023 | Email: Subject: RE: Lockhart - Ch. 7 (Inventory information)) | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 1.60 | $300.00 | $480.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 07/13/2023 | Review outstanding A/R and prepare and send multiple demand letters | 4.70 | $300.00 | $1,410.00 |
| Service | 07/13/2023 | Email: Subject: Collection Letter update to Natalie | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: FW: Lockhart Chemical Company (A/R collection attempt) | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (email with customer regarding outstanding A/R) | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (response to collection letter) | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (email with customer regarding outstanding A/R) | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: FW: Lockhart Chemical Company (A/R Collection demand) | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (email with customer regarding outstanding A/R) | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (information from client regarding A/R) | 0.20 | $300.00 | $60.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (response to A/R Collection attempt) | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: Lockhart Chemical/Kimes (A/R collection attempt) | 0.30 | $300.00 | $90.00 |
| Service | 07/13/2023 | Email: Subject: RE: Lockhart Chemical Company (A/R Collectionresponse) | 0.10 | $300.00 | $30.00 |
| Service | 07/13/2023 | Email: Subject: Sale of formula | 0.20 | $300.00 | $60.00 |
| Service | 07/14/2023 | Email: Subject: RE: Lockhart Chemical Company (A/R issue) | 0.20 | $300.00 | $60.00 |
| Service | 07/14/2023 | Email: Subject: RE: Lockhart Chemical Hearing (A/R payment proposal) | 0.10 | $300.00 | $30.00 |
| Service | 07/14/2023 | Email: Subject: FW: Lockhart Chemical Hearing (emails with Natalie regarding offer to pay A/R) | 0.20 | $300.00 | $60.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Chemical (emails regarding reconciliation of disputed amounts) | 0.20 | $300.00 | $60.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Bankruptcy (provide information to Natalie) | 0.20 | $300.00 | $60.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Chemical Company( email regarding collection of A/R and parties interested in purchasing product) | 0.10 | $300.00 | $30.00 |
| Service | 07/17/2023 | Email: Subject: RE: Lockhart Chemical Hearing (A/R collection update to Trustee and LCC staff) | 0.20 | $300.00 | $60.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical Company (disputed A/R amounts) | 0.20 | $300.00 | $60.00 |
| Service | 07/18/2023 | Email: Subject: FW: Sale of formula | 0.40 | $300.00 | $120.00 |
| Service | 07/18/2023 | Email: Subject: RE: Updated Inventory (follow up regarding inventory information with potential purchaser) | 0.40 | $300.00 | $120.00 |
| Service | 07/18/2023 | Email: Subject: Lockhart Chemical Company - Synovelle's claims against invoices | 2.80 | $300.00 | $840.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical Hearing (preference claim) | 0.20 | $300.00 | $60.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical (A/R issues) | 0.10 | $300.00 | $30.00 |
| Service | 07/18/2023 | Email: Subject: RE: Lockhart Chemical (emails with Carey Robinson regarding invoices) | 0.10 | $300.00 | $30.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/19/2023 | Email: Subject: RE: Lockhart Chemical (ZTEch invoices) | 0.20 | $300.00 | $60.00 |
| Service | 07/19/2023 | Email: Subject: RE: Updated Inventory (request from Frank Ressa for additional information) | 0.20 | $300.00 | $60.00 |
| Service | 07/19/2023 | Email: Subject: Lockhart Chemical Co. (payment made on A/R) | 0.10 | $300.00 | $30.00 |
| Service | 07/19/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report (review of report filed) | 0.20 | $300.00 | $60.00 |
| Service | 07/20/2023 | Email: Subject: RE: Lockhart Chemical Hearing (A/R Payments) | 0.20 | $300.00 | $60.00 |
| Service | 07/21/2023 | Email: Subject: Receivables (and collections efforts/ disputes) | 0.20 | $300.00 | $60.00 |
| Service | 07/21/2023 | Email: Subject: RE: Lockhart Chemical Hearing (emails regarding receivables owed) | 0.10 | $300.00 | $30.00 |
| Service | 07/21/2023 | Email: Subject: Lockhart Chemical Company, Bkr Case No. 22-22005-CMB-RSC Bio Solutions A/R Response) | 0.20 | $300.00 | $60.00 |
| Service | 07/24/2023 | Email: Subject: Re: Lockhart - Ch. 7 (Inventory information) | 0.20 | $300.00 | $60.00 |
| Service | 07/24/2023 | Call with Natalie regarding potential buyers | 0.20 | $300.00 | $60.00 |
| Service | 07/24/2023 | Email: Subject: FW: 22-22005 - LOCKHART CHEMICAL COMPANY (Mar-Tech Payment info in response to demand letter | 0.10 | $300.00 | $30.00 |
| Service | 07/24/2023 | Email: Subject: 22-22005 - LOCKHART CHEMICAL COMPANY (site scheduling email with Natalie) | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Email: Subject: Re: Lockhart - Ch. 7 (Inventory availability) | 0.20 | $300.00 | $60.00 |
| Service | 07/25/2023 | Email: Subject: RE: Lockhart - Ch. 7 (Inventory information and discussion on components and composition of products) | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Email: Subject: RE: EZ Mulz 5455 Formulation Offer for Purchase | 0.30 | $300.00 | $90.00 |
| Service | 07/25/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Email: Subject: RE: Lockhart - Ch. 7 (Inventory) | 0.20 | $300.00 | $60.00 |
| Service | 07/25/2023 | Email: Subject: RE: 22-22005 - LOCKHART CHEMICAL COMPANY (email from Natalie regarding site visit start time for interested party) | 0.10 | $300.00 | $30.00 |
| Service | 07/25/2023 | Call with Natalie Cardiello regarding sales of formula, facility, case issues and receivables | 0.30 | $300.00 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/25/2023 | Review offers and requirements on potential formula sales and issue with potential purchasers for entire operations | 1.60 | $300.00 | $480.00 |
| Service | 07/26/2023 | Call with Jason McMahon and follow up regarding formula | 1.10 | $300.00 | $330.00 |
| Service | 07/26/2023 | Email: Subject: EZ Mulz 5455 (follow up on sale of formula) | 0.20 | $300.00 | $60.00 |
| Service | 07/26/2023 | Call with Natalie regarding sale of formula | 0.10 | $300.00 | $30.00 |
| Service | 07/26/2023 | Email: Subject: RE: 22-22005 - LOCKHART CHEMICAL COMPANY (Integra Solutions visit to site) | 0.10 | $300.00 | $30.00 |
| Service | 07/27/2023 | Email: Subject: Synovelle Letter (response to demand for payment with supporting documentation and issues) | 1.80 | $300.00 | $540.00 |
| Service | 07/28/2023 | Email: Subject: AR WE 7.28.23 (A/R collection update) | 0.20 | $300.00 | $60.00 |
| Service | 07/28/2023 | Document Review: Subject: Proof of Claim Ch-7 22-22005-CMB Lockhart Chemical (Review of filed claim) | 0.30 | $300.00 | $90.00 |
| Service | 07/29/2023 | Email: Subject: RE: AR WE 7.28.23 (A/R update and responses) | 0.10 | $300.00 | $30.00 |
| Service | 07/29/2023 | Email: Subject: FW: Tecniquimia Mexicana (response to demand for payment with supporting documentation) | 0.70 | $300.00 | $210.00 |
| Service | 07/29/2023 | Email: Subject: FW: Invoice Synovelle E22227 and others (information on outstanding A/R) | 0.60 | $300.00 | $180.00 |
| Service | 07/31/2023 | Email: Subject: RE: AR WE 7.28.23 (collection activity update) | 0.10 | $300.00 | $30.00 |
| Service | 07/31/2023 | Call with Frank regarding C of A's (formula information) | 0.20 | $300.00 | $60.00 |
| Service | 07/31/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 07/31/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 08/03/2023 | Call with Natalie regarding viewing of facility and ongoing activity | 0.20 | $300.00 | $60.00 |
| Service | 08/09/2023 | Email: Subject: FW: Lockhart Chemical/Kimes (email regarding (A/R collections) | 0.10 | $300.00 | $30.00 |
| Service | 08/09/2023 | Email: Subject: RE: Updated Inventory (request for additional inventory information) | 0.10 | $300.00 | $30.00 |
| Service | 08/09/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 08/09/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/09/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 08/10/2023 | Call with Richard Lieber regarding DurAlt formula, review potential issues regarding trademarks | 1.70 | $300.00 | $510.00 |
| Service | 08/11/2023 | Email: Subject: AR Update (information regarding A/R from Alison Skilington) | 0.10 | $300.00 | $30.00 |
| Service | 08/11/2023 | Email: Subject: Update (request for collection information) | 0.10 | $300.00 | $30.00 |
| Service | 08/12/2023 | Email: Subject: RE: Updated Inventory (follow up request regarding inventory by potential purchaser) | 0.20 | $300.00 | $60.00 |
| Service | 08/15/2023 | Call with Natalie Cardiello regarding enviornmental actions and issues | 0.30 | $300.00 | $90.00 |
| Service | 08/15/2023 | Email: Subject: From frank Ressa Ideas, Inc. (and inventory interested in purchasing) | 0.10 | $300.00 | $30.00 |
| Service | 08/15/2023 | Email: Subject: RE: Updated Inventory to provide to interested party | 0.20 | $300.00 | $60.00 |
| Service | 08/15/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (regarding necessary information for purchasing assets) | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (follow up regarding purchase) | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (email regarding purchase proposal) | 0.20 | $300.00 | $60.00 |
| Service | 08/16/2023 | Call with Natalie regarding Idea's offer to purchase certain assets and inventory | 0.20 | $300.00 | $60.00 |
| Service | 08/16/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (regarding purchase of assets) | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Operating Report (review of report) | 0.10 | $300.00 | $30.00 |
| Service | 08/18/2023 | Email: Subject: FW: Lockhart Chemical Inventory List Up To Date (8.18.2023) | 0.20 | $300.00 | $60.00 |
| Service | 08/21/2023 | Call with Frank Reesa (regarding purchase of inventory) | 0.20 | $300.00 | $60.00 |
| Service | 08/22/2023 | Call with Natalie regarding case status | 0.30 | $300.00 | $90.00 |
| Service | 08/23/2023 | Email: Subject: From Frank Ressa Ideas, Inc. and inventory that can be purchased | 0.10 | $300.00 | $30.00 |
| Service | 08/24/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (email regarding inventory specs) | 0.10 | $300.00 | $30.00 |
| Service | 08/24/2023 | review inquiries regarding potential Sale of additional | 1.20 | $300.00 | $360.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| | | materials. | | | |
| Service | 08/24/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (email regarding inventory availability) | 0.10 | $300.00 | $30.00 |
| Service | 08/24/2023 | Email: Subject: LCC Bankruptcy Support Invoices provided by NTH (review and provide to Natalie) | 0.60 | $300.00 | $180.00 |
| Service | 08/25/2023 | Email: Subject: RE: From frank Ressa Ideas, Inc. (inventory detail for purchase) | 0.50 | $300.00 | $150.00 |
| Service | 08/28/2023 | Email: Subject: LCC Bankruptcy Support Invoice (follow up on payment of NTH invoices and process) | 0.40 | $300.00 | $120.00 |
| Service | 08/28/2023 | Call from Frank Ressa, follow up on information relayed regarding assets of Debtor | 0.70 | $300.00 | $210.00 |
| Service | 08/29/2023 | Email: Subject: RE: AP (reconciliation email with supporting information on A/R collecitons) | 1.50 | $300.00 | $450.00 |
| Service | 09/06/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.20 | $300.00 | $60.00 |
| Service | 09/06/2023 | Email: Subject: FW: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 09/09/2023 | Email: Subject: FW: Lockhart Chemical/Kimes (documentation evidencing dispute of A/R claimed to be owed, review of information provided in email by Kimes) | 1.90 | $300.00 | $570.00 |
| Service | 09/11/2023 | Email: Subject: RE: Lockhart Chemical/Kimes (Email with Lockhart staff and Natalie regarding disputed A/R information) | 0.20 | $300.00 | $60.00 |
| Service | 09/12/2023 | Email: Subject: RE: Lockhart Chemical/Kimes (further documentation of dispute provided and reviewed) | 1.10 | $300.00 | $330.00 |
| Service | 09/14/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 09/14/2023 | Email: Draft email to Lockhart and Natalie regarding Kimes issues with invoices | 0.40 | $300.00 | $120.00 |
| Service | 09/18/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 09/19/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 09/20/2023 | Email: Subject: FW: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 09/29/2023 | Email: Subject: Re: EZ Mulz 5455 Formulation Offer for Purchase | 0.10 | $300.00 | $30.00 |
| Service | 10/02/2023 | Call with Natalie regarding potential sales, status of case and collections, review information on outstanding | 1.00 | $300.00 | $300.00 |

Invoice # 595 - 03/01/2024

|         |            | A/R |      |          |          |
|---------|------------|-----|------|----------|----------|
| Service | 10/04/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.80 | $300.00 | $240.00 |
| Service | 10/06/2023 | Call with JNR Company regarding receivables, review proposals to collect or purchase | 1.60 | $300.00 | $480.00 |
| Service | 10/06/2023 | Email: Subject: LOCKHART CHEMICAL COMPANY 22-22005 (review of Nielsen presentation on collections) | 0.30 | $300.00 | $90.00 |
| Service | 10/09/2023 | Email: Subject: Lockhart Bankruptcy (provide information to Natalie regarding FuelSaver claim and proposal | 0.20 | $300.00 | $60.00 |
| Service | 10/09/2023 | Call to Natalie regarding sales and receivables owed to Debtor and collection status | 0.10 | $300.00 | $30.00 |
| Service | 10/09/2023 | Email: Subject: RE: Lockhart Bankruptcy (email from Fuelsaver to provdie to Trustee) | 0.10 | $300.00 | $30.00 |
| Service | 10/09/2023 | Email: Subject: RE: Lockhart Bankruptcy emails with Fuelsaver Technologies and claim to trademark | 0.10 | $300.00 | $30.00 |
| Service | 10/10/2023 | Call with Rich Lieber, review of sale proposal and call to Natalie | 0.40 | $300.00 | $120.00 |
| Service | 10/10/2023 | Email: Subject: RE: Lockhart Chemical Hearing (email from Ashburn regarding payment on receivable) | 0.20 | $300.00 | $60.00 |
| Service | 10/11/2023 | Email: Subject: FW: LOCKHART CHEMICAL COMPANY 22-22005 (Robert Nielsen follow up on receivables and retaining collection agency) | 0.10 | $300.00 | $30.00 |
| Service | 10/11/2023 | Call with Natalie regarding sales and receivables | 0.40 | $300.00 | $120.00 |
| Service | 10/12/2023 | Email: Subject: RE: LOCKHART CHEMICAL COMPANY 22-22005 (Email with information regarding collection information and ability to collect various outstanding receivables) | 1.40 | $300.00 | $420.00 |
| Service | 10/12/2023 | Call with Natalie regarding sales and formulas, review proposals to ensure accuracy of amounts offered | 0.30 | $300.00 | $90.00 |
| Service | 10/12/2023 | Email: Subject: RE: Lockhart Bankruptcy (Provide background information to Robert Nielson on A/R owed to Debtor) | 0.30 | $300.00 | $90.00 |
| Service | 10/12/2023 | Email: Subject: FW: Lockhart Bankruptcy (A/R proposal from Richard LIeber) | 0.40 | $300.00 | $120.00 |
| Service | 10/12/2023 | Email: Subject: RE: LOCKHART CHEMICAL COMPANY 22-22005 (collection information provided by party interested in purchasing A/R) | 0.10 | $300.00 | $30.00 |
| Service | 10/12/2023 | Call with Natalie Cardiello regarding sales of product, potential interest in assets | 0.30 | $300.00 | $90.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/13/2023 | Email: Subject: RE: Lockhart Bankruptcy- Interest in Equipment | 0.20 | $300.00 | $60.00 |
| Service | 10/13/2023 | Call with Natalie Cardiello regarding Lockhart Case | 0.20 | $300.00 | $60.00 |
| Service | 10/13/2023 | Email: Subject: FW: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.30 | $300.00 | $90.00 |
| Service | 10/13/2023 | Call with E.J. Schnellbacher regarding unpaid claim, review claim filed | 1.00 | $300.00 | $300.00 |
| Service | 10/14/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |
| Service | 10/16/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.20 | $300.00 | $60.00 |
| Service | 10/16/2023 | Email: Subject: FW: Current invoice for 22000693 - LLC Bankruptcy Technical Assistance | 0.10 | $300.00 | $30.00 |
| Service | 10/16/2023 | Email: Subject: LCC - Billing Summary provided by NTH (review of invoice and work performed by NTH, involvement in various ongoing environmental matters affecting debtor and coordination of efforts) | 0.20 | $300.00 | $60.00 |
| Service | 10/17/2023 | Email: Subject: RE: Lockhart - Purchase offer by Zeller & Gmelin [Luther-LAW_DE.FID4958985] | 0.10 | $300.00 | $30.00 |
| Service | 10/20/2023 | Email: Subject: Sale of Formulas (request for purchase from interested party) | 0.10 | $300.00 | $30.00 |
| Service | 10/20/2023 | Call from interested party on formula purchase | 0.10 | $300.00 | $30.00 |
| Service | 10/20/2023 | Email: Subject: RE: LOCKHART CHEMICAL COMPANY 22-22005 (collection proposal by JNR Collections) | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2023 | Email: Subject: FW: LOCKHART CHEMICAL COMPANY 22-22005 (follow up email regarding collection alternatives) | 0.10 | $300.00 | $30.00 |
| Service | 10/31/2023 | Call with Natalie regarding update of case issues and potential purchaser | 0.20 | $300.00 | $60.00 |
| Service | 11/01/2023 | Email: Subject: Lockhart - Motion to Operate (follow up on operations) | 0.10 | $300.00 | $30.00 |
| Service | 11/01/2023 | Email: Subject: RE: Lockhart - Motion to Operate (review filing and calendar deadlines) | 0.20 | $300.00 | $60.00 |
| Service | 11/01/2023 | Call with Natalie regarding fee applications, expedited motion and case issues | 0.70 | $300.00 | $210.00 |
| Service | 11/01/2023 | Review expedited Motion to continue operations | 0.30 | $300.00 | $90.00 |
| Service | 11/01/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order Scheduling Hearing (review of scheduling order) | 0.10 | $300.00 | $30.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/02/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Response (review response to MOtion) | 0.20 | $300.00 | $60.00 |
| Service | 11/03/2023 | Email: Subject: Ch-7 22-22005-CMB Lockhart Chemical Order (review order entered by Court) | 0.10 | $300.00 | $30.00 |
| Service | 11/03/2023 | Call with Natalie regarding DurAlt and sale | 0.30 | $300.00 | $90.00 |
| Service | 11/06/2023 | Email: Subject: RE: Lockhart Chemical Hearing (follow up with Natalie and Alison regarding claimed payment) | 0.10 | $300.00 | $30.00 |
| Service | 11/06/2023 | Email: Subject: RE: Lockhart Chemical Hearing (Ashburn payments on A/R) | 0.10 | $300.00 | $30.00 |
| Service | 11/06/2023 | Email: Subject: Re: Lockhart Chemical Hearing (Response to Ashburn regarding payemnts not received) | 0.10 | $300.00 | $30.00 |
| Service | 11/08/2023 | Email: Subject: RE: Lockhart Question re Insurance (email with Natalie regarding extending insurance) | 0.20 | $300.00 | $60.00 |
| Service | 11/08/2023 | Email: Subject: RE: Lockhart Question re Insurance (email from broker regarding insurance status) | 0.10 | $300.00 | $30.00 |
| Service | 11/08/2023 | Call with JND regarding receivables and proposal to collect) | 0.10 | $300.00 | $30.00 |
| Service | 11/09/2023 | Call with Natalie regarding potential Lockhart sale and claims | 0.40 | $300.00 | $120.00 |
| Service | 11/10/2023 | Email: Subject: NDA (email regarding NDA terms) | 0.10 | $300.00 | $30.00 |
| Service | 11/10/2023 | Email: Subject: RE: NDA (provide form NDA for review) | 0.10 | $300.00 | $30.00 |
| Service | 11/10/2023 | Email: Subject: RE: Lockhart Question re Insurance (Broker follow up regarding insurance renewals) | 0.10 | $300.00 | $30.00 |
| Service | 11/17/2023 | Email: Subject: 22-22005 - LOCKHART CHEMICAL COMPANY (FOIA request for potential purchaser) | 0.10 | $300.00 | $30.00 |
| Service | 11/20/2023 | Call with 'Tim Fennell' regarding insurance and renewal information necessary | 0.10 | $300.00 | $30.00 |
| Service | 11/21/2023 | Email: Subject: The Lockhart Company (insurance request for information from Tim Fennel) | 0.10 | $300.00 | $30.00 |
| Service | 11/21/2023 | Call with Natalie regarding weekly meetings with environmental agencies | 0.20 | $300.00 | $60.00 |
| Service | 11/21/2023 | Email: Subject: 22-22005 - LOCKHART CHEMICAL COMPANY (emails between Natalie and Megen regarding weekly meetings and attendance) | 0.10 | $300.00 | $30.00 |
| Service | 11/27/2023 | Email: Subject: FW: LCC - Billing Summary (email from Natalie regarding NTH summary) | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2023 | Email: Subject: RE: LCC - Billing Summary (NTH updated billings) | 0.10 | $300.00 | $30.00 |

Invoice # 595 - 03/01/2024

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/28/2023 | Email: Subject: October Month End AR (review A/R report for collection) | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2023 | Call with Natalie regarding sale and insurance | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2023 | Email: Subject: Lockhart (email with Tim Fennell regarding insurance information) | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2023 | Call with potential purchaser regarding sale process | 0.20 | $300.00 | $60.00 |
| Service | 11/29/2023 | Call with Natalie Cardiello regarding Lockhart and potential sale, environmental requirements | 0.20 | $300.00 | $60.00 |
| Service | 11/29/2023 | Call with Tim Fennell regarding insurance renewal) | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2023 | Email: Subject: RE: Weekly Lockhart Meeting (email with Natalie regarding attending meetings) | 0.10 | $300.00 | $30.00 |
| Service | 11/30/2023 | Join weekly call regarding status of bankruptcy and environmental issues | 0.70 | $300.00 | $210.00 |
| Service | 11/30/2023 | Email: Subject: Lockhart Chemical Co 22-22005 (A/R purchase proposal) | 0.10 | $300.00 | $30.00 |
| Service | 12/05/2023 | Email: Subject: Lockhart Bankruptcy Support (NTH email regarding Oxidizer) | 0.10 | $300.00 | $30.00 |
| Service | 12/06/2023 | Email: Subject: RE: Weekly Lockhart Meetings - 12/7/23 (email regarding weekly meeting and attendance) | 0.10 | $300.00 | $30.00 |
| Service | 12/07/2023 | Email: Subject: RE: Lockhart Bankruptcy Support (emails between NTH and Natalie regarding Oxidizer) | 0.10 | $300.00 | $30.00 |
| Service | 12/07/2023 | Email: Subject: Lockhart - Potential Purchaser Priority List (email from government agency regarding priorities for a sale) | 0.50 | $300.00 | $150.00 |
| Service | 12/13/2023 | Email: Subject: RE: Weekly Lockhart Meetings - 12/14/2023 (email with detailed agenda for weekly call) | 0.10 | $300.00 | $30.00 |
| Service | 12/20/2023 | Email: Subject: RE: Weekly Lockhart Meetings - 12/21/2023 (email with detailed agenda for weekly call) | 0.10 | $300.00 | $30.00 |

Total    $27,951.55

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 595 | 03/15/2024 | $27,951.55 | $0.00 | $27,951.55 |

Invoice # 595 - 03/01/2024

| | |
|---|---|
| **Outstanding Balance** | **$27,951.55** |
| **Total Amount Outstanding** | **$27,951.55** |

Please make all amounts payable to: Fuchs Law Office, LLC

Please pay within 14 days.

Invoice # 595 - 03/01/2024

## Remittance Advice

**Checking Information**

**Remit checks to:**  Fuchs Law Office, LLC
554 Washington Avenue, First Floor
Carnegie, PA 15106

Please include the invoice number 595 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.

Invoice # 595 - 03/01/2024

554 Washington Avenue, First Floor
Carnegie, PA 15106
Phone: (412) 223-5404
Email: dfuchs@fuchslawoffice.com

# INVOICE

Invoice # 595
Date: 03/01/2024
Due On: 03/15/2024



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.