# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re. LOCKHART CHEMICAL COMPANY § § § §   Case No. 22-22005

Debtor(s)

☐ Jointly Administered

**Monthly Operating Report**                                                    Chapter 11

Reporting Period Ended: 11/30/2023                      Petition Date: 10/10/2022

Months Pending: 14                                       Industry Classification: 3 2 5 1

Reporting Method:        Accrual Basis ○        Cash Basis ⦿

Debtor's Full-Time Employees (current):                        5

Debtor's Full-Time Employees (as of date of order for relief): 7

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Natalie Lutz Cardiello                          Natalie Lutz Cardiello, Trustee
Signature of Responsible Party                      Printed Name of Responsible Party

01/31/2024
Date
                                                    107 Huron Drive, Carnegie, PA 15106
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                     1

Debtor's Name LOCKHART CHEMICAL COMPANY                                  Case No. 22-22005

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,699,306 | |
| b. Total receipts (net of transfers between accounts) | $93,588 | $6,823,742 |
| c. Total disbursements (net of transfers between accounts) | $458,075 | $4,912,925 |
| d. Cash balance end of month (a+b-c) | $2,334,819 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $458,075 | $4,912,925 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $609,066 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $507,868 |
| c. Inventory    (Book ●   Market ○   Other ○   (attach explanation)) | $2,494,449 |
| d. Total current assets | $5,140,997 |
| e. Total assets | $5,837,429 |
| f. Postpetition payables (excluding taxes) | $74,693 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $74,693 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $74,693 |
| o. Ending equity/net worth (e-n) | $5,762,736 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $101,890 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $179,356 | |
| c. Gross profit (a-b) | $-77,466 | |
| d. Selling expenses | $7,020 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $5,374 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-121,721 | $-1,787,087 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name LOCKHART CHEMICAL COMPANY          Case No. 22-22005

## Part 5: Professional Fees and Expenses

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $95,227 | $0 | $95,227 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Warner Norcross & Judd | Special Counsel | $0 | $35,433 | | $35,433 |
| | ii | Fuchs Law Office LLC | Special Counsel | $0 | $17,997 | $0 | $17,997 |
| | iii | NTH Enviornmental | Other | $0 | $41,797 | $0 | $41,797 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)          3

Debtor's Name LOCKHART CHEMICAL COMPANY                                Case No. 22-22005

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---:|---:|
| a. Postpetition income taxes accrued (local, state, and federal) | $4,982 | $69,748 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $10,248 | $133,018 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

UST Form 11-MOR (12/01/2021)                           4

| Debtor's Name LOCKHART CHEMICAL COMPANY | Case No. 22-22005 |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Natalie Lutz Cardiello | Natalie Lutz Cardiello |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Trustee | 01/31/2024 |
| Title | Date |

```
12/12/2023                                  Balance Sheet
12:50 PM                            LOCKHART CHEMICAL COMPANY
LC Balance Sheet                         As of 11/30/2023
```

|  | November Current Month YTD |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 2,515,028 |
| Note Receivable | 0 |
| Accounts Receivable - Trade | 609,066 |
| Allowance for Doubtful Accounts | 10,048 |
| Total Accounts Receivable | 619,115 |
| Lubrizol Inventory | 0 |
| Less: Inventory - Contra LZ | (2,411) |
| Net Lubrizol Inventory | (2,411) |
| Lockhart Chemical & Additives Inventory | 2,494,450 |
| Inventory Reserve - Absorption | 104,302 |
| Total Lockhart Chemical & Additives Inventory | 2,598,752 |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
| Net Inventory | 1,433,689 |
| Other Current Assets | 37,042 |
| Intercompany Receivable | 536,123 |
| Chemical Due To/From Lubrizol | 0 |
| **Total Current Assets** | **5,140,997** |
| **Other Assets** | **10,000** |
| **Fixed Assets** | |
| Fixed Assets at Cost | 4,377,421 |
| Accumulated Depreciation | (3,690,990) |
| Total | 686,432 |
| Construction in Process | 0 |
| **Total Fixed Assets** | **686,432** |
| **TOTAL ASSETS** | **5,837,429** |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable - Trade | 2,574,279 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 51,689 |
| **Total Current Liabilities** | **(36,753,870)** |
| Loans Payable - L/T Affiliates | |
| Loans Payable - Long Term | |
| **TOTAL LIABILITIES** | **(36,753,870)** |
| Shareholders Equity | |
| Capital Stock | 148 |
| Retained Earnings | 36,740,203 |
| Paid In Capital | 6,189,451 |
| Current Earnings | (338,504) |
| **TOTAL EQUITY** | **42,591,298** |
| **TOTAL LIABILITIES & EQUITY** | **5,837,429** |

12/12/2023
12:57 PM
LC Income

Income Statement
LOCKHART CHEMICAL COMPANY
As Of 11/30/2023

| | Current Period | | | | |
|---|---|---|---|---|---|
| | November | PCT | Budget | PCT | Change |
| Gross Sales | $101,890 | 100.00% | $0 | 0.00% | $101,890 |
| Net Sales | 101,890 | 100.00% | 0 | 0.00% | 101,890 |
| Cost of Goods Sold | (179,356) | -176.03% | 0 | 0.00% | (179,356) |
| Environmental Expense | (702) | -0.69% | 0 | 0.00% | (702) |
| Net Sales Margin | (78,168) | -76.72% | 0 | 0.00% | (78,168) |
| Net Product Overhead | (38,179) | -37.47% | 0 | 0.00% | (38,179) |
| Gross Margin | (116,347) | -114.19% | 0 | 0.00% | (116,347) |
| Operating Income Before Depreciation | (116,347) | -114.19% | 0 | 0.00% | (116,347) |
| Depreciation Expense | (5,374) | -5.27% | 0 | 0.00% | (5,374) |
| Plant Income | (121,721) | -119.46% | 0 | 0.00% | (121,721) |
| Corporate Income Pre-Tax | (121,721) | -119.46% | 0 | 0.00% | (121,721) |
| CORPORATE NET INCOME AFTER TAX | (121,721) | -119.46% | 0 | 0.00% | (121,721) |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 11/01/2023 thru 11/30/2023 | |

| Days In Statement Period |
|---|
| 30 |

LOCKHART CHEMICAL COMPANY, DEBTOR
NATALIE LUTZ CARDIELLO, TRUSTEE
CASE #22-22005
107 HURON DRIVE
CARNEGIE PA 15106

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $2,592,955.02 | $36,581.10 | $303,158.22 | $2,326,377.90 |
| DEPOSIT TOTALS | $2,592,955.02 | $36,581.10 | $303,158.22 | $2,326,377.90 |

## Trustee Checking -

Beginning Balance $2,592,955.02

| Date | Description | Credits | Debits |
|---|---|---|---|
| 11/01 | Bank Service Fee | | $2,208.22 |
| 11/09 | MyDeposit | $6,000.00 | |
| 11/09 | MyDeposit | $10,673.60 | |
| 11/29 | MyDeposit | $19,907.50 | |

Ending Balance $2,326,377.90

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 70011 | 30,000.00 | 01/13 | 70012 | 6,200.00 | 01/14 | 70013 | 264,750.00 | 11/10 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $2,397,462.94 | Average Daily Collected | $2,396,243.57 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 3



**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
NATALIE A CARDIELLO, TRUSTEE
OPERATING ACCOUNT
4981 MCKNIGHT RD UNIT 101501
PITTSBURGH PA 15237-7729

**Statement Ending 11/30/2023**

LOCKHART CHEMICAL COMPANY  Page 1 of 4
Primary Account Number:

### Managing Your Accounts

| | | |
|---|---|---|
| | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | | $8,711.28 |

## BUSINESS ANALYSIS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/01/2023 | Balance Last Statement | $106,351.17 | Minimum Balance | $5,782.23 |
| | 4 Credit(s) This Period | $57,276.45 | Average Ledger Balance | $37,600.30 |
| | 36 Debit(s) This Period | $154,916.34 | Average Available Balance | $32,386.84 |
| 11/30/2023 | Balance This Statement | $8,711.28 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2023 | Balance Last Statement | | | $106,351.17 |
| 11/01/2023 | ICWGROUPPAYMENT SWEB PYMNT 648565022 | $2,997.00 | | $103,354.17 |
| 11/01/2023 | HAP AGNT PMT 648641672 | $2,719.93 | | $100,634.24 |
| 11/01/2023 | ATT Payment 841333003GLB3M | $2,216.83 | | $98,417.41 |
| 11/01/2023 | CONSUMERS ENERGY ENERGYBILL 103045940071 | $2,176.31 | | $96,241.10 |
| 11/01/2023 | WASTE MANAGEMENT INTERNET 043000093100224 | $458.50 | | $95,782.60 |
| 11/01/2023 | CULLIGANFLINT 8102321117 | $58.40 | | $95,724.20 |
| 11/01/2023 | CONSUMERS ENERGY ENERGYBILL 103046007052 | $40.97 | | $95,683.23 |
| 11/02/2023 | PNP BILLPAYMENT 103123EK 145042646-6621 | $3,540.72 | | $92,142.51 |
| 11/02/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,413.87 | | $89,728.64 |
| 11/02/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $789.56 | | $88,939.08 |
| 11/02/2023 | PNP BILLPAYMENT 103123EK 145042863-6621 | $55.79 | | $88,883.29 |
| 11/02/2023 | UNITEL LEASING 2483345800 M80106277864 | $27.56 | | $88,855.73 |
| 11/06/2023 | CHECK # 82984 | $461.52 | | $88,394.21 |
| 11/09/2023 | DR LUBRICANTS IN ACH Pmt 11113778263 | | $4,488.00 | $92,882.21 |
| 11/09/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,398.46 | | $90,483.75 |
| 11/09/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $779.81 | | $89,703.94 |
| 11/09/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $6.60 | | $89,697.34 |
| 11/10/2023 | DEPOSIT | | $30,000.00 | $119,697.34 |
| 11/10/2023 | LOCKHART CHEMICA YOUNGS ENV XXXXX1053 | $73,441.78 | | $46,255.56 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

Case 22-22005-CMB    Doc 193    Filed 05/10/24    Entered 05/10/24 09:15:51    Desc Main
Document    Page 10 of 15

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 11/30/2023**

LOCKHART CHEMICAL COMPANY
Primary Account Number:

Page 3 of 4

## BUSINESS ANALYSIS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/10/2023 | LOCKHART CHEMICA TLC XXXXX1053 | $20,721.39 | | $25,534.17 |
| 11/13/2023 | CHECK # 82983 | $114.00 | | $25,420.17 |
| 11/14/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $5,319.77 | | $20,100.40 |
| 11/14/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,806.92 | | $18,293.48 |
| 11/14/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2.20 | | $18,291.28 |
| 11/16/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,392.61 | | $15,898.67 |
| 11/16/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $781.75 | | $15,116.92 |
| 11/22/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,362.11 | | $12,754.81 |
| 11/22/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $773.52 | | $11,981.29 |
| 11/22/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $148.06 | | $11,833.23 |
| 11/27/2023 | DEPOSIT | | $1,771.00 | $13,604.23 |
| 11/27/2023 | CHECK # 82985 | $6,880.00 | | $6,724.23 |
| 11/27/2023 | CHECK # 82986 | $240.00 | | $6,484.23 |
| 11/28/2023 | LOCKHART CHEMICA FIBERTEC XXXXX1053 | $702.00 | | $5,782.23 |
| 11/29/2023 | DEPOSIT | | $21,017.45 | $26,799.68 |
| 11/29/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $9,710.53 | | $17,089.15 |
| 11/29/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4,382.51 | | $12,706.64 |
| 11/29/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $134.19 | | $12,572.45 |
| 11/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,842.87 | | $9,729.58 |
| 11/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,015.00 | | $8,714.58 |
| 11/30/2023 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3.30 | | $8,711.28 |
| 11/30/2023 | **Balance This Statement** | | | **$8,711.28** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 82983 | 11/13/2023 | $114.00 | 82985 | 11/27/2023 | $6,880.00 |
| 82984 | 11/06/2023 | $461.52 | 82986 | 11/27/2023 | $240.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | $95,683.23 | 11/13/2023 | $25,420.17 | 11/28/2023 | $5,782.23 |
| 11/02/2023 | $88,855.73 | 11/14/2023 | $18,291.28 | 11/29/2023 | $12,572.45 |
| 11/06/2023 | $88,394.21 | 11/16/2023 | $15,116.92 | 11/30/2023 | $8,711.28 |
| 11/09/2023 | $89,697.34 | 11/22/2023 | $11,833.23 | | |
| 11/10/2023 | $25,534.17 | 11/27/2023 | $6,484.23 | | |



82983  $114.00  11/13/2023



82984  $461.52  11/6/2023



82985  $6,880.00  11/27/2023

82986  $240.00  11/27/2023

```
System:     12/5/2023   9:18:49 AM              LOCKHART CHEMICAL COMPANY                    Page:    1
User Date:  12/5/2023                          RECONCILIATION POSTING JOURNAL                User ID: askillington
                                                    Bank Reconciliation

Audit Trail Code: CMADJ00000122                                        Bank Statement Ending Balance: $8,711.280
Checkbook ID:      FNB                                                 Bank Statement Ending Date:    11/30/2023
Description:       First National Bank Checking                        Cutoff Date:                   11/30/2023


Statement Ending Balance                              $8,711.280
Outstanding Checks (-)                                $1,515.200
Deposits in Transit (+)                                   $0.000
                                                  ----------------------
Adjusted Bank Balance                                 $7,196.080
                                                  ----------------------
Checkbook Balance as of Cutoff                        $7,196.080
Adjustments                                               $0.000
                                                  ----------------------
Adjusted Book Balance                                 $7,196.080
                                                  ----------------------
Difference                                                $0.000
                                                  ======================
```

```
System:     12/5/2023    9:18:50 AM            LOCKHART CHEMICAL COMPANY                       Page:    1
User Date:  12/5/2023                       BANK ADJUSTMENTS POSTING JOURNAL                   User ID: askillington
                                                  Bank Reconciliation

Audit Trail Code: CMADJ00000122
Checkbook ID:     FNB
Description:      First National Bank Checking


Type              Number                    Date                    Posting Date        Checkbook Amount
-----------------------------------------------------------------------------------------------------------
Total Adjustments:   0
```

```
System:    12/5/2023   9:18:52 AM                  LOCKHART CHEMICAL COMPANY                        Page:        1
User Date: 12/5/2023                              CLEARED TRANSACTIONS JOURNAL                       User ID: askillington
                                                       Bank Reconciliation

Audit Trail Code:  CMADJ00000122
Checkbook ID:      FNB
Description:       First National Bank Checking
Sorted By:         Type
Sort Order:        Ascending

Type  Number                  Date         Paid To/Rcvd From                    Trx Amount           Cleared Amount
----------------------------------------------------------------------------------------------------------------------
DEP   04245                   11/9/2023                                           $4,488.000
DEP   04246                   11/27/2023                                          $1,771.000
DEP   04247                   11/29/2023                                         $12,548.000
DEP   04248                   11/29/2023                                          $8,469.450
CHK   082975                  11/20/2023   TRU CUSTOM BLENDS, INC                ($6,880.000)
CHK   082983                  11/20/2023   TRU CUSTOM BLENDS, INC                  ($240.000)
CHK   082984                  10/31/2023   GUARDIAN STORAGE HAMPTON                ($461.520)
CHK   082985                  10/31/2023   LOCAL UNION # 332                      ($114.000)
CHK   ATT 6877272806          10/31/2023   AT&T                                  ($2,216.830)
CHK   CITY 8/27-9/26/2023     10/31/2023   CITY OF FLINT                           ($55.790)
CHK   CITY 8/27/23-9/26/23    10/31/2023   CITY OF FLINT                        ($3,540.720)
CHK   CONE 8/25/23-9/25/23    10/31/2023   CONSUMER ENERGY                      ($2,176.310)
CHK   CONG 8/31/23-9/28/23    10/31/2023   CONSUMERS ENERGY                        ($40.970)
CHK   CTS OCT 2023            10/31/2023   CTS-COMPANIES, INC.                     ($27.560)
CHK   CULL OCT 2023           10/31/2023   CULLIGAN WATER CONDITIONING             ($58.400)
CHK   FIBERTEC A18096-01      11/28/2023   FIBERTEC ENVIRONMENTAL SERVICE         ($702.000)
CHK   HAP NOV 23              10/31/2023   HEALTH ALLIANCE PLAN                 ($2,719.930)
CHK   ICW 10/1/23-10/1/24     10/31/2023   ICW GROUP                            ($2,997.000)
CHK   TLC SEPT/OCT            11/10/2023   THE LOCKHART COMPANY                ($20,721.390)
CHK   WM SEPT 2023            10/31/2023   WASTE MANAGEMENT OF MICHIGAN           ($458.500)
CHK   YOUNG AUG 23            9/27/2023    YOUNG'S ENVIRONMENTAL CLEANUP      ($54,509.030)
CHK   YOUNG SEPT 2023         11/10/2023   YOUNG'S ENVIRONMENTAL CLEANUP      ($18,932.750)
IAJ   IAJ000003141            11/10/2023   TRUSTEE                             $30,000.000
DAJ   DAJ000003136            11/2/2023    PR                                     ($789.560)
DAJ   DAJ000003137            11/2/2023    PR                                   ($2,413.870)
DAJ   DAJ000003138            11/9/2023    PR                                       ($6.600)
DAJ   DAJ000003139            11/9/2023    PR                                     ($779.810)
DAJ   DAJ000003140            11/9/2023    PR                                   ($2,398.460)
DAJ   DAJ000003142            11/14/2023   PR                                       ($2.200)
DAJ   DAJ000003143            11/14/2023   PR                                   ($1,806.920)
DAJ   DAJ000003144            11/14/2023   PR                                   ($5,319.770)
DAJ   DAJ000003145            11/16/2023   PR                                     ($781.750)
DAJ   DAJ000003146            11/16/2023   PR                                   ($2,392.610)
DAJ   DAJ000003147            11/22/2023   PR                                     ($148.060)
DAJ   DAJ000003148            11/22/2023   PR                                     ($773.520)
DAJ   DAJ000003149            11/22/2023   PR                                   ($2,362.110)
DAJ   DAJ000003150            11/29/2023   PR                                     ($134.190)
DAJ   DAJ000003151            11/29/2023   PR                                   ($4,382.510)
DAJ   DAJ000003152            11/29/2023   PR                                   ($9,710.530)
DAJ   DAJ000003153            11/30/2023   PR                                       ($3.300)
DAJ   DAJ000003155            11/30/2023   PR                                   ($1,015.000)
DAJ   DAJ000003156            11/30/2023   PR                                   ($2,842.870)

        42 Transaction(s)


        Totals:
        Number of Payments                     37
        Amount of Payments           $154,916.340
        Number of Deposits                      5
        Amount of Deposits            $57,276.450
```

```
System:      12/5/2023    9:18:53 AM                LOCKHART CHEMICAL COMPANY                              Page:    1
User Date:   12/5/2023                            OUTSTANDING TRANSACTIONS REPORT                          User ID: askillington
                                                       Bank Reconciliation

Audit Trail Code: CMADJ00000122
Checkbook ID:     FNB
Description:      First National Bank Checking
Sorted By:        Type
Sort Order:       Ascending

Type  Number                        Date                Paid To/Rcvd From                                  Trx Amount
---------------------------------------------------------------------------------------------------------------------
CHK   082941                        2/23/2023           2427157 ONTARIO-PETER NWAJEI                        ($1,280.000)
CHK   GUARDIAN JULY 2023            7/17/2023           GUARDIAN                                              ($235.200)

         2 Transaction(s)


      Totals:
      Number of Payments                    2
      Amount of Payments            $1,515.200
      Number of Deposits                    0
      Amount of Deposits                $0.000
```