2/12/2024
2:56 PM
LC Balance Sheet

Balance Sheet
LOCKHART CHEMICAL COMPANY
As of 1/31/2024

| | January Current Month YTD |
|---|---|
| ASSETS | |
| **Current Assets** | |
| Cash | 2,438,707 |
| Note Receivable | 0 |
| | |
| Accounts Receivable - Trade | 507,868 |
| Allowance for Doubtful Accounts | 10,048 |
| Total Accounts Receivable | 517,917 |
| | |
| Lubrizol Inventory | 0 |
| Less: Inventory - Contra LZ | (2,411) |
| Net Lubrizol Inventory | (2,411) |
| | |
| Lockhart Chemical & Additives Inventory | 2,608,691 |
| Inventory Reserve - Absorption | 104,302 |
| Total Lockhart Chemical & Additives Inventory | 2,712,993 |
| | |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
| Net Inventory | 1,547,930 |
| | |
| Other Current Assets | 37,042 |
| Intercompany Receivable | 536,123 |
| Chemical Due To/From Lubrizol | 0 |
| | |
| **Total Current Assets** | **5,077,719** |
| | |
| **Other Assets** | **10,000** |
| | |
| **Fixed Assets** | |
| Fixed Assets at Cost | 4,377,421 |
| Accumulated Depreciation | (3,701,738) |
| Total | 675,684 |
| Construction in Process | 0 |
| **Total Fixed Assets** | **675,684** |
| | |
| ***TOTAL ASSETS*** | ***5,763,402*** |
| | |
| LIABILITIES & EQUITY | |
| **Current Liabilities** | |
| Accounts Payable - Trade | 2,574,314 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 55,550 |
| **Total Current Liabilities** | **(36,749,974)** |
| | |
| Loans Payable - L/T Affiliates | |
| Loans Payable - Long Term | |
| ***TOTAL LIABILITIES*** | ***(36,749,974)*** |
| | |
| Shareholders Equity | |
| Capital Stock | 148 |
| Retained Earnings | 36,740,203 |
| Paid In Capital | 6,189,451 |
| Current Earnings | (416,426) |
| ***TOTAL EQUITY*** | ***42,513,376*** |
| | |
| ***TOTAL LIABILITIES & EQUITY*** | ***5,763,402*** |

2/12/2024
2:59 PM
LC Income

Income Statement
LOCKHART CHEMICAL COMPANY
As Of 1/31/2024

| | Current Period | | | | |
|---|---|---|---|---|---|
| | January | PCT | Budget | PCT | Change |
| Gross Sales | $34,900 | 100.00% | $0 | 0.00% | $34,900 |
| ***Net Sales*** | ***34,900*** | ***100.00%*** | ***0*** | ***0.00%*** | ***34,900*** |
| Cost of Goods Sold | (59,364) | -170.10% | 0 | 0.00% | (59,364) |
| Environmental Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| Net Sales Margin | (24,464) | -70.10% | 0 | 0.00% | (24,464) |
| Net Product Overhead | 69,588 | 199.39% | 0 | 0.00% | 69,588 |
| ***Gross Margin*** | ***45,124*** | ***129.29%*** | ***0*** | ***0.00%*** | ***45,124*** |
| ***Operating Income Before Depreciation*** | ***45,124*** | ***129.29%*** | ***0*** | ***0.00%*** | ***45,124*** |
| Depreciation Expense | (5,374) | -15.40% | 0 | 0.00% | (5,374) |
| ***Plant Income*** | ***39,750*** | ***113.90%*** | ***0*** | ***0.00%*** | ***39,750*** |
| Corporate Income Pre-Tax | 39,750 | 113.90% | 0 | 0.00% | 39,750 |
| ***CORPORATE NET INCOME AFTER TAX*** | ***39,750*** | ***113.90%*** | ***0*** | ***0.00%*** | ***39,750*** |

| Statement Period | Account # |
|---|---|
| 01/01/2024 thru 01/31/2024 | |

| Days In Statement Period |
|---|
| 31 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

LOCKHART CHEMICAL COMPANY, DEBTOR
NATALIE LUTZ CARDIELLO, TRUSTEE
CASE #22-22005
107 HURON DRIVE
CARNEGIE PA 15106

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $2,274,240.91 | $0.00 | $77,208.22 | $2,197,032.69 |
| DEPOSIT TOTALS | $2,274,240.91 | $0.00 | $77,208.22 | $2,197,032.69 |

## Trustee Checking -

| Date | Description | Credits | Debits |
|---|---|---|---|
| | Beginning Balance | | $2,274,240.91 |
| 01/02 | Bank Service Fee | | $2,208.22 |
| | Ending Balance | | $2,197,032.69 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 70016 | 75,000.00 | 01/09 | | | | | | |

*Indicates Skip In Check Number Sequence

## Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $2,216,458.76 | Average Daily Collected | $2,216,458.76 |

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

First National Bank

**Statement Ending 01/31/2024**

*LOCKHART CHEMICAL COMPANY* *Page 1 of 4*

*Primary Account Number:*


**4140 E. State Street**
**Hermitage, PA 16148**


**ADDRESS SERVICE REQUESTED**

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
NATALIE A CARDIELLO, TRUSTEE
OPERATING ACCOUNT
4981 MCKNIGHT RD UNIT 101501
PITTSBURGH PA 15237-7729

## *Managing Your Accounts*

| | | |
|---|---|---|
| | Online | www.fnb-online.com |
|  | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

## *Summary of Accounts*

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | | $58,531.37 |

# BUSINESS ANALYSIS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| **12/30/2023** | **Balance Last Statement** | **$41,827.78** | Minimum Balance | $23,631.05 |
| | 3 Credit(s) This Period | $130,225.55 | Average Ledger Balance | $68,048.73 |
| | 28 Debit(s) This Period | $113,521.96 | Average Available Balance | $62,084.20 |
| **01/31/2024** | **Balance This Statement** | **$58,531.37** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **12/30/2023** | **Balance Last Statement** | | | **$41,827.78** |
| 01/03/2024 | CHECK # 82991 | $11,737.15 | | $30,090.63 |
| 01/04/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,384.50 | | $27,706.13 |
| 01/04/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $833.47 | | $26,872.66 |
| 01/04/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $14.60 | | $26,858.06 |
| 01/05/2024 | IDEAS INC CASH DISB | | $20,325.23 | $47,183.29 |
| 01/05/2024 | TRAVELERS BUS INSUR BPITBIXXXXX6229 | $5,419.00 | | $41,764.29 |
| 01/08/2024 | DEPOSIT | | $75,000.00 | $116,764.29 |
| 01/08/2024 | CHECK # 82992 | $4,590.00 | | $112,174.29 |
| 01/11/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $5,313.57 | | $106,860.72 |
| 01/11/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,296.48 | | $103,564.24 |
| 01/11/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,945.31 | | $101,618.93 |
| 01/11/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,288.45 | | $100,330.48 |
| 01/11/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $10.20 | | $100,320.28 |
| 01/18/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,062.10 | | $97,258.18 |
| 01/18/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,137.17 | | $96,121.01 |
| 01/18/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $102.30 | | $96,018.71 |
| 01/23/2024 | CHECK # 82999 | $10,000.00 | | $86,018.71 |
| 01/23/2024 | CHECK # 82998 | $10,000.00 | | $76,018.71 |
| 01/23/2024 | CHECK # 82997 | $10,000.00 | | $66,018.71 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

## BUSINESS ANALYSIS CHECKING - continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/23/2024 | CHECK # 82996 | $10,000.00 | | $56,018.71 |
| 01/23/2024 | CHECK # 83000 | $3,139.34 | | $52,879.37 |
| 01/23/2024 | CHECK # 82993 | $1,000.00 | | $51,879.37 |
| 01/24/2024 | CONSUMERS ENERGY ENERGYBILL 103046007052 | $14,271.54 | | $37,607.83 |
| 01/24/2024 | CONSUMERS ENERGY ENERGYBILL 103045940071 | $3,080.68 | | $34,527.15 |
| 01/25/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,320.11 | | $32,207.04 |
| 01/25/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $821.74 | | $31,385.30 |
| 01/25/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $148.06 | | $31,237.24 |
| 01/30/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $5,462.33 | | $25,774.91 |
| 01/30/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,009.67 | | $23,765.24 |
| 01/30/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $134.19 | | $23,631.05 |
| 01/31/2024 | DEPOSIT | | $34,900.32 | $58,531.37 |
| **01/31/2024** | **Balance This Statement** | | | **$58,531.37** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 82991 | 01/03/2024 | $11,737.15 | 82996* | 01/23/2024 | $10,000.00 | 82999 | 01/23/2024 | $10,000.00 |
| 82992 | 01/08/2024 | $4,590.00 | 82997 | 01/23/2024 | $10,000.00 | 83000 | 01/23/2024 | $3,139.34 |
| 82993 | 01/23/2024 | $1,000.00 | 82998 | 01/23/2024 | $10,000.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/03/2024 | $30,090.63 | 01/11/2024 | $100,320.28 | 01/25/2024 | $31,237.24 |
| 01/04/2024 | $26,858.06 | 01/18/2024 | $96,018.71 | 01/30/2024 | $23,631.05 |
| 01/05/2024 | $41,764.29 | 01/23/2024 | $51,879.37 | 01/31/2024 | $58,531.37 |
| 01/08/2024 | $112,174.29 | 01/24/2024 | $34,527.15 | | |



82991 $11,737.15 1/3/2024
82992 $4,590.00 1/8/2024
82993 $1,000.00 1/23/2024
82996 $10,000.00 1/23/2024
82997 $10,000.00 1/23/2024
82998 $10,000.00 1/23/2024
82999 $10,000.00 1/23/2024
83000 $3,139.34 1/23/2024

Audit Trail Code: CMADJ00000124
Checkbook ID: FNB
Description: First National Bank Checking

Bank Statement Ending Balance: $58,531.370
Bank Statement Ending Date: 1/31/2024
Cutoff Date: 1/31/2024

| | |
|---|---:|
| Statement Ending Balance | $58,531.370 |
| Outstanding Checks (-) | $4,656.150 |
| Deposits in Transit (+) | $0.000 |
| Adjusted Bank Balance | $53,875.220 |
| Checkbook Balance as of Cutoff | $53,875.220 |
| Adjustments | $0.000 |
| Adjusted Book Balance | $53,875.220 |
| Difference | $0.000 |

System: 2/2/2024 10:28:22 AM
User Date: 2/2/2024

LOCKHART CHEMICAL COMPANY
BANK ADJUSTMENTS POSTING JOURNAL
Bank Reconciliation

Page: 1
User ID: askillington

Audit Trail Code: CMADJ00000124
Checkbook ID: FNB
Description: First National Bank Checking

| Type | Number | Date | Posting Date | Checkbook Amount |
|---|---|---|---|---|
| Total Adjustments: | 0 | | | |

System: 2/2/2024 10:28:23 AM
User Date: 2/2/2024

LOCKHART CHEMICAL COMPANY
CLEARED TRANSACTIONS JOURNAL
Bank Reconciliation

Page: 1
User ID: askillington

Audit Trail Code: CMADJ00000124
Checkbook ID: FNB
Description: First National Bank Checking
Sorted By: Type
Sort Order: Ascending

| Type | Number | Date | Paid To/Rcvd From | Trx Amount | Cleared Amount |
|---|---|---|---|---|---|
| DEP | 04250 | 1/5/2024 | | $20,325.230 | |
| DEP | 04251 | 1/31/2024 | | $34,900.320 | |
| CHK | 082991 | 12/20/2023 | YOUNG'S ENVIRONMENTAL CLEANUP | ($11,737.150) | |
| CHK | 082992 | 1/3/2024 | JOSEPH M DAY CO | ($4,590.000) | |
| CHK | 082993 | 1/11/2024 | JOE TIBBETTS | ($1,000.000) | |
| CHK | 082996 | 1/16/2024 | YOUNG'S ENVIRONMENTAL CLEANUP | ($10,000.000) | |
| CHK | 082998 | 1/16/2024 | YOUNG'S ENVIRONMENTAL CLEANUP | ($10,000.000) | |
| CHK | 082999 | 1/16/2024 | YOUNG'S ENVIRONMENTAL CLEANUP | ($10,000.000) | |
| CHK | 083000 | 1/16/2024 | YOUNG'S ENVIRONMENTAL CLEANUP | ($10,000.000) | |
| CHK | 083001 | 1/16/2024 | YOUNG'S ENVIRONMENTAL CLEANUP | ($3,139.340) | |
| CHK | CONE DEC 2023 | 1/23/2024 | CONSUMER ENERGY | ($3,080.680) | |
| CHK | CONG DEC 2023 | 1/23/2024 | CONSUMERS ENERGY | ($14,271.540) | |
| CHK | TRAV CAR 23-24 | 1/3/2024 | TRAVELERS | ($5,419.000) | |
| IAJ | IAJ000003180 | 1/8/2024 | TRUSTEE | $75,000.000 | |
| DAJ | DAJ000003177 | 1/4/2024 | PR | ($14.600) | |
| DAJ | DAJ000003178 | 1/4/2024 | PR | ($833.470) | |
| DAJ | DAJ000003179 | 1/4/2024 | PR | ($2,384.500) | |
| DAJ | DAJ000003181 | 1/11/2024 | PR | ($10.200) | |
| DAJ | DAJ000003182 | 1/11/2024 | PR | ($1,288.450) | |
| DAJ | DAJ000003183 | 1/11/2024 | PR | ($1,945.310) | |
| DAJ | DAJ000003184 | 1/11/2024 | PR | ($3,296.480) | |
| DAJ | DAJ000003185 | 1/11/2024 | PR | ($5,313.570) | |
| DAJ | DAJ000003186 | 1/18/2024 | PR | ($102.300) | |
| DAJ | DAJ000003187 | 1/18/2024 | PR | ($1,137.170) | |
| DAJ | DAJ000003188 | 1/18/2024 | PR | ($3,062.100) | |
| DAJ | DAJ000003189 | 1/25/2024 | PR | ($821.740) | |
| DAJ | DAJ000003190 | 1/25/2024 | PR | ($2,320.110) | |
| DAJ | DAJ000003191 | 1/25/2024 | PR | ($148.060) | |
| DAJ | DAJ000003192 | 1/30/2024 | PR | ($134.190) | |
| DAJ | DAJ000003193 | 1/30/2024 | PR | ($2,009.670) | |
| DAJ | DAJ000003194 | 1/30/2024 | PR | ($5,462.330) | |

31 Transaction(s)

Totals:

| | |
|---|---|
| Number of Payments | 28 |
| Amount of Payments | $113,521.960 |
| Number of Deposits | 3 |
| Amount of Deposits | $130,225.550 |

System: 2/2/2024 10:28:24 AM
User Date: 2/2/2024

LOCKHART CHEMICAL COMPANY
OUTSTANDING TRANSACTIONS REPORT
Bank Reconciliation

Page: 1
User ID: askillington

Audit Trail Code: CMADJ00000124
Checkbook ID: FNB
Description: First National Bank Checking
Sorted By: Type
Sort Order: Ascending

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|---|---|---|---|---|
| CHK | 082941 | 2/23/2023 | 2427157 ONTARIO-PETER NWAJEI | ($1,280.000) |
| CHK | 083002 | 1/29/2024 | JOSEPH M DAY CO | ($2,905.750) |
| CHK | GUARD FEB 2024 | 1/23/2024 | GUARDIAN | ($235.200) |
| CHK | GUARDIAN JULY 2023 | 7/17/2023 | GUARDIAN | ($235.200) |

4 Transaction(s)

Totals:

| | |
|---|---|
| Number of Payments | 4 |
| Amount of Payments | $4,656.150 |
| Number of Deposits | 0 |
| Amount of Deposits | $0.000 |