6/17/2024
12:19 PM
LC Balance Sheet

Balance Sheet
LOCKHART CHEMICAL COMPANY
As of 5/31/2024

|  | May Current Month YTD |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| Cash | 2,184,640 |
| Note Receivable | 0 |
|  |  |
| Accounts Receivable - Trade | 511,084 |
| Allowance for Doubtful Accounts | 10,048 |
| Total Accounts Receivable | 521,133 |
|  |  |
| Lubrizol Inventory | (6,529) |
|    Less: Inventory - Contra LZ | (2,411) |
|    Net Lubrizol Inventory | (8,939) |
|  |  |
| Lockhart Chemical & Additives Inventory | 2,502,243 |
| Inventory Reserve - Absorption | 104,302 |
|    Total Lockhart Chemical & Additives Inventory | 2,606,545 |
|  |  |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
|    Net Inventory | 1,434,953 |
|  |  |
| Other Current Assets | 37,042 |
| Intercompany Receivable | 536,123 |
| Chemical Due To/From Lubrizol | 0 |
|  |  |
| **Total Current Assets** | **4,713,891** |
|  |  |
| **Other Assets** | **10,000** |
|  |  |
| **Fixed Assets** |  |
| Fixed Assets at Cost | 4,377,421 |
| Accumulated Depreciation | (3,723,234) |
|    Total | 654,187 |
| Construction in Process | 0 |
| **Total Fixed Assets** | **654,187** |
|  |  |
| **TOTAL ASSETS** | **5,378,078** |
|  |  |
| **LIABILITIES & EQUITY** |  |
| **Current Liabilities** |  |
| Accounts Payable - Trade | 2,574,313 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 55,550 |
| **Total Current Liabilities** | **(36,749,974)** |
|  |  |
| Loans Payable - L/T Affiliates |  |
| Loans Payable - Long Term |  |
| **TOTAL LIABILITIES** | **(36,749,974)** |
|  |  |
| **Shareholders Equity** |  |
| Capital Stock | 148 |
| Retained Earnings | 36,740,203 |
| Paid In Capital | 6,189,451 |
| Current Earnings | (801,750) |
| **TOTAL EQUITY** | **42,128,053** |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | **5,378,078** |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| | Statement Period | Account # |
|---|---|---|
| | 05/01/2024 thru 06/02/2024 |  |
| | Days In Statement Period | |
| | 33 | |

LOCKHART CHEMICAL COMPANY, DEBTOR
NATALIE LUTZ CARDIELLO, TRUSTEE
CASE #22-22005
107 HURON DRIVE
CARNEGIE PA 15106

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $1,796,093.78 | $0.00 | $2,019.41 | $1,794,074.37 |
| DEPOSIT TOTALS | $1,796,093.78 | $0.00 | $2,019.41 | $1,794,074.37 |

### Trustee Checking -

Beginning Balance $1,796,093.78

| Date | Description | Credits | Debits |
|---|---|---|---|
| 05/01 | Bank Service Fee | | $2,019.41 |

Ending Balance $1,794,074.37

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $1,794,074.37 | | Average Daily Collected | $1,794,074.37 |

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

**First National Bank**

**Statement Ending 05/31/2024**

4140 E. State Street
Hermitage, PA 16148

LOCKHART CHEMICAL COMPANY     Page 1 of 4
**Primary Account Number:**

ADDRESS SERVICE REQUESTED

**Managing Your Accounts**

 Online       www.fnb-online.com

 By Phone     1 800-555-5455

✉ By Mail       4140 E. State Street
                 Hermitage, PA  16148

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
NATALIE A CARDIELLO, TRUSTEE
OPERATING ACCOUNT
4981 MCKNIGHT RD UNIT 101501
PITTSBURGH PA 15237-7729

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | | $3,087.95 |

## BUSINESS ANALYSIS CHECKING -

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 05/01/2024 | Balance Last Statement | $40,770.90 | Minimum Balance | $3,087.95 |
| | 1 Credit(s) This Period | $2,650.00 | Average Ledger Balance | $16,819.48 |
| | 28 Debit(s) This Period | $40,332.95 | Average Available Balance | $16,734.00 |
| 05/31/2024 | Balance This Statement | $3,087.95 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2024 | Balance Last Statement | | | $40,770.90 |
| 05/02/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,431.12 | | $38,339.78 |
| 05/02/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $820.40 | | $37,519.38 |
| 05/02/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $6.60 | | $37,512.78 |
| 05/08/2024 | CONSUMERS ENERGY ENERGYBILL 103046007052 | $6,523.75 | | $30,989.03 |
| 05/08/2024 | CONSUMERS ENERGY ENERGYBILL 103045940071 | $3,086.35 | | $27,902.68 |
| 05/08/2024 | WASTE MANAGEMENT INTERNET 043000095763844 | $917.00 | | $26,985.68 |
| 05/09/2024 | CHECK # 83027 | $4,951.21 | | $22,034.47 |
| 05/09/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,441.14 | | $19,593.33 |
| 05/09/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $820.38 | | $18,772.95 |
| 05/09/2024 | UNITEL LEASING 2483345800 M80433033531 | $27.56 | | $18,745.39 |
| 05/13/2024 | CHECK # 83029 | $1,209.38 | | $17,536.01 |
| 05/14/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4,089.87 | | $13,446.14 |
| 05/14/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,295.82 | | $12,150.32 |
| 05/14/2024 | CHECK # 83025 | $567.00 | | $11,583.32 |
| 05/14/2024 | CHECK # 83026 | $423.72 | | $11,159.60 |
| 05/14/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2.20 | | $11,157.40 |
| 05/16/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,431.12 | | $8,726.28 |
| 05/16/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $820.40 | | $7,905.88 |
| 05/16/2024 | CHECK # 83028 | $75.00 | | $7,830.88 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 05/31/2024**

LOCKHART CHEMICAL COMPANY        Page 3 of 4
Primary Account Number:

## BUSINESS ANALYSIS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 05/16/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3.30 | | $7,827.58 |
| 05/22/2024 | DEPOSIT | | $2,650.00 | $10,477.58 |
| 05/23/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,461.21 | | $8,016.37 |
| 05/23/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $852.04 | | $7,164.33 |
| 05/23/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4.40 | | $7,159.93 |
| 05/30/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $2,561.78 | | $4,598.15 |
| 05/30/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $867.94 | | $3,730.21 |
| 05/30/2024 | CHECK # 83031 | $256.51 | | $3,473.70 |
| 05/30/2024 | THE GUARDIAN JUN GP INS 42910000CC10000 | $235.20 | | $3,238.50 |
| 05/30/2024 | LOCKHART CHEMICA Payroll LOCKHART-1 | $150.55 | | $3,087.95 |
| **05/31/2024** | **Balance This Statement** | | | **$3,087.95** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---:|---|---:|---:|---|---:|---:|---|---:|
| 83025 | 05/14/2024 | $567.00 | 83027 | 05/09/2024 | $4,951.21 | 83029 | 05/13/2024 | $1,209.38 |
| 83026 | 05/14/2024 | $423.72 | 83028 | 05/16/2024 | $75.00 | 83031* | 05/30/2024 | $256.51 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 05/02/2024 | $37,512.78 | 05/13/2024 | $17,536.01 | 05/22/2024 | $10,477.58 |
| 05/08/2024 | $26,985.68 | 05/14/2024 | $11,157.40 | 05/23/2024 | $7,159.93 |
| 05/09/2024 | $18,745.39 | 05/16/2024 | $7,827.58 | 05/30/2024 | $3,087.95 |

83025   $567.00   5/14/2024

83026   $423.72   5/14/2024

83027   $4,951.21   5/9/2024

83028   $75.00   5/16/2024

83029   $1,209.38   5/13/2024

83031   $256.51   5/30/2024

```
System:     6/3/2024    9:12:47 AM              LOCKHART CHEMICAL COMPANY                    Page:       1
User Date:  6/3/2024                         RECONCILIATION POSTING JOURNAL                  User ID: askillington
                                                  Bank Reconciliation
```

Bank Statement Ending Balance: $3,087.940
Bank Statement Ending Date:    5/31/2024
Cutoff Date:                   5/31/2024

Audit Trail Code: CMADJ00000128
Checkbook ID:     FNB
Description:      First National Bank Checking

| | |
|---|---:|
| Statement Ending Balance | $3,087.940 |
| Outstanding Checks (-) | $1,280.000 |
| Deposits in Transit (+) | $0.000 |
| Adjusted Bank Balance | $1,807.940 |
| Checkbook Balance as of Cutoff | $1,808.000 |
| Adjustments | ($0.060) |
| Adjusted Book Balance | $1,807.940 |
| Difference | $0.000 |

```
System:      6/3/2024     9:12:48 AM              LOCKHART CHEMICAL COMPANY                       Page:    1
User Date:   6/3/2024                          BANK ADJUSTMENTS POSTING JOURNAL                   User ID: askillington
                                                      Bank Reconciliation

Audit Trail Code:  CMADJ00000128
Checkbook ID:      FNB
Description:       First National Bank Checking

                                                                                          Checkbook Amount
Type                    Number                        Date              Posting Date      ----------------
------------------------------------------------------------------------------------------
                                                                                                   $0.060
Other Expense           OEX000003273                  5/31/2024         5/31/2024
                                                                                           Debit             Credit
     Account Number             Account Description                                      ---------         ---------
     ----------------------     --------------------------------------------
                                                                                          $0.000            $0.060
     1011-4000                  CASH TLC                                                  $0.060            $0.000
     3310-4000                  Accrued Salaries

Total Adjustments:         1
```

```
System:     6/3/2024   9:12:49 AM                    LOKHIN CHEF                                      Page:    1
User Date:  6/3/2024                         CLEARED TRANSACTIONS JOURNAL                             User ID: askillington
                                                  Bank Reconciliation

Audit Trail Code:  CMADJ00000128
Checkbook ID:      FNB
Description:       First National Bank Checking
Sorted By:         Type
Sort Order:        Ascending
                                                                                  Trx Amount        Cleared Amount
Type  Number           Date        Paid To/Rcvd From
----------------------------------------------------------------------------------------------------------------
                                                                                  $2,650.000
DEP   04259            5/22/2024                                                   ($567.000)
CHK   083025           4/23/2024   SUMMIT FIRE PROTECTION                        ($1,209.380)
CHK   083026           5/3/2024    JOHNSON CONTROLS                                 ($75.000)
CHK   083027           5/3/2024    STATE OF MICHIGAN, LARA, BOILE                ($4,951.210)
CHK   083028           5/3/2024    THE LOCKHART COMPANY                            ($423.720)
CHK   083029           5/3/2024    GUARDIAN STORAGE HAMPTON                        ($256.510)
CHK   083031           5/23/2024   SCOTT BOUMAN                                  ($3,086.350)
CHK   CONE APRIL 24    5/7/2024    CONSUMER ENERGY                               ($6,523.750)
CHK   CONG APRIL 24    5/7/2024    CONSUMERS ENERGY                                 ($27.560)
CHK   CTS MAY 2024     5/7/2024    CTS-COMPANIES, INC.                            ($235.200)
CHK   GUARDIAN JULY 2023 7/17/2023 GUARDIAN                                        ($917.000)
CHK   WM APRIL 2024    5/7/2024    WASTE MANAGEMENT OF MICHIGAN                     ($6.600)
DAJ   DAJ000003256     5/2/2024    PR                                             ($820.400)
DAJ   DAJ000003257     5/2/2024    PR                                           ($2,431.120)
DAJ   DAJ000003258     5/2/2024    PR                                             ($820.370)
DAJ   DAJ000003259     5/9/2024    PR                                           ($2,441.100)
DAJ   DAJ000003260     5/9/2024    PR                                               ($2.200)
DAJ   DAJ000003261     5/14/2024   PR                                           ($1,295.820)
DAJ   DAJ000003262     5/14/2024   PR                                           ($4,089.870)
DAJ   DAJ000003263     5/14/2024   PR                                               ($3.300)
DAJ   DAJ000003264     5/16/2024   PR                                             ($820.400)
DAJ   DAJ000003265     5/16/2024   PR                                           ($2,431.120)
DAJ   DAJ000003266     5/16/2024   PR                                             ($852.040)
DAJ   DAJ000003267     5/23/2024   PR                                           ($2,461.210)
DAJ   DAJ000003268     5/23/2024   PR                                               ($4.400)
DAJ   DAJ000003269     5/23/2024   PR                                             ($150.550)
DAJ   DAJ000003270     5/30/2024   PR                                             ($867.940)
DAJ   DAJ000003271     5/30/2024   PR                                           ($2,561.780)
DAJ   DAJ000003272     5/30/2024   PR

         29 Transaction(s)

    Totals:
    Number of Payments                        28
    Amount of Payments               $40,332.900
    Number of Deposits                         1
    Amount of Deposits                $2,650.000
```

```
System:    6/3/2024    9:12:50 AM              LOCKARD HEMI PAGE COMPANY              Page:    1
User Date: 6/3/2024                        OUTSTANDING TRANSACTIONS REPORT            User ID: askillington
                                                 Bank Reconciliation
```

Audit Trail Code: CMADJ00000128
Checkbook ID:     FNB
Description:      First National Bank Checking
Sorted By:        Type
Sort Order:       Ascending

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|---|---|---|---|---|
| CHK | 082941 | 2/23/2023 | 2427157 ONTARIO-PETER NWAJEI | ($1,280.000) |

1 Transaction(s)

Totals:
| | |
|---|---|
| Number of Payments | 1 |
| Amount of Payments | $1,280.000 |
| Number of Deposits | 0 |
| Amount of Deposits | $0.000 |

```
System:     6/3/2024    9:13:00 AM              LOCKHART CHEMICAL COMPANY                              Page:        1
User Date:  6/3/2024                              GENERAL POSTING JOURNAL                              User ID: askillington
                                                      General Ledger

* Voided Journal Entry
# Intercompany Journal Entry

Batch ID:       CMADJ00000128
Batch Comment:  Reconcile Adjustments Entry


Approved:       No              Batch Total Actual:          $0.120      Batch Total Control:          $0.000
Approved by:                    Trx Total Actual:                 1      Trx Total Control:                 0
Approval Date:


                                                                                         Audit Trail   Reversing Audit
Journal    Transaction   Transaction  Reversing   Source    Transaction                     Code        Trail Code
Entry         Type          Date        Date     Document   Reference
-----------------------------------------------------------------------------------------------------------------------
  69,426    Standard      5/31/2024                CMADJ    Reconcile Adjustments Entry  GLTRX00042290


           Account                  Description                                       Debit             Credit
           ------------------       ---------------------------------------        -------------    -------------
           1011-4000                CASH TLC                                                              $0.060
           3310-4000                Accrued Salaries                                   $0.060
                                                                                   -------------    -------------
           Total Distributions:           2                           Totals:          $0.060            $0.060


           Total Journal Entries:         1
```