# UNITED STATES BANKRUPTCY COURT

## <u>WESTERN</u>  DISTRICT OF  <u>PENNSYLVANIA</u>

In Re. LOCKHART CHEMICAL COMPANY

§
§
§
§

Debtor(s)

Case No.  <u>22-22005</u>

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: <u>04/30/2025</u>

Petition Date: <u>10/10/2022</u>

Months Pending: <u>31</u>

Industry Classification: | 3 | 2 | 5 | 1 |

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          <u>5</u>

Debtor's Full-Time Employees (as of date of order for relief):          <u>7</u>

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Crystal H. Thornton-Illar
Signature of Responsible Party

05/19/2025
Date

Crystal H. Thornton-Illar, Chapter 7 Trustee
Printed Name of Responsible Party

525 William Penn Place, 28th Floor, Pittsburgh, PA 15219
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  LOCKHART CHEMICAL COMPANY                                    Case No.  22-22005

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $949,256 | |
| b.  Total receipts (net of transfers between accounts) | $98,839 | $9,335,325 |
| c.  Total disbursements (net of transfers between accounts) | $346,716 | $8,919,383 |
| d.  Cash balance end of month (a+b-c) | $701,379 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $346,716 | $8,919,383 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $475,483 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $457,664 |
| c.  Inventory    (Book ⦿  Market ◯  Other ◯   (attach explanation)) | $1,932,294 |
| d   Total current assets | $3,075,244 |
| e.  Total assets | $3,693,688 |
| f.  Postpetition payables (excluding taxes) | $74,737 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $74,737 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $74,737 |
| o.  Ending equity/net worth (e-n) | $3,618,951 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $-20,090 | |
| c.  Gross profit (a-b) | $20,090 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $5,374 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-173,109 | $-5,023,636 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  LOCKHART CHEMICAL COMPANY                         Case No.  22-22005

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $100,694 | $601,318 | $106,203 | $553,262 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Warner Norcross & Judd | Special Counsel | $0 | $173,487 | $0 | $226,125 |
| ii | Fuchs Law Office | Special Counsel | $0 | $61,909 | $15,960 | $61,909 |
| iii | NTH Environmental | Other | $0 | $92,105 | $0 | $92,105 |
| iv | Leech Tishman Fuscaldo & Lan | Co-Counsel | $100,694 | $183,574 | $0 | $82,880 |
| v | Law Offices of Natalie Cardiell | Co-Counsel | $0 | $90,243 | $90,243 | $90,243 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                        Case No.  22-22005

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)

| Debtor's Name | LOCKHART CHEMICAL COMPANY | | | | Case No. | 22-22005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No.  22-22005

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                              6

Debtor's Name LOCKHART CHEMICAL COMPANY                        Case No.  22-22005

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| Debtor's Name | LOCKHART CHEMICAL COMPANY | Case No. | 22-22005 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $69,748 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $7,417 | $304,363 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $294,564 | $294,594 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ◉  N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

Debtor's Name  LOCKHART CHEMICAL COMPANY                                    Case No.  22-22005

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**_I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate._**


/s/ Crystal H. Thornton-Illar
_____                     Crystal H. Thornton-Illar,  Chapter 7 Trustee
                                                     _____
Signature of Responsible Party                       Printed Name of Responsible Party

Chapter 7 Trustee                                    05/19/2025
_____                     _____
Title                                                Date

Debtor's Name LOCKHART CHEMICAL COMPANY                                      Case No. 22-22005



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No.  22-22005

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name LOCKHART CHEMICAL COMPANY                                    Case No.  22-22005



PageThree



PageFour

```
System:       5/2/2025      9:00:09 AM                                                    Page:   1
User Date:    5/2/2025                  BUCKHART CHEMICAL COMPANY                          User ID: alisons
                                       RECONCILIATION POSTING JOURNAL
                                            Bank Reconciliation


Audit Trail Code: CMADJ00000139                         Bank Statement Ending Balance: $6,258.670
Checkbook ID:     FNB                                   Bank Statement Ending Date:    4/30/2025
Description:      First National Bank Checking          Cutoff Date:
                                                                                        4/30/2025


Statement Ending Balance                                     $6,258.670
Outstanding Checks (-)                                       $1,280.000
Deposits in Transit (+)                                          $0.000
                                                        ------------------------
Adjusted Bank Balance                                        $4,978.670
                                                        ------------------------
Checkbook Balance as of Cutoff                               $4,978.680
Adjustments                                                    ($0.010)
                                                        ------------------------
Adjusted Book Balance                                        $4,978.670
                                                        ------------------------
Difference                                                      $0.000
                                                        ========================
```

```
System:       5/2/2025      9:00:10 AM                                                      Page:    1
User Date:    5/2/2025                      GUYHART CHEMICAL COMPANY                         User ID: alisons
                                      BANK ADJUSTMENTS POSTING JOURNAL
                                           Bank Reconciliation


Audit Trail Code:  CMADJ00000139
Checkbook ID:      FNB
Description:       First National Bank Checking


Type                      Number                     Date              Posting Date      Checkbook Amount
-----------------------------------------------------------------------------------------------------------
Other Expense             OEX000003507               4/30/2025         4/30/2025              $0.010

        Account Number             Account Description                       Debit                   Credit
        -----------------------    ------------------------------------   --------------------   --------------------
        1011-4000                  CASH TLC                                  $0.000                  $0.010
        7110-4048                  Salaries Manufacturing                    $0.010                  $0.000

Total Adjustments:        1
```

```
System:      5/2/2025      9:00:11 AM          LOCKHART CHEMICAL COMPANY                      Page:    1
User Date:   5/2/2025                         CLEARED TRANSACTIONS JOURNAL                   User ID: alisons
                                                  Bank Reconciliation
```

```
Audit Trail Code:  CMADJ00000139
Checkbook ID:      FNB
Description:       First National Bank Checking
Sorted By:         Type
Sort Order:        Ascending
```

| Type | Number | Date | Paid To/Rcvd From | Trx Amount | Cleared Amount |
|------|--------|------|-------------------|-----------:|---------------:|
| DEP | 04274 | 4/2/2025 | | $9,839.040 | |
| CHK | 083062 | 3/31/2025 | STATE OF MICHIGAN, LARA, BOILE | ($135.000) | |
| CHK | 083063 | 4/14/2025 | LOCAL UNION # 332 | ($114.000) | |
| CHK | 083064 | 4/14/2025 | ALISON SKILLINGTON | ($2,300.750) | |
| CHK | ACTION I11220  10991 | 4/8/2025 | ACTION PLUMBING & HEATING | ($9,610.950) | |
| CHK | CITY 226-3292025 | 4/15/2025 | CITY OF FLINT | ($61.980) | |
| CHK | CITY 226-32925 | 4/15/2025 | CITY OF FLINT | ($154.260) | |
| CHK | CITY 22625-3292025 | 4/15/2025 | CITY OF FLINT | ($50.000) | |
| CHK | CONE MARCH 2025 | 4/15/2025 | CONSUMER ENERGY | ($3,288.910) | |
| CHK | CONG MARCH 2025 | 4/15/2025 | CONSUMERS ENERGY | ($13,663.670) | |
| CHK | CTS APR 2025 | 4/7/2025 | CTS-COMPANIES, INC. | ($27.560) | |
| CHK | CULLIGAN MARCH 2025 | 4/15/2025 | CULLIGAN WATER CONDITIONING | ($17.950) | |
| CHK | FERRELL MARCH 2025 | 4/7/2025 | FERRELLGAS | ($72.180) | |
| CHK | GUARDIAN MAY 2025 | 4/19/2025 | GUARDIAN | ($239.930) | |
| CHK | HAP MAY 2025 | 4/15/2025 | HEALTH ALLIANCE PLAN | ($4,645.820) | |
| CHK | LOCKHART FEB 25 | 4/8/2025 | THE LOCKHART COMPANY | ($5,335.000) | |
| CHK | LOCKHART MARCH 2025 | 4/15/2025 | THE LOCKHART COMPANY | ($28,788.180) | |
| CHK | PREMIER 8936 | 4/15/2025 | PREMIER SECURITY SOLUTIONS | ($13,592.000) | |
| CHK | PREMIERE FEB 2025 | 4/7/2025 | PREMIER SECURITY SOLUTIONS | ($12,032.000) | |
| CHK | WASTE MARCH 2025 | 4/7/2025 | WASTE MANAGEMENT OF MICHIGAN | ($469.960) | |
| CHK | YOUNGS FEB 25 | 4/8/2025 | YOUNG'S ENVIRONMENTAL CLEANUP | ($16,601.300) | |
| CHK | YOUNGS MARCH 2025 | 4/15/2025 | YOUNG'S ENVIRONMENTAL CLEANUP | ($13,140.360) | |
| IAJ | IAJ000003495 | 4/14/2025 | TRUSTEE | $85,000.000 | |
| IAJ | IAJ000003506 | 4/30/2025 | TLC | $4,000.000 | |
| DAJ | DAJ000003486 | 4/3/2025 | PR | ($4.600) | |
| DAJ | DAJ000003487 | 4/3/2025 | PR | ($1,014.090) | |
| DAJ | DAJ000003488 | 4/3/2025 | PR | ($3,108.370) | |
| DAJ | DAJ000003489 | 4/10/2025 | PR | ($1,771.380) | |
| DAJ | DAJ000003490 | 4/10/2025 | PR | ($4,720.660) | |
| DAJ | DAJ000003491 | 4/10/2025 | PR | ($4.600) | |
| DAJ | DAJ000003492 | 4/14/2025 | PR | ($1,048.180) | |
| DAJ | DAJ000003493 | 4/14/2025 | PR | ($3,043.040) | |
| DAJ | DAJ000003494 | 4/14/2025 | PR | ($1.150) | |
| DAJ | DAJ000003496 | 4/17/2025 | PR | ($4.600) | |
| DAJ | DAJ000003497 | 4/17/2025 | PR | ($1,082.030) | |
| DAJ | DAJ000003498 | 4/17/2025 | PR | ($3,283.450) | |
| DAJ | DAJ000003500 | 4/24/2025 | PR | ($172.950) | |
| DAJ | DAJ000003501 | 4/24/2025 | PR | ($1,221.500) | |
| DAJ | DAJ000003502 | 4/24/2025 | PR | ($3,567.530) | |
| DAJ | DAJ000003503 | 4/29/2025 | PR | ($1,279.950) | |
| DAJ | DAJ000003504 | 4/29/2025 | PR | ($3,589.750) | |
| DAJ | DAJ000003505 | 4/29/2025 | PR | ($128.550) | |

```
        42 Transaction(s)


        Totals:
        Number of Payments                    39
        Amount of Payments      $153,388.140
        Number of Deposits                     3
        Amount of Deposits       $98,839.040
```

```
System:      5/2/2025    9:00:12 AM             LOCKHART CHEMICAL COMPANY              Page:    1
User Date:   5/2/2025                      OUTSTANDING TRANSACTIONS REPORT            User ID: alisons
                                                 Bank Reconciliation

Audit Trail Code: CMADJ00000139
Checkbook ID:     FNB
Description:      First National Bank Checking
Sorted By:        Type
Sort Order:       Ascending

Type   Number              Date          Paid To/Rcvd From                          Trx Amount
-----------------------------------------------------------------------------------------------
CHK    082941              2/23/2023      2427157 ONTARIO-PETER NWAJEI              ($1,280.000)

         1 Transaction(s)


         Totals:
         Number of Payments                1
         Amount of Payments         $1,280.000
         Number of Deposits                 0
         Amount of Deposits             $0.000
```

```
System:      5/2/2025      9:00:20 AM            LOCKHART CHEMICAL COMPANY                     Page:    1
User Date:   5/2/2025                            GENERAL POSTING JOURNAL                       User ID: alisons
                                                     General Ledger
```

* Voided Journal Entry
# Intercompany Journal Entry

Batch ID:      CMADJ00000139
Batch Comment: Reconcile Adjustments Entry

| | | | | |
|---|---|---|---|---|
| Approved: | No | Batch Total Actual: | $0.020 | Batch Total Control: | $0.000 |
| Approved by: | | Trx Total Actual: | 1 | Trx Total Control: | 0 |
| Approval Date: | | | | |

| Journal Entry | Transaction Type | Transaction Date | Reversing Date | Source Document | Transaction Reference | Audit Trail Code | Reversing Audit Trail Code |
|---|---|---|---|---|---|---|---|
| 70,234 | Standard | 4/30/2025 | | CMADJ | Reconcile Adjustments Entry | GLTRX00042570 | |

| Account | Description | Debit | Credit |
|---|---|---|---|
| 1011-4000 | CASH TLC | | $0.010 |
| 7110-4048 | Salaries Manufacturing | $0.010 | |
| Total Distributions: 2 | Totals: | $0.010 | $0.010 |

Total Journal Entries:      1

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

LOCKHART CHEMICAL COMPANY
DBA ADDITIVES INTERNATIONAL
CRYSTAL THORNTON-ILLAR, TRUSTEE
OPERATING ACCOUNT
4981 MCKNIGHT RD UNIT 101501
PITTSBURGH PA 15237-7729

*Statement Ending 04/30/2025*

*LOCKHART CHEMICAL COMPANY*                    *Page 1 of 4*
*Primary Account Number:*

---

### *Managing Your Accounts*

 Online          www.fnb-online.com

 By Phone        1 800-555-5455

✉ By Mail          4140 E. State Street
                   Hermitage, PA  16148

---

## *Summary of Accounts*

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | | $6,258.67 |

# BUSINESS ANALYSIS CHECKING - 95021449

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 04/01/2025 | **Balance Last Statement** | **$60,807.78** | Minimum Balance | $2,258.67 |
| | 3 Credit(s) This Period | $98,839.04 | Average Ledger Balance | $33,671.65 |
| | 39 Debit(s) This Period | $153,388.15 | Average Available Balance | $33,671.65 |
| 04/30/2025 | **Balance This Statement** | **$6,258.67** | | |

FNB is updating its Foreign Currency fee. Effective May 1, 2025, all Foreign Currency orders under $1,000 will incur a charge of $7.00. Orders of $1,000 or more will incur no charge.

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2025 | **Balance Last Statement** | | | **$60,807.78** |
| 04/02/2025 | IDEAS INC CASH DISB | | $9,839.04 | $70,646.82 |
| 04/03/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,108.37 | | $67,538.45 |
| 04/03/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,014.09 | | $66,524.36 |
| 04/03/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4.60 | | $66,519.76 |
| 04/08/2025 | PREMIER SECURITY SALE | $12,032.00 | | $54,487.76 |
| 04/08/2025 | WASTE MANAGEMENT PAYMENT 000162750572004 | $469.96 | | $54,017.80 |
| 04/08/2025 | FERRELL GAS FERRELLGAS 50791613 | $72.18 | | $53,945.62 |
| 04/09/2025 | UNITEL LEASING CTS M80978660239 | $27.56 | | $53,918.06 |
| 04/10/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4,720.66 | | $49,197.40 |
| 04/10/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,771.38 | | $47,426.02 |
| 04/10/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4.60 | | $47,421.42 |
| 04/11/2025 | LOCKHART CHEMICA YOUNGS ENV XXXXX1053 | $16,601.30 | | $30,820.12 |
| 04/11/2025 | LOCKHART CHEMICA ACTION PLU XXXXX1053 | $9,610.96 | | $21,209.16 |
| 04/11/2025 | LOCKHART CHEMICA THE LOCKHA XXXXX1053 | $5,335.00 | | $15,874.16 |
| 04/14/2025 | DEPOSIT | | $85,000.00 | $100,874.16 |
| 04/14/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,043.04 | | $97,831.12 |
| 04/14/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,048.18 | | $96,782.94 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
• For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
• For business accounts, click on https://www.fnb-online.com/business-overdrafts

**First National Bank**

*Statement Ending 04/30/2025*

**4140 E. State Street**
**Hermitage, PA 16148**

*LOCKHART CHEMICAL COMPANY*                    *Page 3 of 4*
*Primary Account Number:*

## BUSINESS ANALYSIS CHECKING - (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/14/2025 | CHECK # 83062 | $135.00 | | $96,647.94 |
| 04/14/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1.15 | | $96,646.79 |
| 04/16/2025 | LOCKHART CHEMICA THE LOCKHA XXXXX1053 | $28,788.18 | | $67,858.61 |
| 04/16/2025 | CONSUMERS ENERGY ENERGYBILL 103046007052 | $13,663.67 | | $54,194.94 |
| 04/16/2025 | PREMIER SECURITY SALE | $13,592.00 | | $40,602.94 |
| 04/16/2025 | LOCKHART CHEMICA YOUNGS ENV XXXXX1053 | $13,140.36 | | $27,462.58 |
| 04/16/2025 | HAP AGNT PMT 971747752 | $4,645.82 | | $22,816.76 |
| 04/16/2025 | CONSUMERS ENERGY ENERGYBILL 103045940071 | $3,288.91 | | $19,527.85 |
| 04/16/2025 | CHECK # 83063 | $2,300.75 | | $17,227.10 |
| 04/16/2025 | CULLIGANFLINT 8102321117 | $17.95 | | $17,209.15 |
| 04/17/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,283.45 | | $13,925.70 |
| 04/17/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,082.03 | | $12,843.67 |
| 04/17/2025 | CITY OF FLINT UTILITY 4322141 | $154.26 | | $12,689.41 |
| 04/17/2025 | CITY OF FLINT UTILITY 4322141 | $61.98 | | $12,627.43 |
| 04/17/2025 | CITY OF FLINT UTILITY 4322141 | $50.00 | | $12,577.43 |
| 04/17/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $4.60 | | $12,572.83 |
| 04/23/2025 | THE GUARDIAN APR GP INS 42910000CC10000 | $239.93 | | $12,332.90 |
| 04/24/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,567.53 | | $8,765.37 |
| 04/24/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,221.50 | | $7,543.87 |
| 04/24/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $172.95 | | $7,370.92 |
| 04/25/2025 | CHECK # 83064 | $114.00 | | $7,256.92 |
| 04/29/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $3,589.75 | | $3,667.17 |
| 04/29/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $1,279.95 | | $2,387.22 |
| 04/29/2025 | LOCKHART CHEMICA Payroll LOCKHART-1 | $128.55 | | $2,258.67 |
| 04/30/2025 | I/C Transfer | | $4,000.00 | $6,258.67 |
| **04/30/2025** | **Balance This Statement** | | | **$6,258.67** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 83062 | 04/14/2025 | $135.00 | 83063 | 04/16/2025 | $2,300.75 | 83064 | 04/25/2025 | $114.00 |

    * Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/02/2025 | $70,646.82 | 04/11/2025 | $15,874.16 | 04/24/2025 | $7,370.92 |
| 04/03/2025 | $66,519.76 | 04/14/2025 | $96,646.79 | 04/25/2025 | $7,256.92 |
| 04/08/2025 | $53,945.62 | 04/16/2025 | $17,209.15 | 04/29/2025 | $2,258.67 |
| 04/09/2025 | $53,918.06 | 04/17/2025 | $12,572.83 | 04/30/2025 | $6,258.67 |
| 04/10/2025 | $47,421.42 | 04/23/2025 | $12,332.90 | | |







83062   $135.00   4/14/2025          83063   $2,300.75   4/16/2025          83064   $114.00   4/25/2025





| | | | Period Covered: |
|---|---|---|---|
| | | | April 01, 2025 - April 30, 2025 |
| | | | Page 1 of 4 |

| Crystal H. Thornton-Illar | Case Number | 22-22005 |
|---|---|---|
| 525 William Penn Place, | Case Name | Lockhart Chemical Company |
| 28th Floor | | DEBTOR |
| Pittsburgh PA 15219 | Trustee Number | 580330 |
| | Trustee Name | Crystal H. Thornton-Illar |
| | | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $1,047,282.94 | $853,955.19 |
| **Total** | | **$1,047,282.94** | **$853,955.19** |

## TRUSTEE CHECKING                                    Account Number: 8100130015

| Enclosures | 5 | Beginning Balance | $1,047,282.94 |
|---|---|---|---|
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $193,327.75 |
| | | **Ending Balance** | **$853,955.19** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | | Amount |
|---|---|---|---|
| 115 | 04-08 | | $1,874.00 |
| 116 | 04-14 | | $15,960.00 |
| 117 | 04-11 | | $250.00 |
| 118 | 04-15 | | $85,000.00 |
| 119 | 04-25 | | $90,243.75 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | $1,047,282.94 | 04-08 | $1,045,408.94 | 04-11 | $1,045,158.94 |
| 04-14 | $1,029,198.94 | 04-15 | $944,198.94 | 04-25 | $853,955.19 |



TriState Capital Bank



Period Covered:
April 01, 2025 - April 30, 2025
Page 2 of 4



TriState Capital Bank
70 Grant Street Suite 700
Pittsburgh PA 15219

FDIC
Member

Period Covered:
April 01, 2025 - April 30, 2025
Page 3 of 4



TriState Capital Bank                                            119
Pittsburgh, PA
Phone: 1-866-680-8722 option 2                          08-1910/430

Crystal H Thornton-Illar, Trustee
525 William Penn Place 28th Floor
Pittsburgh , PA 15219                                    VOID AFTER 90 DAYS

Debtor
(22-22005-CMB)                                          Date   04/16/2025

Lockheed Chemical Company

Pay Trustee Attorney Fees Approved per Doc. No. 371     $   ******90,243.75

Ninety Thousand Two Hundred Forty Three Dollars and 75/100

Pay to the
Order of    Law Offices of Natalie Cordiville
            554 Washington Ave.
            Carnegie, PA 15106

                                        Crystal H Thornton-Illar

#000001119#  #0430#9003#

04/25/2025          119          $90,243.75



20250424  003100548126   00100639011

20250424  003100548126  00100639011

04/25/2025          119          $90,243.75

5/13/2025
10:03 AM
LC Balance Sheet

Balance Sheet
LOCKHART CHEMICAL COMPANY
As of 4/30/2025

|  | April<br>Current Month YTD |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 1,093,811 |
| Note Receivable | 0 |
| | |
| Accounts Receivable - Trade | 475,483 |
| Allowance for Doubtful Accounts | 65,253 |
| Total Accounts Receivable | 540,736 |
| | |
| Lubrizol Inventory | 0 |
| Lubrizol Accrued Inventory | 0 |
|   Total Lubrizol Inventory | 0 |
|   Less:  Inventory - Contra LZ | (2,411) |
|   Net Lubrizol Inventory | (2,411) |
| | |
| Lockhart Chemical & Additives Inventory | 1,932,294 |
| Lockhart Chemical & Additives Accrued Inventory | 0 |
| Inventory Reserve - Absorption | 104,302 |
|   Total Lockhart Chemical & Additives Inventory | 2,036,596 |
| | |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
|   Net Inventory | 871,532 |
| | |
| Other Current Assets | 37,042 |
| Intercompany Receivable | 532,123 |
| Chemical Due To/From Lubrizol | 0 |
| | |
|   **Total Current Assets** | 3,075,244 |
| | |
| **Other Assets** | 10,000 |
| | |
| **Fixed Assets** | |
| Fixed Assets at Cost | 4,390,792 |
| Accumulated Depreciation | (3,782,349) |
|   Total | 608,444 |
| Construction in Process | 0 |
|   **Total Fixed Assets** | 608,444 |
| | |
| ***TOTAL ASSETS*** | ***3,693,688*** |
| | |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable - Trade | 2,581,165 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 55,493 |
|   **Total Current Liabilities** | (36,743,180) |
| | |
| Loans Payable - L/T Affiliates | |
| Loans Payable - Long Term | |
|   ***TOTAL LIABILITIES*** | ***(36,743,180)*** |
| | |
| Shareholders Equity | |
| Capital Stock | 148 |
| Retained Earnings | 35,402,505 |
| Paid In Capital | 6,189,451 |
| Current Earnings | (1,155,237) |
|   ***TOTAL EQUITY*** | ***40,436,868*** |
| | |
| ***TOTAL LIABILITIES & EQUITY*** | ***3,693,688*** |

5/13/2025
10:03 AM
LC Balance Sheet

Balance Sheet
LOCKHART CHEMICAL COMPANY
As of 4/30/2025

|  | April<br>Current Month YTD |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 1,093,811 |
| Note Receivable | 0 |
| | |
| Accounts Receivable - Trade | 475,483 |
| Allowance for Doubtful Accounts | 65,253 |
| Total Accounts Receivable | 540,736 |
| | |
| Lubrizol Inventory | 0 |
| Lubrizol Accrued Inventory | 0 |
|    Total Lubrizol Inventory | 0 |
|    Less:  Inventory - Contra LZ | (2,411) |
|    Net Lubrizol Inventory | (2,411) |
| | |
| Lockhart Chemical & Additives Inventory | 1,932,294 |
| Lockhart Chemical & Additives Accrued Inventory | 0 |
| Inventory Reserve - Absorption | 104,302 |
|    Total Lockhart Chemical & Additives Inventory | 2,036,596 |
| | |
| LIFO Reserve | (1,070,624) |
| Current Year and Other Reserves | (92,029) |
|    Net Inventory | 871,532 |
| | |
| Other Current Assets | 37,042 |
| Intercompany Receivable | 532,123 |
| Chemical Due To/From Lubrizol | 0 |
| | |
|    **Total Current Assets** | **3,075,244** |
| | |
| **Other Assets** | **10,000** |
| | |
| **Fixed Assets** | |
| Fixed Assets at Cost | 4,390,792 |
| Accumulated Depreciation | (3,782,349) |
|    Total | 608,444 |
| Construction in Process | 0 |
|    **Total Fixed Assets** | **608,444** |
| | |
| ***TOTAL ASSETS*** | ***3,693,688*** |
| | |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable - Trade | 2,581,165 |
| Intercompany Payable | (39,379,838) |
| Other Accrued Liabilities | 55,493 |
|    **Total Current Liabilities** | **(36,743,180)** |
| | |
| Loans Payable - L/T Affiliates | |
| Loans Payable - Long Term | |
|    ***TOTAL LIABILITIES*** | ***(36,743,180)*** |
| | |
| Shareholders Equity | |
| Capital Stock | 148 |
| Retained Earnings | 35,402,505 |
| Paid In Capital | 6,189,451 |
| Current Earnings | (1,155,237) |
|    ***TOTAL EQUITY*** | ***40,436,868*** |
| | |
| ***TOTAL LIABILITIES & EQUITY*** | ***3,693,688*** |

| TRX Date | Reference | Paid To/Received From | Transaction Description | Account Number | DEPOSIT | DISBURSMENT | Account Balance |
|----------|-----------|----------------------|------------------------|----------------|---------|-------------|-----------------|
| | | | | | | | 60,807.78 |
| 4/2/2025 | 70156 IDEAS INC | | INVOICE 79305 | 1011-4000 | 9,839.04 | 0.00 | 70,646.82 |
| 4/3/2025 | 70157 PR | | PAYROLL | 1011-4000 | 0.00 | 4.60 | 70,642.22 |
| 4/3/2025 | 70158 PR | | PAYROLL | 1011-4000 | 0.00 | 1,014.09 | 69,628.13 |
| 4/3/2025 | 70159 PR | | PAYROLL | 1011-4000 | 0.00 | 3,108.37 | 66,519.76 |
| 4/8/2025 | 70178 ACTION PLUMBING & HEATING | | HVAC REPLACEMENT BAL DUE | 1011-4000 | 0.00 | 9,610.95 | 56,908.81 |
| 4/8/2025 | 70179 THE LOCKHART COMPANY | | REIMBURSMENT | 1011-4000 | 0.00 | 5,335.00 | 51,573.81 |
| 4/8/2025 | 70180 YOUNG'S ENVIRONMENTAL CLEANUP | | BI-MONTHLY CLEANUP | 1011-4000 | 0.00 | 16,601.30 | 34,972.51 |
| 4/7/2025 | 70181 WASTE MANAGEMENT OF MICHIGAN | | WASTE REMOVAL | 1011-4000 | 0.00 | 469.96 | 34,502.55 |
| 4/7/2025 | 70182 CTS-COMPANIES, INC. | | PHONE/INTERCOM | 1011-4000 | 0.00 | 27.56 | 34,474.99 |
| 4/7/2025 | 70183 FERRELLGAS | | GAS RENTAL | 1011-4000 | 0.00 | 72.18 | 34,402.81 |
| 4/7/2025 | 70184 PREMIER SECURITY SOLUTIONS | | SECURITY | 1011-4000 | 0.00 | 12,032.00 | 22,370.81 |
| 4/10/2025 | 70185 PR | | PAYROLL | 1011-4000 | 0.00 | 1,771.38 | 20,599.43 |
| 4/10/2025 | 70186 PR | | PAYROLL | 1011-4000 | 0.00 | 4,720.66 | 15,878.77 |
| 4/10/2025 | 70187 PR | | PAYROLL | 1011-4000 | 0.00 | 4.60 | 15,874.17 |
| 4/14/2025 | 70189 PR | | PAYROLL | 1011-4000 | 0.00 | 1,048.18 | 14,825.99 |
| 4/14/2025 | 70190 PR | | PAYROLL | 1011-4000 | 0.00 | 3,043.04 | 11,782.95 |
| 4/14/2025 | 70191 PR | | PAYROLL | 1011-4000 | 0.00 | 1.15 | 11,781.80 |
| 4/14/2025 | 70192 TRUSTEE | | FUNDING REPLENISHMENT | 1011-4000 | 85,000.00 | 0.00 | 96,781.80 |
| 4/14/2025 | 70196 LOCAL UNION # 332 | | UNION DUES | 1011-4000 | 0.00 | 114.00 | 96,667.80 |
| 4/14/2025 | 70197 ALISON SKILLINGTON | | EXPENSE REPORT | 1011-4000 | 0.00 | 2,300.75 | 94,367.05 |
| 4/15/2025 | 70199 CONSUMERS ENERGY | | GAS UTILITY | 1011-4000 | 0.00 | 13,663.67 | 80,703.38 |
| 4/15/2025 | 70200 CONSUMERS ENERGY | | ELECTRIC UTILITY | 1011-4000 | 0.00 | 3,288.91 | 77,414.47 |
| 4/15/2025 | 70201 CULLIGAN WATER CONDITIONING | | DRINKING WATER | 1011-4000 | 0.00 | 17.95 | 77,396.52 |
| 4/15/2025 | 70202 PREMIER SECURITY SOLUTIONS | | SECURITY | 1011-4000 | 0.00 | 13,592.00 | 63,804.52 |
| 4/15/2025 | 70203 HEALTH ALLIANCE PLAN | | MEDICAL | 1011-4000 | 0.00 | 4,645.82 | 59,158.70 |
| 4/15/2025 | 70204 CITY OF FLINT | | WATER | 1011-4000 | 0.00 | 154.26 | 59,004.44 |
| 4/15/2025 | 70205 CITY OF FLINT | | WATER | 1011-4000 | 0.00 | 61.98 | 58,942.46 |
| 4/15/2025 | 70206 CITY OF FLINT | | WATER | 1011-4000 | 0.00 | 50.00 | 58,892.46 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 4/15/2025 | 70207 THE LOCKHART COMPANY | REIMBURSMENT | 1011-4000 | 0.00 | 28,788.18 | 30,104.28 |
| 4/15/2025 | 70208 YOUNG'S ENVIRONMENTAL CLEANUP | BI-MONTHLY CLEANUP | 1011-4000 | 0.00 | 13,140.36 | 16,963.92 |
| 4/17/2025 | 70210 PR | PAYROLL | 1011-4000 | 0.00 | 4.60 | 16,959.32 |
| 4/17/2025 | 70211 PR | PAYROLL | 1011-4000 | 0.00 | 1,082.03 | 15,877.29 |
| 4/17/2025 | 70212 PR | PAYROLL | 1011-4000 | 0.00 | 3,283.45 | 12,593.84 |
| 4/19/2025 | 70214 GUARDIAN | DENTAL | 1011-4000 | 0.00 | 239.93 | 12,353.91 |
| 4/24/2025 | 70215 PR | PAYROLL | 1011-4000 | 0.00 | 172.95 | 12,180.96 |
| 4/24/2025 | 70217 PR | PAYROLL | 1011-4000 | 0.00 | 1,221.50 | 10,959.46 |
| 4/24/2025 | 70218 PR | PAYROLL | 1011-4000 | 0.00 | 3,567.53 | 7,391.93 |
| 4/29/2025 | 70220 PR | PAYROLL | 1011-4000 | 0.00 | 1,279.95 | 6,111.98 |
| 4/29/2025 | 70221 PR | PAYROLL | 1011-4000 | 0.00 | 3,589.75 | 2,522.23 |
| 4/29/2025 | 70222 PR | PAYROLL | 1011-4000 | 0.00 | 128.56 | 2,393.67 |
| 4/30/2025 | 70233 TLC | PAYROLL | 1011-4000 | 4,000.00 | 0.00 | 6,393.67 |
| | | | | | | 6,393.67 |