## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 22-22005-CMB |
| | ) | |
| LOCKHART CHEMICAL COMPANY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carlota M. Böhm |
| _____ | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related Document No. 380 |
| Chapter 7 Trustee for the Bankruptcy Estate | ) | |
| of LOCKHART CHEMICAL COMPANY, | ) | Hearing Date & Time: |
| | ) | **June 26, 2025 at 3:00 p.m.** |
| Movant, | ) | |
| | ) | Response Deadline: |
| v. | ) | **June 14, 2025** |
| | ) | |
| NO RESPONDENTS. | ) | |
| | ) | |
| _____ | ) | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
### FIRST INTERIM APPLICATION OF SCHNEIDER DOWNS & CO., INC.
### FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES AS ACCOUNTANT TO THE CHAPTER 7 TRUSTEE

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 14, 2025** *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general  procedures of Judge Böhm as found  on  her Procedures webpage at  https://www.pawb.uscourts.gov/procedures-1.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on **June 26, 2025, at 3:00 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following  link  no  later  than  ten  (10)  minutes  prior  to  your  scheduled  hearing  time:

https://www.zoomgov.com/j/16143800191.  Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.   For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: May 28, 2025

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By:/s/ Crystal H. Thornton-Illar
Crystal H. Thornton-Illar (PA I.D. No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile:  412.227.5551
Email: cthornton@leechtishman.com

*Chapter 7 Trustee*